The Hanover Insurance Group

10/26/2022

RESNICK, CHRYL
THA HANOVER INSURANCE GROUP
WORCESTER, MA OFFICE
MAIL STOP 388

RE: CERTIFIED COPY OF THE POLICY

TO: WHOM IT MAY CONCERN

This is to certify that I am a Commercial Lines Manager of Citizens/Hanover Insurance Company duly authorized to keep the company's records. The attached copy is certified as a true and correct copy of the company's record of policy.

Policy Number: ZHW A670296 07

Policy Issued To: USPIRITUS INC.

Date Span: 07/01/2022 To 07/01/2023

Please contact certreqwor@hanover.com with any questions.

Sincerely,

Timothy Albers
COMMERCIAL LINES UNDERWRITING



EXHIBIT 2

The Hanover Insurance Group

ZHW A670296 07

**The Hanover Insurance Company (A Stock Company)**
**440 Lincoln Street, Worcester, MA 01653-0002**
**Commercial Line Policy**
**Common Declarations**

CM

| **Policy Number** | **Policy Period From** | **To** | **Coverage is Provided in the:** | **Agency Code** |
|---|---|---|---|---|
| ZHW A670296 07 | 07/01/2022 | 07/01/2023 | The Hanover Insurance Company | 6605290 |

| **Named Insured and Address :** | **Agent :** |
|---|---|
| USPIRITUS INC<br>10401 LINN STATION RD, STE 100<br>LOUISVILLE KY 40299 | THE UNDERWRITERS GROUP INC.<br>PO BOX 23790<br>LOUISVILLE KY 40223 |

**Branch** : Indiana
**Policy Period** : **From** 07/01/2022 **To** 07/01/2023
12:01 A.M. Standard Time at Your Mailing Address Shown Above.
**Business Description**: Human Services Organization
**Legal Entity**: Non Profit

In Consideration of the premium, insurance is provided the Named Insured with respect to those premises described in the attached schedule(s) for which a specific limit of insurance is shown. This is subject to all terms of this policy including Common Policy Conditions. Coverage Parts, Forms and Endorsements may be subject to adjustment and/or a policy minimum premium.

| | |
|---|---|
| **Commercial Property Coverage** | [redacted] |
| **Commercial General Liability Coverage** | |
| **Professional Liability Coverage** | |
| **Commercial Inland Marine Coverage** | |
| **Commercial Crime Coverage** | |
| **Commercial Auto Coverage** | |
| **Total Surcharges Premium** | |
| **Additional Premium For Policy Minimum** | |
| **** Total** | |

**INCLUDES PREMIUM, IF ANY, FOR TERRORISM; REFER TO DISCLOSURE NOTICE

Countersigned ______________________________ By ____________________________________

10 Pay - 20% Down



EXHIBIT 2

USPIRITUS INC

ZHW A670296 07

THE UNDERWRITERS GROUP

Group Number ZHC

USPIRITUS INC ZHW A670296 07

THE UNDERWRITERS GROUP

## Commercial Lines Surcharges

**State:** Kentucky

Kentucky Premium Surcharge: [redacted]

Kentucky Premium Tax:

**Total Kentucky Tax/Surcharge Premium :**



EXHIBIT 2

USPIRITUS INC

ZHW A670296 07

THE UNDERWRITERS GROUP

**Additional Named Insured**

MB Care LLC

**Additional Named Insured**

Bellewood Children's
Foundation Inc

## Locations of All Premises You Own, Rent or Occupy

**Location: 1**

1600 Caring Way
Anchorage KY
40223

**Location: 2**

1604 Caring Way
Anchorage KY
40223

**Location: 3**

1606 Caring Way
Anchorage KY
40223

**Location: 4**

1608 Caring Way
Anchorage KY
40223

**Location: 5**

1610 Caring Way
Anchorage KY
40223

**Location: 6**

1612 Caring Way
Anchorage KY
40223

**Location: 7**

11103 Park Road
Anchorage KY
40223

**Location: 8**

1815 Nicholasville Road
Lexington KY
40503

**Location: 9**

918 State Street
Bowling Green KY
42101

**Location: 10**

511 Glen Lily Road
Bowling Green KY
42101

**Location: 11**

513 Glen Lilly Road
Bowling Green KY
42101

**Location: 12**

3137 Brooklawn Campus Drive
Louisville KY
40218



EXHIBIT 2

ZHW A670296 07

THE UNDERWRITERS GROUP

## Locations of All Premises You Own, Rent or Occupy

**Location: 13**

2127 Goldsmith Lane
Louisville KY
40218

**Location: 14**

2131 Goldsmith Lane
Louisville KY
40218

**Location: 15**

2133 Goldsmith Lane
Louisville KY
40218

**Location: 16**

2004 David Graves Drive
Louisville KY
40218

**Location: 17**

2111 Goldsmith Lane
Louisville KY
40218

**Location: 18**

2137 Goldsmith Lane
Louisville KY
40218

**Location: 19**

2115 Goldsmith Lane
Louisville KY
40218

**Location: 20**

2135 Goldsmith Lane
Louisville KY
40218

**Location: 21**

2139 Goldsmith Lane
Louisville KY
40218

**Location: 22**

2143 Goldsmith Lane
Louisville KY
40218

**Location: 23**

2121 Goldsmith Lane
Louisville KY
40218

**Location: 24**

3135 Brooklawn Campus Drive
Louisville KY
40218

**Location: 25**

3121 Brooklawn Campus Drive
Louisville KY
40218

**Location: 26**

3115 Brooklawn Campus Drive
Louisville KY
40218

**Location: 27**

3100 Brooklawn Campus Drive
Louisville KY
40218

**Location: 28**

3102 Brooklawn Campus Drive
Louisville KY
40218

ZHW A670296 07

THE UNDERWRITERS GROUP

## Locations of All Premises You Own, Rent or Occupy

**Location: 29**

3104 Brooklawn Campus Drive
Louisville KY
40218

**Location: 30**

3125 Brooklawn Campus Drive
Louisville KY
40218

**Location: 31**

3112 Brooklawn Campus Drive
Louisville KY
40218

**Location: 32**

2119 Goldsmith Lane
Louisville KY
40218

**Location: 33**

2125 Goldsmith Lane
Louisville KY
40218

**Location: 34**

2104 David Graves Drive
Louisville KY
40218

**Location: 35**

2108 David Graves Drive
Louisville KY
40218

**Location: 36**

2100 David Graves Drive
Louisville KY
40218

**Location: 37**

2112 David Graves Drive
Louisville KY
40218

**Location: 38**

3110 Brooklawn Campus Drive
Louisville KY
40218

**Location: 39**

3625 1/2 West Kentucky Street
Louisville KY
40211

**Location: 40**

10401 Linn Station Rd
Louisville KY
40223

**Location: 41**

625 Allen St
Owensboro KY
42303

ZHW A670296 07

THE UNDERWRITERS GROUP

## Forms Applicable to all Coverage Parts:

*Asterisk denotes new or changed form

| Form Number | Edition Date | Description |
|---|---|---|
| * 401-1191 | 01/09 | Addendum To Declarations: Kentucky Local Government Taxes |
| 401-1337 | 02/16 | Trade Or Economic Sanctions Endorsement |
| 401-1361 | 02/17 | Kentucky Notice and Waiver of Mine Subsidence Coverage |
| * 401-1374 | 12/20 | Disclosure Pursuant To Terrorism Risk Insurance Act |
| 401-1377 | 06/20 | Company Address Listing |
| 401-1504 | 01/20 | Cap On Losses From Certified Acts Of Terrorism |
| 401-1505 | 01/20 | Exclusion - Punitive Damages Related To A Certified Act Of Terrorism |
| IL 00 03 | 09/08 | Calculation of Premium |
| IL 00 17 | 11/98 | Common Policy Conditions |
| IL 00 21 | 09/08 | Nuclear Energy Liability Exclusion Endorsement |
| IL 02 63 | 09/08 | Kentucky Changes - Cancellation and Nonrenewal |
| IL 09 35 | 07/02 | Exclusion of Certain Computer-Related Losses |
| IL 09 52 | 01/15 | Cap On Losses From Certified Acts of Terrorism |
| SIG 11 00 | 11/17 | Signature Page |



EXHIBIT 2

The Hanover Insurance Group

USPIRITUS INC

ZHW A670296 07

THE UNDERWRITERS GROUP

## Commercial Property Coverage Part Declaration

**Total Property Premium** $[redacted]

Coverages Provided:
Insurance at the Described Premises applies only for the coverage shown below:

Blanket Building For Premises
Location 1 - Building 1
Location 2 - Building 1
Location 3 - Building 1
Location 4 - Building 1
Location 5 - Building 1
Location 6 - Building 1
Location 7 - Buildings 1,2,3,4,5
Location 10 - Building 1
Location 11 - Building 1
Location 12 - Building 1
Location 13 - Building 1
Location 14 - Building 1
Location 15 - Building 1
Location 16 - Building 1
Location 17 - Building 1
Location 18 - Building 1
Location 19 - Building 1
Location 20 - Building 1
Location 21 - Building 1
Location 22 - Building 1
Location 24 - Building 1
Location 25 - Building 1
Location 26 - Building 1
Location 27 - Building 1
Location 28 - Building 1
Location 29 - Building 1
Location 30 - Building 1
Location 31 - Building 1
Location 32 - Building 1
Location 33 - Building 1
Location 34 - Building 1
Location 35 - Building 1
Location 36 - Building 1
Location 37 - Building 1
Location 38 - Building 1

Blanket Business Income For Premises



EXHIBIT 2

USPIRITUS INC ZHW A670296 07

THE UNDERWRITERS GROUP

## Commercial Property Coverage Part Declaration

Location 1 - Building 1
Location 2 - Building 1
Location 3 - Building 1
Location 4 - Building 1
Location 5 - Building 1
Location 6 - Building 1
Location 7 - Building 1
Location 10 - Building 1
Location 11 - Building 1
Location 12 - Building 1
Location 13 - Building 1
Location 14 - Building 1
Location 16 - Building 1
Location 17 - Building 1
Location 19 - Building 1
Location 24 - Building 1
Location 25 - Building 1
Location 26 - Building 1
Location 27 - Building 1
Location 30 - Building 1
Location 32 - Building 1
Location 34 - Building 1
Location 35 - Building 1
Location 38 - Building 1

Blanket Personal Property For Premises
Location 1 - Building 1
Location 2 - Building 1
Location 3 - Building 1
Location 4 - Building 1
Location 5 - Building 1
Location 6 - Building 1
Location 7 - Buildings 1,2,4
Location 8 - Building 1
Location 9 - Building 1
Location 12 - Building 1
Location 13 - Building 1
Location 14 - Building 1
Location 15 - Building 1
Location 16 - Building 1
Location 17 - Building 1
Location 18 - Building 1
Location 19 - Building 1
Location 20 - Building 1
Location 21 - Building 1
Location 22 - Building 1



EXHIBIT 2

USPIRITUS INC

ZHW A670296 07

THE UNDERWRITERS GROUP

## Commercial Property Coverage Part Declaration

Location 24 - Building 1
Location 25 - Building 1
Location 26 - Building 1
Location 27 - Building 1
Location 28 - Building 1
Location 29 - Building 1
Location 30 - Building 1
Location 31 - Building 1
Location 32 - Building 1
Location 33 - Building 1
Location 34 - Building 1
Location 35 - Building 1
Location 36 - Building 1
Location 37 - Building 1
Location 38 - Building 1
Location 40 - Building 1
Location 41 - Building 1

| **Coverage:** | **Cause of Loss:** | **Premiums:** |
|---|---|---|
| Blanket Building | Special | [redacted] |
| **Limit of Insurance:** | $31,395,863 | |
| Replacement Cost | | |
| **Coinsurance:** | 100% | |
| Agreed Value | Agreed Expiration 07/01/2023 | |

| **Coverage:** | **Cause of Loss:** | **Premiums:** |
|---|---|---|
| Blanket Business Income including Extra Expense | Special | [redacted] |
| **Limit of Insurance:** | $3,755,000 | |
| **Coinsurance:** | 50% | |
| Extended Period of Indemnity | 60 Days Included | |

The Hanover Insurance Group

USPIRITUS INC

ZHW A670296 07

THE UNDERWRITERS GROUP

## Commercial Property Coverage Part Declaration

| **Coverage:** | **Cause of Loss:** | **Premiums:** |
|---|---|---|
| Blanket Personal Property | Special | [redacted] |
| **Limit of Insurance:** | $2,576,988 | |
| Replacement Cost | | |
| **Coinsurance:** | 100% | |
| Agreed Value | Agreed Expiration 07/01/2023 | |

| **Blanket** | **LOC** | **BLDG** | **APPLICABLE DEDUCTIBLE** | |
|---|---|---|---|---|
| | **ALL** | **ALL** | **Windstorm/HailDeductible** | |
| | | | **Theft Deductible** | |
| | | | **Other Deductible:** | |
| | | | **Windstorm/Hail % Deductible** | None |

**Additional Premium for Property Minimum :** N/A

| **Miscellaneous/Optional Property Coverages:** | **PREMIUM** |
|---|---|
| Data Breach | [redacted] |
| Boiler / Machinery / Equipment Breakdown | |
| (Equipment Breakdown Sublimit : $100,000) | |
| Earth Movement | |
| Emergency Event Management Coverage | |
| Terrorism Premium | |
| Platinum Property Broadening Endorsement | |
| Human Services - Property Broadening Endorsement | |

USPIRITUS INC ZHW A670296 07

**THE UNDERWRITERS GROUP**

## Forms Applicable to Property Coverage Parts:

*Asterisk denotes new or changed form

| | Form Number | Edition Date | Description |
|---|---|---|---|
| | 411-0610 | 04/14 | Emergency Event Management |
| | 411-0669 | 01/15 | Data Breach Coverage Form |
| | 411-0679 | 04/10 | Associates And Family Members Additional Coverage Endorsement |
| | 411-0681 | 12/09 | Identity Theft Resolution Services |
| | 411-0774 | 02/13 | Earth Movement Endorsement |
| * | 411-0794 | 04/22 | Platinum Property Broadening Endorsement |
| | 411-0803 | 04/14 | Human Services Property Broadening Endorsement |
| * | 411-1022 | 04/22 | Notice To Policyholders Bronze, Silver, Gold, Platinum, Condominium Property Broadening Endorsement |
| | 451-0038 | 11/16 | Equipment Breakdown Coverage (Including Electronic Circuitry Impairment) |
| * | 451-0039 | 11/16 | Commercial Property Coverage Part Equipment Breakdown Coverage Schedule |
| | CP 00 10 | 10/12 | Building and Personal Property Coverage Form |
| | CP 00 30 | 10/12 | Business Income (And Extra Expense) Coverage Form |
| | CP 00 90 | 07/88 | Commercial Property Conditions |
| | CP 01 40 | 07/06 | Exclusion of Loss Due to Virus or Bacteria |
| | CP 01 66 | 09/00 | Kentucky Changes |
| * | CP 03 20 | 04/18 | Multiple Deductible Form (Fixed Dollar Deductibles) |
| * | CP 10 30 | 09/17 | Causes Of Loss - Special Form |
| | CP 12 18 | 10/12 | Loss Payable Provisions |
| | CP 15 10 | 10/12 | Payroll Limitation or Exclusion |

USPIRITUS INC

ZHW A670296 07

**THE UNDERWRITERS GROUP**

## Property Schedule of Additional Interest

Loss Payable

Duplicator Sales & Service Inc
(Leased Equipment)
831 East Broadway
Louisville KY 40223

Loss Payable

Jefferson County Public Schools
3001 Crittenden Drive
Louisville KY 40209

Loss Payable

GreatAmerica Leasing Corporation
8742 Innovation Way
Chicago IL 60682

1st Mortgagee

Your Community Bank
ISAOA Dept YCB01
P O Box 160
Florence AL 35631

Loss Payable

Officeware Financial Services
Officeware %ABIC Lease Ins Svc
P O Box 979400
Miami FL 33101

# EARTH MOVEMENT DECLARATIONS

**Maximum Per "Occurrence" Limit Of Insurance** $20,000,000

**Maximum Annual Aggregate Limit Of Insurance** $20,000,000

**BLANKET EARTH MOVEMENT**

**The following Limits and Deductibles apply:**

Per "Occurrence" - Limit Of Insurance $20,000,000

Annual Aggregate - Limit Of Insurance $20,000,000

Premium [redacted]

**Blanket Limit applies solely for Earth Movement at the following locations:**

| **Location No.** | **Building No.** | **Building Address:** | **Building Deductible** | **Personal Property Deductible** |
|---|---|---|---|---|
| 001 | 001 | 1600 Caring Way, Anchorage KY 40223 | 10% | 10% |
| 002 | 001 | 1604 Caring Way, Anchorage KY 40223 | 10% | 10% |
| 003 | 001 | 1606 Caring Way, Anchorage KY 40223 | 10% | 10% |
| 004 | 001 | 1608 Caring Way, Anchorage KY 40223 | 10% | 10% |
| 005 | 001 | 1610 Caring Way, Anchorage KY 40223 | 10% | 10% |
| 006 | 001 | 1612 Caring Way, Anchorage KY 40223 | 10% | 10% |
| 007 | 001 | 11103 Park Road, Anchorage KY 40223 | 10% | 10% |
| 007 | 002 | 11103 Park Road, Anchorage KY 40223 | 10% | 10% |
| 007 | 003 | 11103 Park Road, Anchorage KY 40223 | 10% | |
| 007 | 004 | 11103 Park Road, Anchorage KY 40223 | 10% | 10% |
| 007 | 005 | 11103 Park Road, Anchorage KY 40223 | 10% | |
| 008 | 001 | 1815 Nicholasville Road, Lexington KY 40503 | | 10% |
| 009 | 001 | 918 State Street, Bowling Green KY 42101 | | 10% |
| 010 | 001 | 511 Glen Lily Road, Bowling Green KY 42101 | 10% | |
| 011 | 001 | 513 Glen Lilly Road, Bowling Green KY 42101 | 10% | |
| 012 | 001 | 3137 Brooklawn Campus Drive, Louisville KY 40218 | 10% | 10% |
| 013 | 001 | 2127 Goldsmith Lane, Louisville KY 40218 | 10% | 10% |
| 014 | 001 | 2131 Goldsmith Lane, Louisville KY 40218 | 10% | 10% |
| 015 | 001 | 2133 Goldsmith Lane, Louisville KY 40218 | 10% | 10% |
| 016 | 001 | 2004 David Graves Drive, Louisville KY 40218 | 10% | 10% |
| 017 | 001 | 2111 Goldsmith Lane, Louisville KY 40218 | 10% | 10% |
| 018 | 001 | 2137 Goldsmith Lane, Louisville KY 40218 | 10% | 10% |
| 019 | 001 | 2115 Goldsmith Lane, Louisville KY 40218 | 10% | 10% |
| 020 | 001 | 2135 Goldsmith Lane, Louisville KY 40218 | 10% | 10% |
| 021 | 001 | 2139 Goldsmith Lane, Louisville KY 40218 | 10% | 10% |


**Includes copyrighted material of Insurance Services Office, Inc.**

| | | | | |
|---|---|---|---|---|
| 022 | 001 | 2143 Goldsmith Lane, Louisville KY 40218 | 10% | 10% |
| 024 | 001 | 3135 Brooklawn Campus Drive, Louisville KY 40218 | 10% | 10% |
| 025 | 001 | 3121 Brooklawn Campus Drive, Louisville KY 40218 | 10% | 10% |
| 026 | 001 | 3115 Brooklawn Campus Drive, Louisville KY 40218 | 10% | 10% |
| 027 | 001 | 3100 Brooklawn Campus Drive, Louisville KY 40218 | 10% | 10% |
| 028 | 001 | 3102 Brooklawn Campus Drive, Louisville KY 40218 | 10% | 10% |
| 029 | 001 | 3104 Brooklawn Campus Drive, Louisville KY 40218 | 10% | 10% |
| 030 | 001 | 3125 Brooklawn Campus Drive, Louisville KY 40218 | 10% | 10% |
| 031 | 001 | 3112 Brooklawn Campus Drive, Louisville KY 40218 | 10% | 10% |
| 032 | 001 | 2119 Goldsmith Lane, Louisville KY 40218 | 10% | 10% |
| 033 | 001 | 2125 Goldsmith Lane, Louisville KY 40218 | 10% | 10% |
| 034 | 001 | 2104 David Graves Drive, Louisville KY 40218 | 10% | 10% |
| 035 | 001 | 2108 David Graves Drive, Louisville KY 40218 | 10% | 10% |
| 036 | 001 | 2100 David Graves Drive, Louisville KY 40218 | 10% | 10% |
| 037 | 001 | 2112 David Graves Drive, Louisville KY 40218 | 10% | 10% |
| 038 | 001 | 3110 Brooklawn Campus Drive, Louisville KY 40218 | 10% | 10% |
| 040 | 001 | 10401 Linn Station Rd, Louisville KY 40223 | | 10% |

**Additional Premium to Meet Minimum Premium**

**Total Earth Movement Premium**

[redacted]

The Hanover Insurance Group

USPIRITUS INC ZHW A670296 07

**THE UNDERWRITERS GROUP**

# Commercial General Liability Coverage Part Declaration

| | | |
|---|---|---|
| Audit Frequency: | Annual | |
| | **Limits of Insurance:** | |
| | **General Aggregate Limit** | $3,000,000 |
| | **Products-Completed Operations are Included in the General Aggregate Limit** | |
| | **Each Occurrence Limit** | $1,000,000 |
| | **Personal and Advertising Injury Limit** | $1,000,000 |
| | **Damage to Premises Rented to You Limit** | $100,000 |
| | **Medical Expense Limit, Any One Person** | $20,000 |
| | **General Liability Deductible:** | |
| | **Total Advance Commercial General Liability Premium** | [redacted] |

**THIS POLICY CONTAINS AGGREGATE LIMITS; REFER TO SECTION III - LIMITS OF INSURANCE FOR DETAILS**

## Forms Applicable to General Liability Coverage Parts:

*Asterisk denotes new or changed form

| | Form Number | Edition Date | Description |
|---|---|---|---|
| | 421-0022 | 12/90 | Asbestos Liability Exclusion |
| | 421-0037A | 03/95 | Lead Poisoning Liability Exclusion |
| | 421-0361 | 06/15 | Other Coverage Amendment |
| | 421-0366 | 07/16 | Abuse or Molestation Exclusion |
| | 421-0546 | 09/08 | Psychiatrists Professional Coverage |
| | 421-0548 | 12/19 | Exclusion - Professional Services |
| | 421-0550 | 09/08 | Additional Insured-Human Services Organizations |
| | 421-0551 | 09/08 | Special Events Limitation Endorsement |
| | 421-0552 | 07/16 | Physical Abuse, Sexual Misconduct Or Sexual Molestation Liability Coverage Endorsement (Occurrence - Separate Aggregate) |
| | 421-0582 | 09/08 | Additional Supplementary Payments Endorsement - Human Services |
| | 421-0595 | 09/08 | Human Services Broadened Named Insured Endorsement |
| | 421-2915 | 06/15 | Commercial General Liability Broadening Endorsement |
| | 421-2921 | 06/15 | Commercial General Liability Enhancement Endorsement - Human Services |
| | 421-4361 | 11/17 | Employee As Client Limitation |
| | 421-4758 | 09/18 | Amended Exclusion - Furnishing Or Utilizing Pharmaceuticals And Medical Supplies With Exceptions |
| | CG 00 01 | 04/13 | Commercial General Liability Coverage Form - Occurrence |
| | CG 04 35 | 12/07 | Employee Benefits Liability Coverage |
| | CG 21 06 | 05/14 | Exclusion - Access or Disclosure of Confidential or Personal Information and Data-Related Liability - With Limited Bodily Injury Exception |
| * | CG 21 32 | 05/09 | Communicable Disease Exclusion |
| | CG 21 47 | 12/07 | Employment - Related Practices Exclusion |
| | CG 21 49 | 09/99 | Total Pollution Exclusion Endorsement |

USPIRITUS INC ZHW A670296 07

THE UNDERWRITERS GROUP

## Forms Applicable to General Liability Coverage Parts:

*Asterisk denotes new or changed form

| Form Number | Edition Date | Description |
|---|---|---|
| CG 21 67 | 12/04 | Fungi or Bacteria Exclusion |
| CG 21 70 | 01/15 | Cap On Losses From Certified Acts of Terrorism |
| CG 21 76 | 01/15 | Exclusion of Punitive Damages Related To A Certified Act Of Terrorism |
| CG 21 96 | 03/05 | Silica or Silica-Related Dust Exclusion |
| CG 22 44 | 04/13 | Exclusion - Services Furnished By Health Care Providers |

USPIRITUS INC ZHW A670296 07

THE UNDERWRITERS GROUP

## Commercial General Liability Classification Schedule Declaration

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER | RATE | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 1 | KY | 503 | 44434 | 334 | 29410 Area | 1000 of Total Area | [redacted] | [redacted] |

Products – Completed Operations are Included in the General Aggregate Limit

Health Care Facilities homes for the physically handicapped or orphaned

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER | RATE | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 1 | KY | 503 | 61227 | 334 | 11802 Area | 1000 of Total Area | [redacted] | [redacted] |

Products – Completed Operations are Included in the General Aggregate Limit

Buildings or Premises office Not-For-Profit only

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER | RATE | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 1 | KY | 503 | 67513 | 334 | 1000 Area | 1000 of Total Area | [redacted] | [redacted] |

Products – Completed Operations are Included in the General Aggregate Limit

Schools Not-For-Profit only

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER | RATE | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 1 | KY | 503 | 47367 | 334 | $960,000 Payroll | 1,000 | [redacted] | [redacted] |

Products – Completed Operations are Included in the General Aggregate Limit

Sales or Service Organizations

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER | RATE | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 7 | KY | 503 | 44434 | 334 | 22838 Area | 1000 of Total Area | [redacted] | [redacted] |

Products – Completed Operations are Included in the General Aggregate Limit

Health Care Facilities homes for the physically handicapped or orphaned

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER | RATE | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 7 | KY | 503 | 68707 | 334 | 10636 Area | 1000 of Total Area | [redacted] | [redacted] |

Products – Completed Operations are Included in the General Aggregate Limit

Warehouses private Not-For-Profit only



EXHIBIT 2

The Hanover Insurance Group

USPIRITUS INC ZHW A670296 07

THE UNDERWRITERS GROUP

## Commercial General Liability Classification Schedule Declaration

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 8 | KY | 503 | 61227 | 334 | 1000 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Buildings or Premises office Not-For-Profit only

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 9 | KY | 503 | 61227 | 334 | 3200 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Buildings or Premises office Not-For-Profit only

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 10 | KY | 503 | 63010 | 334 | 1 Each Dwelling | Each |

Products – Completed Operations are Included in the General Aggregate Limit

Dwellings one-family (lessor's risk only)

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 11 | KY | 503 | 63010 | 334 | 1 Each Dwelling | Each |

Products – Completed Operations are Included in the General Aggregate Limit

Dwellings one-family (lessor's risk only)

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 12 | KY | 503 | 44438 | 334 | 5019 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Health Care Facilities mental psychopathic institutions Not-For-Profit

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 13 | KY | 503 | 44438 | 334 | 1400 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Health Care Facilities mental psychopathic institutions Not-For-Profit

[redacted]



EXHIBIT 2

The Hanover Insurance Group

USPIRITUS INC

ZHW A670296 07

THE UNDERWRITERS GROUP

## Commercial General Liability Classification Schedule [redacted]

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 14 | KY | 503 | 44438 | 334 | 2370 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Health Care Facilities mental psychopathic institutions Not-For-Profit

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 15 | KY | 503 | 44438 | 334 | 1968 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Health Care Facilities mental psychopathic institutions Not-For-Profit

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 16 | KY | 503 | 44438 | 334 | 11360 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Health Care Facilities mental psychopathic institutions Not-For-Profit

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 17 | KY | 503 | 44438 | 334 | 4646 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Health Care Facilities mental psychopathic institutions Not-For-Profit

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 18 | KY | 503 | 61227 | 334 | 1400 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Buildings or Premises office Not-For-Profit only

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 19 | KY | 503 | 44438 | 334 | 4800 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Health Care Facilities mental psychopathic institutions Not-For-Profit



EXHIBIT 2

USPIRITUS INC ZHW A670296 07

THE UNDERWRITERS GROUP

## Commercial General Liability Classification Schedule Declaration

[redacted]

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 20 | KY | 503 | 46622 | 334 | 1000 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Parking private

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 20 | KY | 503 | 61227 | 334 | 1278 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Buildings or Premises office Not-For-Profit only

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 21 | KY | 503 | 63010 | 334 | 1 Each Dwelling | Each |

Products – Completed Operations are Included in the General Aggregate Limit

Dwellings one-family (lessor's risk only)

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 22 | KY | 503 | 61227 | 334 | 1000 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Buildings or Premises office Not-For-Profit only

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 23 | KY | 503 | 49452 | 334 | 1 Each Acre | Each |

Products – Completed Operations are Included in the General Aggregate Limit

Vacant Land Not-For-Profit only

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 24 | KY | 503 | 44438 | 334 | 5019 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Health Care Facilities mental psychopathic institutions Not-For-Profit



EXHIBIT 2

The Hanover Insurance Group

USPIRITUS INC ZHW A670296 07

THE UNDERWRITERS GROUP

## Commercial General Liability Classification Schedule Declaration

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER | |
|---|---|---|---|---|---|---|---|
| 25 | KY | 503 | 61227 | 334 | 16532 Area | 1000 of Total Area | [redacted] |

Products – Completed Operations are Included in the General Aggregate Limit

Buildings or Premises office Not-For-Profit only

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER | |
|---|---|---|---|---|---|---|---|
| 26 | KY | 503 | 67513 | 334 | 15844 Area | 1000 of Total Area | [redacted] |

Products – Completed Operations are Included in the General Aggregate Limit

Schools Not-For-Profit only

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER | |
|---|---|---|---|---|---|---|---|
| 27 | KY | 503 | 44438 | 334 | 4227 Area | 1000 of Total Area | [redacted] |

Products – Completed Operations are Included in the General Aggregate Limit

Health Care Facilities mental psychopathic institutions Not-For-Profit

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER | |
|---|---|---|---|---|---|---|---|
| 28 | KY | 503 | 61227 | 334 | 900 Area | 1000 of Total Area | [redacted] |

Products – Completed Operations are Included in the General Aggregate Limit

Buildings or Premises office Not-For-Profit only

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER | |
|---|---|---|---|---|---|---|---|
| 29 | KY | 503 | 68707 | 334 | 1998 Area | 1000 of Total Area | [redacted] |

Products – Completed Operations are Included in the General Aggregate Limit

Warehouses private Not-For-Profit only

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER | |
|---|---|---|---|---|---|---|---|
| 30 | KY | 503 | 67513 | 334 | 21000 Area | 1000 of Total Area | [redacted] |

Products – Completed Operations are Included in the General Aggregate Limit

Schools Not-For-Profit only



EXHIBIT 2

USPIRITUS INC ZHW A670296 07

THE UNDERWRITERS GROUP

## Commercial General Liability Classification Schedule Declaration

[redacted]

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 31 | KY | 503 | 68707 | 334 | 900 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Warehouses private Not-For-Profit only

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 32 | KY | 503 | 44438 | 334 | 7000 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Health Care Facilities mental psychopathic institutions Not-For-Profit

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 33 | KY | 503 | 68707 | 334 | 576 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Warehouses private Not-For-Profit only

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 34 | KY | 503 | 44438 | 334 | 7000 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Health Care Facilities mental psychopathic institutions Not-For-Profit

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 35 | KY | 503 | 44438 | 334 | 7000 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Health Care Facilities mental psychopathic institutions Not-For-Profit

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 36 | KY | 503 | 61227 | 334 | 1224 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Buildings or Premises office Not-For-Profit only



EXHIBIT 2

The Hanover Insurance Group

USPIRITUS INC

ZHW A670296 07

THE UNDERWRITERS GROUP

## Commercial General Liability Classification Schedule Declaration

[redacted]

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 37 | KY | 503 | 61227 | 334 | 4000 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Buildings or Premises office Not-For-Profit only

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 39 | KY | 503 | 49452 | 334 | 1 Each Acre | Each |

Products – Completed Operations are Included in the General Aggregate Limit

Vacant Land Not-For-Profit only

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER |
|---|---|---|---|---|---|---|
| 40 | KY | 503 | 61227 | 334 | 42448 Area | 1000 of Total Area |

Products – Completed Operations are Included in the General Aggregate Limit

Buildings or Premises office Not-For-Profit only

**Miscellaneous/Optional General Liability Coverages**

Employee Benefits Coverage

Terrorism Premium

CGL Enhancement - Human Services

Physical Abuse, Sexual Misconduct or Sexual Molestation Liability - Occurrence - Separate Aggregate

**Additional Premium for Coverage Minimum:** N/A

**Total Advance General Liability Premium** [redacted]

**Subline** 334 **Premises and Operations**

**Subline** 336 **Products and/or Completed Operations**



EXHIBIT 2

***Underwritten by: The Hanover Insurance Company***

# DECLARATIONS
# HUMAN SERVICES PROFESSIONAL LIABILITY COVERAGE
# OCCURRENCE

| | | |
|---|---|---|
| **Policy Number:**<br>ZHW A670296 07 | **Policy Period:**<br>**From:** 07/01/2022 **To:** 07/01/2023<br><br>12:01 A.M. Standard Time at the address of the **First Named Insured** as stated herein | **Agent Name and Address:**<br>THE UNDERWRITERS GROUP<br>INC.<br>PO BOX 23790<br>LOUISVILLE KY 40223 |
| **Underwriting Company:** The Hanover Insurance Company<br>**Address: 440 Lincoln Street, Worcester MA 01605** | | |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

| | |
|---|---|
| **Item 1. Named Insured And Address:** | USPIRITUS INC<br><br>10401 LINN STATION RD, STE 100<br>LOUISVILLE KY 40299 |

**Item 2. Form of Business**:

☐ Individual ☐ Partnership ☐ Corporation ☐ Limited Liability Company

☐ Joint Venture ☐ Organization (Other than Partnership or Limited Liability Company)

**Business Description:** Human Services Organization

**Item 3. HUMAN SERVICES PROFESSIONAL LEGAL LIABILITY COVERAGE LIMITS OF INSURANCE:**

| | |
|---|---|
| Human Services Professional Each "Wrongful Act" Limit | $1,000,000 |
| Human Services Professional Aggregate Limit | $3,000,000 |
| Deductible | $25,000 |
| Deductible Type | Damages |

| | |
|---|---|
| **Estimated Annual Premium:** | [redacted] |
| **Annual Minimum Premium:** | **$** |
| **Advance Premium:** | **$** |

☐ PREPAID – the total annual premium is due at inception.

☐ HANOCASH – the annual premium is payable according to the term of the Hanocash endorsement attached.

☐ ACCOUNT BILL ☒ DIRECT BILL ☐ Annual ☐ Semi-Annual ☐ Other

Audit period: Non Auditable unless indicated by ☒ Annual ☐ Semi-Annual ☐ Other

**FORMS AND ENDORSEMENTS**

Forms and Endorsements applying to this Coverage Part and made a part of this policy:

| Form Number: | Edition Date: | Title: |
|---|---|---|
| 421-0542 | 06/18 | Human Services Professional Liability Coverage Occurrence |
| 421-2276 | 06/18 | Kentucky Changes - Human Services |
| 421-4353 | 06/18 | Exclusion - Nurse Practitioner |

**Notice of a Claim:**
Report any "wrongful act" which may result in a "claim" to the Company as required by **SECTION V – CONDITIONS**, **C. Duties in the Event of "Wrongful Act", "Claim", or "Suit"** to:

The Hanover Insurance Company
P.O. Box 15145
Worcester, MA 01615

**National Claims Telephone Number**: 800-628-0250
**Facsimile:** 800-399-4734
**Email:** firstreport@hanover.com

**Agent's Signature**
**(required in the state of Florida):**

(may be electronic scripted signature)

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

The Hanover Insurance Group

USPIRITUS INC ZHW A670296 07

THE UNDERWRITERS GROUP

## Inland Marine Declaration

**Total Inland Marine Premium** [redacted]

Coverages Provided:
Insurance at the Described Premises applies only for the coverage shown below:

| **LOC** | **BLDG** | **Type of Coverage** | | |
|---|---|---|---|---|
| 1 | 1 | Contractor Equipment - IM 70 01 | | [redacted] |
| | | Limit | | |
| | | Deductible | $500.00 | |
| | | Coinsurance | See Form | |
| | | Schedule | $10,000.00 | |
| | | Reporting Form | Non-Reporting | |

| **LOC** | **BLDG** | **Type of Coverage** | |
|---|---|---|---|
| 1 | 1 | Contractor Equipment - IM 70 01 | |
| | | Limit | |
| | | Deductible | $500.00 |
| | | Coinsurance | See Form |
| | | Schedule | $29,500.00 |
| | | Reporting Form | Non-Reporting |

| **LOC** | **BLDG** | **Type of Coverage** | |
|---|---|---|---|
| 1 | 1 | EDP - Hardware & Software $250,000 and over | |
| | | Limit | $690,000.00 |
| | | Deductible | $1,000.00 |
| | | Coinsurance | See Form |
| | | Schedule | See Form |
| | | Reporting Form | Non-Reporting |

**Additional Premium for Inland Marine Minimum:**

**Miscellaneous/Optional Inland Marine Coverages:**

Terrorism Premium

USPIRITUS INC ZHW A670296 07

THE UNDERWRITERS GROUP

## Forms Applicable to Inland Marine Coverage Parts:

*Asterisk denotes new or changed form

| | Form Number | Edition Date | Description |
|---|---|---|---|
| * | CL 0156 | 05/13 | Amendatory Endorsement - Kentucky |
| | CL 06 00 | 01/15 | Certified Terrorism Loss |
| | CL 07 00 | 10/06 | Virus OR Bacteria Exclusion |
| | IM 20 2 | 07/05 | Deductible Waiver for Lojack Brand Protection System |
| | IM 20 35 | 04/04 | Amendatory Endorsement - Kentucky |
| | IM 70 01 | 04/04 | Contractors' Equipment Coverage |
| | IM 70 06 | 04/04 | Schedule of Coverages - Contractors Equipment Coverage |
| | IM 70 34 | 06/04 | Tools Endorsement |
| | IM 72 02 | 10/02 | Electronic Data Processing - Equipment Coverage Part - Blanket Limits |
| | IM 72 07 | 10/02 | Electronic Data Processing - Schedule of Coverages - Blanket Limits |

USPIRITUS INC ZHW A670296 07

THE UNDERWRITERS GROUP

## Inland Marine Schedule Declarations

| Coverage | Schedule Item | Description | Limit |
|---|---|---|---|
| Contractor Equipment - IM 70 01 | 1 | SCAGGS ZERO TURN RADIUS MOWER | $7,500.00 |
| Contractor Equipment - IM 70 01 | 1 | MISCELLANEOUS TOOLS | $10,000.00 |
| Contractor Equipment - IM 70 01 | 2 | SNOW BLOWER | $5,000.00 |
| Contractor Equipment - IM 70 01 | 3 | MISC TRACTOR ATTACHMENTS | $2,000.00 |
| Contractor Equipment - IM 70 01 | 4 | JOHN DEERE TRACTOR | $15,000.00 |



EXHIBIT 2

# ADDENDUM TO DECLARATIONS:
# KENTUCKY LOCAL GOVERNMENT TAXES

**-- PLEASE READ THIS CAREFULLY --**

## Kentucky Local Government Tax

**POLICY PREMIUM ADDITIONAL INFORMATION:**

Your insurance premium includes the following tax imposed by your local government. If you are located in more than one municipality with a tax or fee they are listed separately.

Municipality Tax
Municipality Tax
Municipality Tax
Municipality Tax
[redacted]

You have been billed for this tax in accordance with the requirements of the state of Kentucky.

If you have any questions on this issue, please contact your agent for clarification.



EXHIBIT 2

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TRADE OR ECONOMIC SANCTIONS ENDORSEMENT

This insurance does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance, including, but not limited to, the payment of claims.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

 Includes copyrighted materials of Insurance Services Offices, Inc., with its permission. 

EXHIBIT 2

# KENTUCKY NOTICE AND WAIVER OF MINE SUBSIDENCE COVERAGE

This Notice is not a part of your insurance policy. No coverage is provided by this Notice and it does not replace any provisions of your policy and attached endorsements. If there is any conflict between this Notice and the Policy and its endorsements, the provisions of the Policy and its endorsements shall prevail.

Read your policy, including the endorsements attached to your policy, carefully for the coverage you are provided.

This Notice provides information concerning mine subsidence coverage, which applies to your new or renewal policy being issued by us.

**Notice Concerning The Waiver Of Mine Subsidence Coverage In Kentucky**

Kentucky law requires that every insurer that issues an eligible new or renewal policy must provide Mine Subsidence Coverage, unless waived in writing by the insured.

**Waiver Of Mine Subsidence Coverage In Kentucky**

**Please check and sign below if waiving Mine Subsidence Coverage in Kentucky.**

☐ By checking this box, I (we) do not desire Mine Subsidence Insurance coverage and hereby waive any right to such coverage, under this policy or any renewal of the policy concerning my (our) interest in the property described in the policy (in the application), unless I (we) request Mine Subsidence Insurance coverage, in writing, at some future date.

______________________________

**Signature of First Named Insured(s) ***

**Policy Number:** ______________________________

**Date Signed:** ______________________________

* If the insured is a corporation, an officer of the corporation must sign and include title


Includes copyrighted materials of Insurance Services Office, Inc. with its permission.
Copyright 2016 The Hanover Insurance Group, Inc. All Rights Reserved.


EXHIBIT 2

THIS NOTICE IS PROVIDED IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS NOTICE DOES NOT GRANT COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF COVERAGE UNDER THE POLICY. IF THERE IS A CONFLICT BETWEEN THIS NOTICE AND THE POLICY, THE PROVISIONS OF THE POLICY SHALL APPLY.

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

[redacted]

**Disclosure of Terrorism Coverage Available**

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, you have a right to purchase insurance coverage for losses resulting from "acts of terrorism" defined in Section 102(1) of the Act as follows:

> Any act or acts that are certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

The premium charged for this coverage is provided in the **SCHEDULE** above and does not include any charges for the portion of loss that may be covered by the Federal Government as described below. This premium has been added to your policy and unless this form is signed and returned to us to reject terrorism coverage, coverage for Certified Acts of Terrorism is provided by your policy.

Your policy may contain other exclusions which could affect your coverage, such as an exclusion for Nuclear Events or Pollution. **Please read your policy carefully**.

**Note for Commercial Property or Commercial Inland Marine Policyholders in Standard Fire States:**

In Standard Fire states, terrorism exclusions make an exception for (and therefore provide coverage for) fire losses resulting from an act of terrorism. Any policyholder with a location that we insure in a Standard Fire State that rejects our offer of terrorism coverage in this form will still have coverage with us for fire losses resulting from an act of terrorism.

**Explanation of Premium**

If a dollar amount is shown for Fire Following Premium in the SCHEDULE above that means we insure a location of yours in a Standard Fire State. Fire Following Premium is shown in the **SCHEDULE** above regardless of whether a policyholder with a location that we insure in a Standard Fire State accepts or rejects terrorism coverage with us. Fire Following Premium represents the charge for the coverage we provide for fire losses resulting from acts of terrorism. Fire Following Premium does not include Other Than Fire Following Premium. All Other Than Fire Following Premium is shown in the Other Than Fire Following Premium field in the **SCHEDULE** above.

If a dollar amount is shown for Other Than Fire Following Premium in the **SCHEDULE** above that means you have accepted terrorism coverage with us. Other Than Fire Following Premium represents the charge for terrorism coverage. Other Than Fire Following Premium does not include Fire Following Premium. If applicable, all Fire Following Premium is shown in the Fire Following Premium field in the **SCHEDULE** above.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

The dollar amount shown for Total Terrorism Premium in the **SCHEDULE** above represents the sum of premium for Fire Following Premium and Other Than Fire Following Premium.

**Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 80% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**Cap on Insurer Participation in Payment of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**Rejection of Terrorism Insurance Coverage***

_______ I decline to purchase terrorism coverage for certified acts of terrorism. I understand that I will have no coverage for losses resulting from certified acts of terrorism.

| | |
|---|---|
| | **Hanover Insurance Company** |
| Applicant/Policyholder Signature | Insurance Company |
| | **ZHW A670296 07** |
| Print Name | Quote or Policy Number |
| | |
| Date | |

*If this policy is a renewal and:

**a.** You have previously submitted a signed Rejection, you are not required to submit an additional Rejection at this time; or

**b.** You have previously accepted coverage and now wish to reject, you are required to complete and sign the Rejection of Terrorism Insurance Coverage above.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# IMPORTANT INFORMATION ABOUT YOUR INSURANCE COMPANY

The Home Office address for the Insurance Company shown on the policy Declarations page is:

**Allmerica Financial Alliance Insurance Company**
(*A Stock Company*)
440 Lincoln Street
Worcester, MA 01653-0002

**Allmerica Financial Benefit Insurance Company**
(*A Stock Company*)
440 Lincoln Street
Worcester, MA 01653-0002

**Campmed Casualty & Indemnity Company, Inc.**
(*A Stock Company*)
440 Lincoln Street
Worcester, MA 01653-0002

**Citizens Insurance Company of America**
(*A Stock Company*)
808 North Highlander Way
Howell, MI 48843-1070

**Citizens Insurance Company of Illinois**
(*A Stock Company*)
333 West Pierce Road, Suite 300
Itasca, IL 60143-3114

**Citizens Insurance Company of the Midwest**
(*A Stock Company*)
9229 Delegates Row, Suite 100
Indianapolis, IN 46240-3824

**Citizens Insurance Company of Ohio**
(*A Stock Company*)
4400 Easton Commons Way, Suite 125
Columbus, OH 43219-6223

**The Hanover American Insurance Company**
(*A Stock Company*)
440 Lincoln Street
Worcester, MA 01653-0002

**The Hanover Insurance Company**
(*A Stock Company*)
440 Lincoln Street
Worcester, MA 01653-0002

**The Hanover Casualty Company**
(*A Stock Company*)
440 Lincoln Street
Worcester, MA 01653-0002

**Massachusetts Bay Insurance Company**
(*A Stock Company*)
440 Lincoln Street
Worcester, MA 01653-0002

**The Hanover New Jersey Insurance Company**
(*A Stock Company*)
440 Lincoln Street
Worcester, MA 01653-0002

**Verlan Fire Insurance Company**
(*A Stock Company*)
440 Lincoln Street
Worcester, MA 01653-0002

**Nova Casualty Company**
(*A Stock Company*)
440 Lincoln Street
Worcester, MA 01653-0002



EXHIBIT 2

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

CONDOMINIUM, CO OP AND ASSOCIATION DIRECTORS AND OFFICERS LIABILITY
CYBER LIABILITY COVERAGE PART
DATA BREACH COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE FORM
EMPLOYMENT PRACTICES LIABILITY
RELIGIOUS INSTITUTIONS DIRECTORS, OFFICERS AND TRUSTEES LIABILITY COVERAGE PART
SCHOOL AND EDUCATORS LEGAL LIABILITY COVERAGE PART

**A.** The following definition is added:

**"Certified act of terrorism"** means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism under the federal Terrorism Risk Insurance ACT, as amended (TRIA). The criteria contained in TRIA for a "certified act of terrorism" requires that the act must result in insured losses in excess of $5,000,000 in the aggregate, attributable to all types of insurance subject to TRIA. The criteria also requires that the act must be a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following Cap on Losses from Certified Acts of Terrorism is added:

If aggregate insured losses attributable to terrorist acts certified under TRIA exceed $100,000,000,000 in a calendar year (January 1 through December 31) and we have met, or will meet, our insurer deductible under TRIA, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100,000,000,000, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy, such as losses excluded by the War exclusion.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

EXHIBIT 2

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

CONDOMINIUM, CO OP AND ASSOCIATION DIRECTORS AND OFFICERS LIABILITY
CYBER LIABILITY COVERAGE PART
DATA BREACH COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE FORM
EMPLOYMENT PRACTICES LIABILITY
RELIGIOUS INSTITUTIONS DIRECTORS, OFFICERS AND TRUSTEES LIABILITY COVERAGE PART
SCHOOL AND EDUCATORS LEGAL LIABILITY COVERAGE PART

**A.** The following exclusion is added:

**Punitive Damages Related to a Certified Act of Terrorism**

Damages arising, directly or indirectly, out of a "certified act of terrorism" which are awarded as punitive damages.

**B.** The following definition is added:

**"Certified act of terrorism"** means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" requires that the act must result in insured losses in excess of $5,000,000 in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act. The criteria also requires that the act must be a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Policy.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.


© ISO Properties, Inc., 2007

EXHIBIT 2

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".


© ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.


© ISO Properties, Inc., 2007

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# KENTUCKY CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation Of Policies In Effect For 60 Days Or Less**

If this policy has been in effect for 60 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least 14 days before the effective date of cancellation.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For More Than 60 Days**

**a.** If this policy has been in effect for more than 60 days or is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Discovery of fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

**(3)** Discovery of willful or reckless acts or omissions on your part which increase any hazard insured against;

**(4)** The occurrence of a change in the risk which substantially increases any hazard insured against after insurance coverage has been issued or renewed;

**(5)** A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any insured property or the occupancy thereof which substantially increases any hazard insured against;

**(6)** We are unable to reinsure the risk covered by the policy; or

**(7)** A determination by the commissioner that the continuation of the policy would place us in violation of the Kentucky insurance code or regulations of the commissioner.


© ISO Properties, Inc., 2007

**b.** If we cancel this policy based on Paragraph **7.a.** above, we will mail or deliver a written notice of cancellation to the first Named Insured, stating the reason for cancellation, at least:

**(1)** 14 days before the effective date of the cancellation, if cancellation is for nonpayment of premium; or

**(2)** 75 days before the effective date of the cancellation, if cancellation is for any reason stated in **7.a.(2)** through **7.a.(7)** above.

**C.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

**1.** For the purpose of this Condition:

**a.** Any policy period or term of less than six months shall be considered to be a policy period or term of six months; and

**b.** Any policy period or term of more than one year or any policy with no fixed expiration date shall be considered a policy period or term of one year.

**2.** If we elect not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, at the last mailing address known to us, at least 75 days before the expiration date of the policy period.

**3.** If notice of nonrenewal is not provided pursuant to this Condition, coverage under the same terms and conditions shall be deemed to be renewed for the ensuing policy period upon payment of the appropriate premium until you have accepted replacement coverage with another insurer, or until you have agreed to the nonrenewal.

**4.** If we mail or deliver a renewal notice to the first Named Insured at least 30 days before the end of the policy period, stating the renewal premium and its due date, the policy will terminate without further notice unless the renewal premium is received by us or our authorized agent by the due date.

**5.** If this policy terminates because the renewal premium has not been received by the due date, we will, within 15 days, mail or deliver to the first Named Insured at his last known address a notice that the policy was not renewed and the date it was terminated.

**6.** If notice is mailed, proof of mailing is sufficient proof of notice.


© ISO Properties, Inc., 2007

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

**1.** The failure, malfunction or inadequacy of:

**a.** Any of the following, whether belonging to any insured or to others:

**(1)** Computer hardware, including microprocessors;

**(2)** Computer application software;

**(3)** Computer operating systems and related software;

**(4)** Computer networks;

**(5)** Microprocessors (computer chips) not part of any computer system; or

**(6)** Any other computerized or electronic equipment or components; or

**b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

**1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

**2.** Under the Commercial Property Coverage Part:

**a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

**b.** In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

 © ISO Properties, Inc., 2001 

EXHIBIT 2

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.


© Insurance Services Office, Inc., 2015

THE ONLY SIGNATURES APPLICABLE TO THIS POLICY ARE THOSE REPRESENTING THE COMPANY NAMED ON THE FIRST PAGE OF THE DECLARATIONS.

**In Witness Whereof,** this company has caused this policy to be signed by its President and Secretary and countersigned on the declarations page, where required, by a duly authorized agent of the company.

John C. Roche
President

Charles Frederick Cronin
Secretary



EXHIBIT 2

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMERGENCY EVENT MANAGEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED
CAUSES OF LOSS – SPECIAL FORM

Other words and phrases that appear in quotation marks have special meaning. Refer to **H. Definitions**.

The Building And Personal Property Coverage Form, Business Income (and Extra Expense) Coverage Form, Business Income (and Extra Expense) Coverage Form – Actual Loss Sustained, and the Causes Of Loss – Special Form are amended by the addition of the Scheduled Coverages listed below. Unless otherwise noted, each Limit of Insurance shown in the Schedule is the most we will pay for the total applicable covered loss or damage resulting from a "covered emergency" regardless of the number of "covered locations" involved. The provisions of the Building and Personal Property Coverage Form, Business Income (and Extra Expense) Coverage Form, Business Income (and Extra Expense) Coverage Form Actual Loss Sustained, and the Causes of Loss – Special Form apply to the Scheduled Coverages unless specifically amended by this endorsement. If any loss or damage covered under this endorsement is also covered under any other provisions of this policy, or if more than one coverage under this endorsement applies to a specific type of loss or damage sustained, you may choose only one of the applicable coverages to apply to that loss. The most we will pay in such case is the Limit of Insurance applicable to the coverage you chose.

**Schedule of Coverages**

| **Coverage** | **Limit of Insurance** |
|---|---|
| **A.** Emergency Event Communication Expense | 100,000 |
| **B.** Emergency Event Business Income and Extra Expense | 100,000 |
| **C.** Post Emergency Event Expense - Per Person Limit | 100,000 |
| - Aggregate Limit | 100,000 |

| **Coverage** | **Waiting Period** |
|---|---|
| Emergency Event Communication Expense | None |
| Emergency Event Business Income | Follows the waiting period in the **BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM or BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED** |
| Emergency Event Extra Expense | None |
| Post Emergency Event Expense | None |

**A. "Emergency Event Communication Expense"**

For the purpose of coverage under this endorsement only, the following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of the Building and Personal Property Coverage Form CP 00 10:

**"Emergency Event Communication Expense"**

We will pay necessary "emergency event communication expense" incurred by you resulting from a "covered emergency" at a "covered location" for the sixty (60) consecutive days after a "covered emergency".

This Additional Coverage does not apply to:

**(1)** Any costs related to communications, advice or strategy development, that address continuing publicity or image concerns for periods occurring beyond the sixty (60) consecutive day period after a "covered emergency", or

**(2)** Communication-related expense dealing with mitigating negative publicity or restoring your

EXHIBIT 2

 Includes copyrighted material of Insurance Services Office, Inc. with its permission 

enterprise's image at any location other than the "covered location" at which the "covered emergency" occurred.

**B. Emergency Event Business Income and Extra Expense – Optional Coverage**

For the purpose of coverage under this endorsement only, when the Business Income (and Extra Expense) Coverage Form CP 00 30, or the Business Income (and Extra Expense) Coverage Form – Actual Loss Sustained 411-0581 is made a part of this policy, the following replaces all provisions of the Business Income (and Extra Expense) Coverage Form CP 00 30 or the Business Income (and Extra Expense) Coverage Form – Actual Loss Sustained 411-0581.

**1. "Emergency Event Business Income" and Extended "Emergency Event Business Income" Coverage**

**a. "Emergency Event Business Income"**

Subject to the Waiting Period shown in the Schedule of this endorsement, we will pay the actual loss of "emergency event business income" you sustain due to the necessary "suspension" of your "operations" during the "emergency event period of restoration". The "suspension" must be caused by or result from a "covered emergency" at your "covered location".

**b. Extended "Emergency Event Business Income"**

If the necessary "suspension" of your "operations" caused by or resulting from a "covered emergency" produces an "emergency event business income" loss payable under this endorsement, we will also pay the actual loss of "emergency event business income" you incur during the period that:

**(1)** Begins on the date "operations" are resumed, or the date the "covered location" can be re-occupied by a tenant; and

**(2)** Ends on the earlier of:

**(a)** The date you could reasonably restore your "operations" to a level which would generate the business income that would have existed had no "covered emergency" occurred; or

**(b)** The date you could reasonably have the "covered location" re-occupied by a tenant to a level that would generate the rental income which would have existed if the "covered emergency" had not occurred; or

**(c)** Thirty (30) consecutive days after the date determined in **b. (1)** above.

**c. Additional Conditions and Limitations – "Emergency Event Business Income" and Extended "Emergency Event Business Income"**

**(1)** When alternative locations, whether or not owned by you, could have been used to mitigate any "Emergency Event Business Income" loss or Extended "Emergency Event Business Income" loss but were not, we will not pay more than what the calculable loss would have been had these other locations been used to mitigate the loss.

**(2)** In the event that your coverage for loss of "Emergency Event Business Income" ends because it extends beyond the sixty (60) consecutive days provided after the "covered emergency", your coverage for Extended "Emergency Event Business Income" loss will commence only when and if you actually resume "operations" (or tenancy is re-established). When "operations" do not resume upon expiration of the sixty (60) consecutive day period, an interruption in your coverage for Business Income will occur between:

**(a)** The end of your "Emergency Event Business Income" coverage; and

**(b)** The start of your Extended "Emergency Event Business Income" coverage.

**(3)** "Emergency Event Business Income" and Extended "Emergency Event Business Income" do not apply to loss of Business Income or loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the "covered emergency" in the area where the "covered locations" are located.

**d. Loss Determination - Business Income and Extended Business Income**

The amount of "emergency event business income" loss will be determined based on:

EXHIBIT 2


Includes copyrighted material of Insurance Services Office, Inc. with its permission

**(1)** The Net Income of the business at the "covered location" before the "covered emergency" occurred;

**(2)** The likely Net Income of the business at the "covered location" if no "covered emergency" occurred, but not including:

**(a)** Net Income earned due to increased sales or similar activity at other "covered locations" caused by the disruption of "operations" at the "covered location" where the "covered emergency" occurred; or

**(b)** Net Income that would have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the "covered emergency" on customers or other businesses; or

**(c)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the "covered emergency"; and

**(3)** Other relevant sources of information, including but not limited to:

**(a)** Your financial records and account procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**2. "Emergency Event Extra Expense"**

For the purpose of coverage under this endorsement only, when the Business Income (and Extra Expense) Coverage Form CP 00 30 or the Business Income (and Extra Expense) Coverage Form – Actual Loss Sustained 411-0581 is a part of this policy, the following applies:

**a.** We will pay reasonable and necessary "emergency event extra expense" caused by or resulting from a "covered emergency" at the "covered location" during the "emergency event period of restoration" to:

**(1)** Avoid or minimize the "suspension" of your business and to continue "operations" at the "covered location" or at temporary or replacement location(s). This includes but is not limited to temporary additional security, relocation expenses and additional costs to equip and operate the temporary or replacement location; or

**(2)** Minimize the "suspension" of business if you cannot continue your "operations".

**b.** This coverage ends the earlier of:

**(1)** The date your "operations" are restored to a similar condition that would have existed had the "covered emergency" not occurred; or

**(2)** Sixty (60) consecutive days after the "covered emergency" event occurs.

**c.** "Emergency Event Extra Expense" does not include:

**(1)** ransom, extortion or other type of funds paid directly or indirectly to actual or alleged perpetrators causing, or threatening to cause, a "covered emergency"; or

**(2)** any reward funds.

**3. Resumption of Operations** – We will reduce the amount of:

**a.** "Emergency event business income" to the extent you can resume your "operations", in whole or in part, at the affected "covered location" or elsewhere; and

**b.** "Emergency event extra expense" loss to the extent you can return "operations" to normal and discontinue such "emergency event extra expense".

If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**C. "Post Emergency Event Expense"**

**1.** We will pay an "invitee's" "post emergency event expense" for sixty (60) consecutive days after the "covered emergency", subject to the Post Emergency Event – Per Person Limit of Insurance shown in the Schedule above.

**2.** Coverage is extended only to those "invitees" present at the affected "covered location" when the "covered emergency" occurred and whose treatment or expense arises directly from the trauma suffered from the "covered emergency".

**3.** The aggregate limit shown in the Schedule above is the most we will pay for the sum of all "post emergency event expense" in any policy period.

EXHIBIT 2


Includes copyrighted material of Insurance Services Office, Inc. with its permission

**D. Exclusions**

**1. Deleted Exclusions - Emergency Event Management Coverage Endorsement**

For the purpose of coverage under this endorsement only, the following exclusions under the Causes of Loss – Special Form CP 10 30 are deleted:

**a. B.1.h. "Fungus", Wet Rot, Dry Rot and Bacteria;**

**b. B.2.h. Dishonest or Criminal Acts;**

**c. B.3.b. Acts or Decisions;** and

**d. B.3.c. (1) – (4) Faulty, Inadequate or Defective actions, activities or materials**.

**2. Additional Exclusions - Emergency Event Management Coverage Endorsement**

**a.** For the purpose of coverage under this endorsement only, the following exclusions are added to **B. Exclusions,** Paragraph **1.,** Causes of Loss – Special Form CP 10 30:

We will not pay for loss or damage caused directly or indirectly by any of the following, regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

**(1)** Windstorm or hail;

**(2)** Dishonest or criminal act by you, any of your partners, directors, officers or trustees whether:

**(a)** Acting alone or in collusion with each other or with any other party; or

**(b)** Whether or not occurring in the course and scope of employment, during the hours of employment or during your normal hours of operation.

**b.** For the purpose of coverage under this endorsement only, the following exclusions are added to **B. Exclusions** of Causes of Loss – Special Form CP 10 30:

We will not pay for:

**(1)** Any legal fees or costs, including but not limited to defense costs related to a claim or suit by a third party for bodily injury or property damage;

**(2)** The cost to decontaminate, clean, repair, remediate, maintain or replace Covered Property;

**(3)** Costs or expenses incurred by any person(s) who directly or indirectly instigated, threatened, funded, perpetrated, participated, supported or was otherwise involved in the activities leading to the "covered emergency"; or

**(4)** Any cost or expense reimbursable by a state or federal agency, or under workers compensation or similar laws.

**E.** For the purpose of coverage under this endorsement only, **D. Deductible**, of the Building and Personal Property Coverage Form CP 00 10 does not apply.

**F. Loss Conditions**

**1.** For the purpose of coverage under this endorsement only, **E. Loss Conditions,** Paragraph **3. Duties in The Event Of Loss Or Damage** of the Building and Personal Property Coverage Form CP 00 10 and **C. Loss Conditions,** Paragraph **2. Duties in the Event of Loss** of the Business Income (and Extra Expense) Coverage Form CP 00 30 or Business Income (and Extra Expense) – Actual Loss Sustained 411-0581 are replaced by the following:

**Duties In The Event Of Loss**

**a.** In the event of a "covered emergency" you must:

**(1)** Notify law enforcement if a law may have been broken.

**(2)** Give us notice of any "covered emergency" or event that is likely to lead to a "covered emergency" within forty-eight (48) hours of the time you, or any of your partners, directors, officers, trustees or employees with management or supervisory authority, first become aware of it.

Such notice must include, but is not limited to:

**(a)** Specifics as to when, where and how the "covered emergency" occurred or is occurring;

**(b)** The name, address and any other pertinent information pertaining to any injured persons including the cause, nature, location and extent of their injuries;

**(c)** The name, address and any other pertinent information pertaining to:

**(i)** witnesses to the event, its origins or injuries to any person;

**(ii)** emergency responders; and

**(iii)** potential or known perpetrators;

EXHIBIT 2

**(d)** Response activities undertaken by you or others to address the consequences of the "covered emergency"; and

**(e)** The nature and location of any physical damage to the "covered location" arising out of the "covered emergency" and the current repair status of such damage.

**(3)** Take all reasonable steps to protect your "invitees" and the Covered Property at the "covered location" from further injury or damage, and keep a record of your expenses necessary to do so for consideration in the settlement of the claim. These actions do not guarantee such expenses will be covered nor will they increase the Limit of Insurance. In addition, we will not pay for any subsequent injury, loss or damage resulting from other than a "covered emergency". Also, if feasible, preserve and set damaged property aside and in the best possible order for examination.

**(4)** As often as may be reasonably required, permit us to inspect the property proving the injury, loss or damage, and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(5)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(6)** Cooperate with us in the investigation or settlement of the claim.

**(7)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records.

In the event of an examination, an insured's answers must be signed.

**2.** For the purpose of coverage under this endorsement only, **E. Loss Conditions,** Paragraph **4. Loss Payment,** of the Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this endorsement and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**G. Additional Conditions**

For the purpose of coverage under this endorsement only:

**1. F. Additional Conditions**, Paragraph **1. Coinsurance** of the Building and Personal Property Coverage Form CP 00 10 does not apply.

**2. D. Additional Condition, COINSURANCE** of the Business Income (and Extra Expense) Coverage Form CP 00 30 does not apply.

**3.** The following Additional Condition is added:

**Other Insurance**

If there is other insurance covering the same loss, we will pay only the amount of the covered loss in excess of the amount due from the other insurance, whether collectible or not. If the other insurance covers the same loss but includes a deductible, we will pay the deductible. Other insurance includes but is not limited to the insurance coverage or non-insurance services provided by an employer's Employee Assistance Plan or similar mental health service. Regardless of other insurance, we will not pay more than the applicable Limit of Insurance shown in the Schedule of this endorsement.

**H. Definitions**

For the purpose of coverage under this endorsement only, the following Definitions are added.

**1.** "Contaminated" or "contamination" means unfit for use by the introduction of unwholesome or undesirable elements.

**2.** "Covered Emergency" means the following:

**a. Violent Acts**

**(1)** A violent act at your "covered location", committed with malicious intent by one or more individuals against a person(s) or entity(s), which results in physical injury or death to

EXHIBIT 2


Includes copyrighted material of Insurance Services Office, Inc. with its permission

such targeted person(s) or bystanders.

This does not include violent acts committed by you, or any of your partners, directors, officers or trustees.

**(2)** An attempt or threat of a violent act to be committed at your "covered location", made with malicious intent by one or more individuals against a person(s) or entity(s), which is likely to result in physical injury or death to such targeted person(s) or bystander(s).

**(a)** This does not include an attempt or threat of a violent act made by you, or any of your partners, directors, officers or trustees.

**(b)** For coverage to apply, such attempts or threats must be credible, plausible and reported to law enforcement.

**(3)** A violent act at your "covered location", committed with malicious intent by one or more individuals against any person(s) or entity(s), which results in direct physical loss or damage to your premises or the property of others at the "covered location".

This does not include a violent act committed by you, or any of your partners, directors, officers or trustees.

**(4)** An attempt or threat of a violent act to be committed on your "covered location", made with malicious intent by one or more individuals against any person(s) or entity(s), which is likely to result in direct physical loss or damage to your premises or the property of others at the "covered location".

**(a)** This does not include an attempt or threat of a violent act made by you, or any of your partners, directors, officers or trustees.

**(b)** For coverage to apply, such attempts or threats must be credible, plausible and reported to law enforcement.

**b. Premises Contamination**

**(1)** Necessary closure of all or part of your "covered location" due to any sudden and accidental "contamination" or impairment of the "covered location" which results in clear, visible, identifiable, internal or external symptoms of bodily injury, illness, or death of any person(s).

**(2)** This includes a "covered location" "contaminated" by "covered illness", but does not include "contamination" of the "covered location", in whole or part, by other "pollutants", "fungi" or bacteria except as provided under "covered illness".

**(3)** Confirmation of both the existence of the "covered illness", and "covered location" that the "covered illness" has "contaminated" must be confirmed by a qualified expert or experts and reliable laboratory testing.

**c. Contaminated Food or Beverage**

**(1)** Necessary closure of all or part of your "covered location" by order of the governing Board of Health because of discovery or suspicion that "contaminated" food or beverage has been served to patrons at your "covered location"; or

**(2)** Necessary announcement by you or any governmental body warning the public of a health hazard at your "covered location" because "contaminated" food or beverage has been served to your patrons.

**d. Specified Felonies**

The following felonies, whether committed, attempted, or threatened on your "covered premises":

**(1) Child abduction or kidnapping.** The wrongful and illegal seizure of a child under age sixteen (16) at your "covered location" by someone other than the child's biological, adoptive or foster parents or guardians.

**(2)** Stalking and abduction of one or more of your employees or customers by other than a relative;

**(3)** Sexual assault; or

**(4)** Felonious use of a firearm, other weapon or device designed to cause significant harm or damage;

**e. Other Emergency Incidents**

Any one of the following events occurring at your "covered location" and not arising out of a "covered emergency":

**(1)** Explosion;

EXHIBIT 2

 Includes copyrighted material of Insurance Services Office, Inc. with its permission 

**(2)** Fire;
**(3)** Construction accident;
**(4)** Equipment failure; or
**(5)** Workplace accident;

which results in injury or damage to person(s) or property, and adverse regional or national news media coverage of your business or "operations".

**3.** "Covered Location" means:

**a.** That part of a premises you occupy which is listed as a covered location on the Declarations, including the area within 1,000 feet of that premises.

**b.** If you have more than one "covered location" under section **a)**, the term "covered location" means only the location at which the "covered emergency" occurred.

**c.** If you occupy only part of the site at a "covered location", this phrase is further defined as:

**(1)** The portion of the building which you rent, lease or occupy; and

**(2)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

**4.** "Covered Illness" means only the following:

**a.** bacterial microorganisms transmitted through human contact with food;

**b.** hepatitis virus;

**c.** legionnaire's disease; and

**d.** noroviruses;

as defined by the United States Center for Disease Control.

"Covered Illness" does not include any other type of illness, bacteria, virus or disease.

**5.** "Emergency event business income" means:

**a.** Net income (net profit or loss before income taxes) – including "rental value" - that would have been earned or incurred before the "covered emergency" at the "covered location"; and

**b.** Continuing normal operating expenses incurred, including payroll, at the "covered location".

**6.** "Emergency event communication expense" means:

**a.** Reasonable extra expense you incur, within the sixty (60) consecutive day period after the "covered emergency", due to the use of your staff for necessary communication to your employees, shareholders, customers, government authorities, news media and other members of the public, when such expense is directly related to the "covered emergency"; and

**b.** Reasonable fees and costs you incur, within the sixty (60) consecutive day period after the "covered emergency", due to the use of professional crisis management organizations necessary to assist or advise you on communications strategies to:

**(1)** Mitigate negative publicity; or

**(2)** Restore the image of your enterprise to pre-event levels following a "covered emergency".

**7.** "Emergency Event Extra Expense" means:

**a.** All necessary expenses related to the "covered emergency" that exceed the normal operating expenses that would have been incurred by "operations" during the "emergency event period of restoration" if no "covered emergency" had occurred. We will deduct from the total of such expenses:

**(1)** The salvage value of any property bought for temporary use during the "emergency event period of restoration", once "operations" are resumed; and

**(2)** Any Extra Expense that is paid for by other insurance, except for insurance that is written, subject to the same plan, terms, conditions and provisions as this insurance;

**b.** Necessary expenses that reduce the "emergency event business income" loss that otherwise would have not been incurred.

**8.** "Emergency event period of restoration" means the period of time that:

**a.** Begins:

**(1)** For **Business Income** - After the Waiting Period shown in the schedule of this endorsement following the date of the "covered emergency"; and

**(2)** For **Extra Expense** – On the date of the "covered emergency"; and

**b.** Ends:

**Business Income and Extra Expense** –

On the shorter of:

**(1)** The date when, using reasonable speed, the "operations" at your "covered location" should be resumed or the "covered location" can be re-occupied by a tenant; or

**(2)** Sixty (60) consecutive days after the "covered emergency" occurred.

**9.** "Fungi" means any type or form of fungus, including but not limited to fungus, mildew, mold or resulting spores and byproducts, including mycotoxins, or allergens. However, "fungi" does not include "fungi" on food for human consumption.

**10.** "Invitee" means your employees, customers and others with legitimate business on your Covered Property.

**11.** "Operations" means:

**a.** Your business activities occurring at the "covered location"; and

**b.** Rental of your "covered location" for "rental value".

**12.** "Post emergency event expenses" means any of the following reasonable and necessary expenses incurred by an "invitee" at the affected "covered location" when the "covered emergency" occurred:

**a.** Medical treatment expenses;

**b.** Psychological counseling or other mental health treatment expenses;

**c.** Travel costs to and from a local provider of such medical or mental health treatment services; or

**d.** Funeral and burial expenses for those on site "invitees" who died as a result of the "covered emergency".

**13.** "Rental value" means Business Income that consists of:

**a.** Net income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the "covered location" as furnished and equipped by you, including fair rental value of any portion of the scheduled premises which is occupied by you; and

**b.** Continuing normal operating expenses incurred in connection with that scheduled location, including:

**(1)** Payroll; and

**(2)** The amount of charges which are legal obligation of the tenant(s) but would otherwise by your obligations.

**14.** "Suspension" means

**a.** The slowdown or cessation of your business activities; or

**b.** The part or all of the "covered location" that is rendered un-rentable due to the "covered emergency".

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

EXHIBIT 2


Includes copyrighted material of Insurance Services Office, Inc. with its permission

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DATA BREACH COVERAGE FORM

Various provisions in this Coverage Form restrict coverage. Read the entire Coverage Form carefully to determine rights, duties and what is and is not covered.

Throughout this coverage form the words "we", "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations. Other words and phrases that appear in quotation marks have special meaning. Refer to **SECTION F – DEFINITIONS.**

**SCHEDULE**

| | |
|---|---|
| **Data Breach Coverage Aggregate Limit of Insurance** | **$ 10,000** |
| **Data Breach Expense Coverages Aggregate Sublimit of Insurance** | **$ 10,000** |
| **Additional Expense Coverages Aggregate Sublimit of Insurance** | **$ 10,000** |
| **Data Breach Coverage Deductible** | **$ 1,000** |
| **Cyber Business Interruption Waiting Period Deductible** | **24 Hours** |
| **Premium:** | [redacted] |

**SECTION A – COVERAGES**

We will provide Data Breach Services, Data Breach Expense Coverages and Additional Expense Coverages as described below if you have a "data breach" that:

**a.** Is discovered during the "policy period" of this Data Breach Coverage Form; and

**b.** Is reported to us within 30 days of your discovery of the "data breach".

**1. Data Breach Services, Data Breach Expense Coverages, Additional Expense Coverages**

**a. Data Breach Services**

**(1) Consulting Services**

If you contact our Designated Service Provider, they will provide Consulting Services to assist you with:

**(a)** Notification requirements pursuant to "breach notice laws";

**(b)** Drafting your notification letters; and

**(c)** Media interface and press release drafting.

**(2) Help Line**

Provide a toll-free telephone line for "potentially-identified persons" with questions about the "data breach".

**(3) Fraud Alert**

A "potentially-identified person" who contacts our Designated Service Provider can place a Fraud Alert on his or her credit file(s) with the main credit bureaus warning potential credit grantors to check with the "potentially-identified person" before extending credit in his or her name or on his or her behalf.

**(4) Identity Restoration Case Management**

An "identified person" who contacts our Designated Service Provider will be assisted by an identity restoration professional to help to correct his or her credit and other records and to restore control over his or her personal identity.

These Data Breach Services will be provided by our Designated Service Provider, as described in Paragraphs **15.** and **16.** of **Section E. Conditions,** for a period of one year from the date the Data Breach Services are initiated.

Data Breach Services are only available if the jurisdiction or country where the "potentially-identified person" resides maintains "breach notice law" and, in the case of Fraud Alert, an operative credit monitoring service.

**b. Data Breach Expense Coverages**

We will pay your reasonable and necessary expenses incurred for the following Covered Expenses up to the limits of insurance described in **Section C – Limits of Insurance:**

**(1) Notification to Potentially-Identified Persons** – expenses to provide

notification of the "data breach" to "potentially-identified persons":

**(a)** As required by applicable "breach notice law"; or

**(b)** If reasonably necessary to maintain your business.

Covered expenses include the printing, postage and handling of notification letters or other means of disclosing the breach to "potentially-identified persons".

**(2) Forensic Analysis –** expenses to assess:

**(a)** The severity of the "data breach";

**(b)** The nature and extent of the "data breach";

Forensic Analysis expenses do not include the cost of restoration.

**(3) Proactive Monitoring Services Expense Coverage –** Expenses for "proactive monitoring services" provided to "potentially–identified persons" in jurisdictions or countries with operative credit monitoring services as provided through our Designated Service Provider.

Under this coverage we will only pay for expenses that you incur through our Designated Service Provider.

Services provided for Covered Expenses provided in **b.(1), b.(2)** and **b.(3)** above must be approved by us as described in **SECTION E – CONDITIONS,** Paragraph **15. Service Providers.**

**(4) Breach Restoration Expenses**

We will pay "Breach Restoration Expenses" directly resulting from a "data breach" which is first discovered during the "policy period" and which results in the damage, deletion or destruction of "data" owned by you or for which you are legally liable.

**(5) Cyber Business Interruption and Extra Expense**

We will pay actual loss of "business income" and additional "extra expense" incurred by you during the "period of restoration" directly resulting from a "data breach**"** which is first discovered during the "policy period" and which results in an actual impairment or denial of service of "business operations" during the "policy period".

**c. Additional Expense Coverages**

We will pay your reasonable and necessary expenses incurred for the following Additional Expense Coverages. These expenses are subject to the limits of insurance described in **Section C – Limits of Insurance.**

**(1) Legal Services –** expenses incurred within the first six months following the discovery and reporting of a "data breach" as provided in this Section for approved outside professional legal counsel review and recommendations as to how you should respond to it, including final legal review of the proposed breach notification letter(s). However, we will not pay for expenses for legal counsel to review any third party liability litigation or notification of potential litigation.

**(2) Public Relations –** expenses incurred within the first six months following the discovery and reporting of a "data breach" as provided in this Section for approved outside public relations firm or crisis management firm recommendations for restoring the confidence of your customers and investors in the security of your company and its systems.

**(3) Third Party "Data Breach" –** expenses for notification to "potentially-identified persons" with whom you have a direct relationship when a "data breach" is sustained by a third party to whom you have sent "private personal data" to be under that third party's care, custody and control. This includes a "data breach" that occurs while transmitting or transporting the data to that third party. Covered expenses for this Additional Covered Expense are limited to the printing, postage and handling of notification letters to "potentially-identified persons".

Service providers for Additional Expense Coverage provided in paragraphs **c.(1), c.(2)**and **c.(3)** must be approved by us as described in **SECTION E – CONDITIONS,** Paragraph **15. Service Providers.**

**(4) Data Breach Ransom Coverage –** monies extorted from and paid by you because or a threat or connected

series of threats to commit an intentional attack on your computer systems that if so committed, would result in a "data breach". This Data Breach Ransom Coverage is subject to the following conditions:

**(a)** You must receive approval from us prior to the payment of any monies;

**(b)** Any monies paid must only be to terminate or end the threat;

**(c)** The threat must be one which, if carried out, would have led to a "data breach" that would have been covered under this Coverage Form had the monies not been paid;

**(d)** The threat must have been made during the coverage period of this Data Breach Coverage Form;

**(e)** The applicable Federal, state and/or local law enforcement authority was notified of the threat prior to any payment you make for which you are seeking reimbursement under this Additional Expense Coverage;

**(f)** The threat must not have been committed by any of your employees or former employees, vendors or independent contractors hired by you;

**(g)** You must make every reasonable effort not to divulge the existence of this Data Breach Ransom Coverage; and

**(h)** You agree to keep confidential any amounts paid under this Data Breach Ransom Coverage except for any disclosure we approve in advance of that disclosure.

**(5) Data Breach Reward Coverage –** monies you pay for information leading to the arrest and conviction of any individual(s) who committed an illegal act(s) related to a "data breach" covered under this Coverage Form.

However, we will not pay for information that was provided by:

**(a)** You;

**(b)** Your internal or external auditors;

**(c)** Any vendor or independent contractor hired by you;

**(d)** Any individual or firm hired by you to investigate the illegal act described above; or

**(e)** Any individual(s) with supervisory or management responsibility of any of the individual(s) described above.

**(6) Data Breach Investigations**

We will pay "defense expenses" directly resulting from a "regulatory investigation" regarding a "data breach" first discovered by you during the "policy period".

**(7) Data Breach Theft**

We will pay for loss resulting directly from your transfer, payment, or delivery of funds due to the fraudulent input of "data" directly into your "system" or through a "network" into your "system". Loss must first be discovered by you during the "policy period".

## SECTION B – EXCLUSIONS

**1.** The following exclusions apply to Data Breach Services, Data Breach Expense Coverages and Additional Expense Coverages.

This insurance does not apply to:

**a. Costs to Research or Correct Deficiencies**

Any costs to research any deficiency, except as specifically provided under **SECTION A – COVERAGES**, Paragraph **1.b.(2) Forensic Analysis**, or any costs to correct any deficiency.

This includes, but is not limited to, any deficiency in your systems, procedures or physical security that may have contributed to a "data breach".

**b. Criminal Investigation or Proceedings**

Any costs arising out of criminal investigations or proceedings.

**c. Fines, Penalties or Assessments**

Any "fines, penalties, fees or assessments". This includes but is not limited to fees or surcharges from financial institutions.

**d. Defense or Legal Liability**

Any fees, costs, settlements, judgments, or liability of any kind arising in the course of, or as a result of a claim for damages, lawsuit, administrative proceedings, or governmental investigation against or involving you, except as provided under **SECTION A – COVERAGES**, Paragraph **1.c.(6) Data Breach Investigations.**

**e. Other Economic Costs**

Any other costs or expenses not expressly provided for under Data Breach Services, Data Breach Expense Coverages and Additional Expense Coverages provided in Paragraphs **1.a.** through **1.c.** Costs or expenses that we do not cover include but are not limited to expense to reissue credit or debit cards.

**f. Consequential Loss**

Any costs, or any other loss, caused by or resulting from delay, loss of use, loss of existing or prospective markets or any other consequential loss. This exclusion does not apply to **SECTION A – COVERAGES,** Paragraph **1.b.(5) Cyber Business Interruption and Extra Expense**.

**g. Contractually Assumed Liability**

Legal obligations arising by reason of assumption of liability in a contract or agreement.

**h. Victim Expenses or Losses**

Costs or losses incurred by a victim of "data breach" or fraud activity except as provided for under Data Breach Services, Data Breach Expense Coverages and Additional Expenses Coverages provided in Paragraphs **1.a.** through **1.c.**

**i. Alternative Travel Arrangements or Fees**

Payment of alternative travel arrangements or additional fees.

**j. Psychological Counseling**

Psychological counseling for victims of a "data breach" or fraud activity.

**k. Legal Advice or Services**

Legal advice or other legal services, except as provided by the Legal Services Additional Expense Coverage, Paragraph **1.c.(1).**

**l. Information Recapture**

Any costs or losses for the recapture of lost, stolen or destroyed information.

**m. Dishonesty**

Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of law by you, any of your partners, directors or trustees:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

**n. Governmental Action**

Seizure or destruction of property by order of governmental authority. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**o. Intentional or Willful Complicity**

Your intentional or willful complicity in a "data breach".

**p. Prior Discovery**

Any "data breach" discovered prior to the inception of this Data Breach Coverage Form.

**q Threats, Extortion or Blackmail**

Any threat, extortion or blackmail including but not limited to, ransom payments and private security assistance except as provided in the Data Breach Ransom Coverage Additional Expense Coverage under Paragraph **1.(c)(4).**

**r Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

**s. War and Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**2.** The following exclusions apply to Breach Restoration Expenses, Cyber Business Interruption and Extra Expense, Data Breach Investigations, and Data Breach Theft only.

This insurance does not apply to:

**a. Investigations**

Costs, fees or expenses incurred or paid by you in establishing the existence of, or amount of loss, damage or expense.

**b. Non-monetary Relief**

Costs of compliance with any order for, grant of or agreement to provide non-monetary relief, including injunctive relief.

**c. Potential Income**

Potential income including interest and dividends not realized by you; however, this Exclusion shall not apply to loss of "business income" as provided under **SECTION A –**

**COVERAGES**, Paragraph **1.b.(5) Cyber Business Interruption and Extra Expense.**

**d. Return of Payments**

Return of fees, charges, commissions or other compensation paid to you.

**e. System Changes**

Costs or "expenses" incurred to replace, upgrade, update, improve, or maintain a "system".

**f. Uniform Commercial Code**

Loss, damage, costs or "expenses" you agree to incur or incur on behalf of another natural person or entity when you are not obligated to incur such loss, costs or "expenses" under the Uniform Commercial Code or any other law, statute, rule or code anywhere in the world, including the rules or codes of any clearing or similar entity. This Exclusion does not apply to **SECTION A – COVERAGES**, Paragraph **1.b.(5) Cyber Business Interruption and Extra Expense.**

**SECTION C – LIMITS OF INSURANCE**

**1.** The most we will pay for all Data Breach Expense Coverages and Additional Expense Coverages combined is the Data Breach Coverage Aggregate Limit of Insurance shown in the **SCHEDULE** of this Data Breach Coverage Form. The Data Breach Coverage Aggregate Limit of Insurance is an annual aggregate limit and is the most we will pay for the total of the covered losses and expenses for all "data breach" events discovered by you during the current "policy period" regardless of the number of "data breach" events.

**2.** The Data Breach Expense Coverages Aggregate Sublimit of Insurance shown in the **SCHEDULE** of this Data Breach Coverage Form is the most we will pay under all Data Breach Expense Coverages combined for the total of all covered losses and expenses arising out of all "data breach" events during the "policy period" regardless of the number of "data breach" events. The Data Breach Expense Coverage Aggregate Sublimit of Insurance is part of, and not in addition to, the Data Breach Coverage Aggregate Limit of Insurance

**3.** The Additional Expense Coverages Aggregate Sublimit of Insurance shown in the **SCHEDULE** of this Data Breach Coverage Form is the most we will pay under all Additional Expense Coverages combined for the total of all covered losses and expenses for all "data breach" events during the "policy period" regardless of the number of "data breach" events. The Additional Expense Coverages Aggregate Sublimit of Insurance is part of, and not in addition to, the Data Breach Coverage Aggregate Limit of Insurance.

**4.** Regardless of the number of years this Data Breach Coverage Form remains in force or the number of premiums paid, no limits of insurance cumulate from this "policy period" to subsequent "policy periods".

**5. Discovery Policy Period Limits Apply**

A "data breach" may be first discovered by you in one "policy period", but cause covered loss or expenses in one or more subsequent "policy periods". If so, all covered loss or expenses for the "data breach" will be limited to the Data Breach Coverage Aggregate Limit of Insurance, the Data Breach Expense Coverages Aggregate Sublimit of Insurance and the Additional Expense Coverages Aggregate Sublimit of Insurance described respectively in Paragraphs **1., 2.** and **3.** above that are applicable to the "policy period" when the "data breach was first discovered by you.

**6. Time Limits**

**a.** You must report a "data breach", to us on or within 30 days of your discovery of the "data breach".

**b.** You have up to one year from the date of reporting a "data breach", to initiate the services afforded to you.

**c.** A "potentially-identified person" has up to one year from the date he or she receives notification of a "data breach" to initiate the services afforded to him or her.

**d.** Once initiated, the services afforded to a "potentially-identified person" will continue for one year.

**e.** Data Breach Services under **Section A – Coverages,** Paragraph **1.a.** will be provided by our Designated Service Provider for a period one year from the date the Data Breach Services are initiated.

**SECTION D – DEDUCTIBLE**

The Data Breach Expense Coverages and Additional Expense Coverages provided under this Coverage Form are subject to the Data Breach Coverage Deductible shown in the **SCHEDULE** of this Coverage Form. The Data Breach Coverage Deductible applies to covered loss and expense arising out of each "data breach". Our obligation to make payments under Data Breach Expense Coverages and Additional Expense Coverages applies only to that part of covered loss and expense arising out of a single "data breach" event which is in excess of the Data Breach Coverage Deductible.

The Data Breach Coverage Deductible does not apply to **SECTION A –COVERAGES,** paragraph **1.b.(6) Cyber Business Interruption and Extra Expense**. Losses payable under Cyber Business Interruption and Extra Expense are subject to the Cyber Business

Interruption Waiting Period Deductible shown on the **SCHEDULE** of this Coverage Form.

**SECTION E – CONDITIONS**

1. **Duties in the Event of a Data Breach.**

   You must see that the following are done in the event of a "data breach":

   a. Notify the police if a law may have been broken.

   b. Give us prompt notice of the "data breach". As stated in **SECTION A – COVERAGES**, paragraph **b.**, you must report the "data breach" to us within 30 days of the date you first discover it.

   c. As soon as possible, give us, and/or our Designated Service Provider, a description of how, when and where the "data breach" occurred, including all of the following information as it becomes known to you:

      **(1)** The method of "data breach";

      **(2)** The approximate date and time of the "data breach";

      **(3)** The approximate number of "potentially-identified persons" compromised as a result of the "data breach";

      **(4)** A detailed description of the type and nature of the information that was compromised;

      **(5)** Whether or not the information was encrypted, and, if so, the level of encryption;

      **(6)** Whether or not law enforcement has been notified;

      **(7)** If available, the states in which the "potentially-identified persons" are domiciled;

      **(8)** If available, who received the "private personal data" as a result of the "data breach"; and any other access, information or documentation we reasonably require to investigate or adjust your claim.

   d. Take all reasonable steps to protect "private personal data" remaining in your care, custody or control.

   e. Preserve all evidence of the "data breach".

   f. Permit us to inspect the property and records proving the "data breach".

   g. If requested, permit us to question you under oath at such times as may be reasonably required about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed.

   h. Send us a signed, sworn statement containing the information we request to investigate the claim. You must do this within 30 days after our request. We will supply you with the necessary forms.

   i. Cooperate with us in the investigation or settlement of the claim.

2. **Concealment, Misrepresentation or Fraud**

   This coverage is void in any case of fraud by you as it relates to this Data Breach Coverage Form. It is also void if you intentionally conceal or misrepresent a material fact concerning this Coverage Form or a claim under this Coverage Form.

3. **Control of Property**

   Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

   The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

4. **Two or More Coverage Parts, Forms, Endorsements or Policies Issued By Us**

   It is our stated intent that the various coverage parts, forms, endorsements or policies issued to you by us or any company affiliated with us do not provide any duplication or overlap of coverage for the same loss, damage, expense or "data breach". If this coverage form and any other coverage part, form, endorsement or policy issued to you by us or any company affiliated with us apply to the same loss, damage, expense, or "data breach"; the maximum Limit of Insurance under all such coverage parts, forms, endorsements or policies combined shall not exceed the highest applicable Limit of Insurance under any one coverage part, form, endorsement or policy.

   If two or more of the coverages provided under this coverage form apply to the same loss, damage, expense or "data breach"; we will not pay more than the actual amount of the loss, damage or expense.

5. **Legal Action Against Us**

   No one may bring a legal action against us under this insurance unless:

   a. There has been full compliance with all of the terms of this insurance; and

   b. The action is brought within two years after the date of the "data breach" is first discovered by you.

6. **Liberalization**

   If we adopt any revision that would broaden the coverage under this Data Breach Coverage Form

without additional premium within 45 days prior to or during the "policy period", the broadened coverage will immediately apply to this coverage form.

**7. No Benefit to Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**8. Other Insurance**

**a.** If you may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Data Breach Coverage Form, we will pay only our share of the covered loss, damage or expense. Our share is the proportion that the applicable Limit of Insurance under this Coverage Form bears to the Limits of Insurance of all insurance covering on the same basis.

**b.** If there is other insurance covering the same "data breach", other than that described in **a.** above, we will pay only for the amount for Data Breach Services, Data Breach Expense Coverages, and Additional Expense Coverages in excess of the amount due from that other insurance. We will not pay more than the applicable Limit of Insurance shown in the **SCHEDULE**.

**9. Policy Period, Coverage Territory**

Under this Endorsement:

**a Policy Period**

This policy applies only to "data breaches" that are first discovered by you during the "policy period".

**b. Coverage Territory**

Coverage applies anywhere in the world, provided that no trade or economic sanction, embargo, insurance or other laws or regulations prohibit the "insurer" from covering the loss. The "data breach" must involve "private personal data" that was within your care, custody or control.

Data Breach Services are only available in jurisdictions or countries that maintain "breach notice law" and, in the case of Fraud Alert, an operative credit monitoring service.

**10. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**a.** Prior to a loss.

**b.** After a loss only if, at time of loss, that party is one of the following:

**(1)** Someone insured by this insurance;

**(2)** A business firm:

**(a)** Owned or controlled by you; or

**(b)** That owns or controls you; or

**c.** Your tenant.

This will not restrict your insurance.

**11. Cancellation**

With regard to the cancellation of this policy, the provisions outlined in the Common Policy Conditions, Businessowners Coverage Part, Technology Professional Advantage, the Technology Professional Advantage Plus, whichever are included in the policy, shall apply and will automatically include the non-renewal or cancellation of this coverage form. You agree that no further notice regarding termination of this Coverage Form will be required.

**12. Due Diligence**

You agree to use due diligence to prevent and mitigate loss covered under this Coverage Form. This includes, but is not limited to, complying with reasonable and industry-accepted protocols for providing and maintaining the following:

**a.** Physical security for your premises, computer systems and hard copy files;

**b.** "Computer" and Internet security;

**c.** Periodic backups of computer data;

**d.** Protection, including but not limited to, encryption of data, for transactions such as processing credit card, debit card and check payments; and

**e.** Disposal of files containing "personal private data", including but not limited to shredding hard copy files and destroying physical media used to store "data".

**13. No Legal Advice Provided**

We are not your legal advisor and do not provide legal counsel to you. None of the services we provide under this Coverage Form constitute legal advice to you by us. Our determination of what is or is not covered under this Coverage Form does not represent legal advice or counsel from us about what you should or should not do.

**14. Pre-Notification Consultation**

You agree to consult with us prior to the issuance of notification to "potentially-identified persons". We assume no responsibility under this Coverage

Form for any services promised to "potentially-identified persons" without our prior agreement. You must provide the following at our pre-notification consultation with you:

**a.** The exact list of "potentially-identified persons" to be notified, including contact information.

**b.** Information about the "data breach" that may appropriately be communicated with "potentially-identified persons".

**15. Service Providers**

**a.** We will only provide Data Breach Services through our Designated Service Provider(s). Any such services that are provided by any other individual or entity will not be covered by this Coverage Form.

**b.** We will only pay Data Breach Expense Coverages and Additional Expense Coverages (except for Data Breach Ransom Coverage and Data Breach Reward Coverage) that are provided by service providers approved by us prior to the start of any of these services. If we suggest a service provider(s) but you prefer to use an alternative service provider(s), our coverage is subject to the following limitations:

**(1)** Such alternate service provider(s) must be approved by us; and

**(2)** Our payment for services provided by any alternative service provider(s) will not exceed the amount that we would have paid using the service provider we had suggested.

**c.** You will have a direct relationship with any service provider, including our Designated Service Provider, paid for in whole or in part under this Coverage Form. All service providers work for you.

**16. Data Breach Services**

The following conditions apply with respect to any data breach services provided to you or to any "potentially-identified person" or "identified person" by our designees or any service firm paid for under this Data Breach Coverage Form:

**a.** The effectiveness of data breach services depends on your cooperation and assistance.

**b.** All data breach services may not be available or applicable to all "potentially identified persons" or "identified persons". For example, "potentially identified persons" who are minors or foreign nationals may not have credit records that can be provided or monitored.

**c.** We do not warrant or guarantee that the data breach services paid for in whole or in part by this Coverage Form will end or eliminate all problems associated with a covered "data breach".

**d.** We are not liable for any act or omission by any Designated Service Provider who is not our employee nor the employee of a third party provider of the data breach services described in this Coverage Form. We cannot be held responsible for failure to provide or for the delay in providing services when such failure or delay is caused by conditions beyond our control

**e.** Data Breach Services are only available in jurisdictions or countries that maintain "breach notice law" and, in the case of Fraud Alert, an operative credit monitoring service.

**17. Cooperation**

You agree to cooperate with and provide full disclosure of the circumstances surrounding a "data breach" to applicable federal or state regulators, law enforcement personnel, to us, and to our Designated Service Provider(s).

If you fail to cooperate, we will not be obliged under this contract for any services and expenses that cannot be provided due to your failure to cooperate.

**18. Appraisal**

If we and you disagree on the amount of net income, operating expense or loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of the net income, operating expense and loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

## SECTION F – DEFINITIONS

**1. Account Takeover**

"Account takeover" means the takeover by a third party of one or more existing deposit accounts, credit card accounts, debit card accounts, ATM cards, or lines of credit in the name of an "identified person".

**2. Breach Notice Law**

"Breach Notice Law" means any federal, state, local or foreign privacy legislation, regulation and

their functional equivalent that requires an entity to provide notice to affected natural persons or data protection authorities regarding any actual or potential unauthorized access to "private personal data".

**3. Breach Restoration Expenses**

"Breach Restoration Expenses" means the reasonable cost of the blank "media" and the reasonable cost of labor for the actual transcription or copying of "data" or "media" in order to reproduce such "data" or replace such "media" from "data" and/or media of comparable kind or quality.

**4. Business Income**

"Business Income" means your:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if there had been no impairment or denial of "business operations" due to a covered "data breach" and

**b.** Continuing normal operating expenses incurred, including payroll.

"Business income" does not include interest or investment income.

**5. Business Operations**

"Business Operations" means your usual and regular business activities.

**6. Computer**

"Computer" means a device or group of hardware devices on which software, applications, script, code and "computer" programs containing "data" can be operated and viewed.

**7. Cyber Attack**

"Cyber Attack" means the transmission of fraudulent or unauthorized "data" that is intended to and successfully modifies, alters, damages, destroys, deletes, records, transmits, or consumes information within a "system" without authorization, including "data" that is self-replicating or self-propagating, and which causes the disruption of the normal operation of a "system".

**8. Data**

"Data" means a representation of information, knowledge, facts, concepts or instructions which are being processed or have been processed in a "computer".

**9. Data Breach**

"Data breach" means:

**a.** The loss, theft, accidental release or accidental publication of "private personal data" entrusted to you as respects one or more "potentially-identified persons" if such loss, theft, accidental release or accidental publication has or could reasonably result in the fraudulent use of such information;

**b.** Failure to protect "private personal data" including a "Cyber Attack" on your "system" or the actions of a "rogue employee" which directly results in the unauthorized disclosure of "private personal data";

**c.** The theft or negligent loss of hardware, "media", "system output", "data" or other documents owned or controlled by you, or on your behalf, on which "private personal data" is stored or recorded;

**d.** The failure or violation of the security of your "system" including the impairment or denial of access to your "system", including a "Cyber Attack" or unauthorized acts or omissions by a "rogue employee" which damages or harms your "system" or the "system" of a third party for whom you provide "services" for a fee;

**e.** The theft or loss of hardware or "media" controlled by you, or on your behalf, on which "data" is stored;

**f.** Disposal or abandonment of "private personal data" without appropriate safeguards such as shredding or destruction, subject to the following provisions:

**(1)** Your failure to use appropriate safeguards must be accidental and not intentional, reckless or deliberate and not in violation of your Due Diligence obligations under Paragraph **2. Additional Conditions**, Paragraph **a.**;

**(2)** Such disposal or abandonment must take place during the time period for which this Data Breach Coverage Form is effective; or

**g.** The failure to disclose an event described in **a.** thru **f.** above which violates any "breach notice law".

All incidents of "data breach" that are discovered at the same time or arise from the same cause or from a series of similar causes would be considered one "data breach". All theft of "private personal data" caused by any person or in which that person is involved, whether the result of a single act or series of related acts, is considered a single incident of "data breach".

**10. Defense Expenses**

"Defense Expenses" means the reasonable and necessary legal fees and expenses including attorney fees and expert fees incurred by us or by you (other than regular or overtime wages, salaries, fees or benefits of you or your employees) in the investigation, defense, settlement and appeal of a claim, including but not

limited to cost of consultants and witnesses, premiums for appeal, injunction, attachment or supersedes bonds regarding such claim.

**11. Electronic Data**

"Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**12. Expense**

"Expense" means "Business Income", "Extra Expense", "Breach Restoration Expenses", and loss payable under the Data Breach Theft coverage incurred by you.

**13. Extra Expense**

"Extra Expense" means the reasonable and necessary expenses you incur during the "period of restoration" in an attempt to continue "business operations" that have been interrupted due to a "data breach" and that are over and above the expenses such you would have incurred if no loss had occurred. "Extra expense" does not include any costs of updating, upgrading or remediation of your "system" that are not otherwise covered under this Coverage Part.

**14. Fines, Penalties or Assessments**

"Fines, penalties or assessments" means any fines, assessments, surcharges, attorneys' fees, court costs or other penalties which you shall be required to pay as a result of a "data breach" or pursuant to any contract, law, regulation or order.

**15. Identified Person**

"Identified person" means a "potentially-identified person" who is or appears to be a victim of "identity theft" or "account takeover" that may reasonably have arisen from a covered "data breach".

**16. Identity Theft**

"Identity theft" means the fraudulent use of "private personal data". This includes the fraudulent use of such information to establish credit accounts, secure loans, enter into contracts or commit crimes.

"Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

"Identity theft" does not include the use of a valid credit card, credit account or bank account. However, "identity theft" does include the fraudulent alteration of account profile information, such as the address to which statements are sent.

**17. Media**

"Media" means electronic applications, software, scripts and programs on which "data" is stored so that it can be collected, read, retrieved or processed by a "computer". "Media" does not mean paper, or other tangible property, money, debt, equity, instruments, accounts, bonds, bills, records, abstracts, deeds or manuscripts

**18. Network**

"Network" means any services provided by or through the facilities of any electronic or "computer" communication system, allowing the input, output, examination, visualization or transfer of "data" or programs from one "computer" to your "computer". "Network" incudes any shared networks, Internet access facilities, or other similar facilities for such systems, in which you participate.

**19. Period of Restoration**

"Period of Restoration" means:

**a.** The period of time that begins:

**(1)** For "Extra Expenses", immediately after the actual or potential impairment or denial of "business operations" occurs; and

**(2)** For the loss of "Business Income", after 24 hours or the number of hours shown as the Cyber Business Interruption Waiting Period Deductible in the **SCHEDULE** on this Coverage Forms, whichever is greater, immediately following the time the actual impairment or denial of "business operations" first occurs.

**b.** The "Period of Restoration" ends on the earlier of the following:

**(1)** The date "business operations" are restored, with due diligence and dispatch, to the condition that would have existed had there been no impairment or denial; or

**(2)** Sixty (60) days after the date the actual impairment or denial of "business operations" first occurs;

The expiration date of this Policy or Coverage Part will not cut short the "period of restoration".

**20. Policy Period**

"Policy Period" means the period of time from the inception date shown the Declarations to the earlier of the expiration date shown in the

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

Declarations or the effective date of termination of the Policy or Data Breach Coverage Form.

**21. Potentially-Identified Person**

"Potentially-identified person" means any person who is your current, former or prospective customer, employee, client, member, or patient and whose "private personal data" is lost, stolen, accidentally released or accidentally published by a "data breach" covered under this Coverage Form.

"Potentially-identified person" does not include any business or organization. Only an individual person may be a "potentially-identified person".

A "potentially-identified person" may reside anywhere in the world.

**22. Private Personal Data**

"Private Personal Data" means a natural person's first name or first initial and last name in combination with:

**a.** Non-public personally identifiable information, as defined in applicable federal, state, local or foreign legislation or regulations including, social security number, driver's license number or other personal identification number (including an employee identification number or student identification number);

**b.** Financial account number (including a bank account number, retirement account number or healthcare spending account number);

**c.** Credit, debit or payment card numbers;

**d.** Information related to employment by you;

**e.** Individually identifiable information considered nonpublic personal information pursuant to Title V of the Gramm-Leach Bliley Act of 1999, as amended; or

**f.** Individually identifiable information considered protected health information pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA), as amended;

which is intended to be accessible only by natural persons or entities you have specifically authorized to have such access.

"Private personal data" does not mean or include information that is otherwise available to the public, such as names and addresses with no correlated Social Security numbers or account numbers.

**23. Proactive Monitoring Services**

"Proactive monitoring services" means the following services if you offer to provide them to "potentially-identified persons" who contact our Designated Service Provider:

**a.** A credit report;

**b.** credit monitoring; and or

**c.** fraud/public records monitoring service or services.

**24. Regulatory Investigation**

"Regulatory Investigation" means a formal request for information, civil investigative demand or civil proceeding, including requests for information related thereto, brought by or on behalf of a state Attorney General, the Federal Trade Commission, the Federal Communications Commission or any other federal, state, local or foreign governmental agency.

**25. Rogue Employee**

**"**Rogue Employee" means a permanent employee of yours, other than an "executive", who has gained unauthorized access or has exceeded authorized access to a "system" or "private personal data" owned or controlled by you or an entity that is authorized by you to hold, process or store "private personal data" for your exclusive benefit.

**26. Services**

"Services" means "computer" time, data processing, storage functions or other uses of your "system".

**27. System**

"System" means a "computer"**,** "media" and all input, output, processing storage and communication devices controlled, supervised or accessed by operating software that is proprietary to, or licensed to, the owner of the "computer".

**28. System Output**

"System Output" means a tangible substance on which "private personal data" is printed from a "System".


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ASSOCIATES AND FAMILY MEMBERS ADDITIONAL COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

DATA BREACH COVERAGE FORM

The following Additional Coverage is added to **SECTION A – COVERAGES** of the Data Breach Coverage Form:

**A. ASSOCIATES AND FAMILY MEMBERS ADDITIONAL COVERAGE**

As described in Paragraphs **1.** and **2.** below, we will extend certain **Data Breach Covered Services** to your "associates" and to their "family members" following loss of their "private personal data" under the circumstances described below. This Additional Coverage does not apply to a "data breach" involving information owned or controlled by you.

**1.** An "associate" or "family member" whose "private personal data" is lost or stolen by circumstances such as the loss of a credit card, debit card, ATM card, checkbook, driver's license, or passport; or the loss of a wallet, purse, or briefcase containing any of the foregoing, may contact our Designated Service Provider for the Fraud Alert service described in **Section A – Coverages,** paragraph **1.a.(3)** of the Data Breach Coverage Form.

**2.** An "associate" or "family member" who, as a result of loss or theft of "private personal data" described in Paragraph **1.** above, becomes a victim of "identity theft" or "account takeover", may contact our Designated Service Provider for the Identity Restoration Case Management services described in **Section A – Coverages**, paragraph **1.a.(4)** of the Data Breach Coverage Form.

We will provide these services for a period of one year following the date we are notified of the initial loss of "private personal data".

**B. DEFINITIONS**

Under **Section F – Definitions**, Paragraph

.

**1. Account Takeover** is replaced with the following:

**1. Account Takeover**

"Account takeover", as respects "associates" or "family members", means the takeover by a third party of one or more existing deposit accounts, credit card accounts, debit card accounts, ATM cards, or lines of credit in the name of an "associate" or "family member".

"Account takeover", as respects "associates" or "family members", includes the unauthorized takeover of one or more of the "associate's" existing deposit accounts, credit card accounts, debit card accounts, ATM cards, or lines of credit by a "family member".

Under **Section F – Definitions**, the following Definitions are added:

**1.** "Associate" means an employee of the business insured under this policy.

**2.** "Family Member" means:

**a.** an "associate's" spouse, or Registered Domestic Partner, or the legal equivalent thereof; or

**b.** a relative under 23 years of age who is a dependent of the "associate.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission 

# IDENTITY THEFT RESOLUTION SERVICES
## (POWERED BY IDENTITY THEFT 911)

Are you or your resident family members at risk for identity theft? Do you need expert assistance with an identity-related concern? IDENTITY THEFT RESOLUTION SERVICES from Identity Theft 911 give you one-on-one assistance in the following situations:

**Access Phone Number: 800-628-0250**

If you or a resident family member suffer the loss or theft of private personal data, contact Identity Theft 911 for proactive guidance that can include Fraud Alert service. If you wish, a fraud specialist can assist and place a free fraud alert on your credit file to reduce the risk of fraudulent accounts opened in your name. This service also includes additional preventative measures and one-on-one assistance, depending on the risk.

If you or a resident family member suffer the loss or theft of private passenger data, contact Identity Theft 911 for Identity Restoration Case Management services. A fraud specialist will guide you through the process of restoring your identity and handle all of the work, including completed documentation and notification assistance. Victims also receive one year of credit monitoring, as well as free fraud monitoring of over 1,000 public databases.

**Learn How to Protect Your Identity**

We recommend that you regularly visit The Hanover Insurance Group and Identity Theft 911 comprehensive resource and knowledge library – www.hanover-identitytheft911.com – for the latest media alerts, identity theft tips, in-depth newsletters and much more.

Keep this access information handy in case you ever need help with an identity-related problem.

**Access Phone Number: 800-628-0250**

The Hanover Insurance Group makes no guarantee of results and assumes no liability in connection with either the information or assistance provided by Identity Theft 911. Any and all external Websites or sources referred to herein are for informational purposes only.

 Copyright 2009, The Hanover Insurance Group 

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EARTH MOVEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME COVERAGE FORM (AND EXTRA EXPENSE)
BUSINESS INCOME COVERAGE FORM (WITHOUT EXTRA EXPENSE)
BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FORM ACTUAL LOSS SUSTAINED
CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM
EXTRA EXPENSE COVERAGE FORM

**A. Additional Covered Causes of Loss**

Earth Movement is added as a Covered Cause of Loss for locations described in the Earth Movement Declarations.

Earth Movement means:

**1.** Earthquake, including any earth sinking, rising or shifting related to such event;

**2.** Landslide, including earth sinking, rising or shifting related to such event;

**3.** Volcanic eruption, meaning the eruption, explosion or effusion of a volcano; or

**4.** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased.

All Earthquake shocks or Volcanic Eruption events that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption "Occurrence". The expiration of this policy will not reduce the 168 hour period.

**B. Exclusions**

In addition to the exclusions found in the Exclusions and Limitation(s) section of the Causes of Loss forms, the following will also apply:

**1.** The exclusion of collapse in the Causes of Loss – Special Form does not apply to collapse caused by Earthquake or Volcanic Eruption.

**2.** The Additional Coverage – Collapse, in the Causes of Loss - Broad Form and Causes of Loss – Special Form does not apply to the coverage provided under this endorsement. This endorsement includes coverage for collapse caused by Earthquake or Volcanic Eruption.

For the purpose of this Endorsement, Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

Collapse does not apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**3.** We will not pay for loss or damage to land, nor the cost to remediate or restore land. Costs for excavations, grading, backfilling or filling land due to collapse or sinking which results from Earth Movement is not covered under this endorsement.

**4.** We will not pay for loss or damage caused directly or indirectly by:

**a.** Tidal wave or tsunami; or

**b.** The release of water impounded by a dam, levee, dike or flood control device;

that ensues from an Earth Movement "occurrence".

**5.** The Ordinance or Law exclusion in the Causes of Loss Coverage Form will continue to apply with respect to any loss under the Building and Personal Property Coverage Form, including any loss under this endorsement, unless Ordinance or Law coverage is added by endorsement.


Includes copyrighted material of Insurance Services Office, Inc.

EXHIBIT 2

6. We will not pay for loss or damage caused by or resulting from Earth Movement that begins before the inception of this endorsement.

**C. Coinsurance**

The Coinsurance Condition in this policy, if any, does not apply to the coverage provided under this endorsement.

**D. Additional Coverages and Coverage Extensions**

1. With respect to Earth Movement coverage, the Newly Acquired or Constructed Property Coverage Extension (and any additional limit for Newly Acquired or Constructed Property under a Limit Of Insurance clause or an endorsement) is amended by adding the following:

   a. With respect to Earth Movement Coverage, this Coverage Extension does not apply to any building or structure that is not fully enclosed by walls and roof.

   b. With respect to a building or structure covered under this Coverage Extension, the amounts of coverage stated in the coverage extension do not apply to Earth Movement Coverage. Instead, the most we will pay for loss or damage due to Earth Movement on Newly Acquired or Constructed Property is $100,000 in any one "occurrence" and in any one policy year. This limit is a part of and does not increase the applicable Limit Of Insurance for Earth Movement.

2. With respect to any applicable Additional Coverages and Coverage Extension in the Coverage Form to which this endorsement is attached, other than those addressed in Paragraph **D.1.** above, amounts payable under such other provisions, as set forth therein, do not increase the Limit Of Insurance for Earth Movement.

**E. Limits of Insurance**

1. **Per "Occurrence" Limit Of Insurance**

   The most we will pay for loss or damage caused by Earth Movement in any one "occurrence" is the applicable per "occurrence" Limit Of Insurance shown in the Earth Movement Declarations regardless of the number of locations involved.

2. **Annual Aggregate Limit Of Insurance**

   The Annual Aggregate Limit Of Insurance in the Earth Movement Declarations is the most we will pay for the total of all loss or damage that is caused by Earth Movement even if there is more than one Earth Movement loss in a 12 month policy period (starting with the beginning of the present annual policy period). If the first Earth Movement event does not exhaust the Limit Of Insurance, then the balance of that Limit is available for a subsequent Earth Movement event, otherwise covered under this Endorsement.

   If a single "occurrence" of Earth Movement begins during one annual policy period and ends during the following annual policy period, any Limit Of Insurance or Annual Aggregate applicable to that following annual policy period will not apply to that Earth Movement event.

3. **Maximum Per "Occurrence" Limit Of Insurance**

   Regardless of the number of per "occurrence" Limits shown in the Earth Movement Declarations, the Maximum per "Occurrence" Limit Of Insurance shown in the Earth Movement Declarations is the Most we will pay in any one "Occurrence".

4. **Maximum Annual Aggregate Limit Of Insurance**

   Regardless of the number of Annual Aggregate Limits show in the Earth Movement Declarations, the most we will pay in any 12 month policy period is the Maximum Annual Aggregate Limit Of Insurance.

5. **Ensuing Loss**

   In the event of covered ensuing loss (such as fire) results from the Earth Movement, the most we will pay for the total of all loss or damage caused by Earth Movement and other Covered Cause of Loss is the Limit Of Insurance applicable to such other Covered Cause of Loss. We will not pay the sum of the Fire and Earth Movement Limits of Insurance.

   **EXAMPLES – ENSUING LOSS**

   Two examples follow, using these facts: The Commercial Property Coverage Part, in these examples, includes the Causes of Loss – Basic Form (which covers fire) and this Earth Movement Coverage Endorsement. A building

 Includes copyrighted material of Insurance Services Office, Inc.

is damaged by Earth Movement and by Fire which is caused by the Earth Movement. The value of the damaged building is $1,000,000. The Limit Of Insurance applicable to the building, for the Basic Causes of Loss, is $800,000. The Limit Of Insurance for Earth Movement is $400,000. The Earth Movement Deductible amount is $5,000.

**EXAMPLE #1**

The damage due to Earth Movement is $500,000. The damage due to Fire is $500,000.

Payment for Earth Movement damage is $400,000 ($500,000 damage minus $5,000 Earth Movement deductible = $495,000; Limit is $400,000). Payment for Fire damage is $400,000 ($500,000 damage capped at the difference between the Basic Limit and the Earth Movement Limit).

Total Loss Payment is $800,000.

**EXAMPLE #2**

The damage due to Earth Movement is $800,000. The damage due to Fire is $100,000.

Payment for Earth Movement damage is $400,000 ($800,000 damage minus $5,000 Earth Movement deductible = $795,000; Limit is $400,000).

Payment for Fire damage is $100,000 (amount of damage).

Total Loss Payment is $500,000.

**Note:** These Examples are given only to illustrate the situation of Earth Movement and ensuing loss. Therefore, the loss payment stated for Earth Movement damage does not address the situation where another policy also covers the Earth Movement damage.

**F. Deductible**

**1.** The Provisions of Paragraph **F.2.** of this endorsement are applicable to all Coverage Forms except:

**a.** Business Income (And Extra Expense) Coverage Form;

**b.** Business Income (Without Extra Expense) Coverage Form;

**c.** Business Income And Extra Expense – Actual Loss Sustained;

**d.** Extra Expense Coverage Form

**2.** The Deductible for coverage provided under this endorsement is the Deductible applicable to Earth Movement as shown in the Earth Movement Declarations.

**a. Dollar Deductible**

Where a Dollar Deductible is shown in the Declarations, we will not pay for loss or damage in any one "occurrence" until the total amount of loss or damage exceed the Dollar deductible shown in the Earth Movement Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the Earth Movement Limit Of Insurance shown in the Earth Movement Declarations. If only Building or Personal Property suffer loss or damage, the applicable Building or Personal Property deductible will apply. If both Building and Personal Property suffer loss or damage, only the higher deductible will apply.

**b. Percentage Deductible**

Where a Percentage Deductible is shown in the Declarations, the Deductible is calculated separately to each building, personal property and personal property in the open. In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage (as shown in the Earth Movement Declarations) of the Limits of Insurance applicable to the property that has sustained loss or damage. Percentage Deductibles are separately calculated and applied even if:

**(1)** Two or more buildings sustain loss or damage;

**(2)** Personal property at two or more buildings sustains loss or damage; or

**(3)** A building and the personal property in that building sustains loss or damage.

We will then pay the amount of loss or damage in excess of the Deductible up to the "occurrence" Limit Of Insurance as shown in the Earth Movement Declarations.


Includes copyrighted material of Insurance Services Office, Inc.

EXHIBIT 2

**3.** If Earth Movement results in another Covered Cause of Loss and if both Covered Causes of Loss cause loss or damage, then only the higher deductible applies.

**G. Example – Application of Percentage Deductible – For Specific or Blanket Insurance**

The values, as shown in the most recent statement of Values on file with us are:

Building #1 $500,000

Building #2 $500,000

Business Personal Property at Building #1 $250,000

Business Personal Property at Building #2 $250,000

For this example, assume that the amounts of loss do not exceed the applicable Limits of Insurance (for specific insurance). Also assume that the total amount of loss does not exceed the applicable blanket Limit Of Insurance (for blanket insurance).

Building #1 and Business Personal Property at Building #1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 10%.

Building:

Step (1): $500,000 x 10% = $50,000

Step (2): $95,000 - $50,000 = $45,000

Business Personal Property:

Step (1): $250,000 x 10% = $25,000.

The loss, $5000, does not exceed the deductible.

The most we will pay is $45,000. The remainder of the building loss, $50,000 is not covered due to application of the Deductible. There is no loss payment for business personal property.

**H. Business Income and Extra Expense Period of Restoration**

This Paragraph **H.,** is applicable only to the following coverage forms:

**1.** Business Income (And Extra Expense);

**2.** Business Income (Without Extra Expense);

**3.** Business Income And Extra Expense – Actual Loss Sustained;

**4.** Extra Expense Coverage Form.

The "period of restoration" definition stated in the Coverage Form, or in any endorsement amending the beginning of the "period of restoration", applies to each Earth Movement event. A single Earth Movement is defined in Paragraph **A.** of this endorsement.

**I. Definitions**

"Occurrence" means all loss or damage that is attributable to:

**a.** An act, event, cause or series of similar, related acts, events or causes involving one or more persons; or

**b.** An act, event, cause or series of similar, related acts, events or causes not involving any person.



Includes copyrighted material of Insurance Services Office, Inc.

EXHIBIT 2

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PLATINUM PROPERTY BROADENING ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT – OWNERS COVERAGE FORM
CAUSES OF LOSS – SPECIAL FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED

The first two above-referenced forms are Coverage Forms. One of these two Coverage Forms is attached to your policy and will hereafter be collectively referred to as “your applicable Coverage Form”. Terms in quotation marks have special meanings that are explained in this endorsement or within a form modified by this endorsement. If a loss is covered by more than one coverage in this policy, only one coverage is applicable and the most we will pay is the Limit of Insurance for the coverage that is applied, regardless of whether or not it is specified in any of the coverages included in this policy. The coverages provided by this endorsement are subject to the provisions of this policy except where amended within this endorsement. There is no coverage for Business Income and Extra Expense for the coverages provided by this endorsement unless specifically stated within section **III. COVERAGES** of this endorsement, and then only to the extent provided for within the applicable coverage provision.

## I. SCHEDULE

### A. Scheduled Coverages

| Scheduled Coverages | Limits of Insurance | Amended Limits of Insurance | Page |
|---|---|---|---|
| **1.** Back up or Overflow of a Sewer, Drain or Sump | Included | N/A | 4 |
| **2.** Brands and Labels | Included | N/A | 4 |
| **3.** Broadened Building Coverage | Included | N/A | 4 |
| **4.** Broadened Business Personal Property | Included | N/A | 5 |
| **5.** Business Income and Extra Expense – Dependent Properties | $250,000 | $ | 5 |
| **6.** Business Income and Extra Expense – Lease Cancellation | $50,000 | $ | 6 |
| **7.** Business Income and Extra Expense – Transit | $100,000 | $ | 6 |
| **8.** Business Personal Property In Storage Units | $25,000 | $ | 7 |
| **9.** Business Personal Property In Transit | $150,000 | $ | 7 |
| **10.** Business Personal Property Off Premises | $250,000 | $ | 8 |
| **11.** Catastrophe Allowance | $50,000 | N/A | 8 |
| **12.** Computer and Funds Transfer Fraud | $50,000 | $ | 8 |
| **13.** Consequential Loss to Stock | Included | N/A | 10 |
| **14.** Contract Penalties | $100,000 | $ | 10 |
| **15.** Debris Removal | $250,000 | $ | 10 |
| **16.** Denial of Access to Premises | 30 Days 72 Hour Waiting Period | N/A | 11 |
| **17.** E-Commerce | $50,000 | $ | 11 |


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

| | | | |
|---|---|---|---|
| **18.** Electronic Data Processing Equipment | Included | N/A | 12 |
| **19.** Employee Theft including ERISA Compliance | $250,000 | $ | 13 |
| **20.** Employee Tools and Work Clothing | $25,000 | $ | 15 |
| **21.** Expediting Expense | $50,000 | $ | 16 |
| **22.** Extended Business Income | 180 Days | N/A | 16 |
| **23.** Extended Coverage on Property – within 2,000 feet | Included | N/A | 16 |
| **24.** Extra Expense | $300,000 | $ | 16 |
| **25.** Fire Protection Equipment Recharge | Included | N/A | 18 |
| **26.** Food Contamination<br>– Additional Advertising Expense | $25,000<br>$3,000 | $<br>$ | 18 |
| **27.** Forgery or Alteration | $100,000 | $ | 19 |
| **28.** Foundations and Underground Pipes | Included | N/A | 19 |
| **29.** International Air Shipments | $50,000 | $ | 20 |
| **30.** Inventory and Loss Appraisal | $300,000 | $ | 20 |
| **31.** Key Replacement and Lock Repair | $20,000 | $ | 20 |
| **32.** Leasehold Interest | $250,000 | $ | 21 |
| **33.** Lessor's Tenant Move Expenses | $50,000 | $ | 21 |
| **34.** Marring and Scratching | Included | N/A | 22 |
| **35.** Money and Securities | $50,000 | $ | 22 |
| **36.** Money Orders & Counterfeit Money | $50,000 | $ | 23 |
| **37.** Newly Acquired or Constructed Property<br>– Building<br>– Business Personal Property | <br>$2,000,000<br>$1,000,000 | <br>$<br>$ | 24 |
| **38.** Newly Acquired Locations – Business Income and Extra Expense | $250,000 | $ | 25 |
| **39.** Non-Owned Detached Trailers | $50,000 | $ | 25 |
| **40.** Ordinance or Law<br>– Coverage A<br>– Coverage B and C | <br>Included<br>$500,000 | <br>N/A<br>$ | 25<br>26<br>27 |
| **41.** Pollutant Clean-Up and Removal | $150,000 | $ | 29 |
| **42.** Preservation of Property | 90 Days | N/A | 29 |
| **43.** Preservation of Property – Expense | $100,000 | $ | 29 |
| **44.** Prototypes | Included | N/A | 29 |
| **45.** Rewards | $100,000 | $ | 30 |
| **46.** Sales Representative Samples | $50,000 | $ | 30 |
| **47.** Soft Costs | $50,000 | $ | 30 |
| **48.** Temporary Relocation of Property | $100,000 | $ | 31 |
| **49.** Theft Damage to Building | Included | N/A | 31 |
| **50.** Undamaged Tenants Improvements and Betterments | $100,000 | $ | 31 |
| **51.** Underground Water Seepage | $150,000 | N/A | 32 |
| **52.** Unintentional Property Reporting Errors | $500,000 | N/A | 32 |
| **53.** Unnamed Locations | $200,000 | $ | 33 |
| **54.** Utility Services – Direct Damage | $100,000 | $ | 33 |


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

| | | | |
|---|---|---|---|
| Utility Services – Business Income | $100,000 | $ | |
| **55.** Voluntary Parting | $100,000 | $ | 34 |
| **56.** Water Damage, Other Liquids, Powder or Molten Material Damage | $50,000 | $ | 34 |
| **57.** Windblown Debris | $10,000 | $ | 35 |
| **58.** Worldwide Business Personal Property Off Premises | $100,000 | $ | 35 |

**B. Blanket Coverages**

**Blanket Limit of Insurance** $1,000,000

The Blanket Limit of Insurance applies for each occurrence to all Scheduled Blanket Coverages shown below unless an Amended Limit of Insurance is shown. At the time of loss, you may apportion the Blanket Limit of Insurance to any combination of the Scheduled Blanket Coverages without an Amended Limit of Insurance, but under no circumstances will the aggregate apportionment be permitted to exceed the Blanket Limit of Insurance. When an Amended Limit of Insurance is shown for any of the Scheduled Blanket Coverages, those coverages are not included within the Blanket Limit of Insurance and the Amended Limit of Insurance is the most we will pay for those coverages.

| Scheduled Blanket Coverages | Amended Limits of Insurance | Page |
|---|---|---|
| **1.** Accounts Receivable | $ | 35 |
| **2.** Deferred Payments | $ | 36 |
| **3.** Fine Arts | $ | 36 |
| **4.** Fire Department Service Charge | $ | 36 |
| **5.** Movement of Property | $ | 37 |
| **6.** Outdoor Property | $ | 37 |
| **7.** Personal Effects and Property of Others | $ | 37 |
| **8.** Research and Development Documentation | $ | 38 |
| **9.** Valuable Papers and Records | $ | 38 |

**II. DEDUCTIBLE**

**A.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the Limit of Insurance for all applicable coverages listed under section **I. SCHEDULE** except as shown in paragraph **B.** below.

**B.** No Deductible applies to the following coverages:

**1.** ERISA Compliance;

**2.** Extra Expense;

**3.** Fire Department Service Charge;

**4.** Fire Protection Equipment Recharge;

**5.** Forgery or Alteration;

**6.** Inventory and Loss Appraisal;

**7.** Key Replacement and Lock Repair;

**8.** Personal Effects and Property of Others

**9.** Rewards

**III. COVERAGES**

**A. Scheduled Coverages**

**1. Back up or Overflow of a Sewer, Drain or Sump**


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Back up or Overflow of a Sewer, Drain or Sump**

**(1)** We will pay for direct physical loss of or damage to Covered Property at the described premises when solely caused by or resulting from the following:

**(a)** Water or waterborne material that backs up through or overflows or is otherwise discharged from a sewer or drain. With respect to this Additional Coverage, the term drain includes a roof drain and related fixtures.

**(b)** Water or waterborne material that overflows or is otherwise discharged from a sump, sump pump or related equipment.

**(2)** This Additional Coverage includes Business Income and Extra Expense coverage. Business Income and Extra Expense losses are subject to the terms of BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM CP 00 30, BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED 411-0581 or Additional Coverage – Extra Expense of this endorsement.

**(3)** With respect to CAUSES OF LOSS – SPECIAL FORM CP 10 30, **B. Exclusions**, **1.g. Water**, paragraph **(3)** is deleted.

**(4)** Payment under this Additional Coverage is included within the applicable Limit of Insurance for Covered Property at the location where the loss or damage occurred.

**(5)** **Back up or Overflow of a Sewer, Drain or Sump Special Exclusion**

We will not pay for loss or damage from water or other materials that back-up or overflow from any sewer or drain, sump, sump pump or related equipment when it is caused by or results from any “flood”, regardless of the proximity of the back up or overflow to the “flood” condition.

**2. Brands and Labels**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **5. Coverage Extensions**:

**Brands and Labels**

**(1)** The insurance that applies to Business Personal Property is extended to apply to brands or labels that are damaged by a Covered Cause of Loss when we elect to take all or any part of the damaged property at an agreed or appraised value. We will:

**(a)** Pay expenses you incur to:

**(i)** Remove the brand or label and then relabel the damaged property to comply with any applicable law; or

**(ii)** Label or stamp the damaged property Salvage, if doing so will not physically damage the property.

**(b)** Cover any reduction in the salvage value of the damaged property as a result of the removal of the brand or label.

**(2)** Payment under this Coverage Extension is included within the Limit of Insurance shown in the Declarations for Business Personal Property.

**3. Broadened Building Coverage**

With respect to BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, the following is added to **A. Coverage**, **1. Covered Property**, **a. Building:**

**(1)** Foundations of machinery, tanks and their component parts including all connections which are below:

**(a)** The lowest basement floor; or

**(b)** The surface of the ground, if there is no basement.

**(2)** Your Business Personal Property in apartments or rooms furnished by you as landlord;

**(3)** The following property if it is located on or within 2,000 feet of a covered building or structure:

**(a)** Exterior lighting fixtures or poles;

**(b)** Yard fixtures;

**(c)** Fences; and

**(d)** Retaining walls whether or not attached to the building


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**(4)** Signs, whether or not they are attached to covered buildings or structures;

**(5)** Building glass, including encasement frames, lettering, artwork, ornamentation, sensors or other items permanently affixed to, or a part of, building glass;

**(6)** Your new buildings while being built on or within 2,000 feet of the described premises; and

**(7)** Driveways, walks and patios.

**4. Broadened Business Personal Property**

**a.** With respect to BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, the following is added to **A. Coverage**, **1. Covered Property**, **b. Your Business Personal Property** and with respect to CONDOMINIUM COMMERCIAL UNIT – OWNERS COVERAGE FORM CP 00 18, the following is added to **A. Coverage**, **1. Covered Property**, **a. Your Business Personal Property**:

**(1)** Property of others that is in your care, custody and control;

**(2)** "Scientific and professional equipment";

**(3)** Glass in a building you occupy but do not own that you, as a tenant, have a contractual responsibility to insure, including encasement frames, lettering, artwork, ornamentation, sensors or other items permanently affixed to, or a part of, building glass;

**(3)** "Installation, tools and equipment property"; and

**(4)** Patterns, dies, molds and forms; and

**(5)** Signs that are:

**(a)** Owned by you; or

**(b)** Owned by others but in your care, custody and control;

when you are a tenant in a building you occupy but do not own, whether or not the signs are attached to such building.

**b.** With respect to BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, **A. Coverage**, **1. Covered Property**, **c. Personal Property of Others** is deleted.

**5. Business Income and Extra Expense – Dependent Properties**

With respect to BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM CP 00 30 and BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED 411-0581, the following is added to **A. Coverage**, **5. Additional Coverages**:

**Business Income and Extra Expense – Dependent Properties**

**(1)** We will pay the actual loss of business income you sustain due to the necessary "suspension" of your "operations" during the "dependent property period of restoration". The "suspension" must be caused by direct physical loss of or damage to "dependent property" caused by or resulting from a Covered Cause of Loss.

**(2)** We will pay the actual and necessary Extra Expense you incur due to direct physical loss of or damage to "dependent property" caused by or resulting from a Covered Cause of Loss.

**(3)** With respect to this Additional Coverage, the meaning of Extra Expense is replaced with the following:

Extra Expense means necessary expenses you incur during the "dependent property period of restoration" that you would not have incurred if there had been no direct physical loss or damage to the premises of any "dependent property" caused by or resulting from a Covered Cause of Loss:

**(a)** To avoid or minimize the "suspension" of business and to continue "operations"; or

**(b)** To minimize the "suspension" of business if you cannot continue "operations".

**(4)** For Business Income coverage under this Additional Coverage, the Coverage Territory for "dependent property" is expanded to all parts of the world except any country or jurisdiction that is subject to trade


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

sanction or other economic sanction or embargo by the United States of America.

**(5)** We will reduce the amount of your:

**(a)** Business income loss, other than Extra Expense, to the extent you can resume "operations" in whole or in part by using any other available:

**(i)** Source of materials; or

**(ii)** Outlet for your products

**(b)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such extra expense.

**(6)** Regardless of the number of "dependent properties" involved, the most we will pay under this Additional Coverage is $250,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**6. Business Income and Extra Expense – Lease Cancellation**

With respect to BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FORM CP 00 30 and BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED 411-0581, the following is added to **A. Coverage**, **5. Additional Coverages**:

**Business Income and Extra Expense – Lease Cancellation**

**(1)** We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to the cancellation of a lease by your tenant, who occupies a building covered under this policy, because of untenantability as a result of direct physical loss of or damage to that building from a Covered Cause of Loss.

This Additional Coverage only applies:

**(a)** If, at the time of loss, the building was occupied and business was being conducted by the tenant canceling the lease or their sub-lessee; or

**(b)** If the lease was signed but the building was not yet occupied by the tenant.

**(2)** We will pay for the actual loss of Business Income you sustain after tenantability is restored until the earlier of:

**(a)** The date the premises is leased to another tenant; or

**(b)** 12 months immediately following the "period of restoration".

**(3)** Regardless of the number of tenants canceling a lease at the described premises, the most we will pay under this Additional Coverage is $50,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**(4) Business Income and Extra Expense – Lease Cancellation Special Exclusions**

We will not pay when:

**(a)** A lease is cancelled after the "period of restoration";

**(b)** A lease is cancelled, suspended or allowed to lapse by you;

**(c)** There is a return of prepaid rent or security and other deposits made by the tenant; or

**(d)** A lease is cancelled at the normal expiration date.

**7. Business Income and Extra Expense – Transit**

With respect to BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FORM CP 00 30 and BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED 411-0581, the following is added to **A. Coverage**, **5. Additional Coverages**:

**Business Income and Extra Expense – Transit**

**(1)** We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss of or damage to Covered Property while "in transit". This includes the property of others. The loss or damage must be caused by or result from a Covered Cause of Loss.

**(2)** With respect to this Additional Coverage, CAUSES OF LOSS – SPECIAL FORM CP 10 30, **B. Exclusions**, **1.b. Earth Movement** and **1.g. Water** do not apply.

**(3)** The most we will pay under this Additional Coverage is $100,000 unless a higher Amended Limit of


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

Insurance is shown in the above **SCHEDULE**.

8. **Business Personal Property In Storage**

With respect to BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, **A. Coverage**, **5. Coverage Extensions**, **g. Business Personal Property Temporarily In Portable Storage Units** is replaced by the following:

g. **Business Personal Property In Storage Units**

**(1)** The insurance that applies to Business Personal Property is extended to apply to direct physical loss of or damage to Business Personal Property stored in a storage unit (including a detached trailer) located within 2,000 feet of the buildings or structures described in the Declarations or within 2,000 feet of the described premises, whichever distance is greater. The loss or damage must be caused by or result from a Covered Cause of Loss.

**(2)** Payment under this Coverage Extension is included within the Limit of Insurance shown in the Declarations for Business Personal Property. However a loss resulting from theft is limited to $50,000.

**(3)** This Coverage Extension does not apply to loss or damage otherwise covered under this policy, and does not apply to loss or damage to the storage unit itself.

**(4)** Business Personal Property Temporarily in Portable Storage Units Special Exclusion

We will not pay for loss of or damage to Business Personal Property temporarily in portable storage units caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(a)** The portable storage unit first sustains damage by a Covered Cause of Loss to is roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(b)** The loss or damage is caused by or resulting from thawing of snow, sleet or ice on the portable storage unit.

9. **Business Personal Property In Transit**

With respect to CAUSES OF LOSS – SPECIAL FORM CP 10 30, **F. Additional Coverage Extensions**, **1. Property in Transit** is replaced by the following

1. **Business Personal Property In Transit**

**a.** The insurance that applies to Business Personal Property is extended to apply to direct physical loss of or damage to Business Personal Property while “in transit”. The loss or damage must be caused by or result from a Covered Cause of Loss.

**b.** The insurance that applies to Business Personal Property is extended to apply to direct physical loss of or damage to outgoing shipments that have been rejected, while in due course of transit back to you or while awaiting return shipment to you. The loss or damage must be caused by or result from a Covered Cause of Loss.

**c.** This Coverage Extension applies to the property while:

**(1)** In a vehicle owned, leased or operated by you; or

**(2)** In the custody of a common carrier, contract carrier or carrier for hire.

**d.** With respect to this Coverage Extension, CAUSES OF LOSS – SPECIAL FORM CP 10 30, **B. Exclusions**, **1.b. Earth Movement** and **1.g. Water** do not apply.

**e.** The most we will pay under this Coverage Extension is $150,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**f.** **Business Personal Property In Transit Special Exclusions**

This Coverage Extension does not apply to:

**(1)** Property that belongs to others that you are


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

responsible for as a common carrier, contract carrier or carrier for hire;

**(2)** Sales Representative Samples; or

**(3)** Loss to “perishable stock” resulting from a breakdown of refrigeration equipment on any vehicle owned, leased or operated by you or while in the custody of a common carrier, contract carrier or carrier for hire.

**10. Business Personal Property Off Premises**

With respect to your applicable Coverage Form, **A. Coverage**, **5. Coverage Extensions**, **d. Property Off-premises** is replaced by the following:

**d. Business Personal Property Off Premises**

**(1)** The insurance that applies to Business Personal Property is extended to apply to direct physical loss of or damage to Business Personal Property while:

**(a)** At a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy; or

**(c)** At any fair, trade show or exhibition.

The loss or damage must be caused by or result from a Covered Cause of Loss.

**(2)** Regardless of the number of storage units involved, the most we will pay for loss or damage to Business Personal Property is $250,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**(3) Business Personal Property Off Premises Special Exclusion**

This Coverage Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody and control of your sales representatives, unless the property is in such care, custody and control at a fair, trade show or exhibition.

**11. Catastrophe Allowance**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **5. Coverage Extensions**:

**Catastrophe Allowance**

**(1)** This Coverage Extension applies when the direct physical loss of or damage to Covered Property is the result of an event for which Property Claims Service (PCS) has publicly designated a catastrophe number to the event.

**(2)** This Coverage Extension applies when the Limits of Insurance for Building and Business Personal Property, as shown in the Declarations, are insufficient to compensate you for covered loss or damage you incur as a result of the catastrophe event.

**(3)** This Coverage Extension cannot be applied to the Deductible amount of this policy or any other policy. It also may not be used to cover any loss or damage that would not be covered under this policy.

**(4)** The most we will pay under this Coverage Extension in any one occurrence and any one Policy Period is $50,000.

**12. Computer and Funds Transfer Fraud**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Computer and Funds Transfer Fraud**

**(1)** We will pay for the following:

**(a)** Loss resulting directly from a fraudulent:

**(i)** Entry of "electronic data" or "computer program" into; or

**(ii)** Change of "electronic data" or "computer program" within;

any "computer equipment" owned, leased or operated by you, provided that such fraudulent entry or such fraudulent change causes (with respect to **(1)(a)(i)** and **(1)(a)(ii)** in the above paragraph):


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**(iii)** "Money", "securities" or "other property" to be transferred, paid or delivered; or

**(iv)** Your account at a "financial institution" to be debited or deleted.

**(b)** Loss resulting directly from a "fraudulent instruction" directing a "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that account.

**(2)** As used in paragraph **(1)(a)** above, fraudulent entry or fraudulent change of "electronic data" or "computer program" shall include such entry or change made by an "employee" acting, in good faith, upon a "fraudulent instruction" received from a computer “software” contractor who has a written agreement with you to design, implement or service "computer programs" for "computer equipment" covered under this Additional Coverage. This is the only coverage provided under this Additional Coverage regardless of any other circumstance including any other “social engineering”.

**(3)** The most we will pay under this Additional Coverage is $50,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**(4)** With respect to this Additional Coverage, all loss:

**(a)** Caused by one or more persons; and

**(b)** Involving a single act or series of acts:

is considered one occurrence.

**(5) Computer and Funds Transfer Fraud Special Exclusions**

**(a)** We will not pay for loss or damage committed by you or any of your partners, “members”, "employees", "managers", directors, trustees or authorized representatives:

**(i)** Whether acting alone or in collusion with other persons; or

**(ii)** While performing services for you or otherwise.

**(b)** Loss that is an indirect result of an occurrence covered by this Additional Coverage, including, but not limited to, loss resulting from the following:

**(i)** Your inability to realize income that you would have realized had there been no loss of or damage to “money”, “securities” or “other property”;

**(ii)** Payment of damages of any type for which you are legally liable. However, we will pay compensatory damages arising directly from a loss covered under this Additional Coverage; or

**(iii)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this Additional Coverage.

**(c)** Fees, costs and expenses incurred by you, which are related to any legal action.

**(d)** Loss involving virtual currency of any kind, by whatever name known, whether actual or fictitious including, but not limited to, digital currency, crypto currency or any other type of electronic currency.

**(e)** Loss resulting from fraudulent:

**(i)** Entry of "electronic data" or "computer program" into; or

**(ii)** Change of "electronic data" or "computer program" within;

any "computer equipment" owned, leased or operated by you by a person or organization with authorized access to that "computer equipment", except as covered under paragraph **(2)** of this Additional Coverage.

**(f)** Loss resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

**(g)** Loss resulting from the giving or surrendering of property in any exchange or purchase.


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**(h)** Loss resulting from an "employee" or "financial institution" acting upon any instruction:

**(i)** To transfer, pay or deliver "money", "securities" or "other property"; or

**(ii)** To debit or delete your account;

which instruction proves to be fraudulent, except when covered under paragraphs **(1)(b)** and **(2)** of this Additional Coverage.

**(i)** Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon an inventory computation or a profit and loss computation.

**13. Consequential Loss to Stock**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **5. Coverage Extensions**:

**Consequential Loss to Stock**

**(1)** The insurance that applies to Business Personal Property is extended to apply to the reduction in value of the remaining parts of "stock" in process of manufacture that are physically undamaged but are unmarketable as a complete product because of direct physical loss or damage from a Covered Cause of Loss to other parts of covered "stock" in process of manufacture at the described premises.

**(2)** Should it be determined that such "stock" retains only a salvage value, we retain the option of paying the full value of the "stock" as agreed within this policy and taking the damaged property for salvage purposes.

**(3)** Payment under this Coverage Extension is included within the Limit of Insurance shown in the Declarations for Business Personal Property.

**14. Contract Penalties**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Contract Penalties**

**(1)** We will pay for contractual penalties you are required to pay due to your failure to provide your product or service according to contract terms because of direct physical loss of or damage to Covered Property by or resulting from a Covered Cause of Loss.

**(2)** Regardless of the number of contracts involved, the most we will pay for all contract penalties under this Additional Coverage is $100,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**15. Debris Removal**

**a.** With respect to your applicable Coverage Form, **A. Coverage**, **4. Additional Coverages**, **a. Debris Removal**, paragraph **(4)** is replaced by the following:

**(4)** We will pay up to an additional $250,000 for debris removal expense, for each location, in any one occurrence of physical loss of or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** or **(4)(b)** above apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $250,000 unless a higher Amended Limit of Insurance shown in the above **SCHEDULE**.

**b.** With respect to BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, **A. Coverage**, **4. Additional Coverages**, **a. Debris Removal**, paragraph **(5)** is deleted.


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**16. Denial of Access to Premises**

With respect to BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM CP 00 30 and BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED 411-0581, the following is added to **A. Coverage**, **5. Additional Coverages**:

**Denial of Access to Premises**

**(1)** We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur when ingress to or egress from the described premises is prevented, due to direct physical loss of or damage to property that is away from but within 2,000 feet of the described premises, when such loss or damage is caused by or resulting from any Covered Cause of Loss.

**(2)** We will not pay for any loss of Business Income you sustain until after the first 72 hours that immediately follows the time of loss or damage to the premises that causes the denial of access. Coverage applies for a period of up to 30 consecutive days after coverage begins.

However, this Additional Coverage does not extend beyond the time when ingress to or egress from the described premises is no longer prevented.

**(3)** The coverage for Extra Expense will begin immediately after the time of loss or damage to the premises that causes the denial of access and will end:

**(a)** 30 consecutive days after coverage begins; or

**(b)** When your Business Income coverage ends;

whichever is earlier.

However, this Additional Coverage does not extend beyond the time when ingress to or egress from the described premises is no longer prevented.

**17. E-Commerce**

**a.** With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4. Additional Coverages**:

**E-Commerce**

**(1) Electronic Vandalism**

We will pay for direct physical loss of or damage to "computer equipment" at the described premises caused by "electronic vandalism".

**(2)** With respect to this Additional Coverage, BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, **A. Coverage**, **2. Property Not Covered**, paragraph **n.** is deleted and CONDOMINIUM COMMERCIAL UNIT – OWNERS COVERAGE FORM CP 00 18, **A. Coverage**, **2. Property Not Covered**, paragraph **h.** is deleted.

**(3)** With respect to this Additional Coverage, BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, **A. Coverage**, **4. Additional Coverages**, **f. Electronic Data** is deleted and CONDOMINIUM COMMERCIAL UNIT – OWNERS COVERAGE FORM CP 00 18, **A. Coverage**, **4. Additional Coverages**, **e. Electronic Data** is deleted.

**b.** With respect to BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM CP 00 30, and BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE – ACTUAL LOSS SUSTAINED 411-0581, **A. Coverage**, **5. Additional Coverages**, **d. Interruption of Computer Operations** is replaced by the following:

**d. Interruption of Computer Operations**

**(1)** We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to the necessary "suspension" of your "operations" at the described premises that is caused by an interruption in your computer "operations" at the described premises due to destruction or corruption of your "electronic data" that is stored within your "computer equipment" at the described


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

premises. The loss or damage must be caused by or result from "electronic vandalism".

**(2)** However, there is no coverage for an interruption related to manipulation of a computer system (including "electronic data") by any "employee", including a temporary or leased "employee", or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

**(3)** If this policy is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply.

**(4)** With respect to this Additional Coverage, BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM CP 00 30 and BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE – ACTUAL LOSS SUSTAINED 411-0581 **A. Coverage**, **4. Additional Limitation – Interruption of Computer Operations** is deleted.

**(5)** The Additional Coverage for **Extended Business Income** does not apply to the **Interruption of Computer Operations**.

**c.** The destruction or corruption of your "electronic data" can originate from a person located anywhere in the world.

**d.** Regardless of the number of occurrences under the Additional Coverages in **a.** and **b.** above, the most we will pay in any one Policy Period is the Limit of Insurance shown in the above **SCHEDULE.**

**e. E-Commerce Special Exclusions**

**(1)** With respect to the Additional Coverages in paragraphs **a.** and **b.** above, CAUSES OF LOSS – SPECIAL FORM CP 10 30, **B. Exclusions**, **4. Special Exclusions**, paragraph **a.(3)** applies.

**(2)** We do not cover:

**(a)** Loss of proprietary use of any "electronic data" or "proprietary programs" that have been copied, scanned, or altered;

**(b)** Loss of or reduction in economic or market value of any "electronic data" or "proprietary programs" that have been copied, scanned, or altered; and

**(c)** **"**Theft" from your "electronic data" or "proprietary programs" of confidential information through the observation of the "electronic data" or "proprietary programs" by accessing covered "computer equipment" without any alteration or other physical loss of or damage to the records or programs. Confidential information includes, but is not limited to, "employee" information, customer information, processing methods, or trade secrets.

**18. Electronic Data Processing Equipment**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Electronic Data Processing Equipment**

**(1)** We will pay for direct physical loss or damage to the following Covered Property which is your property or property in your care, custody and control:

**(a)** **"**Computer equipment"; and

**(b)** Programming documentation and instruction manuals

caused by or resulting from a Covered Cause of Loss.

**(2)** We will also pay the necessary Extra Expense you incur to avoid or minimize the suspension of business and to continue "operations" due to direct physical loss of or damage to Covered Property described in paragraph **(1)** above. All of the provisions of the Additional Coverage for **Extra Expense** in this endorsement and BUSINESS INCOME (AND EXTRA EXPENSE)


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

COVERAGE FORM CP 00 30 or BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE – ACTUAL LOSS SUSTAINED 411-0581 in this policy are applicable to this Additional Coverage except the following:

**(a)** There is no requirement that a loss occur at the described premises or within 2,000 feet of the described premises; and

**(b)** Continuing normal operating expenses that you incur, including payroll, are not included under this Additional Coverage

**(3)** Payment under this Additional Coverage is included within the Limit of Insurance shown in the Declarations for Business Personal Property except as described in paragraph **(4)** directly below.

**(4)** In the event of loss of or damage to "computer equipment", we will pay your costs to modify or replace undamaged "hardware" or "software" when it:

**(a)** Was dependent on the damaged "hardware" or "software" prior to the covered loss; and

**(b)** Is not compatible with the "hardware" or "software" that is replacing the property that was involved in the covered loss.

We will only pay for your costs to modify or replace undamaged "hardware" or "software" at the described premises.

The most we will pay for your costs is $10,000. Payment of these costs is included within the Limit of Insurance shown in the Declarations for Business Personal Property.

**(5)** With respect to this Additional Coverage, CAUSES OF LOSS – SPECIAL FORM CP 10 30, **B. Exclusions**, **1.b. Earth Movement** and **1.g. Water** do not apply.

**(6)** We will not pay for any loss to the following property:

**(a)** Property you rent, loan or lease to others while it is away from the described premises; or

**(b)** Property you hold for sale, distribute or manufacture.

**(7)** If we provide Building coverage only, we will only pay for loss to "computer equipment" that service building operations at the described premises and are located at the described premises.

**(8)** **Electronic Data Processing Equipment Special Exclusions**

We do not cover:

**(a)** Any expense caused by an error or omission in programming or incorrect instructions to "hardware"; or

**(b)** Direct physical loss to Covered Property caused by:

**(i)** Electrical disturbance;

**(ii)** "Power supply disturbance";

**(iii)** "Computer virus"; or

**(iv)** "Computer hacking".

**19. Employee Theft including ERISA Compliance**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Employee Theft including ERISA Compliance**

**(1)** We will pay for loss or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee" or volunteer who you have the right to direct and control while performing services for you, whether identified or not, acting alone or in collusion with other persons.

With respect to this Additional Coverage, "theft" shall also include "forgery".

**(2)** This Additional Coverage terminates as to any "employee" as soon as:

**(a)** You; or

**(b)** Any of your partners, "members", "managers", officers, directors or trustees not in collusion with the "employee";

discovered the "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you.

**(3)** With respect to this Additional Coverage, all loss:


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**(a)** Caused by one or more persons; and

**(b)** involving a single act or series of acts;

is considered one occurrence.

**(4)** We will pay only for loss you sustain through acts committed or events occurring anytime which is "discovered" by you:

**(a)** During the Policy Period; or

**(b)** No later than one year from the date of termination or cancellation of this insurance. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded under this Additional Coverage, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(5)** Coverage is extended to apply to loss caused by any "employee" while temporarily outside the Coverage Territory for a period of not more than 90 consecutive days.

**(6)** The most we will pay under this Additional Coverage is $250,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year.

**(7)** **Employee Theft Special Exclusions**

We will not pay for the following:

**(a)** Loss resulting from "theft" or any other dishonest act committed:

**(i)** By you; or

**(ii)** By any of your partners or "members";

whether acting alone or in collusion with other persons.

**(b)** Loss caused by an "employee" if the "employee" has also committed "theft" or any other dishonest act prior to the effective date of this policy and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee", learned of such "theft" or dishonest act prior to the Policy Period shown in the Declarations.

**(c)** Loss resulting from the following:

**(i)** The disclosure or use of another person's or organization's confidential or personal information; or

**(ii)** The disclosure of your confidential or personal information. However, this paragraph, **(7)(c)(ii)**, does not apply to loss otherwise covered under this insurance that results directly from the use of your confidential or personal information.

**(d)** Fees, costs, fines, penalties and other expenses incurred by you which are related to the access to or disclosure of another person's or organization's confidential or personal information including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

**(e)** Loss that is an indirect result of an occurrence covered by this Additional Coverage, including, but not limited to, loss resulting from the following:

**(i)** Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property";

**(ii)** Payment of damages of any type for which you are legally liable. However we will pay compensatory damages arising directly from a loss covered under this Additional Coverage;

**(iii)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this Additional Coverage.


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**(f)** Fees, costs and expenses incurred by you which are related to any legal action.

**(g)** Loss involving virtual currency of any kind, by whatever name known, whether actual or fictitious including, but not limited to, digital currency, crypto currency or any other type of electronic currency.

**(h)** Loss or that part of any loss, the proof of which as to its existence or amount is dependent upon

**(i)** An inventory computation; or

**(ii)** A profit and loss computation.

However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

**(i)** Loss resulting from trading, whether in your name or in a genuine or fictitious account.

**(j)** Loss resulting from fraudulent or dishonest signing, issuing, canceling or failing to cancel, a warehouse receipt or any papers connected with it.

**(8) Welfare and Pension Plan ERISA Compliance**

**(a)** "Employee Benefit Plans" (hereafter referred to as Plans) are included as insureds under this Additional Coverage, subject to the following:

**(b)** If any Plan is insured jointly with any other entity under this Additional Coverage, you or the Plan Administrator are responsible for selecting a Limit of Insurance for this Additional Coverage that is sufficient to provide a Limit of Insurance for each Plan that is at least equal to that required under ERISA as if each Plan were separately insured.

**(c)** With respect to loss sustained or "discovered" by any such Plan, this Additional Coverage is replaced by the following:

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from fraudulent or dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

**(d)** If the first Named Insured is an entity other than a Plan, any payment we make for loss sustained by any Plan will be made to the Plan sustaining the loss.

**(e)** If two or more Plans are insured under this Additional Coverage, any payment we make for loss:

**(i)** Sustained by two or more Plans; or

**(ii)** Of commingled "money", "securities" or "other property" of two or more Plans;

resulting from an occurrence, will be made to each Plan sustaining loss in the proportion that the Limit of Insurance required under ERISA for each Plan bears to the total of those Limits.

**(f)** The Deductible does not apply to this Additional Coverage.

**20. Employee Tools and Work Clothing**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **5. Coverage Extension**:

**Employee Tools and Work Clothing**

**(1)** The insurance that applies to Business Personal Property is extended to apply to direct physical loss of or damage to tools, equipment and work clothing belonging to your "employees" while such tools, equipment and work clothing are:

**(a)** At the described premises;

**(b)** At your job sites; or

**(c)** "In transit" to and from your job sites.

The loss or damage must be caused by or result from a Covered Cause of Loss.

**(2)** With respect to this Coverage Extension, CAUSES OF LOSS – SPECIAL FORM CP 10 30, **B. Exclusions**, **1.b. Earth Movement** and **1.g. Water** do not apply.

**(3)** The most we will pay under this Coverage Extension is $25,000 unless


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

a higher Amended Limit of Insurance is shown in the above **SCHEDULE**, but not more than $500 for any one tool, piece of equipment or item of clothing.

**(4)** The Coinsurance Condition does not apply to this Coverage Extension.

**21. Expediting Expense**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Expediting Expense**

**(1)** When a Covered Cause of Loss occurs to Covered Property, we will pay for the reasonable and necessary additional expenses you incur:

**(a)** To make temporary repairs;

**(b)** To expedite permanent repair or replacement of damaged property; or

**(c)** To provide training on replacement machines or equipment.

**(2)** The most we will pay under this Additional Coverage is $50,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**22. Extended Business Income**

With respect to BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM CP 00 30 and BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED 411-0581, **A. Coverage**, **5. Additional Coverages, c. Extended Business Income**, **(1) Business Income Other Than Rental Value**, paragraph **(b)** and **(2) Rental Value**, paragraph **(b)** are replaced by the following:

**(1) Business Income Other Than Rental Value**

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 90 consecutive days after the date determined in paragraph **(1)(a)** above.

**(2) Rental Value**

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 180 consecutive days after the date determined in paragraph **(2)(a)** above.

**23. Extended Coverage on Property – within 2,000 feet**

With respect to BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM CP 00 18, BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM CP 00 30 and BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED 411-0581, all references that state the location of property must be within 100 feet of a described premise are replaced with within 2,000 feet of a described premise.

**24. Extra Expense**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Extra Expense**

**(1)** We will pay the necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises includes the area within 2,000 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your described premises means:

**(a)** The portion of the building, which you rent, lease or occupy;

**(b)** The area within 2,000 feet of the building or within 2,000 feet of the


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building, which you rent, lease or occupy.

**(2)** Extra Expense means necessary expense incurred (other than the expense to repair or replace property):

**(a)** To avoid or minimize the "suspension" of business and to continue operations:

**(i)** At the described premises; or

**(ii)** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

**(b)** To minimize the "suspension" of business if you cannot continue "operations".

**(c)** To repair or replace any property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or the Additional Coverage for Business Income. We will not pay for any portion of the ordinary and expected cost to actually repair or replace property; or

**(d)** To research, replace or restore the lost information on damaged "valuable papers and records".

**(3)** The most we will pay under this Additional Coverage is $300,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**(4)** We will reduce the amount of your Extra Expense loss payment to the extent you can return "operations" to normal and discontinue such Extra Expense.

**(5)** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**(6)** This Additional Coverage does not apply when:

**(a)** EXTRA EXPENSE COVERAGE FORM CP 00 50;

**(b)** BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM CP 00 30; or

**(c)** BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED 411-0815

are made a part of this policy.

**(7) Extra Expense Special Exclusions**

We will not pay for the following:

**(a)** Any Extra Expense caused by or resulting from the following:

**(i)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons;

**(ii)** Temporary cessation, lapse or cancellation of any license, lease or contract. But if the temporary cessation, lapse or cancellation is directly caused by the "suspension" of "operations" , we will cover such loss that affects your Business Income during the "period of restoration" in accordance with the terms described in paragraphs **(2)(a)** and **(2)(b)** of this Additional Coverage; or

**(iii)** Any other consequential loss.

**(b)** Coverage for Extra Expense does not apply when a "suspension" of "operations" is caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data". However, this exclusion does not apply to coverage for Extra Expense included in the Additional Coverage for **Electronic Data Processing Equipment** of this endorsement.

**25. Fire Protection Equipment Recharge**


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, 4. **Additional Coverages**:

**Fire Protection Equipment Recharge**

**(1)** We will pay:

**(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 2,000 feet of the described premises:

**(i)** To prevent or control loss;

**(ii)** Accidentally; or

**(iii)** As a result of malfunction of the equipment.

**(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

**(2)** No coverage will apply if the fire extinguishing system is discharged during installation or testing.

**(3)** Payment under this Additional Coverage is included within the applicable Limit of Insurance shown in the Declarations.

**26. Food Contamination**

With respect to BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM CP 00 30 and BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED 411-0581, the following is added to **A. Coverage**, **5. Additional Coverages**:

**Food Contamination**

**(1)** If your "operations" at the described premises is ordered closed by the Board of Health or any other governmental authority as a result of the discovery or suspicion of "food contamination", we will pay:

**(a)** Your expense to clean your equipment as required by the Board of Health or any other governmental authority;

**(b)** Your cost to replace food which is, or is suspected by the Board of Health or any other governmental authority, to be contaminated;

**(c)** Your expense to provide necessary medical tests or vaccinations for your "employees" (including temporary or leased "employees") who are potentially infected by "food contamination". However, we will not pay for any expense that is otherwise covered under a Workers' Compensation Policy;

**(d)** The loss of Business Income you sustain due to the necessary "suspension" of your "operations" as a result of the "food contamination". The coverage for Business Income will begin 24 hours after you receive notice of closing from the Board of Health or any other governmental authority; and

**(e)** Additional Advertising expenses you incur to restore your reputation.

**(2)** The most we will pay for all loss under paragraphs **(1)(a)** through **(1)(d)** above is $25,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

The most we will pay for all loss under paragraph **(1)(e)** above is $3,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**(3) Food Contamination Special Exclusion**

We will not pay any fines or penalties levied against you by the Board of Health or any other governmental authority as a result of the discovery or suspicion of "food contamination" at the described premises.

**27. Forgery or Alteration**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Forgery or Alteration**

**(1)** We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

**(a)** Made or drawn by or drawn upon you; or


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**(b)** Made or drawn by one acting as your agent;

or that are purported to have been made or drawn.

With respect to this Additional Coverage, a substitute check as defined in the Check Clearing for the 21st Century Act, shall be treated the same as the original it replaced.

**(2)** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promises of payment in "money" on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**(3)** The most we will pay, including legal expenses, under this Additional Coverage is $100,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**(4)** With respect to this Additional Coverage, all loss:

**(a)** Caused by one or more persons; and

**(b)** Involving a single act or series of related acts;

is considered one occurrence.

**(5) Forgery or Alteration Special Exclusion**

We will not pay for the following:

**(a)** Loss that is an indirect result of an occurrence covered by this Additional Coverage, including, but not limited to, loss resulting from the following:

**(i)** Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property";

**(ii)** Payment of damages of any type for which you are legally liable. However we will pay compensatory damages arising directly from a loss covered under this Additional Coverage; or

**(iii)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this Additional Coverage.

**(b)** Fees, costs and expenses incurred by you, which are related to any legal action.

**28. Foundations and Underground Pipes**

**a.** With respect to BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, the following is added to **A. Coverage**, **5. Coverage Extensions**:

**Foundations and Underground Pipes**

**(1)** The insurance that applies to Buildings is extended to include:

**(a)** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(i)** The lowest basement floor; or

**(ii)** The surface of the ground, if there is no basement;

**(b)** Underground pipes, flues and drains; and

**(c)** The cost of excavating, grading, backfilling or filling;

when such loss or damage is caused by a Covered Cause of Loss.

**(2)** The most we will pay under this Coverage Extension is the applicable Building Limit of Insurance shown in the Declarations.

**(3)** Payment under this Coverage Extension is included within the Limit of Insurance shown in the Declarations for Building.

**b.** With respect to BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, **A. Coverage**, **2. Property Not Covered**, paragraphs **f.**, **g.**, and **m.** do not apply to this Coverage Extension.

**29. International Air Shipments**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **5. Coverage Extensions**:

**International Air Shipments**


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**(1)** The insurance that applies to Business Personal Property is extended to apply to Business Personal Property while being shipped by air:

**(a)** Anywhere within the Coverage Territory to or from a location outside of the coverage territory; or

**(b)** Between locations outside of the coverage territory;

**(2)** This Coverage Extension only applies to the shipment of Business Personal Property which originates and terminates at a location specified in the air waybill.

**(3)** The most we will pay under this Coverage Extension is $50,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**(4) International Air Shipments Special Condition**

This Coverage Extension does not apply to Business Personal Property if there is other insurance in force covering the same loss.

**30. Inventory and Loss Appraisal**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **5. Coverage Extensions**:

**Inventory and Loss Appraisal**

**(1)** The insurance that applies to Business Personal Property is extended to apply to all reasonable expenses you incur at our request to assist us with the following:

**(a)** The investigation of a claim;

**(b)** The determination of the amount of loss, such as taking inventory; or

**(c)** The cost of preparing specific loss documents and other supporting exhibits.

**(2)** Expenses you incur include costs charged to you by others, including auditors, accountants, architects, engineers and property managers, acting on your behalf to assist us with items shown in paragraph **(1)** above.

**(3)** Regardless of the number of premises involved, the most we will pay under this Coverage Extension is $300,000 unless a higher Limit of Insurance is shown in the above **SCHEDULE**.

**(4) Inventory and Loss Appraisal Special Exclusion**

We will not pay for expenses:

**(a)** Incurred to perform your duties in the event of loss under **E. Loss Conditions**;

**(b)** To prove that loss or damage is covered;

**(c)** Billed by and payable to independent or public adjusters, attorneys or any of their affiliated or associated entities;

**(d)** To prepare claims not covered by this policy; or

**(e)** Incurred under any Appraisal provisions within the policy.

**31. Key Replacement and Lock Repair**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **5. Coverage Extensions**:

**Key Replacement and Lock Repair**

**(1)** Your insurance is extended to apply to the reasonable and necessary expense you incur due to a covered "theft" for:

**(a)** Replacement of keys if they are stolen;

**(b)** Lock repair; or

**(c)** Rekeying, replacing or reprogramming undamaged locks to accept new keys or entry codes when the building security has been compromised.

**(2)** The most we will pay under this Coverage Extension is $20,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**32. Leasehold Interest**

With respect to BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Leasehold Interest**

**(1)** If your lease is cancelled due to direct physical loss of or damage to property at the described premises, caused by or resulting from a Covered Cause of Loss, we will pay the net loss you sustain due to the following:

**(a)** Increased rent under a replacement lease if your lease is cancelled and either:


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**(i)** The building owner allows you to continue to use your premises under a new lease not to exceed the prevailing lease rate; or

**(ii)** You relocate to other permanent premises and enter into a new lease.

For the duration of the lease in effect at the time of the loss, we will pay the increase in rent between what you were paying at the time of loss and the rent you will be required to pay for equivalent premises under the replacement lease; and

**(b)** Loss of the unused pro-rata portion of prepaid rent based on the period of time remaining in your lease.

**(2)** Regardless of the number of leases involved, the most we will pay under this Additional Coverage is $250,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**(3) Leasehold Interest Special Conditions**

**(a)** If the lease in effect at the time of the loss contains a renewal option, the expiration date of the renewal option period will replace the expiration of the current lease. Existence of a renewal option will not increase the applicable Limit of Insurance.

**(b)** If the lease has no end date (open-ended), we will pay the difference in rent for a period of no more than 24 months after the date of loss or damage.

**(c)** There is no coverage under this Additional Coverage unless a written or legally binding lease is in place at the time of loss or damage.

**(4) Leasehold Interest Special Exclusions**

We will not pay:

**(a)** If the unit or suite rented or leased to you has been vacant more than 60 consecutive days before the loss or damage occurs, and you have not entered into an agreement to sublease the unit or suite. Buildings under construction or renovation are not considered vacant when customary "operations" cannot be conducted as a direct result of the construction or renovation;

**(b)** If the lease is cancelled, suspended or allowed to lapse by you; or

**(c)** If the lease is cancelled at the normal expiration date.

**33. Lessor's Tenant Move Expenses**

With respect to BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Lessor's Tenant Move Expenses**

**(1)** In the event that your tenants must temporarily vacate the covered Building at the described premises due to untenantability as a result of direct physical loss of or damage to property at the described premises, and such loss or damage is caused by or resulting from a Covered Cause of Loss, we will pay the expenses, as described in paragraph **(2)** directly below, you incur to move those tenants out of and back into your covered Building.

**(2)** We will only pay for the following expenses:

**(a)** Packing, transporting and unpacking your tenant's personal property including the cost of insuring the move out and back and any necessary disassembly and reassembly or setup of furniture and equipment; and

**(b)** The net cost to discontinue and re-establish the tenants' utility and telephone services, after any refunds due the tenants.

**(3)** We will only pay for your incurred expenses up to a period of 60 consecutive days after your building has been repaired or rebuilt.

**(4)** Regardless of the number of tenants involved, the most we will pay under this Additional Coverage is $50,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**34. Marring and Scratching**


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **5. Coverage Extensions**:

**Marring and Scratching**

**(1)** The insurance that applies to Business Personal Property is extended to apply to damage caused directly by sudden and accidental marring and scratching at the described premises to the following:

**(a)** Your "stock";

**(b)** Your printing plates; or

**(c)** Property of others that is in your care, custody and control.

**(2)** This Coverage Extension does not apply to:

**(a)** Property at other than the described premises; or

**(b)** Property "in transit".

**(3)** Payment under this Coverage Extension is included within the Limit of Insurance shown in the Declarations for Business Personal Property.

**(4)** With respect to this Coverage Extension, CAUSES OF LOSS – SPECIAL FORM CP 10 30, **B. Exclusions**, paragraph **2.d.(7)(c)** does not apply.

**35. Money and Securities**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Money and Securities**

**(1)** We will pay for loss of "money" and "securities":

**(a)** Inside a building at the described premises or "financial institution" resulting directly from "theft" committed by a person physically inside such building;

**(b)** Inside a building at the described premises or "financial institution" resulting directly from disappearance or destruction; or

**(c)** Outside of a building at or away from the described premises in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from "theft", disappearance or destruction.

**(2)** With respect to this Additional Coverage, all loss:

**(a)** Caused by one or more persons; and

**(b)** Involving a single act or series of related acts;

is considered one occurrence.

**(3)** You must keep records of all "money" and "securities" so we can verify the amount of loss or damage.

**(4)** The most we will pay under this Additional Coverage is $50,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**(5) Money and Securities Special Exclusions**

We will not pay for the following:

**(a)** Loss resulting from "theft" or any other dishonest act committed by:

**(i)** You; or

**(ii)** Any of your partners or "members";

whether acting alone or in collusion with other persons.

**(b)** Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

**(i)** Whether acting alone or in collusion with other persons; or

**(ii)** While performing services for you or otherwise.

**(c)** Loss that is an indirect result of an occurrence covered by this Additional Coverage, including, but not limited to, loss resulting from the following:

**(i)** Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property";

**(ii)** Payment of damages of any type for which you are legally liable. However we will pay compensatory damages arising directly from a loss covered under this Additional Coverage; or


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**(iii)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this Additional Coverage.

**(d)** Fees, costs and expenses incurred by you, which are related to any legal action.

**(e)** Loss involving virtual currency of any kind, by whatever name known, whether actual or fictitious including, but not limited to, digital currency, crypto currency or any other type of electronic currency.

**(f)** Loss resulting from accounting or arithmetical errors or omissions.

**(g)** Loss resulting from giving or surrendering of property in any exchange or purchase.

**(h)** Loss of "money" and "securities" contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**(i)** Loss or damage to "money" and "securities" following and directly related to the use of any computer to fraudulently cause a transfer of that property.

**(j)** Loss of or damage to "money" and "securities" after it has been transferred or surrendered to a person or place outside the described premises or "financial institution" premises on the basis of unauthorized instructions. However, this exclusion does not apply to loss of "money" and "securities" while in the care and custody of a "messenger".

**36. Money Orders and Counterfeit Money**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Money Orders and Counterfeit Money**

**(1)** We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**(a)** Money orders issued by any post office, express company or "financial institution" that are not paid upon presentation; or

**(b)** "Counterfeit money" that is acquired during the regular course of business.

**(2)** With respect to this Additional Coverage, all loss:

**(a)** Caused by one or more persons; and

**(b)** Involving a single act or series of related acts;

is considered one occurrence.

**(3)** The most we will pay under this Additional Coverage is $50,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**(4) Money Orders and Counterfeit Money Special Exclusions**

We will not pay for the following:

**(a)** Loss that is an indirect result of an occurrence covered by this Additional Coverage, including, but not limited to, loss resulting from the following:

**(i)** Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property";

**(ii)** Payment of damages of any type for which you are legally liable. However we will pay compensatory damages arising directly from a loss covered under this Additional Coverage; or

**(iii)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this Additional Coverage.

**(b)** Fees, costs and expenses incurred by you, which are related to any legal action.

**37. Newly Acquired or Constructed Property**

With respect to your applicable Coverage Form, **A. Coverage**, **5. Coverage Extensions**, paragraph **a.** is replaced by the following:

**a. Newly Acquired or Constructed Property**

**(1) Buildings**


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**(a)** The insurance that applies to Buildings is extended to apply to direct physical loss or damage caused by or resulting from a Covered Cause of Loss:

**(i)** To your new buildings while being built on the described premises; and

**(ii)** To buildings you acquire at premises, other than the one described, intended for the following:

**1)** Similar use as the building described in the Declarations; or

**2)** Used as a warehouse.

**(b)** The most we will pay under this Coverage Extension for each newly acquired or constructed Building is $2,000,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**(2) Business Personal Property**

**(a)** The insurance that applies to Business Personal Property is extended to apply to direct physical loss or damage caused by or resulting from a Covered Cause of Loss:

**(i)** To Business Personal Property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)** To Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; and

**(iii)** To Business Personal Property that you newly acquire, located at the described premises.

**(b)** This Coverage Extension does not apply to the following:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property;

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities; and

**(iii)** Personal property you acquire as part of your usual customary business dealings whether or not such acquisition was related to anticipated seasonal demands. Under the terms of this Coverage Extension, such property is not considered newly acquired, but falls within the provisions for Business Personal Property.

**(c)** The most we will pay under this Coverage Extension for newly acquired Business Personal Property at each location is $1,000,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**(3) Period of Coverage**

With respect to insurance provided under this Coverage Extension, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 180 days after you acquire the property or begin construction of that part of the building that would qualify as Covered Property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as Covered Property.

**38. Newly Acquired Locations – Business Income and Extra Expense**


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

With respect to BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM CP 00 30 and BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED 411-0581, **A. Coverage**, **6. Coverage Extension**, **Newly Acquired Locations** is replaced by the following:

**Newly Acquired Locations**

**a.** The insurance that applies to Business Income and Extra Expense is extended to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Coverage Extension at each premises is $250,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**c.** With respect to insurance provided under this Coverage Extension, coverage will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 180 days expire after you acquire the property or begin construction of that part of the building that would qualify as Covered Property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as Covered Property.

**39. Non-Owned Detached Trailers**

With respect to your applicable Coverage Form, **A. Coverage**, **5. Coverage Extensions**, **f. Non-Owned Detached Trailers**, paragraph **(3)** is replaced by the following:

**(3)** The most we will pay under this Coverage Extension is $50,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**40. Ordinance or Law**

With respect to BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Ordinance or Law**

**(1)** This Additional Coverage applies only to buildings which are insured on a Replacement Cost basis.

**(2) Application of Coverage**

The coverages provided under this Additional Coverage apply only if paragraphs **(a)** and **(b)** below are satisfied and are then subject to the qualifications in **(c).**

**(a)** The ordinance or law:

**(i)** Regulates the demolition, construction or repair of buildings or establishes zoning or land use requirements at the described premises;

**(ii)** Requires the demolition of undamaged parts of a covered building or structure that is damaged or destroyed by a Covered Cause of Loss; and

**(iii)** Is in force at the time of loss.

However, coverage under this Additional Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this Additional Coverage.

**(b)** The building sustains only direct physical damage:

**(i)** That is covered under this policy and, as a result of such damage, you are required to comply with the ordinance or law; or

**(ii)** That is covered under this policy and direct physical damage that is not covered under this policy, and as a result of the building damage in its entirety, you are required to comply with the ordinance or law.

However, there is no coverage under this Additional Coverage if the building sustains direct physical damage that is not covered under this policy and such damage is the subject of the ordinance or law, even if the


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

building has also sustained covered direct physical damage.

**(c)** In the situation described in paragraph **(b)(ii)** above, we will not pay the full amount of loss otherwise payable under the terms of coverages for Loss to the Undamaged Portion of the Building, Demolition Cost Coverage or Increased Cost of Construction Coverage. Instead, we will pay a proportion of such loss, meaning the proportion that the covered direct physical damage bears to the total direct physical damage. Paragraph (6) of this Additional Coverage provides an example of this procedure.

However, if the covered direct physical damage alone would have resulted in a requirement to comply with the ordinance or law, then we will pay the full amount of the loss otherwise payable under the terms of coverages for Loss to the Undamaged Portion of the Building, Demolition Cost Coverage or Increased Cost of Construction Coverage under this Additional Coverage.

**(3)** We will not pay under this Additional Coverage for the following:

**(a)** Enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria;

**(b)** The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria; or

**(c)** Any loss in value or any cost incurred due to an ordinance or law that you were required to comply with before the time of the current loss, even in the absence of building damage, if you failed to comply.

**(4) Coverage**

**(a) Coverage A – Coverage for Loss to the Undamaged Portion of the Building**

With respect to the building that has sustained covered direct physical damage; we will pay for the loss in value of the undamaged portion of the building as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building. Coverage for Loss to the Undamaged Portion of the Building is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage for Loss to the Undamaged Portion of the Building does not increase the Limit of Insurance.

**(b) Coverage B – Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of the undamaged parts of the same building, as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

**(c) Coverage C – Increased Cost of Construction**

With respect to the building that has sustained covered direct physical damage, we will pay the increased cost:

**(i)** To repair or reconstruct damaged portions of that buildings; or

**(ii)** To reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of a requirement to


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

comply with the minimum standards of the ordinance or law.

However:

**(iii)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(iv)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

**(5) Loss Payment**

**(a)** Loss payment provisions **(b)**, **(c)** and **(d)** below are subject to the apportionment procedure set forth in paragraph **(2)(c)** of this Additional Coverage.

**(b)** When there is a loss in value of an undamaged portion of the building to which Coverage A – Coverage for Loss to the Undamaged Portion of the Building applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

**(i)** If the Replacement Cost Option applies and such building is being repaired or replaced on the same or another premises, we will not pay more than the lesser of the following:

**1)** The amount you actually spend to repair, rebuild or reconstruct such building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

**2)** The Limit of Insurance applicable to such building shown in the Declarations or addressed elsewhere in this policy. (If this policy is endorsed to cover Earth Movement or Flood as a Covered Cause of Loss, the Limit of Insurance applicable to the building in the event of damage by such Covered Cause of Loss may be lower than the Limit of Insurance that otherwise would apply).

**(ii)** If the Replacement Cost Coverage Option applies and such building is not repaired or replaced, or if the Replacement Cost Coverage Option does not apply, we will not pay more than the lesser of the following:

**1)** The actual cash value of the building at the time of loss; or

**2)** The Limit of Insurance applicable to such building as shown in the Declarations or addressed elsewhere in this policy. (If this policy is endorsed to cover Earth Movement or Flood as a Covered Cause of Loss, the Limit of Insurance applicable to the building in the event of damage by such Covered Cause of Loss may be lower than the Limit of Insurance that otherwise would apply.)

**(c)** The most we will pay for the total of all covered losses for Coverage B – Demolition Cost Coverage and Coverage C – Increased Cost of Construction is the Limit of Insurance shown in paragraph **(5)(d)** below, subject to the following loss payment provisions:

**(i)** For Coverage B - Demolition Cost Coverage, we will not pay for more than the amount you actually spend to demolish and clear the site of the described premises.

**(ii)** For Coverage C - Increased Cost of Construction Coverage, we will not pay for


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

the increased cost of construction:

1) Until the property is actually repaired or replaced, at the same or another premises; and

2) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(iii)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

**(iv)** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**(d)** The most we will pay for the total of all covered losses under Coverage B – Demolition Cost Coverage and Coverage C – Increased Cost of Construction Coverage for each building described in the Declarations is $500,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**. If damaged buildings are covered under a Blanket Limit of Insurance and the Blanket Limit of Insurance applies to more than one building or item of property, then the most we will pay under this Additional Coverage for each building is $100,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**(6)** Example of Proportionate Loss Payment for Ordinance or Law Coverage losses; procedures as set forth in paragraph **(2)(c)** of this Additional Coverage.

Assume:

- Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss;
- The building has value of $200,000;
- The total direct physical damage to the building: $100,000;
- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value;
- Portion of direct physical damage that is covered (caused by wind): $30,000;
- Portion of direct physical damage that is not covered (caused by "flood"): $70,000; and
- Loss under Increased Cost of Construction: $60,000

**Step 1:** Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 divided by $100,000 = .30

**Step 2:** Apply that portion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this Additional Coverage for the Increased Cost of Construction loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

Note: The same procedure applies to losses under Loss to the Undamaged Portion of the Building and Demolition Cost of this Additional Coverage.

**41. Pollutant Clean-Up and Removal**

With respect to your applicable Coverage Form, **A. Coverage 4. Additional Coverages**, **d. Pollutant Clean-Up and Removal** is replaced by the following:

**d. Pollutant Clean-Up and Removal**

**(1)** We will pay your expense to extract "pollutants" from land or water at the described premises if


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the Policy Period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

**(2)** This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". However, we will pay for testing, which is performed in the course of extracting the "pollutants" from the land or water.

**(3)** The most we will pay for each location under this Additional Coverage is $150,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**, for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**42. Preservation of Property**

With respect to your applicable Coverage Form, **A. Coverage**, **4. Additional Coverage**, **b. Preservation of Property** is replaced by the following:

**b. Preservation of Property**

If it is necessary to move property covered under this policy from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 90 days after the property is first moved.

**43. Preservation of Property – Expenses**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Preservation of Property – Expenses**

**(1)** If it is necessary to move property covered under this policy from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay your expenses to move or store such property.

**(2)** This coverage applies for 90 days after the property is first moved but does not extend past the date on which this policy expires.

**(3)** The most we will pay under this Additional Coverage is $100,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**44. Prototypes**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **5. Coverage Extensions**:

**Prototypes**

**(1)** The insurance that applies to Business Personal Property is extended to apply to direct physical loss of or damage to "prototypes" related to your "research and development operations" that:

**(a)** You own; or

**(b)** Are owned by others and in your care, custody and control;

while at a described premises. The loss or damage must be caused by or result from a Covered Cause of Loss.

**(2)** We will not pay for loss or damage to "prototypes" until you actually repair or replicate such property. Repairs or replication must be made as soon as reasonably possible after the loss or damage, but in no event later than two years after the loss or damage unless we grant an extension in writing prior to the expiration of the two year period.

**(3)** Payment under this Coverage Extension is included within the Limit of Insurance shown in the Declarations for Business personal Property.

**45. Rewards**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Rewards**

**(1)** We will reimburse you for payment of any reward offered on your behalf and for information that leads to the arrest and conviction of the person or persons responsible for:


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**(a)** Arson;

**(b)** "Theft"; or

**(c)** Vandalism

to Covered Property.

**(2)** The arrest and conviction must involve a covered loss caused by arson, "theft" or vandalism.

**(3)** Regardless of the number of persons involved in providing the information, the most we will pay under this Additional Coverage is $100,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**46. Sales Representative Samples**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Sales Representative Samples**

**(1)** We will pay for direct physical loss of or damage to samples of your "stock" in trade (including containers) caused by or resulting from a Covered Cause of Loss while:

**(a)** In the custody of your sales representative, agent or any "employee" who travels with sales samples;

**(b)** In your custody while acting as a sales representative; or

**(c)** "In transit" between the described premises and your sales representatives.

**(2)** With respect to this Additional Coverage, CAUSES OF LOSS – SPECIAL FORM CP 10 30, **B. Exclusions**, **1.b. Earth Movement** and **1.g. Water** do not apply.

**(3)** The most we will pay under this Additional Coverage is $50,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**(4)** We will not pay for loss to the following property:

**(a)** Property which has been sold;

**(b)** Jewelry, precious or semiprecious stones, gold, silver, platinum or other precious metals or alloys;

**(c)** Fur, fur garments of garments trimmed with fur; or

**(d)** Any property while waterborne.

**47. Soft Costs**

With respect to BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, the following is added to **A. Coverage**, **5. Coverage Extensions**:

**Soft Costs**

**(1)** The insurance that applies to Buildings is extended to apply to the actual "soft cost expenses" that arise out of a delay in the construction, erection or fabrication of a Covered Building, as described in BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, **A. Coverage**, **1. Covered Property**, paragraph**. a.(5)**, due to direct physical loss of or damage to that Covered Building caused by or resulting from a Covered Cause of Loss.

**(2)** We will only pay the necessary "soft cost expenses" that are over and above those costs that would have been incurred had there been no delay.

**(3)** The most we will pay under this Coverage Extension is $50,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**(4)** This Coverage Extension is excess to any other valid and collectible insurance.

**48. Temporary Relocation of Property**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Temporary Relocation of Property**

**(1)** We will pay for direct physical loss of or damage to Covered Property caused by or resulting from a Covered Cause of Loss while such property is away from the described premises and being stored temporarily at a location you do not own, lease or operate while the described premises is being renovated or remodeled.

**(2)** This Additional Coverage applies for 90 days after the property is first moved but does not extend past the date on which this policy expires.

**(3)** The most we will pay under this Additional Coverage is $100,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**49. Theft Damage to Building**

With respect to BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, the following is added to **A. Coverage**, **5. Coverage Extensions**:

**Theft Damage to Building**

**(1)** The insurance that applies to Business Personal Property is extended to apply to direct physical damage to a building leased to you or damage to non-owned equipment when the damage is caused by or results from "theft" or attempted "theft", burglary or robbery of your Business Personal Property. This Coverage Extension does not apply when the "theft" or attempted "theft" is of a building component or non-owned equipment.

**(2)** Payment under this Coverage Extension is included within the Limit of Insurance shown in the Declarations for Business Personal Property.

**50. Undamaged Tenants Improvements and Betterments**

With respect to BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, the following is added to **A. Coverage**, **5. Coverage Extensions**:

**Undamaged Tenants Improvements and Betterments**

**(1)** The insurance that applies to Business Personal Property is extended to apply to your use as a tenant in the undamaged portion of Improvements and Betterments:

**(a)** Made part of the building or structure you occupy but do not own; and

**(b)** You acquired but cannot legally remove due to cancellation of your written lease. The cancellation must result from direct physical loss of or damage to a building at the described premises caused by or resulting from a Covered Cause of Loss. This Coverage Extension does not apply if you do not have a written lease in place at the time of loss.

**(2)** We will determine the proportionate value of Undamaged Tenants Improvements and Betterments as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in paragraph **(a)** directly above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** The most we will pay under this Coverage Extension is $100,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**51. Underground Water Seepage**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Underground Water Seepage**

**(1)** We will pay for direct physical loss of or damage to Covered Property at the described premises caused by or resulting from water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings in any building or other structure

**(2)** With respect to CAUSES OF LOSS – SPECIAL FORM CP 10 30, **B. Exclusions**, **1.g. Water**, paragraph **(4)** is deleted.

**(3)** This Additional Coverage includes Business Income and Extra Expense coverage. Business Income and Extra Expense losses are subject to the terms in BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM CP 00 30 and BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED 411-0581, **A. Coverage**, **1. Business Income** and **2. Extra Expense**.

**(4)** The most we will pay under this Additional Coverage is $150,000.


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**(5) THIS IS NOT FLOOD INSURANCE OR PROTECTION FROM AN INUNDATION OF SURFACE WATER, HOWEVER CAUSED.**

This Additional Coverage provides coverage for physical loss of or damage to Covered Property caused by or resulting from subterranean water when such event is a localized incident and not a part of a general, widespread "flood", regardless of the proximity of the "flood" event.

We will not pay for loss or damage to property when the subterranean water causing the Underground Water Seepage is itself caused by any "flood" or general "flood" conditions including, but not limited to, those enumerated under CAUSES OF LOSS – SPECIAL FORM CP 10 30, **B. Exclusions**, **1.g. Water**

**52. Unintentional Property Reporting Errors**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4**. **Additional Coverages**:

**Unintentional Property Reporting Errors**

**(1)** If you unintentionally fail to report or describe a location to us, coverage provided by this policy will not be invalid. However, you must report such error or omission to us in writing as soon as you discover them. You also agree to pay the additional premium that would have been earned by us if the location was correctly reported or described to us.

**(2)** This Additional Coverage only applies to direct loss or damage caused by or resulting from a Covered Cause of Loss at the omitted location and does not include any coverage for Flood or Earth Movement even if Flood and Earth Movement coverage are purchased for this or another policy.

**(3)** You must provide reasonable documentation and clear and convincing evidence explaining the cause of the oversight.

**(4)** For any location you have failed to correctly report or describe to us, this coverage will end when any of the following first occurs:

**(a)** This policy expires; or

**(b)** You report values or provide correct descriptions to us.

**(5)** Regardless of the number of occurrences of reporting or description errors or omissions, the most we will pay in any one Policy Period under this Additional is $500,000.

**(6)** This Additional Coverage does not apply to a loss that is covered under **Newly Acquired or Constructed Property** coverage.

**53. Unnamed Locations**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **5. Coverage Extensions**:

**Unnamed Locations**

**(1)** The insurance that applies to Business Personal Property is extended to apply to direct physical loss of or damage to Business Personal Property or Personal Property of Others that is in your care, custody and control while it is at other than a described premises located within the Coverage Territory. The loss or damage must be caused by or result from a Covered Cause of Loss.

**(2) Unnamed Locations Special Exclusions**

This Coverage Extension does not apply to:

**(a)** Loss or damage caused directly or indirectly by "Flood" or Earth Movement, even when coverage for Flood and Earth Movement coverage are purchased for this or another policy.

**(b)** Loss or damage covered under the following coverages:

**(i)** Additional Coverage – Business Personal Property in Transit

**(ii)** Additional Coverage – Sales Representatives Samples; or

**(iii)** Property on exhibition.

**(3)** Regardless of the number of unnamed locations, the most we will pay under this Extension of Coverage is $200,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**54. Utility Services**


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**a.** With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Utility Services – Direct Damage**

We will pay for loss of or damage to Covered Property caused by an interruption in service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to property not on the described premises that provides the services shown below in paragraph **c.**

The most we will pay at each described premises under this Additional Coverage is $100,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**b.** With respect to BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM CP 00 30 and BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED 411-0581, the following is added to **A. Coverage**, **5. Additional Coverages**:

**Utility Services – Business Income and Extra Expense**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur caused by the interruption of service at the described premises. The interruption must result from direct physical loss or damage that is caused by or resulting from a Covered Cause of Loss to property not at the described premises that provides the services shown below in paragraph **c.**

We will only pay for loss you sustain after the first 24 hours following the loss or damage.

The most we will pay under this Additional Coverage for Business Income and Extra Expense combined at each described premises is $100,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**c.** Services:

**(1)** Water Supply Services, meaning the following types of property supplying water to the described premises:

**(a)** Pumping stations; and

**(b)** Water mains.

**(2)** Communication Supply Services, meaning the following types of property supplying communication services, including but not limited to telephone, radio, microwave, television services, internet access or access to any electronic, cellular or satellite "network" to the described premises, such as:

**(a)** Communication transmission lines, including optic fiber transmission lines;

**(b)** Coaxial cables; and

**(c)** Microwave radio relays except satellites.

**(3)** Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

**(a)** Utility generating plants;

**(b)** Switching stations;

**(c)** Substations;

**(d)** Transformers; and

**(e)** Transmission lines.

**d.** Services under this Additional Coverage do not include overhead transmission lines that deliver utility services to you. Overhead transmission lines include, but are not limited to:

**(1)** Overhead transmission and distribution lines;

**(2)** Overhead transformers and similar equipment; and

**(3)** Supporting poles and towers.

**e.** As used in this Additional Coverage, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

**f.** Coverage under this Additional Coverage for loss or damage to Covered Property does not apply to loss or damage to "electronic data", including destruction or corruption of "electronic data".


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**g. Utility Services Special Exclusion**

Coverage under this Additional Coverage does not include loss of "perishable stock" due to spoilage that results from:

**(1)** Complete or partial lack of electrical power; or

**(2)** Fluctuation of electrical current.

**55. Voluntary Parting**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Voluntary Parting**

**(1)** We will pay for loss of or damage to Covered Property when you or your "employees" are fraudulently induced to part with such property to or by:

**(a)** Persons who falsely represent themselves as the proper persons to receive the property; or

**(b)** Acceptance of fraudulent bills of lading or shipping receipts.

**(2)** The most we will pay under this Additional Coverage is $100,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**(3)** This Additional Coverage does not include the items described in **A. Coverage**, **2. Property Not Covered** of your applicable Coverage Form, even if coverage is granted for such items elsewhere in this policy.

**56. Water Damage, Other Liquids, Powder or Molten Material Damage**

With respect to CAUSES OF LOSS – SPECIAL FORM CP 10 30, **F. Additional Coverage Extensions**, **2. Water Damage, Other Liquids, Powder or Molten Material Damage** is replaced by the following:

**2. Water Damage, Other Liquids, Powder or Molten Material Damage**

**a.** If loss or damage caused by or resulting from covered water damage or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. We will also pay the cost to tear out and replace lawns, shrubs and paved areas to repair damage to underground pipes from which the water or other substance escapes.

**b.** Payment under this Coverage Extension is included within the applicable Limit of Insurance. However, the maximum we will pay for loss or damage to lawns, shrubs or paved areas is $50,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**THIS IS NOT FLOOD INSURANCE OR PROTECTION FROM AN INUNDATION OF SURFACE WATER, HOWEVER CAUSED.**

**57. Windblown Debris**

With respect to BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, the following is added to **A. Coverage, 5. Coverage Extensions:**

**Windblown Debris**

**(1)** Your insurance is extended to apply to your reasonable expenses to remove windblown debris (including trees) from the described premises, if such debris is blown to the described premises from the premises of others by wind.

**(2)** The most we will pay in total for the removal of all windblown debris under this Coverage Extension is $10,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**58. Worldwide Business Personal Property Off Premises**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **5. Coverage Extensions**:

**Worldwide Business Personal Property Off Premises**

**(1)** The insurance that applies to Business Personal Property and Personal Property of Others is extended to apply to your Business Personal Property while it is temporarily outside the Coverage Territory if it is:

**(a)** Temporarily at a location you do not own, lease or operate;


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**(b)** Temporarily on display or exhibit at any fair, trade show or exhibition;

**(c)** Samples of your "stock" in trade in the custody of your sales representatives; or

**(d)** While "in transit" between the described premises and a location described in paragraphs **(a), (b)** or **(c)** above.

**(2)** The most we will pay under this Coverage Extension is $100,000 unless a higher Amended Limit of Insurance is shown in the above **SCHEDULE**.

**B. Blanket Coverages**

**1. Accounts Receivable**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Accounts Receivable**

**(1)** We will pay for loss of or damage to accounts receivable when such loss or damage is caused by or results from a Covered Cause of Loss. We will pay:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable.

**(2) Accounts Receivable Special Exclusions**

**(a)** With respect to CAUSES OF LOSS – SPECIAL FORM CP 10 30, **B. Exclusions** do not apply to this Additional Coverage except for paragraphs:

**(i) 1.c. Governmental Action**;

**(ii) 1.d. Nuclear Hazard**;

**(iii) 1.f. War And Military Action**;

**(iv) 2.h**;

**(v) 2.i.**; and

**(vi) 3.**

**(b)** We will not pay for the following:

**(i)** Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or "other property".

This exclusion applies only to the extent of the wrongful giving, taking or withholding

**(ii)** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions

**(iii)** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**2. Deferred Payments**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Deferred Payments**

**(1)** When a Business Personal Property Limit of insurance is shown in the Declarations, we will pay for your interest in lost or damaged personal property sold by you under a conditional sale or trust agreement or any installment or deferred payment plan after delivery to buyers. The loss or damage must be caused by a Covered Cause of Loss.

**(2)** In the event of a total loss to such property, deferred payments are valued on the amount shown on your books as due from the buyer.

When a partial loss to that property occurs and the buyer refuses to continue payment, forcing you to repossess the property, deferred payments are valued as follows:

**(a)** If the realized value of the repossessed property is greater than or equal to the amount shown on your books as due from the buyer, we will make no payment; but

**(b)** If the realized value of the repossessed property is less than


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

the amount shown on your books as due from the buyer, we will pay the difference.

**(3)** When loss occurs and the buyer continues to pay you, there will be no loss payment.

**3. Fine Arts**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **4. Additional Coverages**:

**Fine Arts**

**(1)** We will pay for direct physical loss of or damage to "fine arts" which are your property or the property of others in your care, custody and control while on the described premises. We also cover your "fine arts" while temporarily on display or exhibit away from the described premises or while "in transit" between the described premises and a location where the "fine arts" will be temporarily on display or exhibit. Loss or damage must be caused by or result from a Covered Cause of Loss.

**(2)** With respect to this Additional Coverage, CAUSES OF LOSS – SPECIAL FORM CP 10 30, **B. Exclusions**, **1.b. Earth Movement** and **1.g. Water** do not apply.

**(3) Fine Arts Special Exclusion**

We will not pay for any loss caused by or resulting from:

**(a)** Breakage of statuary, glassware, bric-a-brac, marble, porcelain and similar fragile property. But we will pay if the loss or damage is caused directly by Flood or Earth Movement or one of the "specified causes of loss"; and

**(b)** Any repairing, restoration or retouching of the "fine arts".

**4. Fire Department Service Charge**

With respect to your applicable Coverage Form, **A. Coverage, 4. Additional Coverages**, **c. Fire Department Service Charge** is replaced by the following:

**c. Fire Department Service Charge**

**(1)** When the fire department is called to save or protect Covered Property from a Covered Loss, we will pay your incurred expenses for your liability for fire department service charges at each described premises.

**(2)** This Additional Coverage applies to your liability for fire department service charges:

**(a)** Assumed by contract or agreement prior to loss; or

**(b)** Required by local ordinance.

**(3)** The applicable Limit of Insurance is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

**5. Movement of Property**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **5. Coverage Extensions**:

**Movement of Property**

**(1)** Your insurance is extended to apply to direct physical loss or damage from a Covered Cause of Loss to your Business Personal Property from an insured location which has been deleted from this policy if:

**(a)** You moved Covered Property from the deleted location to a new premises; and

**(b)** A Limit of Insurance for the new premises has been added to this policy; and

**(c)** The direct physical loss or damage occurs to Covered Property at the prior insured location before the movement of property to the new premises is completed.

**(2)** Insurance under this Coverage Extension will end when any of the following first occurs:

**(a)** The movement of property to the new premises is completed; or

**(b)** 30 days after the effective date of the endorsement adding the new premises**.**

**6. Outdoor Property**

With respect to your applicable Coverage Form, **A. Coverage**, **5. Coverage Extensions**, **e. Outdoor Property** is replaced by the following:

**e. Outdoor Property**

**(1)** Your insurance is extended to apply to direct physical loss of or


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

damage to your fences, radio and television antennas (including satellite dishes), trees, shrubs, plants and lawns (other than trees, shrubs or plants which are "stock" or are a part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss:

**(a)** Fire;

**(b)** Windstorm;

**(c)** Ice, snow, sleet and hail;

**(d)** Lightning;

**(e)** Explosion;

**(f)** Riot or Civil Commotion;

**(g)** Vandalism;

**(h)** Aircraft or Vehicles;

**(i)** Theft; or

**(j)** Falling Objects.

**(2)** This Coverage Extension does not apply:

**(a)** To property held for sale by you;

**(b)** In the situation in which you are a tenant and such property is owned by the landlord of the described premises; or

**(c)** When there is a Building Limit shown in the Declarations for the premises where a loss that involves damage to a fence has occurred.

**(3)** We will not pay more than $1,000 for loss or damage to any one tree, shrub or plant under this Coverage Extension.

**7. Personal Effects and Property of Others**

With respect to your applicable Coverage Form, **A. Coverage**, **5. Coverage Extensions**, **b. Personal** Effects **and Property of Others** is replaced by the following:

**b. Personal Effects and Property of Others**

**(1)** The insurance that applies to Business Personal Property is extended to apply to direct physical loss or damage:

**(a)** To personal effects owned by you, your officers, your partners or members, your "managers", your directors, your trustees or your "employees"; and

**(b)** To Personal Property of Others in your care, custody and control.

when such loss or damage is caused by or resulting from a Covered Cause of Loss.

**(2)** We will not pay more than $5,000 for any one person, in any one occurrence. Our payment for loss or damage to Personal Property of Others will only be for the account of the owner of the property.

**8. Research and Development Documentation**

With respect to your applicable Coverage Form, the following is added to **A. Coverage**, **5. Coverage Extensions**:

**Research and Development Documentation**

**(1)** The insurance that applies to Business Personal Property is extended to apply to direct physical loss of or damage to "research and development documentation" that you own or that is in your care, custody and control at a described premises. The loss or damage must be caused by or result from a Covered Cause of Loss.

**(2)** With respect to CAUSES OF LOSS – SPECIAL FORM CP 10 30, **B. Exclusions** do not apply to this Coverage Extension, except for:

**(a)** **1.c**. **Governmental Action**;

**(b)** **1.d**. **Nuclear Hazard**;

**(c)** **1.f. War and Military Action**;

**(d)** **2.h**.;

**(e)** **2.i**.; and

**(f)** **3**.

**(3)** This Coverage Extension does not apply to loss or damage caused by or resulting from:

**(a)** Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

(i) Programming errors or faulty machine instructions; or

(ii) Faulty installation or maintenance of data processing equipment or component parts.

**(b)** Errors or omissions in processing or copying. But if errors or omissions in processing or copying results in fire or explosion, we will pay for the direct loss or damage caused by the fire or explosion;

**(c)** Erasure of "research and development documentation"; or

**(d)** Unauthorized instructions to transfer property to any person or place.

**(4)** This Coverage Extension does not apply to "research and development documentation" which exist as "electronic data".

**(5)** We will not pay for loss or damage to "research and development documentation" until you actually replicate such documentation. Repairs or replication must be made as soon as reasonably possible after the loss or damage, but in no event later than two years after the loss or damage unless we grant an extension in writing prior to the expiration of the two-year period.

**(6)** We will not pay for loss or damage to "research and development documentation" applicable to:

**(a)** Products that are obsolete;

**(b)** Existing products you have withdrawn from the market; or

**(c)** Existing products you have not sold in the last twelve months prior to the loss.

**9. Valuable Papers and Records**

With respect to your applicable Coverage Form, **A. Coverage**, **5. Coverage Extensions**, **c. Valuable Papers and Records (Other Than Electronic Data)** is replaced by the following:

**c. Valuable Papers and Records**

**(1)** The insurance that applies to Business Personal Property is extended to apply to direct physical loss of or damage to "valuable papers and records" that you own, or that are in your care, custody and control when caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research, replace or restore the lost information that previously existed on "valuable papers and records" for which duplicates do not exist.

**(2)** This Coverage Extension does not apply:

**(a)** To property held as samples or for delivery after sale; or

**(b)** To property in storage away from the premises shown in the Declarations;

**(3)** With respect to CAUSES OF LOSS – SPECIAL FORM CP 10 30, **B. Exclusions** do not apply to this Coverage Extension except for paragraphs:

**(a)** **1.c. Governmental Action**;

**(b)** **1.d. Nuclear Hazard**;

**(c)** **1.f. War And Military Action**;

**(d)** **2.h.**;

**(e)** **2.i.**;

**(f)** **3.**; and

**(g)** **5. Additional Exclusion**

However, this paragraph, **(3)**, does not include loss or damage to "valuable papers and records" that are "electronic data", as described in the definition of "valuable papers and records" in **VII. DEFINITIONS** of this endorsement. For such "electronic data", CAUSES OF LOSS – SPECIAL FORM CP 10 30, **B. Exclusions**, **1.b. Earth Movement** and **1.g. Water** do not apply.

## IV. LIMITATIONS

With respect to CAUSES OF LOSS – SPECIAL FORM CP 10 30, **C. Limitations**, paragraph **3.** is replaced by the following:

**3.** The special limits for each category shown below are the total limits for all property in that category. The special limits apply to any one occurrence of "theft", regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**a.** $10,000 for furs, fur garments and garments trimmed in fur.

**b.** $10,000 for jewelry, watches, watch movements, jewels and pearls. This limit does not apply to jewelry and watches worth $500 or less per item.

**c.** $35,000 for precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals.

**d.** $5,000 for patterns, dies, molds and forms owned by others. This special limit does not apply to those patterns, dies, molds and forms owned by you or for which you have a written contractual responsibility to insure.

e. $1,000 for tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.**, does not apply to Business Income coverages or to Extra Expense coverages.

## V. LIMITS OF INSURANCE

With respect to your applicable Coverage Form, **C. Limits of Insurance** is replaced by the following:

**C. Limits of Insurance**

**1.** The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance.

**2.** Limits of Insurance for Additional Coverages and Coverage Extensions:

**a.** Apply to any one occurrence; and

**b.** Are additional Limits of Insurance;

unless stated otherwise.

**3. Building Limit Increase**

When a Building Limit of Insurance is shown in the Declarations, we will pay either the actual cash value or the replacement cost value, based on the Valuation method shown in the Declarations, of the damaged portion of the building at the time of loss, but not more than 115% of the Limit of Insurance for Building if:

**a.** The amount of loss to a building covered by this policy exceeds the Limit of Insurance shown in the Declarations for Building; and

**b.** The repair or replacement is completed within one year of the date of loss.

If damaged buildings are covered under a Blanket Limit of Insurance and the Blanket Limit of Insurance applies to more than one building or item of property, the amount we pay for the damaged portion of the building will be based on the statement of values on file with us at the time of loss.

**4. Business Personal Property Limit – Seasonal Increase**

**a.** The Limit of Insurance for Business Personal Property will increase by 25% to provide for seasonal variations.

**b.** This increase will apply only if the Limit of Insurance shown in the Declarations for Business Personal Property is at least 100% of your average monthly values during the lesser of the following:

**(1)** The 12 months immediately preceding the date the loss or damage occurs; or

**(2)** The period of time you have been in business as of the date the loss or damage occurs.

## VI. VALUATION

**A.** With respect to BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, **E. Loss Conditions**, **7. Valuation**, paragraph **b.** is replaced by the following:

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering;

**(3)** Outdoor equipment or furniture; or

**(4)** Retaining walls.

**B.** With respect to BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, the following is added to **E. Loss Conditions**,


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**7. Valuation** and with respect to CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM CP 00 18, the following is added to **E. Loss Conditions**, **8. Valuation**:

**a.** "Valuable papers and records" at the cost of restoration or replacement, including the cost of data entry, re-programming, computer consultation services and the media on which the data or programs reside. To the extent that the contents of the "valuable papers and records" are not replaced or restored, the "valuable papers and records" will be valued at the cost of blank materials for reproducing the records and the labor to transcribe or copy the records when there is a duplicate.

**b.** "Money" at its face value.

**c.** "Securities" at their value at the close of business on the day you become aware of the loss.

**d.** Accounts Receivable:

**(1)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

**(a)** We will determine the total of the average monthly amounts of accounts receivable for the 12 months preceding the month in which loss or damage occurs; and

**(b)** We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**(2)** The following will be deducted from the total amount of accounts receivable, regardless of how that amount is established:

**(a)** The amount of the accounts for which there is no loss or damage;

**(b)** The amount of the accounts that you are able to re-establish or collect;

**(c)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(d)** All unearned interest and service charges.

**e.** Property that is being shipped while "in transit" (other than "stock" you have sold) at the amount of invoice, including your prepaid or advanced freight charges and other charges which may have accrued or become legally due since the shipment. If you have no invoice, actual cash value will apply.

**f.** "Hardware":

**(1)** "Hardware" that is replaced will be at the cost of replacing the "hardware" with new equipment that is functionally comparable to the "hardware" that is being replaced.

**(2)** "Hardware" that is not replaced will be at actual cash value at the time of loss.

**(3)** In no event will we pay more than the reasonable cost of restoring partially damaged "hardware" to its condition directly prior to the damage.

**g.** "Software":

**(1)** "Programs and applications" will be at the cost to reinstall the "programs and applications" from the licensed discs that were originally used to install the programs or applications.

If the original licensed discs are lost, damaged, or can no longer be obtained, the value of "programs and applications" will be based on the cost of the most current version of the "programs or applications".

**(2)** "Proprietary programs" will be at the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

If duplicate copies do not exist, the value of "proprietary programs" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost "proprietary programs".

**(3)** "Electronic data" will be at the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

If duplicate copies do not exist, the value of "electronic data" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost files, documents and records.


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**(4)** "Media" will be at the cost to repair or replace the "media" with material of the same kind or quality.

**h.** "Fine Arts"

We will pay the lesser of:

**(1)** The market value at the time of loss or damage;

**(2)** The reasonable cost of repair or restoration to the condition immediately before the covered loss or damage; or

**(3)** The cost of replacement with substantially identical property.

For pairs or sets, we will either:

**(4)** Repair or replace any part to restore the value and condition of the pair or set to that immediately before the covered loss or damage; or

**(5)** Pay the difference between the value of the pair or set before and after the covered loss or damage.

**i.** Personal Property of Others will be at replacement cost when Replacement Cost Valuation is shown in the Declarations. Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. With respect to BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, **G. Optional Coverages**, **3. Replacement Cost,** paragraph **b.(1)** is deleted.

**j.** We may elect to defend you against suits arising from claims of owners or property. We will do this at our expense.

**k.** Labor, materials and services that you furnish or arrange on personal property of others are valued based on the actual cost of the labor, materials and services.

**l.** "Finished stock" you manufactured at the selling price less discounts and expenses you otherwise would have had.

**m.** "Prototypes"

We will not pay more than the lesser of the following amounts:

**(1)** The replacement cost of such property used for the same product, but only if replacement cost is shown as applicable to Personal Property in the Declarations.

However, when replacement with identical property is impossible or unnecessary, the amount of loss will be based on the cost to replace with similar property used to perform the same functions. Property of others will be valued in the same manner, but we will not pay more than the amount for which you are legally liable; or

**(2)** The amount you actually spend to repair or replace lost or damaged "prototypes" used for the same purpose.

**n.** "Research and development documentation":

We will not pay more than the least of the following amounts:

**(1)** Your cost actually spent to reproduce lost or damaged "research and development documentation" from back-up files or original source documents;

**(2)** The reasonable cost necessary to research, repair, restore, recreate, reconstitute, reproduce or replace "research and development documentation", used for the same product, to their condition immediately before the loss or damage;

**(3)** If identical "research and development documentation" cannot be purchased, the cost to purchase such documentation of comparable kind, functionality and quality; or

**(4)** The amount you actually spend to research, repair, restore, recreate, reconstitute, reproduce or replace "research and development documentation", used for the same product.

But we will not pay more than the cost to restore "research and development documentation" to its condition immediately prior to the loss.

**VII. DEFINITIONS**

With respect to your applicable Coverage Form, the following is added to **H. Definitions**:

**1.** "Antique" means an object having value because its:

**a.** Craftsmanship is in the style or fashion of former times; and

**b.** Age is 100 years or older.

**2.** "Computer equipment" means:


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**a.** “Hardware” and related component parts. Component parts include but are not limited to modems, routers, printers, keyboards, monitors, and scanners;

**b.** “Software”; and

**c.** “Protection and control equipment”.

“Computer equipment” does not mean “computer equipment” used to operate production-type machinery or equipment.

**3.** “Computer hacking” means an unauthorized intrusion by an individual or group of individuals, whether employed by you or not, into “hardware” or “software”, a Web site, or a computer network and that results in but is not limited to the following:

**a.** Deletion, destruction, generation, or modification of “software”;

**b.** Alteration, contamination, corruption, degradation, or destruction of the integrity, quality or performance of “software;

**c.** Observation, scanning, or copying of “electronic data”, “programs and applications”, and “proprietary programs”;

**d.** Damage, destruction, inadequacy, malfunction, degradation, or corruption of any “hardware” or “media” used with “hardware”'; or

**e.** Denial of access to or denial of services from “hardware”, “software”, computer network, or Web site including related “software”.

**4.** "Computer program" or “computer programs” means a set of related electronic instructions, which direct the operation and function of a computer or devices connected to it, which enable the computer or devices to receive, process, store or send "electronic data".

**5.** “Computer virus” means the introduction into “hardware”, “software”, computer network, or Web site of any malicious, self-replicating electronic data processing code or other code and that is intended to result in, but is not limited to the following:

**a.** Deletion, destruction, generation, or modification of “software”;

**b.** Alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of “software”;

**c.** Damage, destruction, inadequacy, malfunction, degradation, or corruption of any “hardware” or “media” used with “hardware”; or

**d.** Denial of access to or denial of services from “hardware”, “software”, computer network, or Web site including related “software”.

**6.** “Counterfeit money” means an imitation of “money” that is intended to deceive and to be taken as genuine.

**7.** “Denial of service attack” means the malicious direction or a high volume of worthless inquiries to website or e-mail destinations, effectively denying or limiting legitimate access regardless of whether or not damage to “computer equipment” results.

**8.** “Dependent property” or “dependent properties” means property operated by others whom you depend on:

**a.** To deliver materials or services directly to you, or directly to others for your account. However, any property that delivers any of the following services is not a dependent property:

**(1)** Water supply services, including wastewater removal services;

**(2)** Power supply services; or

**(3)** Communication supply services, including but not limited to, internet related services or any services related to a “network”;

**b.** To directly accept your products or services;

**c.** To manufacture products for direct delivery to your customers under contract of sale; or

**d.** To attract customers directly to your business.

“Dependent property” or “dependent properties” does not include or extend to any secondary dependencies meaning any properties or locations that a “dependent property” or “dependent properties” depends on in any manner.

**9.** “Dependent property period of restoration” means the period of time that:

**a.** Begins 72 hours after the time of direct physical loss or damage at the premises of the “dependent property”; and

**b.** Ends on the date when the property at the premises of the “dependent property” should be repaired, rebuilt or replaced with reasonable speed and similar quality.

“Dependent property period of restoration” does not include any increased period required due to the enforcement of any ordinance or law that:


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**c.** Regulates the construction, use or repair, or requires the tearing down, of any property; or

**d.** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "dependent property period of restoration".

**10.** "Discover" or "discovered" means:

**a.** The time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this policy has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details may not be known.

**b.** "Discover" or "discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance.

**11.** "Electronic data" means information, facts or "computer programs" stored as or on, created or used on, or transmitted to or from computer "software" (including systems and applications "software"), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer "software", which are used with electronically controlled equipment.

**12.** "Electronic vandalism" means "computer hacking", "computer virus", "denial of service attacks" or "ransom". "Electronic vandalism" does not include the "theft" of any property or services.

**13.** "Employee" or "employees":

**a.** Means:

**(1)** Any natural person:

**(a)** While in your service and for the first 30 days immediately after termination of service;

**(b)** Who you compensate directly by salary, wages or commissions; and

**(c)** Who you have the right to direct and control while performing services for you;

**(2)** Any natural person who is furnished temporarily to you:

**(a)** To substitute for a permanent "employee" as defined in paragraph **(1)** directly above, who is on leave; or

**(b)** To meet seasonal or short- term workload conditions;

while that person is subject to your direction and control and performing services for you;

**(3)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary "employee" as defined in paragraph **(2)** directly above;

**(4)** Any natural person who is:

**(a)** A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, of any "employee benefit plan"; or

**(b)** Your director or trustee while that person is engaged in handling "funds" or "other property" of any "employee benefit plan";

**(5)** Any natural person who is a former "employee", partner, "member", "manager", director or trustee retained as a consultant while performing services for you; or

**(6)** Any natural person who is a guest student or intern pursuing studies or duties;

**(7)** Any natural person employed by an entity merged or consolidated with you prior to the effective date of this insurance; and

**(8)** Any natural person who is your "manager", director or trustee while:

**(a)** Performing acts within the scope of the usual duties of an "employee"; or

**(b)** Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

**b.** Does not mean:

Any agent, broker, factor, commission merchant, consignee, independent

 Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved. 

contractor or representative of the same general character not specified in paragraph **a.** directly above.

**14.** "Employee benefit plans" means any welfare or pension benefit plan that you sponsor and that is subject to the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.

**15.** "Financial institution" means:

**a.** With respect to the Additional Coverage for **Money and Securities** of this endorsement:

**(1)** A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution; or

**(2)** An insurance company.

**b.** With respect to the Additional Coverage for **Computer and Funds Transfer Fraud** of this endorsement:

**(1)** A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution;

**(2)** An insurance company; or

**(3)** A stock brokerage firm or investment company.

**c.** Other than the Additional Coverages for **Money and Securities** and **Computer and Funds Transfer Fraud**, any "financial institution" identified in paragraphs **a.** and **b.** directly above.

**16.** "Fine arts" means paintings, etchings, pictures, tapestries, rare art glass, art glass windows, valuable rugs, statuary, sculptures, "antique" furniture", "antique" jewelry, bric-a-brac, porcelains and similar property of rarity, historical value or artistic merit. If you are an Architect or Engineer, "fine arts" also means architectural models.

**17.** "Finished stock" means "stock" you have manufactured. "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown in the Declarations.

"Finished stock" does not include "stock" you have manufactured that is held for sale on the premises of any retail outlet under this Commercial Property Coverage Part.

**18.** "Flood" means a general and temporary condition of partial or complete inundation of normally dry land areas due to the following:

**a.** Surface water or waves, tides, tidal waves, tsunami, overflow of any body of water or their spray, all whether driven by wind or not (including storm surge).

**b.** The unusual or rapid accumulation of runoff of surface waters from any source.

**c.** Mudslides or mudflows which are caused by "flood" water. A mudslide or mudflow involves a river of liquid and flowing mud on the surface of normally dry land areas as when earth is carried by a current of water and deposited along the path of the current.

**d.** The release of water impounded by a dam, levee, dike, seawall or "flood" control device, whether driven by wind or not (including storm surge).

When a "flood" is a continuous or protracted event, it will constitute a single "flood" occurrence.

**19.** "Food contamination" means an incidence of food poisoning or food-related illness of one or more persons as a result of:

**a.** Tainted food you distributed or purchased; or

**b.** Food which has been improperly processed, stored, handled or prepared in the course of your "operations".

**20.** "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

**21.** "Fraudulent instruction" means:

**a.** With respect to the Additional Coverage for **Computer and Funds Transfer Fraud**, paragraph **(1)(b)** of this endorsement:

**(1)** An computer, telefacsimile, telephone or other electronic instruction directing a "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from the "transfer account", which instruction purports to have been issued by you, but which in fact was fraudulently issued by someone else without your knowledge or consent; or

**(2)** A written instruction, other than those covered under the Additional Coverage for **Forgery or Alteration** of this endorsement, issued to a "financial institution" directing the "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

that "transfer account", through an electronic funds transfer system at specified times or under specified conditions, which instruction purports to have been issued by you, but which in fact was issued, forged or altered by someone else without your knowledge or consent.

**b.** With respect to the Additional Coverage for **Computer and Funds Transfer Fraud,** paragraph **(2)** of this endorsement:

A computer, telefacsimile, telephone or other electronic, written or voice instruction directing an "employee" to enter or change "electronic data" or "computer programs" within "computer equipment", which instruction in fact was fraudulently issued by your computer software contractor.

**22.** "Funds" means "money" and "securities".

**23.** "Hardware":

**a.** Means a system of electronic machine components (microprocessors) capable of accepting instructions and information, processing the information according to the instructions, and producing desired results. "Hardware" includes but is not limited to the following:

**(1)** Mainframe and mid-range computers and servers;

**(2)** Personal computers and workstations;

**(3)** Portable electronic devices. Portable electronic devices include laptops, tablets, readers, smartphones or other lightweight, hand-held or wearable devices capable of storing, retrieving and processing data; and

**(4)** Peripheral data processing equipment, including but not limited to, printers, keyboards, monitors, and modems.

**b.** Does not mean:

**(1)** Diagnostic equipment;

**(2)** Electronic items that contain a computer to perform functions other than "hardware"; and

**(3)** Peripheral data processing equipment with a value more than the "hardware" itself.

Electronic items that are not similar to the items described in paragraph **a.** above are not "hardware".

**24.** "Installation, tools and equipment property" means:

**a.** Materials, supplies, machinery, fixtures and equipment that will become a permanent part of your installation while:

**(1)** Located at the site of installation;

**(2)** "In transit" by you to or from the described premises and the job site; or

**(3)** While in temporary storage awaiting installation.

**b.** Commercial tools and equipment usual to your business and used in your installation which are:

**(1)** Your property; or

**(2)** The property of others in your care, custody and control.

Commercial tools and equipment does not include:

**(3)** Aircraft or watercraft;

**(4)** Any property while waterborne, airborne or underground;

**(5)** Property you have loaned, rented or leased to others;

**(6)** Property that is permanently mounted to a vehicle; or

**(7)** Property held for sale.

**25.** "In transit" means Covered Property being carried by vehicle for the purpose of your business.

"In transit" includes:

**a.** Temporary stops or delays, incidental to the business destination;

**b.** Outgoing shipments that have been rejected, while in due course of transit or while awaiting return shipment; and

**c.** Covered Property while in a vehicle owned, leased or operated:

**(a)** By you; or

**(b)** By a common carrier or contract carrier, to the extent you are legally liable.

**26.** "Manager" or "managers" means a person or persons serving in a directorial capacity for a limited liability company (LLC).

**27.** "Media" means an instrument that is used with "hardware" and on which "electronic data", "programs and applications", and "proprietary programs" can be recorded or stored. "Media" includes, but is not limited to, films, tapes, cards, discs, drums, cartridges, cells, DVDs, CD-ROMs or other portable data devices.


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**28.** "Member" or "members" means an owner of a limited liability company (LLC) represented by its membership interest who, if a natural person, may also serve as a "manager".

**29.** "Messenger" means you, or your relative, or any of your partners or "members", or any "employee".

**30.** "Money" means:

**a.** Currency, coins and bank notes in current use and having a face value;

**b.** Traveler's checks and money orders held for sale to the public; and

**c.** In addition, includes:

**(1)** With respect to the Additional Coverages for **Employee Theft including ERISA Compliance** and **Forgery or Alteration** of this endorsement, deposits in your account at any "financial institution"; and

**(2)** With respect to the Additional Coverage for **Computer and Funds Transfer Fraud** of this endorsement, deposits in your account at a "financial institution" as defined in paragraph **b.** of the definition for "financial institution".

**31.** "Network" or "networks" means any services provided by or through the facilities of any electronic or computer communication system, including any shared "networks", internet access facilities or other similar facilities for such systems.

**32.** "Operations" means:

**a.** Your business activities occurring at the described premises; and

**b.** With respect to "Rental Value", the tenantability of the described premises.

**33.** "Other property" means tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include computer programs, electronic data or any property specifically excluded under this policy.

**34.** "Period of restoration":

**a.** Means the period of time that:

**(1)** Begins:

**(a)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(b)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss; and

**(2)** Ends on the earlier of the following:

**(a)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(b)** The date when business is resumed at a new permanent location.

**b.** Does not include any increased period required due to the enforcement of or compliance with any ordinance or law:

**(1)** That regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** That requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**35.** "Perishable stock" means personal property:

**a.** Maintained under controlled temperature or humidity conditions for preservation; and

**b.** Susceptible to loss or damage if the controlled temperature or humidity conditions change.

**36.** "Power supply disturbance" means interruption of power supply, power surge, blackout, or brownout.

**37.** "Programs and applications" means operating "programs and applications" that you purchase and that are:

**a.** Stored on "media"; or

**b.** Pre-installed and stored in "hardware".

Applications include, but are not limited to, programs for word processing, spreadsheet calculations, and graphic design.

**38.** "Proprietary programs" means proprietary operating "programs and applications" that you developed or that you had developed specifically for use in your "operations" and that are:

**a.** Stored on "media"; or

**b.** Installed and stored in "hardware".

**39.** "Protection and control equipment" means:


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**a.** Air conditioning equipment used exclusively in the operation of the "hardware";

**b.** Fire protection equipment used for the protection of the "hardware", including automatic and manual fire suppression equipment and smoke and heat detectors; and

**c.** Uninterruptible power supply system, line conditioner, and voltage regulator.

**40.** "Prototype" means an original version of a newly designed product that is an outcome of your "research and development operations". A "prototype" includes sample designs, experimental models or displays that are associated with or integral to the manufacture of the original version of a newly designed product.

**41.** "Ransom" means monies extorted from and paid by you because of a threat or connected series of threats to commit an intentional attack on your "computer equipment" that if so committed, would result in direct physical loss of or damage to your "computer equipment".

**42.** "Rental Value" means Business Income that consists of the following:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair "Rental Value" of any portion of the described premises which is occupied by you; and

**b.** Continuing normal operating expenses incurred in connection with that premises, including:

**(1)** Payroll; and

**(2)** The amount of charges, which are the legal obligation of the tenant but would otherwise be your obligations.

**43.** "Research and development documentation" means written evidence of facts, information, processes, concepts or formulas that are directly related to the development of new products or enhancement of existing products. Written evidence includes written papers, plans, manuscripts, written or inscribed documents or plans.

"Research and development documentation" does not include "valuable papers and records", accounts receivable or "media", "software" or "electronic data".

**44.** "Research and development operations" means your business activities that are directly related to the development of new products or the enhancement of existing products.

**45.** "Scientific and professional equipment" means medical, engineering, veterinary, measurement, recording, analyzing or similar equipment.

**46.** "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

**a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you.

but does not include "money".

**47.** "Social engineering" means a scheme that intentionally misleads you or an "employee" into voluntarily parting with "money", "securities" and "other property", based on fraudulent information.

**48.** "Soft cost expenses" means additional:

**a.** Realty taxes and other assessments that you incur for the period of time that construction has been extended beyond the projected completion date;

**b.** Interest on money borrowed to finance construction, remodeling, renovation or repair; and

**c.** Advertising, public relations and promotional expenses.

**49.** "Software" means:

**a.** "Media";

**b.** "Electronic data";

**c.** "Programs and applications"; and

**d.** "Proprietary programs".

**50.** "Suspension" means:

**a.** The slowdown or cessation of your business activities; or

**b.** With respect to "Rental Value", that part or all of the described premises is rendered untenantable.

**51.** "Theft" means the unlawful taking of property to the deprivation of the insured.

**52.** "Transfer account" means an account maintained by you at a financial institution from which you can initiate the transfer,


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

payment or delivery of "money" and "securities" by means of the following:

**a.** Computer, telefacsimile, telephone or other electronic instructions; or

**b.** Written instructions, other than those covered under the Additional Coverage for **Forgery or Alteration** of this endorsement, establishing the conditions under which such transfers are to be initiated by such "financial institution" through an electronic funds transfer system.

**53.** "Valuable papers and records":

**a.** Means tangible property that is inscribed, printed or written:

**(1)** Documents;

**(2)** Manuscripts; and

**(3)** Records

including abstracts, books, deeds, drawings, films, maps or mortgages;

**b.** If you are a printer, publisher or graphic artist by trade, "valuable papers and records" also means tangible property that are negatives, positives, artwork, separations, plates, dies, molds, forms, stock manuscripts and other similar property usual to the graphic arts, printing or publishing industry.

**c.** Means "electronic data" of the items described in paragraphs **a.** and **b.** directly above but only if the "electronic data" was originally tangible property and then converted and stored as "electronic data".

**d.** Does not mean "money" or "securities".

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.


Includes copyrighted materials of Insurance Services Offices, Inc. with its permission
Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# HUMAN SERVICES PROPERTY BROADENING ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS – SPECIAL FORM
BRONZE PROPERTY BROADENING ENDORSEMENT
SILVER PROPERTY BROADENING ENDORSEMENT
GOLD PROPERTY BROADENING ENDORSEMENT
PLATINUM PROPERTY BROADENING ENDORSEMENT

This endorsement applies only to those locations for which a corresponding premium has been paid.

The following is added to **C. Limits of Insurance** of Building and Personal Property Coverage Form CP 00 10:

The limits applicable to the Coverages included in this endorsement may either be in addition to or included within the applicable Limits of Insurance. For application of the limits, refer to each coverage within this endorsement.

Refer to **SECTION V – DEFINITIONS** of this endorsement for additional words or phrases which appear in quotation marks that have special meaning.

## I. COVERAGES

### A. Coverages Included in the Blanket Limit of Insurance

**SECTION I – COVERAGES,** Paragraph **B. Coverages Included within the Blanket Limit of Insurance** of Bronze/Gold/Silver/Platinum Property Broadening Endorsement is replaced by the following:

Unless otherwise noted, the Blanket Limit of Insurance shown above applies as a combined single limit of Insurance to all Coverages shown in **SECTION III. B.** of this Endorsement. The Blanket Limit of Insurance applies separately and only to each described location as shown in the Declarations. After loss, you may elect to apportion this Blanket Limit of Insurance to one or any combination of the Coverages shown, but under no circumstances will the aggregate apportionment or amount payable be permitted to exceed the Blanket Limit of Insurance shown above at any one insured location.

### B. Scheduled Coverages

The coverages in this endorsement amend the coverage provided under the Building and Personal Property Coverage Form, Causes of Loss – Special Form and Bronze/Silver/Gold/Platinum Property Broadening Endorsements through new coverages and substitute coverage grants. These coverages are subject to the provisions applicable to this policy, except where amended within this endorsement. If any of the property covered by this endorsement is also covered under any other provisions of the policy of which this endorsement is made a part, or if more than one coverage under this endorsement applies, in the event of loss or damage, you may choose only one of these coverages to apply to that loss. The most we will pay in this case is the limit of insurance applying to the coverage you select. Coverages included in this endorsement apply either separately to each described premises or on an "occurrence" basis. Refer to each coverage within this endorsement for application of coverage.

| | Limits of Insurance | Amended Limits of Insurance | Page |
|---|---|---|---|
| **1.** Automated External Defibrillators | $10,000 | $ | 2 |
| **2.** Broadened Building Coverage | Included | N/A | 2 |
| **3.** Business Income | $300,000 | N/A | 2 |
| **4.** Dampness and Extremes of Temperature | Included | N/A | 3 |
| **5.** Emergency Evacuation Expense | $25,000 | $ | 3 |
| **6.** Mobile Medical Equipment | $15,000 | $ | 4 |
| **7.** Paved Surfaces | $100,000 | $ | 4 |
| **8.** Property at Conventions, Exhibition or Special Event | $100,000 | N/A | 4 |

 Includes copyrighted material of Insurance Services Office, Inc. with its permission 

| | | | | |
|---|---|---|---|---|
| **9.** | Property at Temporary Location | $500,000 | N/A | 5 |
| **10.** | Property of Home Care Provider | $50,000 | $ | 5 |
| **11.** | Residential Room Reserve | $100,000 | $ | 5 |

## II. DEDUCTIBLE

We will not pay for covered loss or damage in any one "occurrence" unless the amount of loss or damage exceeds the deductible amount shown in the Declarations of this Policy. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance for all coverages listed under **SECTION I** – **COVERAGES.** No deductible applies to coverages where specifically designated.

## III. COVERED PROPERTY

### A. Scheduled Coverages

**1. Automated External Defibrillators**

The following is added to **A. Coverage**, Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Automated External Defibrillators**

**(1)** In the event of a covered cause of loss, we will pay for direct physical loss to automated defibrillators while at an insured location which are your property or property of others for which you are responsible under written contract existing before loss.

**(2)** The most will be will pay for loss or damage under this Additional Coverage is $10,000 per "occurrence" or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(3)** The amount payable under this Additional Coverage is additional insurance.

**2. Broadened Building Coverage**

The following is added to **A. Coverage**, Paragraph **1. Covered Property**, subparagraph a. Building of Building and Personal Property Coverage Form CP 00 10:

**(13)** The following property if it is located on or within 2000 feet of a covered building or structure:

**(a)** Playground equipment;

**3. Business Income**

The following is added to **A. Coverage**, Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10 with respect to only the Business Income insurance provided under this endorsement:

**Business Income**

**(1)** We will pay for the actual loss of "business income", including "rental value", you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at an insured location. The loss or damage must be caused by or result from a Covered Cause of Loss.

With respect to loss of or damage to personal property in the open or personal property in a vehicle, an insured location includes the area within 2000 feet of the site at which the insured location is located.

**(2)** With respect to the requirements set forth in **(1)** above, if you occupy only part of the site at which the insured location is located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which an insured location is located, if that area services, or is used to gain access to, an insured location.

**(3)** We will only pay for loss of "business income" that occurs during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage.

**(4)** For the purposes of this portion of the insurance, all recoverable loss ceases when the "period of restoration" ends.

**(5)** This Additional Coverage does not extend to cover any net income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses, nor will it penalize you for similar decreases caused by loss of market or other factors as calculated for the "period of restoration".


Includes copyrighted material of Insurance Services Office, Inc. with its permission

**(6)** Where appropriate, historical records will be used to assist in forecasting your probable loss of income had covered loss not intervened.

**(7)** The impact of excluded events which may take place at or after the date of loss will be considered in determining your likely net income after covered loss and in calculating your loss of income under this coverage.

**(8)** We will not pay for:

**(a)** Any increase of "business income" loss (including Extended Business Income) caused by or resulting from:

**(i)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(ii)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your "business income" during the "period of restoration". This final provision addressing direct causal relationship does not extend to loss you may incur under Extended Business Income.

**(b)** Any other consequential loss.

**(c)** Loss of Business Income (including Extended Business Income) caused by direct physical loss of or damage to "software" after the longer of:

**(i)** 60 consecutive days from the date of physical loss or damage; or

**(ii)** The period, beginning with the date of physical loss or damage, necessary to repair, rebuild or replace with reasonable speed and similar quality, other property at the insured location due to damage caused by the same "occurrence".

**(9)** This Additional Coverage does not apply to other Additional Coverages or Coverage Extensions except:

**(a)** With regard to "Business Income":

**(i)** Foundations and Underground Pipes;

**(ii)** Ordinance or Law;

**(iii)** Underground Water Seepage;

**(iv)** Utility Services;

**(v)** Backup or Overflow of Sewer, Drains or Sumps;

**(vi)** Electronic Data Processing Equipment; or

**(vii)** Collapse.

**(10)** The most we will pay under this Additional Coverage for loss or damage at an insured location is $300,000.

**4. Dampness and Extremes of Temperature**

The following is added to **F. Additional** Coverage Extensions, of Causes of Loss –Special Form CP 10 30:

**Dampness and Extremes of Temperature**

**a.** We will cover damage or loss to Business Personal Property for the following causes of loss:

**(1)** Dampness or dryness to atmosphere; or

**(2)** Extreme changes in temperature.

**b.** This does not include loss or damage to Business Personal Property resulting from failure or breakdown of refrigeration, heating, cooling equipment.

**c.** The most we will pay for loss under this Coverage Extension is the applicable Business Personal Property Limit of Insurance.

**5. Emergency Evacuation Expense**

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Emergency Evacuation Expense**

**(1)** We will pay for the reasonable expenses you incur for the emergency evacuation of your residents and their guests from locations scheduled on the policy.


Includes copyrighted material of Insurance Services Office, Inc. with its permission

**(2)** The Emergency Evacuation must be in response to an imminent danger of injury or loss of life to your residents and their guests from a covered cause of loss.

**(3)** We will not pay for any expenses arising out of:

**(a)** Planned evacuation drills

**(b)** The evacuation of one or more of your tenants and their guests due to their medical conditions, or

**(c)** The threat of a named tropical storm or hurricane that does not come within 250 miles of the insured location.

**(4)** The most we will pay per insured location in any one "occurrence" under this Additional Coverage, regardless of the number of residents and guests, is $25,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(5)** The amount payable under this Additional Coverage is additional insurance.

**(6)** No deductible applies to this Additional Coverage

**6. Mobile Medical Equipment**

The following is added to **A. Coverage**, Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Mobile Medical Equipment**

**(1)** You may extend insurance provided by this coverage form to apply to your mobile medical equipment, including equipment you rent or lease. Mobile Medical Equipment means equipment used for diagnostic evaluation or treatment.

**(2)** The most we will pay for loss or damage under this Coverage Extension is $15,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(5)** This Coverage Extension provides an additional amount of insurance

**7. Paved Surfaces**

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Paved Surfaces**

**(1)** You may extend the insurance provided under Building to apply to your paved surfaces, including but not limited to bridges, roadways, and parking lots.

**(2)** Regardless of the number of described premises involved, the most we will pay for loss or damage in any one "occurrence" at the described premises is $100,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(3)** Payment for loss or damage to this property is included in the applicable Limit of Insurance.

**(4)** **A. Coverage,** Paragraph **2. Property Not Covered,** subparagraph **d.** of Building and Personal Property Coverage Form CP 00 10, is deleted.

**(5)** **Special Paved Surfaces Exclusion** We will not pay for loss or damage caused by freezing or thawing.

**8. Property at Conventions, Exhibition, or Special Event**

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Property at Conventions, Exhibition or Special Event**

**(1)** You may extend the insurance provided by this endorsement to apply to your Business Personal Property and Business Personal Property of Others to that property while it is away from an insured location, if it is at a trade show, convention, exhibition, fair or special event.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salesperson.

**(3)** The most we will pay for loss or damage under this Extension is $100,000 per "occurrence".

**(4)** This Coverage Extension provides an additional amount of insurance

**9. Property at Temporary Location**

**A. Coverage**, Paragraph **5. Coverage Extensions**, subparagraph **d. Property Off-premises** of Building and Personal

Property Coverage Form CP 00 10 is replaced by the following:

**Property at Temporary Location**

**(1)** You may extend the insurance provided by this endorsement to apply to your Business Personal Property and Business Personal Property of Others to that property while it is away from an insured location, if it is:

**(a)** Temporarily at a location you do not own, lease or operate. Under this provision, to qualify for coverage you must demonstrate that the involved property:

**(i)** Had been situated at an insured location immediately before it went off-site and suffered loss or damage; and

**(ii)** Had not been away from an insured location for more than 90 consecutive days immediately preceding loss or damage;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term;

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salesperson

**(c)** While at a trade show, convention, exhibition, fair or special event.

**(3)** The most we will pay for loss or damage under this Coverage Extension is $500,000 in any one policy period.

**(4)** This Coverage Extension provides an additional amount of insurance

**10. Property of Home Care Provider**

The following is added to **A. Coverage**, Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Property of Home Care Provider**

**(1)** You may extend the insurance provided by this Coverage Form to apply to direct physical loss or damage to property owned by, or in the care, custody or control of a "Home Care Provider", caused by a patient placed by you or an appropriate governmental agency on your behalf, in the care of the "Home Care Provider" or employees of the insured.

**(2)** This Coverage Extension also extends to direct physical loss or damage caused by such patient to vehicles and self-propelled machines and outdoor trees, plants, and shrubs owned by or in the care, custody or control of the "Home Care Provider" or employees of the insured.

**(3)** We will also reimburse you for reasonable costs you incur for the rental of a substitute auto due to direct physical loss or damage caused by such patient to your or your employee's vehicle while such vehicle is being repaired.

We will pay the lesser of:

**(a)** The amount of your actual and necessary rental expenses that you incur; or

**(b)** $50 per day

up to a maximum of 30 days.

**(4)** This insurance is primary over any other valid and collectible insurance.

**(5)** All claims must be reported to us within 60 days of expiration of the policy period.

**(6)** The most we will pay for loss or damage in any one occurrence under this Coverage Extension is $50,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(7)** No Deductible applies to this Coverage Extension.

**11. Residential Room Reserve**

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Residential Room Reserve**

**(1)** You may extend the insurance provided by this coverage form to apply to the actual loss of net income you incur resulting from holding a resident's room when the resident has been temporarily hospitalized due to an accident or illness. Coverage begins 72 hours after the funding of the resident's room has been suspended.

**(2)** The most we will pay for any one "occurrence" under this Additional Coverage is $5,000 per room. The most we will pay for all "occurrences" in any one policy year is $100,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(3)** Outside of the 72 hour waiting period, No Deductible applies to this Additional Coverage.

**IV. BROADENED VALUATION CLAUSE**

**A.** E. Loss Conditions, Paragraph 7. **Valuation,** subparagraph **a.** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**a.** At replacement cost without deduction for depreciation, except as provided otherwise in this Property Coverage Part.

**(1)** You may claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the date loss or damage.

**(2)** We will not pay on a replacement cost basis for any loss or damage:

**(a)** Until the lost or damaged property is actually repaired or replaced; and

**(b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

**(3)** We will not pay more for loss or damage on a replacement cost basis than the least of:

**(a)** The Limit of Insurance applicable to the lost or damaged property;

**(b)** The cost to replace, at the same location, the lost or damaged property with other property:

**(i)** Of comparable material and quality; and

**(ii)** Used for the same purpose; or

**(c)** The amount you actually spend that is necessary to repair or replace the lost or damaged property – even if, when replacement is necessary, you choose to make use of other than new property to effect such replacement.

**B.** **E. Loss Conditions,** Paragraph 7. **Valuation,** subparagraph **e.** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**e.** Tenant's Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

**(c)** When a written lease does not exist, instead of the method of calculating loss shown in **e.(2)(a)** and **(b)** above, we will determine the proportionate value of the improvements and betterments as follows:

**(i)** Multiply the original cost by 365 days; and

**(ii)** Divide the amount determined in (a) above by the number of days from the installation of improvements to 365 days after the date of the "occurrence".

**(3)** If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in the procedure described in **(2)** above.

**(4)** Nothing, if others pay for repairs or replacement.

**C.** The following is added to E. Loss **Conditions,** Paragraph **7. Valuation** of Building and Personal Property Coverage Form CP 00 10:

**t.** The following property at actual cash value:

**(1)** Used or second hand merchandise held in storage or for sale;

 Includes copyrighted material of Insurance Services Office, Inc. with its permission 

**(2)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

**(3)** Manuscripts;

**(4)** Works of art, "antiques" or rate articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; and

**(5)** Contractors equipment and tools

**u.** Lottery tickets at their initial cost to you except for winning tickets, at their redeemed present cash value.

**v.** Data, media and computer "software" programs. For media, at the actual costs of repairing or replacing the media with material of like kind and quality. Data and computer "software" programs at the actual cost of reproducing the data or computer "software" program, providing you actually reproduce or replace it.

**w.** Prepackaged "software" programs and electronic data processing equipment that cannot be replaced, at the cost of functionally equivalent "software" or "hardware".

**x.** "Business income", "extra expense" and "resumption of operations":

**(1)** The amount of "business income" loss will be determined based on:

**(a)** The Net Income of the business before the direct physical loss or damage occurred;

**(b)** The likely Net Income of the business if no loss or damage had occurred but not including any Net Income that would likely have been earned as a result of an increase in the volume of business conditions due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(c)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(d)** Other relevant sources of information, including:

**(i)** Your financial records and accounting procedures;

**(ii)** Bills, invoices and other vouchers; and

**(iii)** Deeds, liens or contracts.

**(2)** The amount of "extra expense" will be determined based on:

**(a)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(i)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(ii)** Any "extra expense" that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(b)** All necessary expenses that reduce the "business income" loss that otherwise would have been incurred.

**(3)** Resumption of Operations

We will reduce the amount of your:

**(a)** "Business income" loss, other than "extra expense", to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or "stock") at an insured location or elsewhere.

**(b)** "Extra expense" loss to the extent you can return "operations" to normal and discontinue such "extra expense".

If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

## V. DEFINITIONS

The following is added to **H.** of Building and Personal Property Coverage Form CP 00 10:

### H. Definitions

**1.** "Home Care Provider" means a foster parent, or parents, paid or unpaid by you or an appropriate governmental agency on your behalf, to care for one or more patients on a continuous basis away from your premises.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

# IMPORTANT NOTICE TO POLICYHOLDERS

## BRONZE PROPERTY BROADENING ENDORSEMENT – 411-0791
## SILVER PROPERTY BROADENING ENDORSEMENT – 411-0792
## GOLD PROPERTY BROADENING ENDORSEMENT – 411-0793
## PLATINUM PROPERTY BROADENING ENDORSEMENT – 411-0794
## CONDOMINIUM PROPERTY BROADENING ENDORSEMENT – 411-0795
## Summary of Form Changes

**THIS NOTICE DOES NOT PROVIDE COVERAGE AND DOES NOT REPLACE ANY PROVISION OF YOUR POLICY. PLEASE READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE FOR COMPLETE INFORMATION ON THE COVERAGES YOU ARE PROVIDED. IF THERE IS ANY CONFLICT BETWEEN THE POLICY AND THIS NOTICE, THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

**THIS NOTICE CONTAINS IMPORTANT INFORMATION ABOUT CHANGE IN YOUR COVERAGE. IT DOES NOT ADDRESS EVERY CHANGE MADE IN YOUR POLICY. PLEASE READ THE ENTIRE NOTICE.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT YOUR INSURANCE AGENT.**

The Hanover has replaced the forms referenced below, one of which is attached to your policy. The following is a summary of the changes made to your policy, which will apply at renewal.

411-0791 – Bronze Property Broadening Endorsement

411-0792 – Silver Property Broadening Endorsement

411-0793 – Gold Property Broadening Endorsement

411-0794 – Platinum Property Broadening Endorsement

411-0795 – Condominium Property Broadening Endorsement

**<u>Changes That Clarify or Broaden Coverage in the above referenced forms:</u>**

***<u>Scheduled Coverages Section</u>***

1. **Additional Covered Property** is deleted because:
   - "Theft" of patterns, dies, molds and forms in paragraph **a.** is covered in **Broadened Business Personal Property**
   - The special limits in paragraph **b.** have been moved to the **LIMITATIONS** section

2. In **Broadened Building Coverage**, paragraph **b.** is deleted because the $2,500 limitation on outdoor signs is not included in **LMITS OF INSURANCE** section.

3. In **Broadened Business Personal Property**, the coverage for tenant building glass and tenant signs is added and **Building Limit – Inflation Guard** and **Seasonal Increase – Business Personal Property** are moved to the **LIMITS OF INSURANCE** section.

4. **Business Personal Property In Storage Units**, coverage for Business Personal Property stored in a storage unit (including a detached trailer) within 2,000 feet of the buildings of described premises is added.

5. In **Computer and Funds Transfer Fraud**, "electronic data" and "computer programs" have been added to more accurately reflect the fraud exposures created by advances in technology and exclusions are added to clarify the extent of the enhanced coverage.

 Copyright 2022 The Hanover Insurance Company. All Rights Reserved. 

EXHIBIT 2

6. In **Denial of Access to Premises**, "However, this Additional Coverage does not extend beyond the time when ingress to or egress from the described premises is no longer prevented" is added as a clarification.

7. In **Electronic Data Processing Equipment**:
   - An explanation of how this Additional Coverage interacts with the **Extra Expense** Coverage in the endorsement is added.
   - An explanation of how this Additional Coverage applies when only Building Coverage is provided is added.
   - Coverage for modifying or replacing undamaged "hardware" or software" is added as an enhancement ($10,000 limit).

8. In **Employee Theft including ERISA Compliance**, "clergy or any non-compensated person" is deleted and replaced by volunteer and the Special Exclusion section now addresses the new exposure of virtual currency.

9. In **Fire Protection Equipment Recharge**, coverage for loss or damage to Covered Property from accidental discharge is added and the Special Exclusion section now clarifies that this Additional Coverage is for direct damage and indirect losses such as unrealized income, legal liability damages and expenses are not covered.

10. **Lease Cancellation** is now titled **Business Income and Extra Expense – Lease Cancellation**

11. In **Leasehold Interest**:
    - Coverage is added for increased rent under a replacement lease, not just loss of prepaid rent.
    - The Conditions section clarifies how coverage is applied based on the terms of the lease in effect at the time of loss.
    - The Special Exclusions section now addresses vacancy.

12. In **Money and Securities**, the Special Exclusions section clarifies that coverage for "theft" by the insured or employees is not covered since embezzlement is not insurable and the latter is properly covered by **Employee Theft including ERISA Compliance** included in this endorsement. This section also clarifies that this Additional Coverage is for direct damage and indirect losses such as unrealized income, legal liability damages and expenses are not covered

13. In **Money Orders and Counterfeit Currency**, the Special Exclusion section clarifies that this Additional Coverage is for direct damage and indirect losses such as unrealized income, legal liability damages and expenses are not covered.

14. In **Ordinance or Law**, provisions are added to address how this Additional Coverage applies when relocation to another premises occurs and when Blanket Coverage applies.

15. In **Pollutant Clean-Up and Removal**, payment for testing performed in the course of extracting "pollutants" is added.

16. **Property In Transit** is now titled **Business Personal Property In Transit**.

17. **Property Off Premises** is now titled **Business Personal Property Off Premises** and coverage for property in storage at a leased location is added.

18. **Rewards – Arson, Theft and Vandalism** is now titled **Rewards.**

 Copyright 2022 The Hanover Insurance Company. All Rights Reserved. 

**19.** In **Sales Representative Samples**, the exclusion for "theft from an unattended vehicle is deleted.

**20.** In **Soft Costs**, a clarification is added that this Coverage Extension is excess over other valid and collectible insurance.

**21.** **Tenant Glass** is added to Broadened Business Personal Property.

**22.** **Tenant Relocation** is now titled **Lessor's Tenant Move Expenses**.

**23.** **Transit Business Income and Extra Expense** is now titled **Business Income and Extra Expense – Transit**.

**24.** In **Utility Services**, internet access or access to any electronic, cellular or satellite "network" have been added to Services as an enhancement.

***Blanket Coverages Section***

**1.** In **Outdoor Property**, the following are added:
- Fences at locations with Business Personal Property only.
- Trees, shrubs, plants and lawns that are not "stock" or part of a vegetated roof.

**2.** In **Valuable Papers and Records**, coverage for "electronic data" is added

***New Section***

The **LIMITS OF INSURANCE** section is new. It replaces **C. Limits of Insurance** in CP 00 10 and CP 00 18 and makes the Limits of Insurance additional limits unless stated otherwise. In addition, **Business Personal Property Limit – Seasonal Increase** and **Building Limit Increase** are added.

***Revised Sections***

**1.** In the **VALUATION** section, the valuation of **Personal Property of Others** is upgraded to **Replacement Cost** when that option is shown in the Declarations.

**2.** In the **DEFINITIONS** section:
- "Banking premises" is deleted and replaced by "financial institution"
- "Communicable disease" is deleted
- "Computer program" is added
- "Dependent property" and "dependent property period of restoration" are deleted because they were included in error in this endorsement
- "Electrical disturbance" is deleted because it is not a defined term
- "Electronic data" is upgraded to include current technology terms
- "Finished stock" is added
- "Flood" now includes release of water from a dam or levee
- "Food contamination" does not include "communicable disease"

 Copyright 2022 The Hanover Insurance Company. All Rights Reserved. 

- "Fraudulent instruction" is added
- "Hardware" is upgraded to include current technology terms
- The definition of "in transit" now includes while Covered Property is in the insured's vehicle, common carrier or contract carrier, including temporary stops and outgoing shipments
- "Mechanical breakdown" is deleted because it is not a defined term
- "Messenger" is added
- "Money" now includes deposits in "financial institutions"
- "Occurrence" is deleted because it is not a defined term
- "Network" is added
- "Period of restoration" is added
- "Social engineering" is added
- "Spoilage" is deleted because it is not a defined term
- "Suspension" is added
- "Valuable papers and records" now includes "electronic data" and items of property that are usual to the graphic arts, printing and publishing industries

**Changes That Clarify or Broaden Coverage in the following forms:**

**Silver Property Broadening Endorsement 411-0792**
**Gold Property Broadening Endorsement 411-0793**
**Platinum Property Broadening Endorsement 411-0794**
**Condominium Property Broadening Endorsement 411-0795**

***Scheduled Coverages Section:***

1. **Business Income and Extra Expenses – Dependent Properties** is added to Business Income (and Extra Expense Coverage) Form CP 00 30 and Business Income (and Extra Expense) Coverage Form – Actual Loss Sustained 411-0581 instead of to Building and Personal Property Coverage Form CP 00 10.

2. Coverage for **Business Income and Extra Expense** is added to **Backup or Overflow of Sewer, Drain or Sump** and the exclusion for failure to maintain sump pumps is deleted.

3. In **Underground Water Seepage**, seepage through doors and windows is added and coverage for Business Income and Extra Expense is added

**Changes that Clarify or Broaden Coverage in Condominium Property Broadening Endorsement 411-0795**

**Realty Tax** is retitled **Realty Tax Assessment**. In addition, the phrase "we will reimburse you" is deleted and replaced with "we will pay" and paragraph **a.** in the **Special Exclusion** section clarifies that assessments paid by others on your behalf are not paid by the Company.


Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

EXHIBIT 2

**Changes to Limits of Insurance have been made in the following forms:**

1. **Silver Property Broadening Endorsement 411-0792**
   **Limits of Insurance** are increased for the following coverages:
   - **Business Personal Property in Transit** from $50,000 to $100,000
   - **Computer/Funds Transfer Fraud** from $10,000 to $50,000
   - **E-Commerce** from $5,000 to $25,000
   - **Employee Theft** from $50,000 to $100,000
   - **Forgery or Alteration** from $30,000 to $50,000
   - **Money and Securities** from $10,000 to $25,000
   - **Money Order/Counterfeit Money** from $10,000 to $25,000

2. **Gold Property Broadening Endorsement 411-0793**
   **Limits of Insurance** are increased for the following coverages:
   - **Business Personal Property Off Premises** from $150,000 to $250,000
   - **Computer/Funds Transfer Fraud** from $15,000 to $50,000
   - **E-Commerce** from $10,000 to $50,000
   - **Employee Theft** from $100,000 to $250,000
   - **Forgery or Alteration** from $30,000 to $100,000
   - **Money and Securities** from $25,000 to $50,000
   - **Money Orders and Counterfeit Money** from $25,000 to $50,000

3. **Platinum Property Broadening Endorsement 411-0794**
   **Limits of Insurance** are increased for the following coverages:
   - **Business Personal Property Off Premises** from $200,000 to $250,000
   - **Computer/Funds Transfer Fraud** from $25,000 to $50,000
   - **E-Commerce** from $25,000 to $50,000
   - **Employee Theft** from $150,000 to $250,000
   - **Forgery or Alteration** from $50,000 to $100,000

4. **Condominium Property Broadening Endorsement 411-0795**
   a. **Limits of Insurance** are increased for the following coverages:
      - **Business Personal Property in Transit** from $50,000 to $100,000
      - **Computer/Funds Transfer Fraud** from $10,000 to $50,000
      - **E-Commerce** from $5,000 to $25,000
      - **Employee Theft** from $50,000 to $100,000
      - **Forgery or Alteration** from $30,000 to $50,000
      - **Money and Securities** from $10,000 to $25,000
      - **Money Order/Counterfeit Money** from $10,000 to $25,000

   b. The **Limit of Insurance** for **Backup or Overflow of Sewer, Drain or Sump** is now amendable


Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**<u>Changes That Clarify or Reduce Coverage in the following forms</u>:**

**411-0791 ~ Bronze Property Broadening Endorsement**

**411-0792 ~ Silver Property Broadening Endorsement**

**411-0793 ~ Gold Property Broadening Endorsement**

**411-0794 ~ Platinum Property Broadening Endorsement**

**411-0795 ~ Condominium Property Broadening Endorsement**

**In E-commerce, b. Interruption of Computer Operations** clarification that **Extended Business Income** does not apply to **Interruption of Computer Operations** as **Extended Business Income** is a coverage scheduled separately**.** We are limiting coverage for **E-commerce. B. Interruption of Computer Operations** to the most we will pay in one policy period is the Limit of Insurance on the Schedule.

The Hanover has replaced the forms referenced below, one of which may or may not be attached to your policy. These coverage forms are being replaced with the corresponding coverage form new edition.

The material is organized by coverage form and endorsements; <u>however, not all coverages, coverage forms or endorsements are included on a particular policy.</u> Please read your policy language carefully.

**COVERAGE FORMS, CAUSES OF LOSS FORMS AND RELATED ENDORSEMENTS**

**Clarifications and Broadening Of Coverage**

- **Special Causes Of Loss (CP 10 30)**

  The language is revised relating to such incidents, to include reference to the section of pipe that is connected to the water supply or sewer system. Further, the language is revised to remove reference to municipal systems in favor of reference to potable water supply systems and sanitary sewer systems operated by a public or private utility service provider pursuant to authority granted by the state or governmental subdivision where the described premises are located.

**OTHER PROPERTY ENDORSEMENTS**

**1. Clarifications or Broadening In Coverage**

- **Multiple Deductible Form (CP 03 20)** New attributes are being introduced with this revision. New edition dates of an existing form number are being introduced. The form provides for different flat dollar deductible amounts for different causes of loss. The form is revised to state explicitly that the endorsement does <u>not</u> apply to Flood.
- **Deductibles By Location (CP 03 29)** New attributes are being introduced with this revision. New edition dates of an existing form number are being introduced. The form provides for different flat dollar deductible amounts for different causes of loss. The form is revised to state explicitly that the endorsement does <u>not</u> apply to Flood.
- **Ordinance Or Law Coverage Endorsement (CP 04 05)** The Post-Loss Ordinance Or Law Option, if made applicable via the Schedule of this endorsement(s), broadens Ordinance Or Law Coverage by including an ordinance or law that is promulgated or revised after a loss but prior to commencement of reconstruction or repair, provided such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.
- **Ordinance Or Law Coverage – Virginia (Broad Form) (CP 04 06)** The Post-Loss Ordinance Or Law Option, if made applicable via the Schedule of this endorsement(s), broadens Ordinance Or Law Coverage by including an ordinance or law that is promulgated or revised after a loss but prior to commencement of reconstruction or repair, provided such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.


Copyright 2022 The Hanover Insurance Company. All Rights Reserved.


EXHIBIT 2

- **West Virginia Ordinance Or Law Coverage (CP 04 13)** The Post-Loss Ordinance Or Law Option, if made applicable via the Schedule of this endorsement(s), broadens Ordinance Or Law Coverage by including an ordinance or law that is promulgated or revised after a loss but prior to commencement of reconstruction or repair, provided such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.
- **Ordinance Or Law For Tenant's Interest In Improvements and Betterments (Tenant's Policy) (CP 04 26)** New endorsement provides Ordinance Or Law Coverage under a tenant's policy for improvements and betterments. Coverage(s) **A, B** and/or **C** apply in accordance with entry in the Schedule of this endorsement. This endorsement contains the Post-Loss Ordinance Or Law Option.
- **Ordinance Or Law Coverage For Tenant's Interest In Improvements and Betterments (Tenant's Policy) – Virginia (Broad Form) (CP 04 27)** New endorsement provides Ordinance Or Law Coverage under a tenant's policy for improvements and betterments. Coverage(s) **A, B** and/or **C** apply in accordance with entry in the Schedule of this endorsement. This endorsement contains the Post-Loss Ordinance Or Law Option.
- **West Virginia Ordinance Or Law Coverage For Tenant's Interest In Improvements and Betterments (Tenant's Policy) (CP 04 28)** New endorsement provides Ordinance Or Law Coverage under a tenant's policy for improvements and betterments. Coverage(s) **A, B** and/or **C** apply in accordance with entry in the Schedule of this endorsement. This endorsement contains the Post-Loss Ordinance Or Law Option.
- **California – Ordinance Or Law Coverage For Tenant's Interest In Improvements And Betterments (Tenant's Policy) (CP 04 36 12)** New endorsement provides Ordinance Or Law Coverage under a tenant's policy for improvements and betterments. Coverage(s) **A, B** and/or **C** apply in accordance with entry in the Schedule of this endorsement. This endorsement contains the Post-Loss Ordinance Or Law Option.
- **Functional Building Valuation Endorsement (CP 04 38)** The Post-Loss Ordinance Or Law Option, if made applicable via the Schedule of this endorsement(s), broadens Ordinance Or Law Coverage by including an ordinance or law that is promulgated or revised after a loss but prior to commencement of reconstruction or repair, provided such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.
- **New Hampshire – Functional Building Valuation (CP 04 42)** The Post-Loss Ordinance Or Law Option, if made applicable via the Schedule of this endorsement(s), broadens Ordinance Or Law Coverage by including an ordinance or law that is promulgated or revised after a loss but prior to commencement of reconstruction or repair, provided such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.
- **Minnesota Changes – Functional Building Valuation (CP 04 43)** The Post-Loss Ordinance Or Law Option, if made applicable via the Schedule of this endorsement(s), broadens Ordinance Or Law Coverage by including an ordinance or law that is promulgated or revised after a loss but prior to commencement of reconstruction or repair, provided such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.
- **Scheduled Building Property Tenant's Policy (CP 14 01)** New endorsement CP 14 01 modifies a tenant's policy by adding certain building property as insured property, on a scheduled basis. Under this endorsement, building property means the building glass, building fixtures and permanently installed machinery and equipment described in the Schedule
- **Unscheduled Building Property Tenant's Policy (CP 14 02)** replaces **CP 14 70** New endorsement CP 14 02 modifies a tenant's policy by adding certain building property as insured property, on an unscheduled basis. When a Limit of Insurance is shown for Building Glass, insurance is provided for building glass that is part of the building shown in the Schedule. When a Limit of Insurance is shown for Building Property Other Than Glass, insurance is provided for building fixtures and permanently installed machinery and equipment that are part of the building shown in the Schedule.
- **Building Glass – Tenant's Policy (CP 14 70)** is replaced by either **CP 14 01** or **CP 14 02**
- **Off-Premises Interruption Of Business – Vehicles and Mobile Equipment (CP 15 06)** This is a new coverage option designed to address the off-premises business interruption exposures of vehicles and mobile equipment.

 Copyright 2022 The Hanover Insurance Company. All Rights Reserved. 

EXHIBIT 2

- **Alaska – Ordinance Or Law – Increased Period Of Restoration (CP 15 12)** The Post-Loss Ordinance Or Law Option, if made applicable via the Schedule of this endorsement(s), broadens Ordinance Or Law Coverage by including an ordinance or law that is promulgated or revised after a loss but prior to commencement of reconstruction or repair, provided such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.
- **New York – Ordinance Or Law – Increased Period Of Restoration (CP 15 14)** Added Option to include an ordinance or law that is promulgated or revised after the loss but prior to a commencement of reconstruction or repair, provided such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.
- **Ordinance Or Law – Increased Period Of Restoration (CP 15 31)** Added Option to include an ordinance or law that is promulgated or revised after the loss but prior to a commencement of reconstruction or repair, provided such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.
- **Utility Services – Time Element (CP 15 45)** As revised, the Schedule of Endorsement CP 15 45 provides for entry of an independent waiting period for Business Income losses arising from utility services interruption, that is, a waiting period which could be different from the policy's waiting period. One of the following waiting periods apply to Business Income coverage under Endorsement CP 15 45, subject to entry in the Schedule of that endorsement: no-waiting period; 12 hours; 24 hours; 48 hours; 72 hours; 96 hours; 120 hours; 144 hours; 168 hours.

**2. Clarifying or Reduction In Coverage**

- **Protective Safeguards (CP 04 11)** A new condition is added to Paragraph A: An automatic burglary alarm or other automatic system listed in the Schedule must be actively engaged and maintained in the "on" position during all non-work hours and whenever the premises are unoccupied.
- **South Dakota Protective Safeguards (CP 04 12)** New edition dates of existing form numbers are being introduced.
- **Burglary and Robbery Protective Safeguards (CP 12 11)** A new condition is added to Paragraph A: An automatic burglary alarm or other automatic system listed in the Schedule must be actively engaged and maintained in the "on" position during all non-work hours and whenever the premises are unoccupied.


Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

**OTHER INLAND MARINE ENDORSEMENTS**

1. **The following endorsements are used to bring forms into compliance with state regulations and other requirements imposed by the insurance department.**
   - **IM 2003 ~ Amendatory Endorsement Alaska**
   - **IM 2021 ~ Amendatory Endorsement Georgia**
   - **IM 2029 ~ Amendatory Endorsement Indiana**
   - **IM 2037 ~ Amendatory Endorsement Louisiana**
   - **IM 2041 ~ Amendatory Endorsement Maryland**
   - **IM 2047 ~ Amendatory Endorsement Minnesota**
   - **IM 2051 ~ Amendatory Endorsement Missouri**
   - **IM 2053 ~ Amendatory Endorsement Montana**
   - **IM 2059 ~ Amendatory Endorsement New Hampshire**
   - **IM 2069 ~ Amendatory Endorsement North Dakota**
   - **IM 2085 ~ Amendatory Endorsement South Dakota**
   - **IM 2089 ~ Amendatory Endorsement Texas**
   - **IM 2097 ~ Amendatory Endorsement Washington**
   - **IM 4102 ~ Mortgageholders Endorsement – Illinois**
   - **IM 7007 ~ Schedule Of Coverages Contractors' Equipment Blanket Equipment Form – Arizona**
   - **IM 7020 ~ Replacement Cost Endorsement Missouri**
   - **IM 7020 ~ Replacement Cost Endorsement Louisiana**
   - **IM 7020 ~ Replacement Cost Endorsement Washington**
   - **CL 0114 ~ Amendatory Endorsement South Carolina**
   - **CL 0122 ~ Amendatory Endorsement Kansas**
   - **CL 0142 ~ Amendatory Endorsement Minnesota**
   - **CL 0144 ~ Amendatory Endorsement Montana**
   - **CL 0148 ~ Amendatory Endorsement Arizona**
   - **CL 0156 ~ Amendatory Endorsement Kentucky**
   - **CL 0158 ~ Amendatory Endorsement North Carolina**
   - **CL 0160 ~ Amendatory Endorsement Florida**
   - **CL 0166 ~ Amendatory Endorsement Rhode Island**
   - **CL 0168 ~ Amendatory Endorsement Maryland**
   - **CL 0170 ~ Amendatory Endorsement Missouri**
   - **CL 0180 ~ Amendatory Endorsement Connecticut**
   - **CL 0190 ~ Amendatory Endorsement Iowa**
   - **CL 0195 ~ Amendatory Endorsement Idaho**
   - **CL 0348 ~ Amendatory Endorsement Alaska**
   - **CL 0700 ~ Virus Or Bacteria Exclusion**


Copyright 2022 The Hanover Insurance Company. All Rights Reserved.

2. **Other AAIS form revisions**

- **IM 7026 ~ Agreed Amount** This endorsement amends the Valuation provision and puts the coverage on an agreed amount basis for property listed on the Agreed Amount Schedule or described on the Equipment Schedule with agreed amount indicated as the valuation. The endorsement also indicates that coinsurance conditions to not apply to property covered on an agreed amount basis.
- **IM 7036 ~ Equipment Leased Or Rented From Others Schedule** This schedule is used with the Equipment Leased Or Rented From Others Endorsement, IM 7012 to indicate limits, deductible amount, and reporting conditions. This revised edition adds a section for Valuation and the top portion of this schedule includes a place to insert the policy number.
- **IM 7050 ~ Builders' Risk Coverage Scheduled Jobsite Form Comprehensive Form** This comprehensive coverage form provides coverage for all risks of direct physical loss unless the loss is excluded or limited. It provides coverage for buildings and structures while in the course of construction, erection or fabrication. This form restricts coverage to buildings and structures at the jobsites that are specifically described on the schedule of coverages.
- **IM 7051 ~ Builders' Risk Coverage Scheduled Jobsite Form** This basic coverage form provides coverage for all risks of direct physical loss unless the loss is excluded or limited. It provides coverage for buildings and structures at jobsites specifically described on the schedule while in the course of construction.
- **IM 7053 ~ Builders' Risk Coverage – Builders' Risk and Installation Floater Form** This basic coverage form provides coverage for all risks of direct physical loss unless the loss is excluded or limited. It provides builders' risk and installation floater coverages in one form specifically for contractors. Coverage is on a blanket basis for all of the insured's builders' risk and installation projects. Contingent Coverage and/or Difference in Conditions Coverage can be included by indicating limits on the schedule of coverages. By making the proper selection on the schedule, this policy can be written on a reporting form basis.
- **IM 7055 ~ Builders' Risk Comprehensive Form** This Schedule of Coverages is used with the Builders' Risk Coverage - Scheduled Jobsite Form - Comprehensive Form, IM 7050, to enter coverage limits and deductible amounts at scheduled locations.
- **IM 7056 ~ Schedule of Coverages – Builders' Risk** This Schedule of Coverages is used with the Builders' Risk Coverage - Scheduled Jobsite Form, IM 7051, to enter coverage limits and a deductible amount for scheduled locations.
- **IM 7058 ~ Schedule of Coverages – Builders' Risk and Installation Floater** This Schedule of Coverages is used with the Builders' Risk Coverage - Builders' Risk And Installation Floater Form, IM 7053, to indicate limits, reporting conditions requirements, and deductible amounts.
- **IM 7084 ~ Mortgageholders Endorsement** This endorsement is used with any of the five Builders' Risk coverage forms. It includes mortgage provisions if a mortgagee is named in the policy. It provides the number of days for notice of cancellation or non-renewal of the policy as well as information on premium payment and payment for a loss.
- **IM 7101 ~ Installation Floater Coverage – Reporting Form** This coverage form provides coverage for all risks of direct physical loss unless the loss is excluded or limited. It provides coverage for materials, supplies, machinery, fixtures, and equipment belonging to the insured and similar property of others in the insured's care, custody, and control. This equipment must be at a jobsite where the insured is involved in an installation or construction project and will become a permanent part of the project. The reporting form feature is available. Coverage is provided on a blanket basis and there is no coinsurance provision.
- **IM 7106 ~ Schedule Of Coverages – Installation Floater Coverage – Reporting Form** This Schedule of Coverages is used with the Installation Floater Coverage - Reporting Form, IM 7101, to show limits, reporting conditions, and applicable deductible amounts. Revisions were made in conjunction with changes made to the corresponding revised coverage form, IM 7101. The descriptions for limits have been eliminated since limits are described in the coverage form. Contract Penalty, Testing, Earthquake, and Flood Supplemental Coverage limits have been eliminated. Earthquake, Flood, and Sewer Backup deductible amounts have also been eliminated from the schedule.

 Copyright 2022 The Hanover Insurance Company. All Rights Reserved. 

- **IM 7257 Schedule Of Coverages – Trip Transit Coverage** This schedule is used with the Trip Transit Coverage form, IM 7252 to describe the covered property and the covered shipment and indicate the limits and deductible amount. The revised edition of this schedule has been revised to refer to the defined term "owned vehicle"
- **IM 7470 Mobile Equipment Coverage** This endorsement provides coverage for direct physical loss caused by a covered peril to mobile equipment and similar property of others that is in your care, custody, or control. The revised edition that adds a place to insert the policy number and includes other minor editorial changes.
- **IM 7476 Unattended Vehicle Exclusion** This revised endorsement has added text to clarify that cargo that is in or on a vehicle that is stolen or disappears is also excluded unless the vehicle is attended as specified in the endorsement.
- **IM 7487 Flood and Earth Movement Exclusion** This endorsement adds exclusions for loss caused by Earth Movement or Flood to covered property while at a terminal location.
- **IM 7501 Miscellaneous Bailee – Processor Floater** The Miscellaneous Bailee – Processor Floater provides coverage for direct physical loss caused by a covered peril to property of others in your care, custody, and control for processing. Processing includes, but is not limited to, finishing, repairing, restoring, or adjusting.
- **IM 7503 Exhibition Floater** The Exhibition Floater form provides coverage for property that is on display at an exhibit. The exhibitions can be covered on a scheduled or blanket basis.
- **IM 7504 Sales Representative Floater** The Sales Representative Floater provides coverage for loss caused by a covered peril to samples of stock in trade (including containers) and similar property of others in your care custody and control. In the revised edition of this miscellaneous floater, under Property Not Covered, the provision for Property At Your Premises has been amended.
- **IM 7507 Schedule Of Coverages – Miscellaneous Bailee – Processor Floater** This Schedule of Coverages is used with the Miscellaneous Bailee -Processor Floater, IM 7501, to describe the covered premises and indicate limits and the deductible amount.
- **IM 7509 Schedule Of Coverages – Exhibition Floater – Scheduled Exhibitions** This Schedule of Coverages - Exhibition Floater - Scheduled Exhibitions is used with the Exhibition Floater, IM 7503, to describe the covered property and the scheduled exhibitions including exhibition dates and to indicate the deductible amount.
- **IM 7510 Schedule of Coverages – Sales Representative Floater** This Schedule of Coverages is used with the Sales Representative Floater, IM 7504, to describe the covered property and indicate limits and the deductible amount.
- **IM 7512 Named Perils Endorsement** This endorsement restricts the perils covered to named perils.
- **IM 7514 Schedule Of Coverages – Mobile Equipment Floater** This schedule of coverages is used with IM 7505, Mobile Equipment Floater to indicate limits, optional coverages, coinsurance percentage, valuation, and deductibles. In the revised edition, under Supplemental Coverages, Newly Acquired Equipment replaces Newly Purchased Equipment.
- **IM 7550 Bailee Customers Floater Coverage – Dry Cleaners and Laundry** This coverage form provides coverage for all risks of direct physical loss or damage to the property of others while in the care, custody, and control of a dry cleaner or laundry unless the loss is caused by a peril that is excluded or limited.
- **IM 7555 Schedule of Coverages – Bailee Customers Floater** This schedule is used with the Bailee Customers Floater Coverage - Dry Cleaners and Laundry Form, IM 7550, to indicate limits and deductible amounts.


Copyright 2022 The Hanover Insurance Company. All Rights Reserved.


EXHIBIT 2

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EQUIPMENT BREAKDOWN COVERAGE (INCLUDING ELECTRONIC CIRCUITRY IMPAIRMENT)

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM

**A. COVERAGE**

The following is added as an Additional Coverage to the Causes of Loss – Basic Form, Broad Form and Special Form:

**Additional Coverage – Equipment Breakdown**

The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as described and limited below. Without an "accident" or "electronic circuitry impairment", there is no Equipment Breakdown Coverage.

**1.** We will pay for direct physical damage to Covered Property that is the direct result of an "accident" or "electronic circuitry impairment". We will consider "electronic circuitry impairment" to be physical damage to "covered equipment".

**2.** Unless otherwise shown in the "schedule", the following coverages also apply to the direct result of an "accident" or "electronic circuitry impairment". However, with respect to coverage **2.i. Service Interruption** below and any Dependent Properties coverage provided by this coverage part, coverage will apply only to the direct result of an "accident" and will not apply to the direct result of "electronic circuitry impairment". These coverages do not provide additional amounts of insurance.

**a. Business Income and Extra Expense**

**(1)** Any insurance provided under the coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement. However, if a deductible is shown in the "schedule", then with respect to this endorsement only, the "period of restoration" will begin immediately after the "accident" or "electronic circuitry impairment", and the deductible shown in the "schedule" will apply.

**(2)** The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense, unless otherwise shown in the "schedule".

**b. Data Restoration**

**(1)** We will pay for your reasonable and necessary cost to research, replace and restore lost "data".

**(2)** The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $100,000 unless otherwise shown in the "schedule".

**c. Expediting Expenses**

**(1)** With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

**(a)** Make temporary repairs; and

**(b)** Expedite permanent repairs or permanent replacement.

**(2)** The most we will pay for loss or expense under this coverage is $100,000 unless otherwise shown in the "schedule".

**d. Fungus, Wet Rot, Dry Rot and Bacteria**

**(1)** We will pay your additional cost to repair or replace Covered Property because of contamination by "fungus", wet rot, dry rot or bacteria. This includes the additional costs to clean up or dispose of such property. This does not include spoilage of personal property that is "perishable goods" to


© 2015, The Hartford Steam Boiler Inspection and Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.


EXHIBIT 2

the extent that such spoilage is covered under Spoilage coverage.

**(2)** As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "fungus", wet rot, dry rot or bacteria been involved.

**(3)** We will also pay the cost of testing performed after repair or replacement of the damaged Covered Property is completed only to the extent that there is reason to believe there is the presence of "fungus", wet rot, dry rot or bacteria.

**(4)** This coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**(5)** The most we will pay in any "one equipment breakdown" for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $15,000 even if the "fungus", wet rot, dry rot or bacteria continues to be present or active or recurs in a later policy period.

**e. Hazardous Substances**

**(1)** We will pay your additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

**(2)** This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in **2.j.(1)(b)** below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

**(3)** The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $100,000 unless otherwise shown in the "schedule".

**f. Off Premises Equipment Breakdown**

**(1)** We will pay for physical damage to transportable "covered equipment" that, at the time of the "accident" or "electronic circuitry impairment", is not at a covered location. As respects this Off Premises Equipment Breakdown coverage only, the "accident" or "electronic circuitry impairment" may occur in any country except one in which the United States has imposed sanctions, embargoes or similar restrictions on the provision of insurance.

**(2)** We will also pay for your reasonable and necessary cost to research, replace and restore lost "data" contained within "covered equipment" as described under **f.(1)** above. This amount may not exceed the limit applicable to Data Restoration coverage.

**(3)** The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, and Data Restoration as described in **f.(2)** above is the limit for Property Off Premises Coverage Extension shown in your policy.

**g. Public Relations**

**(1)** This coverage only applies if you have sustained an actual loss of Business Income covered under this endorsement.

**(2)** We will pay for your reasonable costs for professional services to create and disseminate communications, when the need for such communications arises directly from the interruption of your business. This communication must be directed to one or more of the following:

**(a)** The media;

**(b)** The public; or

**(c)** Your customers, clients or members.

**(3)** Such costs must be incurred during the "period of restoration" or up to 30 days after the "period of restoration" has ended.

**(4)** The most we will pay for loss or expense under this coverage is $5,000.

**h. Scientific Animals**


© 2015, The Hartford Steam Boiler Inspection and Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.


EXHIBIT 2

We will pay for loss or damage to "scientific animals" resulting from an "accident" to "covered equipment" when the Life Science Property Broadening Endorsement is included in the policy. The most we will pay for loss, damage or expense under this coverage is the lesser of the limit shown in the Life Science Property Broadening Endorsement or $100,000, unless otherwise shown in the "schedule".

**i. Service Interruption**

**(1)** Any insurance provided for Business Income, Extra Expense, Data Restoration or Spoilage is extended to apply to your loss, damage or expense caused by a failure or disruption of service. The failure or disruption of service must be caused by an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, "cloud computing services", wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

**(2)** "Cloud computing services" must be provided by a professional provider with whom you have a contract.

**(3)** With respect to the Data Restoration portion of this Service Interruption coverage, coverage will also apply to "data" stored in the equipment of a provider of "cloud computing services".

**(4)** Unless otherwise shown in the "schedule", Service Interruption coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident". If the interruption exceeds 24 hours, coverage will begin at the time of the disruption, and the applicable deductible will apply.

**(5)** The most we will pay in any "one equipment breakdown" for loss, damage or expense under this coverage is the applicable limit for Business Income, Extra Expense, Data Restoration or Spoilage, except that if a limit is shown in the "schedule" for Service Interruption, that limit will apply to Business Income and Extra Expense loss under this coverage.

**j. Spoilage**

**(1)** We will pay for:

**(a)** Physical damage to "perishable goods" due to spoilage;

**(b)** Physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

**(c)** Any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

**(2)** If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident" or "electronic circuitry impairment", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition.

**(3)** The most we will pay for loss, damage or expense under this coverage is $100,000 unless otherwise shown in the "schedule".

**B. EXCLUSIONS**

All exclusions in the applicable Causes of Loss form apply except as modified below and to the extent that coverage is specifically provided by this endorsement.

**1.** The following exclusions are modified:

**a.** If the Causes of Loss – Basic Form or Causes of Loss – Broad Form apply, the following is added to **Exclusion B.2.**:

Depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions. However, if an "accident" or "electronic circuitry impairment" results, we will pay for the resulting loss, damage or expense caused by that "accident" or "electronic circuitry impairment".


© 2015, The Hartford Steam Boiler Inspection and Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.


EXHIBIT 2

**b.** If the Causes of Loss – Special Form applies, with respect to this endorsement only, the last paragraph of **Exclusion B.2.d.** is replaced by the following:

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in an "accident" or "electronic circuitry impairment", we will pay for the loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

**2.** The following exclusions are added to the Building and Personal Property Coverage Form, the Condominium Association Coverage Form, the Condominium Commercial Unit-Owners Coverage Form, the Causes Of Loss – Basic Form, the Causes Of Loss – Broad Form, and the Causes Of Loss – Special Form:

**a.** We will not pay for loss, damage or expense caused directly or indirectly by any of the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment":

**(1)** Fire, including smoke from a fire;

**(2)** Explosion of gas or unconsumed fuel within the furnace of any boiler or fired vessel or within the passages from that furnace to the atmosphere;

**(3)** Any other explosion, except as specifically covered under this endorsement;

**(4)** Any earth movement, including but not limited to earthquake, subsidence, sinkhole collapse, landslide, earth sinking, tsunami or volcanic action;

**(5)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not; mudslide or mudflow; or water that backs up or overflows from a sewer, drain or sump. However, if electrical "covered equipment" requires drying out because of the above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies; or

**(6)** Vandalism.

**b.** Coverage under this endorsement does not apply to an "accident" or "electronic circuitry impairment" caused by or resulting from:

**(1)** Lightning;

**(2)** Windstorm or hail. However this exclusion does not apply when:

**(a)** "Covered equipment" located within a building or structure suffers an "accident" or "electronic circuitry impairment" that results from wind-blown rain, snow, sand or dust; and

**(b)** The building or structure did not first sustain wind or hail damage to its roof or walls through which the rain, snow or dust entered.

**(3)** Smoke; aircraft or vehicles; riot or civil commotion; sprinkler leakage; elevator collision;

**(4)** Breakage of glass; falling objects; weight of snow, ice or sleet; freezing (caused by cold weather); collapse or molten material;

**(5)** A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

**(6)** Water or other means used to extinguish a fire.

**c.** With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

**d.** Except as specifically provided under **A.2.d. Fungus, Wet Rot, Dry Rot and Bacteria** coverage we will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment": Any "fungus", wet rot, dry rot or bacteria, including any presence, growth, proliferation, spread or any activity of "fungus", wet rot, dry rot or bacteria. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such "fungus", wet rot, dry rot or bacteria. However, this exclusion does not apply to spoilage of personal property that is "perishable goods", to the extent that such spoilage is covered under Spoilage coverage.

**e.** Except as specifically provided under **A.2.h. Scientific Animals** coverage, we


© 2015, The Hartford Steam Boiler Inspection and Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.


EXHIBIT 2

will not pay for any loss or damage to animals.

3. **Exclusions 2.b.(1), 2.b.(2), 2.b(3),** and **2.b.(4)** above shall not apply if:

   a. The excluded cause of loss occurs away from any covered location and causes an electrical surge or other electrical disturbance;

   b. Such surge or disturbance is transmitted through utility service transmission lines to the covered location and results in an "accident" or "electronic circuitry impairment"; and

   c. The loss, damage or expense caused by such surge or disturbance is not covered elsewhere under the policy.

4. Any cause of loss set forth in **Exclusion 2.b.(4)** above that is not a Covered Cause of Loss in this coverage part shall be excluded only as respects Service Interruption coverage.

## C. DEFINITIONS

For the purpose of this endorsement only, the following definitions are added:

1. "Accident"

   a. "Accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

      **(1)** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

      **(2)** Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

      **(3)** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

      **(4)** Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

      **(5)** Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

   b. None of the following is an "accident":

      **(1)** Defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind; or

      **(2)** Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

   However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

2. "Boilers and vessels" means:

   a. Any boiler, including attached steam, condensate and feedwater piping; and

   b. Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

   This term does not appear elsewhere in this endorsement, but may appear in the "schedule".

3. "Cloud computing services" means professional, on-demand, self-service data storage or data processing services provided through the internet or over telecommunications lines. This includes services known as IaaS (infrastructure as a service), PaaS (platform as a service), SaaS (software as a service) and NaaS (network as a service). This includes business models known as public clouds, community clouds and hybrid clouds. "Cloud computing services" include private clouds if such services are owned and operated by a third party.

4. "Covered equipment"

   a. "Covered equipment" means, unless otherwise specified in the "schedule", Covered Property:

      **(1)** That generates, transmits or utilizes energy; or

      **(2)** Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

   "Covered equipment" may utilize conventional design and technology or new or newly commercialized design and technology.

   b. None of the following is "covered equipment":

      **(1)** Structure, foundation, cabinet or compartment;

      **(2)** Insulating or refractory material;


© 2015, The Hartford Steam Boiler Inspection and Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.


EXHIBIT 2

**(3)** Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

**(4)** Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

**(5)** "Vehicle" or any equipment mounted on a "vehicle";

**(6)** Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

**(7)** Dragline, excavation or construction equipment; or

**(8)** Equipment manufactured by you for sale.

**5.** "Data" means information or instructions stored in digital code capable of being processed by machinery.

**6.** "Electronic circuitry" means microelectronic components, including but not limited to circuit boards, integrated circuits, computer chips and disk drives.

**7.** "Electronic circuitry impairment"

**a.** "Electronic circuitry impairment" means a fortuitous event involving "electronic circuitry" within "covered equipment" that causes the "covered equipment" to suddenly lose its ability to function as it had been functioning immediately before such event. This definition is subject to the conditions specified in **b.**, **c.** and **d.** below.

**b.** We shall determine that the reasonable and appropriate remedy to restore such "covered equipment's" ability to function is the replacement of one or more "electronic circuitry" components of the "covered equipment".

**c.** The "covered equipment" must be owned or leased by you, or operated under your control.

**d.** None of the following is "electronic circuitry impairment":

**(1)** Any condition that can be reasonably remedied by:

**(a)** Normal maintenance, including but not limited to replacing expendable parts, recharging batteries or cleaning;

**(b)** Rebooting, reloading or updating software or firmware; or

**(c)** Providing necessary power or supply.

**(2)** Any condition caused by or related to:

**(a)** Incompatibility of the "covered equipment" with any software or equipment installed, introduced or networked within the prior 30 days;

**(b)** Insufficient size, capability or capacity of the "covered equipment"; or

**(c)** Exposure to adverse environmental conditions, including but not limited to change in temperature or humidity, unless such conditions result in an observable loss of functionality. Loss of warranty shall not be considered an observable loss of functionality.

**8.** "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

**9.** "Media" means material on which "data" is recorded, such as solid state drives, hard disks, optical disks, flash drives, magnetic tapes or floppy disks.

**10.** "One equipment breakdown" means: If an initial "accident" or "electronic circuitry impairment" causes other "accidents" or "electronic circuitry impairments", all will be considered "one equipment breakdown". All "accidents" or "electronic circuitry impairments" that are the result of the same "accident" or "electronic circuitry impairment" will be considered "one equipment breakdown".

**11.** "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

**12.** "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. This includes all component parts of such machine or apparatus and any other equipment used exclusively with such machine or apparatus. However, "production machinery" does not mean any boiler, or fired or unfired pressure vessel.

This term does not appear elsewhere in this endorsement, but may appear in the "schedule".

**13.** "Schedule" means the Equipment Breakdown Coverage Schedule.


© 2015, The Hartford Steam Boiler Inspection and Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

EXHIBIT 2

**14.** "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to: car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle".

**D. DEDUCTIBLE**

The Building and Personal Property Coverage Form is modified as follows:

The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in the "schedule". If a separate Equipment Breakdown deductible is shown, the following applies.

Only in regards to Equipment Breakdown Coverage, provision **D. DEDUCTIBLE** in the Building and Personal Property Coverage Form, the Condominium Association Coverage Form, the Condominium Commercial Unit-Owners Coverage Form, the Causes Of Loss – Basic Form, the Causes Of Loss – Broad Form, and the Causes Of Loss – Special Form: is replaced by the following:

**1. Deductibles for Each Coverage**

**a.** Unless the "schedule" indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one equipment breakdown".

**b.** We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the "schedule". We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

**c.** If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one equipment breakdown", only the highest deductible for each coverage will apply.

**2. Direct and Indirect Coverages**

**a.** Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the "schedule".

**b.** Unless more specifically indicated in the "schedule":

**(1)** Indirect Coverages Deductibles apply to Business Income and Extra Expense loss; and

**(2)** Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by this endorsement.

**3. Application of Deductibles**

**a. Dollar Deductibles**

We will not pay for loss, damage or expense resulting from any "one equipment breakdown" until the amount of loss, damage or expense exceeds the applicable deductible shown in the "schedule". We will then pay the amount of loss, damage or expense in excess of the applicable deductible or deductibles, up to the applicable Limit of Insurance.

**b. Time Deductible**

If a time deductible is shown in the "schedule", we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident" or "electronic circuitry impairment". If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

**c. Multiple of Average Daily Value (ADV)**

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" or "electronic circuitry impairment" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or "electronic circuitry impairment" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration". The number indicated in the "schedule" will be multiplied by the ADV as


© 2015, The Hartford Steam Boiler Inspection and Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.


EXHIBIT 2

determined above. The result shall be used as the applicable deductible.

**d. Percentage of Loss Deductibles**

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

**E. CONDITIONS**

**1.** The following conditions are added to the Conditions in the Building and Personal Property Coverage Form, the Condominium Association Coverage Form, the Condominium Commercial Unit-Owners Coverage Form, the Commercial Property Conditions and the Common Policy Conditions:

**a. Suspension**

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" or "electronic circuitry impairment" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

**(1)** Your last known address; or

**(2)** The address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**b. Jurisdictional Inspections**

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**c. Coinsurance**

If a coinsurance percentage is shown in the "schedule" for specified coverages, the following condition applies.

We will not pay for the full amount of your loss if the applicable limit is less than the product of the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss. Instead, we will determine what percentage this calculated product is compared to the applicable limit and apply that percentage to the gross amount of loss. We will then subtract the applicable deductible. The resulting amount, or the applicable limit, is the most we will pay. We will not pay for the remainder of the loss. Coinsurance applies separately to each insured location.

**2.** For the purpose of this endorsement only, **E. Loss Conditions, 7. Valuation** in the Building and Personal Property Coverage Form is replaced by the following:

**7. Valuation**

We will determine the value of Covered Property as follows:

**a.** Except as specified otherwise, our payment for damaged Covered Property will be the smallest of:

**(1)** The cost to repair the damaged property;

**(2)** The cost to replace the damaged property on the same site; or

**(3)** The amount you actually spend that is necessary to repair or replace the damaged property.

**b.** Except as described in **c.** below, you must pay the extra cost of replacing damaged property with property of a better kind or quality or of a different size or capacity.

**c. Environmental, Safety and Efficiency Improvements**

If "covered equipment" requires replacement due to an "accident" or "electronic circuitry impairment", we will pay your additional cost to replace with equipment that is better for the environment, safer for people or more energy or water efficient than the equipment being replaced. However, we will not pay to increase the size or capacity of the equipment and we will not pay more than 150% of what the cost would have been to replace with


© 2015, The Hartford Steam Boiler Inspection and Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.


EXHIBIT 2

like kind and quality. This provision does not apply to the replacement of component parts or to any property to which Actual Cash Value applies and does not increase any of the applicable limits.

**d.** The following property will be valued on an Actual Cash Value basis:

**(1)** Any property that does not currently serve a useful or necessary function for you;

**(2)** Any Covered Property that you do not repair or replace within 24 months after the date of the "accident" or "electronic circuitry impairment"; and

**(3)** Any Covered Property for which Actual Cash Value coverage is specified in a "schedule", Actual Cash Value includes deductions for depreciation.

**e.** If any one of the following conditions is met, property held for sale by you will be valued at the sales price as if no loss or damage had occurred, less any discounts and expenses that otherwise would have applied:

**(1)** The property was manufactured by you;

**(2)** The sales price of the property is less than the replacement cost of the property; or

**(3)** You are unable to replace the property before its anticipated sale.

**f.** Except as specifically provided for under Data Restoration coverage, "data" and "media" will be valued on the following basis:

**(1)** For mass-produced and commercially available software, at the replacement cost.

**(2)** For all other "data" and "media", at the cost of blank "media" for reproducing the records. We will not pay for "data" representing financial records based on the face value of such records.

The most we will pay for loss, damage or expense under this endorsement arising from any "one equipment breakdown" is the applicable Limit of Insurance in the Declarations unless otherwise shown in the "schedule". Coverage provided under this endorsement does not provide an additional amount of insurance.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.


© 2015, The Hartford Steam Boiler Inspection and Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.


EXHIBIT 2

# COMMERCIAL PROPERTY COVERAGE PART EQUIPMENT BREAKDOWN COVERAGE SCHEDULE

*Equipment Breakdown is subject to the Limits of Insurance shown in the Declarations except as specifically shown below.*

*These coverages apply to all locations covered on the policy, unless otherwise specified.*

| Coverages | Limits |
|---|---|
| Equipment Breakdown Limit | $37,727,851 |
| Business Income | $500,000 |
| Extra Expense | $Included |
| Data Restoration | $100,000 |
| Expediting Expenses | $100,000 |
| Hazardous Substances | $100,000 |
| Scientific Animals | $0 |
| Service Interruption | $Included in Business Income, Extra Expense and/or Spoilage Limit |
| Spoilage | $100,000 |

| | Deductibles |
|---|---|
| Combined, All Coverages | $Not Applicable |
| Direct Coverages | $5,000 |
| Indirect Coverages | 72 *hours* |
| Spoilage | $5,000 |

**Other Conditions**

| |
|---|
| Service Interruption - 24 hour waiting period. |


© 2015, The Hartford Steam Boiler Inspection and Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

**A. Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

 © Insurance Services Office, Inc., 2011 

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2)**, **(3)** and **(4),** we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.


© Insurance Services Office, Inc., 2011

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |
| ($10,000 is 20% of $50,000.) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3).**

**Example 2**

| | | |
|---|---|---|
| Limit of Insurance: | | $ 90,000 |
| Amount of Deductible: | | $ 500 |
| Amount of Loss: | | $ 80,000 |
| Amount of Loss Payable: | | $ 79,500 |
| | | ($80,000 – $500) |
| Debris Removal Expense: | | $ 40,000 |
| Debris Removal Expense Payable | | |
| | Basic Amount: | $ 10,500 |
| | Additional Amount: | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4),** because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4).** Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.


© Insurance Services Office, Inc., 2011

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.


© Insurance Services Office, Inc., 2011

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.


© Insurance Services Office, Inc., 2011

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

 © Insurance Services Office, Inc., 2011 

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

**(2)** If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the business personal property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance – Building 1: | $ 60,000 |
| Limit of Insurance – Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$ 60,100
– 250
$ 59,850 Loss Payable – Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building 1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building 1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building 2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.


© Insurance Services Office, Inc., 2011

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

 © Insurance Services Office, Inc., 2011 

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1);**

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2);** and

**(4)** Subtract the deductible from the figure determined in Step **(3).**

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| | | |
|---|---|---|
| When: | The value of the property is: | $ 250,000 |
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step **(1):** $250,000 x 80% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $100,000 ÷ $200,000 = .50

Step **(3):** $40,000 x .50 = $20,000

Step **(4):** $20,000 – $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| | | |
|---|---|---|
| When: | The value of the property is: | $ 250,000 |
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).


© Insurance Services Office, Inc., 2011

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

| | | |
|---|---|---|
| When: | The value of the property is: | |
| | Building at Location 1: | $ 75,000 |
| | Building at Location 2: | $ 100,000 |
| | Personal Property at Location 2: | $ 75,000 |
| | | $ 250,000 |
| | The Coinsurance percentage for it is: | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: | $ 180,000 |
| | The Deductible is: | $ 1,000 |
| | The amount of loss is: | |
| | Building at Location 2: | $ 30,000 |
| | Personal Property at Location 2: | $ 20,000 |
| | | $ 50,000 |
| Step **(1)**: | $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below) | |
| Step **(2)**: | $180,000 ÷ $225,000 = .80 | |
| Step **(3)**: | $50,000 x .80 = $40,000 | |
| Step **(4)**: | $40,000 – $1,000 = $39,000 | |

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.


© Insurance Services Office, Inc., 2011

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

| | | |
|---|---|---|
| If: | The applicable Limit of Insurance is: | $ 100,000 |
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ 3,200 |

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2)** or **(3),** subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.


© Insurance Services Office, Inc., 2011

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

**A. Coverage**

**1. Business Income**

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit Of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit Of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

**2. Extra Expense**

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.


© Insurance Services Office, Inc., 2011

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

**a.** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**d.** This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**5. Additional Coverages**

**a. Civil Authority**

In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.


© Insurance Services Office, Inc., 2011

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

**(a)** Used in the construction, alterations or additions; or

**(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.


© Insurance Services Office, Inc., 2011

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage under this Additional Coverage when the Additional Limitation – Interruption Of Computer Operations does not apply based on Paragraph **A.4.d.** therein.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $2,500 (unless a higher limit is shown in the Declarations) for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage, Interruption Of Computer Operations, does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location, unless a higher limit is shown in the Declarations.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

 © Insurance Services Office, Inc., 2011 

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

**B. Limits Of Insurance**

The most we will pay for loss in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

**1.** Alterations And New Buildings;

**2.** Civil Authority;

**3.** Extra Expense; or

**4.** Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage.

**C. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

**a.** You must see that the following are done in the event of loss:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

 © Insurance Services Office, Inc., 2011 

**3. Loss Determination**

**a.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or damage occurred;

**(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c. Resumption Of Operations**

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**D. Additional Condition**

**COINSURANCE**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

**1.** The Coinsurance percentage shown for Business Income in the Declarations; times

**2.** The sum of:

**a.** The Net Income (Net Profit or Loss before income taxes), and

**b.** Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).


© Insurance Services Office, Inc., 2011

Instead, we will determine the most we will pay using the following steps:

Step **(1):** Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2):** Divide the Limit of Insurance for the described premises by the figure determined in Step **(1);** and

Step **(3):** Multiply the total amount of loss by the figure determined in Step **(2).**

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**(1)** Prepaid freight – outgoing;

**(2)** Returns and allowances;

**(3)** Discounts;

**(4)** Bad debts;

**(5)** Collection expenses;

**(6)** Cost of raw stock and factory supplies consumed (including transportation charges);

**(7)** Cost of merchandise sold (including transportation charges);

**(8)** Cost of other supplies consumed (including transportation charges);

**(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

**(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

**(11)** All payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

**(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example 1 (Underinsurance)**

| | | |
|---|---|---|
| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $ 400,000 |
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $ 150,000 |
| | The amount of loss is: | $ 80,000 |

Step **(1):** $400,000 x 50% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $150,000 ÷ $200,000 = .75

Step **(3):** $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example 2 (Adequate Insurance)**

| | | |
|---|---|---|
| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $ 400,000 |
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.


© Insurance Services Office, Inc., 2011

**b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

**(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

**(2)** The Limit Of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

**(1)** The Limit of Insurance, multiplied by

**(2)** The fraction shown in the Declarations for this Optional Coverage.

**Example**

| | | |
|---|---|---|
| When: | The Limit of Insurance is: | $ 120,000 |
| | The fraction shown in the Declarations for this Optional Coverage is: | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: | $ 30,000 |
| | ($120,000 x 1/4 = $30,000) | |
| | If, in this example, the actual amount of loss is: | |
| | Days 1–30: | $ 40,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 90,000 |
| | We will pay: | |
| | Days 1–30: | $ 30,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

**a.** To activate this Optional Coverage:

**(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

**(a)** During the 12 months prior to the date of the Work Sheet; and

**(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

**(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

**(a)** The Coinsurance percentage shown in the Declarations; multiplied by

**(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

**b.** The Additional Condition, Coinsurance, is suspended until:

**(1)** 12 months after the effective date of this Optional Coverage; or

**(2)** The expiration date of this policy;

whichever occurs first.

**c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

**(1)** Within 12 months of the effective date of this Optional Coverage; or

**(2)** When you request a change in your Business Income Limit of Insurance.

**d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

**(1)** The Business Income Limit of Insurance; divided by

**(2)** The Agreed Value.

**Example**

| | | |
|---|---|---|
| When: | The Limit of Insurance is: | $ 100,000 |
| | The Agreed Value is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |
| Step **(1):** | $100,000 ÷ $200,000 = .50 | |
| Step **(2):** | .50 x $80,000 = $40,000 | |

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

Under Paragraph **A.5.c., Extended Business Income,** the number 60 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.


© Insurance Services Office, Inc., 2011

EXHIBIT 2

**F. Definitions**

**1.** "Finished stock" means stock you have manufactured.

"Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

**2.** "Operations" means:

**a.** Your business activities occurring at the described premises; and

**b.** The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

**3.** "Period of restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends on the earlier of:

**(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down, of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**4.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**5.** "Rental Value" means Business Income that consists of:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

**b.** Continuing normal operating expenses incurred in connection with that premises, including:

**(1)** Payroll; and

**(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**6.** "Suspension" means:

**a.** The slowdown or cessation of your business activities; or

**b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

 © Insurance Services Office, Inc., 2011 

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.
2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:
   - **a.** During the policy period shown in the Declarations; and
   - **b.** Within the coverage territory.
2. The coverage territory is:
   - **a.** The United States of America (including its territories and possessions);
   - **b.** Puerto Rico; and
   - **c.** Canada.


Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

**a.** Someone insured by this insurance;

**b.** A business firm:

**(1)** Owned or controlled by you; or

**(2)** That owns or controls you; or

**c.** Your tenant.

This will not restrict your insurance.

 Copyright, ISO Commercial Risk Services, Inc., 1983, 1987 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.


© ISO Properties, Inc., 2006

# KENTUCKY CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The following exclusion and related provisions are added to Paragraph **B.2. Exclusions** in the Causes Of Loss Forms and to any Coverage Form or policy to which a Causes Of Loss Form is not attached:

**1.** We will not pay for loss or damage arising out of any act committed:

**a.** By or at the direction of any insured; and

**b.** With the intent to cause a loss.

**2.** However, this exclusion will not apply to deny coverage to an innocent co-insured who did not cooperate in or contribute to the creation of the loss, provided the loss is otherwise covered under this Coverage Part and:

**a.** The loss arose out of a pattern of domestic violence and abuse; and

**b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **A.2.,** our payment to the insured is limited to that insured's ownership interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**B.** The **Transfer Of Rights Of Recovery Against Others To Us** Condition, in the Commercial Property Conditions, is amended by adding the following:

If we pay an innocent co-insured for loss described in Paragraph **A.2.,** the rights of the innocent co-insured to recover damages from the perpetrator are transferred to us to the extent of our payment. Following the loss, the innocent co-insured may not waive such rights to recover against the perpetrator of the domestic violence.


Copyright, Insurance Services Office, Inc., 2000

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MULTIPLE DEDUCTIBLE FORM

**(FIXED DOLLAR DEDUCTIBLES)**

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

**SCHEDULE**

The Deductibles applicable to any one occurrence are shown below:

| Premises Number | Building Number | Deductible | Covered Cause(s) Of Loss* |
|---|---|---|---|
| 18 | 1 | $ | |
| 19 | 1 | $ | |
| 20 | 1 | $ | |
| 21 | 1 | $ | |
| 22 | 1 | $ | |
| 24 | 1 | $ | |
| 25 | 1 | $ | |
| 26 | 1 | $ | |
| 27 | 1 | $ | |
| 28 | 1 | $ | |
| 29 | 1 | $ | |
| 30 | 1 | $ | |
| 31 | 1 | $ | |
| 32 | 1 | $ | |
| 33 | 1 | $ | |
| 34 | 1 | $ | |
| 35 | 1 | $ | |
| 36 | 1 | $ | |
| 37 | 1 | $ | |
| 38 | 1 | $ | |
| 40 | 1 | $ | |


© Insurance Services Office, Inc., 2017

| | | | |
|---|---|---|---|
| **41** | **1** | **$** | |
| **1** | **1** | **$** | |
| **2** | **1** | **$** | |
| **3** | **1** | **$** | |
| **4** | **1** | **$** | |
| **5** | **1** | **$** | |
| **6** | **1** | **$** | |
| **7** | **1** | **$** | |
| **7** | **2** | **$** | |
| **7** | **3** | **$** | |
| **7** | **4** | **$** | |
| **7** | **5** | **$** | |
| **8** | **1** | **$** | |
| **9** | **1** | **$** | |
| **10** | **1** | **$** | |
| **11** | **1** | **$** | |
| **12** | **1** | **$** | |
| **13** | **1** | **$** | |
| **14** | **1** | **$** | |
| **15** | **1** | **$** | |
| **16** | **1** | **$** | |
| **17** | **1** | **$** | |

*For each deductible listed in this Schedule, enter the number corresponding to the Covered Cause(s) of Loss to which that deductible applies (or enter the description):

**(1)** All Covered Causes of Loss

**(2)** All Covered Causes of Loss **except** Windstorm Or Hail

**(3)** All Covered Causes of Loss **except** Theft

**(4)** All Covered Causes of Loss **except** Windstorm Or Hail and Theft

**(5)** Windstorm Or Hail

**(6)** Theft

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

 © Insurance Services Office, Inc., 2017 

The following is added to the **Deductible** section:

**A.** In the event that loss or damage occurs to Covered Property at more than one building location as a result of one occurrence, the largest applicable deductible for that Covered Cause of Loss, shown in the Schedule above or in the Declarations, will apply.

**B.** The terms of this endorsement do not apply to any Windstorm Or Hail Percentage Deductible provided elsewhere in this policy.

**C.** This policy does not cover Earthquake or Flood unless such causes of loss are added to the policy as covered causes of loss. If Earthquake and/or Flood are added to this policy as covered causes of loss, the terms of this endorsement do not apply to Earthquake or Flood and corresponding deductibles will be shown elsewhere in this policy and identified as such.


© Insurance Services Office, Inc., 2017

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Ordinance Or Law**

The enforcement of or compliance with any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**b. Earth Movement**

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for Volcanic Action as set forth in **(5)(a), (5)(b)** and **(5)(c),** all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused.


© Insurance Services Office, Inc., 2016

EXHIBIT 2

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1), (3)** or **(4),** or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.


© Insurance Services Office, Inc., 2016

But if any of the above, in Paragraphs **(1)** through **(5),** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage, Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

 © Insurance Services Office, Inc., 2016 

EXHIBIT 2

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.


© Insurance Services Office, Inc., 2016

**5. Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**g.** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

**(1)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

**(2)** Changes in or extremes of temperature;

**(3)** Disease;

**(4)** Frost or hail; or

**(5)** Rain, snow, ice or sleet.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

**(1)** Glass; or

**(2)** Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

**(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or


© Insurance Services Office, Inc., 2016

**(2)** To Business Income Coverage or to Extra Expense Coverage.

**3.** The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage – Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(1)** A cause of loss listed in **2.a.** or **2.b.;**

**(2)** One or more of the "specified causes of loss";

**(3)** Breakage of building glass;

**(4)** Weight of people or personal property; or

**(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage – Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

 © Insurance Services Office, Inc., 2016 

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

**(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

**a.** A "specified cause of loss" other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

 © Insurance Services Office, Inc., 2016 

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

**6.** The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

**a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

**1. Property In Transit**

This Extension applies only to your personal property to which this form applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

 © Insurance Services Office, Inc., 2016 

**3. Glass**

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

**G. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

**(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

**(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe caused by wear and tear, when the pipe is located off the described premises and is connected to or is part of a potable water supply system or sanitary sewer system operated by a public or private utility service provider pursuant to authority granted by the state or governmental subdivision where the described premises are located.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.


© Insurance Services Office, Inc., 2016

EXHIBIT 2

POLICY NUMBER:ZHW A670296 06

**COMMERCIAL PROPERTY**
**CP 15 10 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PAYROLL LIMITATION OR EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM

**SCHEDULE**

| **Premises Number:** 12 | **Building Number:** 1 |
|---|---|

☐ **Payroll Expense Limitation - Number Of Days:**

☒ **Payroll Expense Exclusion**

The following are subject to the provisions of this endorsement if so indicated in this Schedule:

☐ All employees and job classifications including officers, executives, management personnel and contract employees

☐ All employees and job classifications other than officers, executives, management personnel and contract employees

☐ All employees and job classifications (including officers, executives, management personnel and contract employees), **except:**

☐ Only the following job classifications and/or employees:

| **Premises Number:** 13 | **Building Number:** 1 |
|---|---|

☐ **Payroll Expense Limitation - Number Of Days:**

☒ **Payroll Expense Exclusion**

The following are subject to the provisions of this endorsement if so indicated in this Schedule:

☐ All employees and job classifications including officers, executives, management personnel and contract employees

☐ All employees and job classifications other than officers, executives, management personnel and contract employees

☐ All employees and job classifications (including officers, executives, management personnel and contract employees), **except:**

☐ Only the following job classifications and/or employees:

 © Insurance Services Office, Inc., 2011 

| **Premises Number:** 14 | **Building Number:** 1 |
|---|---|

☐ **Payroll Expense Limitation - Number Of Days:**

☒ **Payroll Expense Exclusion**

The following are subject to the provisions of this endorsement if so indicated in this Schedule:

☐ All employees and job classifications including officers, executives, management personnel and contract employees

☐ All employees and job classifications other than officers, executives, management personnel and contract employees

☐ All employees and job classifications (including officers, executives, management personnel and contract employees), **except:**

☐ Only the following job classifications and/or employees:

| **Premises Number:** 16 | **Building Number:** 1 |
|---|---|

☐ **Payroll Expense Limitation - Number Of Days:**

☒ **Payroll Expense Exclusion**

The following are subject to the provisions of this endorsement if so indicated in this Schedule:

☐ All employees and job classifications including officers, executives, management personnel and contract employees

☐ All employees and job classifications other than officers, executives, management personnel and contract employees

☐ All employees and job classifications (including officers, executives, management personnel and contract employees), **except:**

☐ Only the following job classifications and/or employees:

| **Premises Number:** 17 | **Building Number:** 1 |
|---|---|

☐ **Payroll Expense Limitation - Number Of Days:**

☒ **Payroll Expense Exclusion**

The following are subject to the provisions of this endorsement if so indicated in this Schedule:

☐ All employees and job classifications including officers, executives, management personnel and contract employees

☐ All employees and job classifications other than officers, executives, management personnel and contract employees

☐ All employees and job classifications (including officers, executives, management personnel and contract employees), **except:**

☐ Only the following job classifications and/or employees:

| **Premises Number:** 19 | **Building Number:** 1 |
|---|---|

☐ **Payroll Expense Limitation - Number Of Days:**

☒ **Payroll Expense Exclusion**

The following are subject to the provisions of this endorsement if so indicated in this Schedule:

☐ All employees and job classifications including officers, executives, management personnel and contract employees

☐ All employees and job classifications other than officers, executives, management personnel and contract employees

☐ All employees and job classifications (including officers, executives, management personnel and contract employees), **except:**

☐ Only the following job classifications and/or employees:


Includes copyrighted material of Insurance Services Office, Inc. with its permission

| **Premises Number:** 24 | **Building Number:** 1 |
|---|---|
| ☐ **Payroll Expense Limitation - Number Of Days:** | |
| ☒ **Payroll Expense Exclusion** | |
| The following are subject to the provisions of this endorsement if so indicated in this Schedule: | |
| ☐ All employees and job classifications including officers, executives, management personnel and contract employees | |
| ☐ All employees and job classifications other than officers, executives, management personnel and contract employees | |
| ☐ All employees and job classifications (including officers, executives, management personnel and contract employees), **except:** | |
| ☐ Only the following job classifications and/or employees: | |

| **Premises Number:** 25 | **Building Number:** 1 |
|---|---|
| ☐ **Payroll Expense Limitation - Number Of Days:** | |
| ☒ **Payroll Expense Exclusion** | |
| The following are subject to the provisions of this endorsement if so indicated in this Schedule: | |
| ☐ All employees and job classifications including officers, executives, management personnel and contract employees | |
| ☐ All employees and job classifications other than officers, executives, management personnel and contract employees | |
| ☐ All employees and job classifications (including officers, executives, management personnel and contract employees), **except:** | |
| ☐ Only the following job classifications and/or employees: | |


Includes copyrighted material of Insurance Services Office, Inc. with its permission

| **Premises Number:** 26 | **Building Number:** 1 |
|---|---|

☐ **Payroll Expense Limitation - Number Of Days:**

☒ **Payroll Expense Exclusion**

The following are subject to the provisions of this endorsement if so indicated in this Schedule:

☐ All employees and job classifications including officers, executives, management personnel and contract employees

☐ All employees and job classifications other than officers, executives, management personnel and contract employees

☐ All employees and job classifications (including officers, executives, management personnel and contract employees), **except:**

☐ Only the following job classifications and/or employees:

| **Premises Number:** 27 | **Building Number:** 1 |
|---|---|

☐ **Payroll Expense Limitation - Number Of Days:**

☒ **Payroll Expense Exclusion**

The following are subject to the provisions of this endorsement if so indicated in this Schedule:

☐ All employees and job classifications including officers, executives, management personnel and contract employees

☐ All employees and job classifications other than officers, executives, management personnel and contract employees

☐ All employees and job classifications (including officers, executives, management personnel and contract employees), **except:**

☐ Only the following job classifications and/or employees:

| **Premises Number:** 32 | **Building Number:** 1 |
|---|---|

☐ **Payroll Expense Limitation - Number Of Days:**

☒ **Payroll Expense Exclusion**

The following are subject to the provisions of this endorsement if so indicated in this Schedule:

☐ All employees and job classifications including officers, executives, management personnel and contract employees

☐ All employees and job classifications other than officers, executives, management personnel and contract employees

☐ All employees and job classifications (including officers, executives, management personnel and contract employees), **except:**

☐ Only the following job classifications and/or employees:

| **Premises Number:** 34 | **Building Number:** 1 |
|---|---|

☐ **Payroll Expense Limitation - Number Of Days:**

☒ **Payroll Expense Exclusion**

The following are subject to the provisions of this endorsement if so indicated in this Schedule:

☐ All employees and job classifications including officers, executives, management personnel and contract employees

☐ All employees and job classifications other than officers, executives, management personnel and contract employees

☐ All employees and job classifications (including officers, executives, management personnel and contract employees), **except:**

☐ Only the following job classifications and/or employees:

| **Premises Number:** 35 | **Building Number:** 1 |
|---|---|

☐ **Payroll Expense Limitation - Number Of Days:**

☒ **Payroll Expense Exclusion**

The following are subject to the provisions of this endorsement if so indicated in this Schedule:

☐ All employees and job classifications including officers, executives, management personnel and contract employees

☐ All employees and job classifications other than officers, executives, management personnel and contract employees

☐ All employees and job classifications (including officers, executives, management personnel and contract employees), **except:**

☐ Only the following job classifications and/or employees:

**A.** In the Business Income (And Extra Expense) Coverage Form and the Business Income (Without Extra Expense) Coverage Form, Business Income includes continuing normal operating expenses, including payroll, subject to all applicable policy provisions.

If the Payroll Expense Limitation is indicated in the Schedule, then Business Income includes payroll expense only up to the number of days shown, with respect to the job classifications and/or employees subject to the provisions of this endorsement. The number of days need not be consecutive but must fall within the "period of restoration" or extension of the "period of restoration" if an extension is provided under this policy.

If the Payroll Expense Exclusion is indicated in the Schedule, then payroll expense is excluded from Business Income with respect to the job classifications and/or employees indicated in the Schedule.

**B.** In determining the operating expenses for the policy year for Coinsurance purposes, payroll expenses will include only those incurred during the number of days shown in the Schedule. If payroll expenses for the policy year vary during the year, the period of greatest payroll expenses will be used.

**C.** Payroll expenses include:

**1.** Payroll;

**2.** Special compensation such as bonuses and other incentive compensation;

**3.** Employee benefits, if directly related to payroll;

**4.** FICA payments you pay;

**5.** Union dues you pay; and

**6.** Workers' compensation premiums.


© Insurance Services Office, Inc., 2011

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ASBESTOS LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS POLICY**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

This insurance does not apply to “bodily injury”, “property damage”, “personal injury” or “advertising injury” arising out of any actual or alleged:

1. Inhaling, ingesting or prolonged physical exposure by any person to asbestos or asbestos fibers or goods or products containing asbestos; or

2. Use of asbestos in constructing or manufacturing any good, product or structure; or

3. Intentional or accidental removal including encapsulation, dispersal, sealing or disposal of asbestos or asbestos fibers from any good, product or structure; or

4. Manufacture, transportation, storage or disposal of asbestos or goods or products containing asbestos; or

5. Product manufactured, sold, handled or distributed by or on behalf of the insured which contain asbestos; or

6. Acts or omissions of the insured in connection with the general supervision of any job involving the removal, enclosure, encapsulation, dispersal, sealing or disposal of asbestos, asbestos fibers or products containing asbestos.

General supervision includes the rendering of or failure to render any instructions, recommendations, warnings or advice.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**LEAD POISONING LIABILITY EXCLUSION**

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS POLICY**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of any actual or alleged lead poisoning due to:

1. Inhaling, ingesting or prolonged physical exposure by any person to any premises, structure, goods or products containing lead; or

2. The use of lead in constructing or manufacturing any good, product or structure; or

3. Intentional or accidental removal including encapsulation, dispersal, sealing or disposal of any good, product or structure containing lead; or

4. The manufacturing, transportation, storage or disposal of goods or products containing lead; or

5. Any product manufactured, sold, handled or distributed by or on behalf of the insured which contains lead; or

6. Acts or omissions of the insured in connection with the general supervision of any job involving the removal, enclosure, encapsulation, dispersal, sealing or disposal of products or materials containing lead.

General supervision includes the rendering or a failure to render any instructions, recommendations, warnings or advice.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# OTHER COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

For the purpose of this endorsement only, the following is added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS:**

It is our stated intent that the various coverage parts, forms, endorsements or policies issued to the named insured by us, or any company affiliated with us, do not provide any duplication or overlap of coverage for the same claim, "occurrence", offense, accident or loss.

If this endorsement and any other coverage part, form, endorsement or policy issued to the named insured by us, or any company affiliated with us, apply to the same claim, "occurrence", offense, accident or loss, the maximum Limit of Insurance under all such coverage parts, forms, endorsements or policies combined shall not exceed the highest applicable Limit of Insurance under any one coverage part, form, endorsement or policy.

This condition does not apply to any Excess or Umbrella Policy issued to the named insured by us specifically to apply as excess insurance over this policy.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – ABUSE OR MOLESTATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to **SECTION I – COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions** and **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY, 2. Exclusions:**

**Abuse or Molestation**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**(1)** The actual or threatened abuse or molestation by anyone of any person, whether or not the abuse or molestation was specifically intended or resulted from negligent conduct, or whether or not any insured subjectively intended the injury or damage for which a claim is made; or

**(2)** The negligent:

**(a)** Employment;

**(b)** Investigation;

**(c)** Supervision;

**(d)** Reporting to the proper authorities, or failure to so report; or

**(e)** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

This exclusion applies except to the extent insurance is available under any endorsement providing physical abuse, sexual misconduct or sexual molestation liability coverage.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

 Includes copyrighted materials of Insurance Services Office, Inc., with its permission. 

# PSYCHIATRIST PROFESSIONAL COVERAGE

THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY

This endorsement modifies insurance provided under the following:

HUMAN SERVICES PROFESSIONAL LIABILITY COVERAGE FORM
HUMAN SERVICES PROFESSIONAL LIABILITY CLAIMS-MADE COVERAGE FORM

**SECTION I – COVERAGE, B. Exclusions**, paragraph **7.** is hereby deleted.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Service Office, Inc. 1998


EXHIBIT 2

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – PROFESSIONAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to **SECTION I – COVERAGES**, **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, **2. Exclusions** and **SECTION I – COVERAGES**, **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**, **2. Exclusions**:

Any liability or alleged liability for "bodily injury", "property damage", or "personal and advertising injury" arising out of the rendering of or failure to render any professional service, advice or instruction, or any service, advice or instruction of a professional nature, by or on behalf of any insured or from whom any insured assumed liability by reason of a contract or agreement, regardless of whether:

**(1)** Such service requires certification or licensing;

**(2)** Any such service, advice or instruction is ordinary to any insured's profession; or

**(3)** Such service, advice or instruction should have been performed or furnished by such insured.

This exclusion applies even if a claim alleges negligence, errors, omissions or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render, any professional service or service of a professional nature.

This exclusion is not intended to preclude coverage under any endorsement or Coverage Part issued by us for the specific purpose of providing professional liability coverage.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.


Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright 2019 The Hanover Insurance Company. All Rights Reserved.


EXHIBIT 2

# ADDITIONAL INSURED-HUMAN SERVICES ORGANIZATIONS

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**The following is hereby added to SECTION II – WHO IS AN INSURED:**

**A.** Each of the following is also an insured, but only while performing duties related to the conduct of your business:

**1.** Any person or organization that has financial control of you or owns, maintains or controls premises occupied by you, and requires you, prior to any loss, to name them as an additional insured, but only with respect to their liability arising out of:

**a.** Their financial control of you; or
**b.** Premises they own, maintain or control while you lease or occupy these premises;

**2.** Your Independent contractors solely while performing services for a client of the Named Insured;

**3.** Your Medical Directors and Administrators;

**4.** Your Home Health Providers under your direct supervision or control, but only while performing for you private home respite or foster home care for the developmentally disabled; and

**5.** Your Students in Training.

**B.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury":

**1.** Arising out of any ongoing structural alterations, new construction or demolition operations performed by or for that person or organization;

**2.** Included in the "products-completed operations hazard" and arising out of any structural alterations, new construction or demolition work performed by or for that person or organization; or

**3.** Arising out of his or her rendering of or failure to render professional services.

**C.** The insurance provided by this coverage endorsement is excess over any other valid and collectible insurance (including deductible) or agreement of indemnity available to the insured, whether primary, excess, contingent or on any other basis. When this insurance is excess, we have no duty to investigate or defend any claim or "suit" if any other insurer has a duty to defend the insured against that claim or "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

Other valid and collectible insurance includes, but is not limited to, policies or insurance programs purchased or established by or on behalf of a named insured to insure against liability arising from activities of the named insured and its employees, whether primary, excess, contingent, or on any other basis. The person seeking coverage shall cooperate with us to determine the existence, availability and coverage of any such other insurance policy, insurance program or defense or indemnification arrangement.

Other valid and collectible insurance does not include any umbrella policy issued by us or any coverage specifically issued by us as excess over this policy. Nothing in this provision shall be construed to require any such umbrella or excess coverage issued by us to apply unless and until all other valid and collectible insurance is exhausted.

**D.** All other insuring agreements, exclusions, and conditions of this policy apply.


Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Service Office, Inc. 1998


EXHIBIT 2

# SPECIAL EVENTS LIMITATION ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to “bodily injury”, “property damage”, or “personal and advertising injury” arising out of the following Special Events:

**1.** Parades sponsored by the Insured;
**2.** Aircraft or air shows;
**3.** Automobile rallies;
**4.** Motorcycle rallies or runs;
**5.** Any Event involving the use of Firearms;
**6.** Fireworks;
**7.** Any activity involving Animals- other than household pets;
**8.** Carnivals and fairs with mechanical rides sponsored by the Insured;
**9.** Concerts with admissions of over 500 people;
**10.** Events including contact sports;
**11.** Rodeos;
**12.** Political Rallies;
**13.** Any event lasting more than 5 days including otherwise acceptable fund raising events;
**14.** Any event with liquor provided by the Insured if a license is required for such activity;
**15.** Any activities by third party telemarketing, direct mail, spam, email or internet advertising firms; or
**16.** Any activities excluded by an endorsement issued by us and made part of this Coverage Part.

Insurance may apply to the aforementioned events if coverage is specifically scheduled to Form 421-0589.


Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Service Office, Inc. 1998


EXHIBIT 2

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PHYSICAL ABUSE, SEXUAL MISCONDUCT OR SEXUAL MOLESTATION LIABILITY COVERAGE ENDORSEMENT (OCCURRENCE – SEPARATE AGGREGATE)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| | |
|---|---|
| **"Physical Abuse, Sexual Misconduct or Sexual Molestation" Each Incident Limit:** | **$1,000,000** |
| **"Physical Abuse, Sexual Misconduct or Sexual Molestation" Aggregate Limit:** | **$3,000,000** |

*(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)*

Except for the insurance provided by this endorsement, the Coverage Part to which this endorsement is attached does not apply to any claim or "suit" seeking damages arising out of any actual or alleged "physical abuse, sexual misconduct or sexual molestation incident".

**A.** For the purpose of coverage provided by this endorsement, the following is added to **SECTION I – COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**PHYSICAL ABUSE, SEXUAL MISCONDUCT AND SEXUAL MOLESTATION**

**a.** We will pay those sums the insured becomes legally obligated to pay as damages because of "injury" arising out of a "physical abuse, sexual misconduct or sexual molestation incident" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "injury" to which this insurance does not apply. We may, at our discretion, investigate any "physical abuse, sexual misconduct or sexual molestation incident" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in **SECTION III – LIMITS OF INSURANCE** as modified below; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless expressly provided for under **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**.

**b.** This insurance applies to "injury" only if:

**(1)** The "injury" arises out of a "physical abuse, sexual misconduct or sexual molestation incident" that takes place in the "coverage territory";

**(2)** The first act of a "physical abuse, sexual misconduct or sexual molestation incident" occurs during the policy period; and

**(3)** Prior to the policy period no insured listed under **SECTION II – WHO IS AN INSURED,** Paragraph **1.** and no "employee" authorized by you to give or receive notice of a "physical abuse, sexual misconduct or sexual molestation incident" or claim knew that the "physical abuse, sexual misconduct or sexual molestation incident" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "physical abuse, sexual misconduct or sexual molestation incident" occurred, then any multiple, continuous, related or repeated acts of such "physical abuse, sexual misconduct or sexual molestation incident" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** A "physical abuse, sexual misconduct or sexual molestation incident" which occurs during the policy period and was not, prior to the policy period, known to have occurred by

any insured listed under **SECTION II – WHO IS AN INSURED,** Paragraph **1.** or any "employee" authorized by you to give or receive notice of a "physical abuse, sexual misconduct or sexual molestation incident" or claim, includes any multiple, continuous, related or repeated acts of that "physical abuse, sexual misconduct or sexual molestation incident" after the end of the policy period.

**d.** A "physical abuse, sexual misconduct or sexual molestation incident" will be deemed to have been known to have occurred at the earliest time when any insured listed under **SECTION II – WHO IS AN INSURED,** Paragraph **1.** or any "employee" authorized by you to give or receive notice of a "physical abuse, sexual misconduct or sexual molestation incident" or claim:

**(1)** Reports all or any part of the "physical abuse, sexual misconduct or sexual molestation incident" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "physical abuse, sexual misconduct or sexual molestation incident"; or

**(3)** Becomes aware by any other means that the "physical abuse, sexual misconduct or sexual molestation incident" has occurred or has begun to occur.

**B.** For the purpose of coverage provided by this endorsement, **SECTION I – COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions** is replaced by the following:

**2. Exclusions**

The insurance provided under this endorsement does not apply to:

**a. Participating In or Knowingly Allowing "Physical Abuse, Sexual Misconduct or Sexual Molestation"**

Any person who participated in, knowingly allowed or directed any "physical abuse, sexual misconduct or sexual molestation incident".

**b. Dishonest, Fraudulent, Criminal, Wrongful or Malicious Act**

"Injury" arising out of any intentional, dishonest, fraudulent, criminal, wrongful or malicious act committed by, knowingly allowed, or directed by the insured, including the willful or reckless violation of any statute or law.

This exclusion applies even if:

**(1)** The insured or the person causing the "injury" lacks the mental capacity to control or govern his or her own conduct; or

**(2)** The insured or the person causing the "injury" temporarily lacks the capacity to control or govern his or her own conduct or is temporarily unable to form any intent to cause harm.

This exclusion applies regardless whether the insured or the person causing the "injury" is actually charged with or convicted of a crime.

**c. Sex Discrimination**

"Injury" arising out of sex discrimination.

**d. Contractual**

Liability assumed by any insured under any contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**e. Workers Compensation**

Any obligation of any insured under a workers' compensation, disability benefits, or unemployment compensation law or any similar law.

**f. Employer's Liability**

Any claim made by or on behalf of:

**(1)** Any "employee" of the insured arising out of and in the course of employment by any insured; or

**(2)** Any person as a consequence of **(1)** above.

This exclusion applies:

**(3)** Whether any insured may be liable as an employer or in any other capacity; and

**(4)** To any obligation to share damages with or repay someone else who must pay damages because of injury.

**g. Employment-Related Practices**

Any claim by or on behalf of:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment,

humiliation or discrimination directed at that person; or

**(2)** Any person as a consequence of "injury" to that person at whom any of the employment-related practices described in paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(3)** Whether the insured may be liable as an employer or in any other capacity; and

**(4)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**h. Punitive or Exemplary Damages**

Any sum awarded for punitive, exemplary, or multiplied damages, taxes, fines, or penalties arising out of any "physical abuse, sexual misconduct or sexual molestation incident".

**i. "Injury", "Property Damage", "Personal and Advertising Injury"**

**(1)** "Injury" for which insurance is provided by other insurance, or which would have been provided but for the exhaustion of limits; or

**(2)** "Property damage"; or

**(3)** "Personal and advertising injury", except to the extent provided in this endorsement.

**j. Prior Incident**

"Injury" that results from a "physical abuse, sexual misconduct or molestation incident" that first commenced prior to the beginning of the policy period for this insurance.

**C.** For the purpose of coverage provided by this endorsement, the following is added to **SECTION II – WHO IS AN INSURED**:

However, none of the following is an insured for the purpose of coverage provided by this endorsement:

**1.** Any person who participated in, knowingly allowed or directed a "physical abuse, sexual misconduct or sexual molestation incident"; or

**2.** Any person who knew of a "physical abuse, sexual misconduct or sexual molestation incident" and failed to comply with any applicable federal, state or local laws, ordinances or regulations which require the reporting of such incident.

**D.** For the purpose of coverage provided by this endorsement, **SECTION III – LIMITS OF INSURANCE** is replaced by the following**:**

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Schedule above and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The "Physical Abuse, Sexual Misconduct or Sexual Molestation" Aggregate Limit is the most we will pay for all damages because or arising in any way out of "physical abuse, sexual misconduct or sexual molestation" to which this insurance applies.

**3.** Subject to the "Physical Abuse, Sexual Misconduct or Sexual Molestation" Aggregate Limit, the "Physical Abuse, Sexual Misconduct or Sexual Molestation" Each Incident Limit is the most we will pay for all damages sustained in any one "physical abuse, sexual misconduct or sexual molestation incident".

**4.** The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E.** For the purpose of coverage provided by this endorsement, **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS, 2. Duties in the Event of an Act, Error, Omission, Claim or "Suit",** paragraph **a.** is replaced by the following:

**2. Duties in the Event of an Act, Error, Incident, Omission, Claim or "Suit"**

**a.** You must see to it that we are notified as soon as practicable of a "physical abuse, sexual misconduct or sexual molestation incident" or an act, error, incident, omission, claim or "suit" which may result in a claim. Notice should include:

**(1)** How, when and where the "physical abuse, sexual misconduct or sexual molestation incident" or act, error or omission took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature of any injury arising out of the "physical abuse, sexual misconduct or sexual molestation incident" or act, error or omission.

**F.** For the purpose of coverage provided by this endorsement, the following are added to **SECTION V – DEFINITIONS**:

**1.** "Injury" means

**a.** "Bodily injury";

**b.** Mental anguish or emotional distress;

**c.** Oral, written or electronic publication of material that slanders or libels a person or organization;

**d.** Oral, written or electronic publication of material that violates a person's right of privacy; or

**e.** Wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

caused by a "physical abuse, sexual misconduct or sexual molestation incident".

**2.** "Physical abuse, sexual misconduct or sexual molestation" means actual or alleged physical abuse, sexual misconduct or sexual molestation arising out of a single, continuous or repeated exposure of one or more persons to acts of a physical abuse or sexual nature committed by:

**a.** One person; or

**b.** Two or more persons acting together or in related acts or series of acts.

However, "physical abuse, sexual misconduct or sexual molestation" does not include employment-related sexual harassment.

**3.** "Physical abuse, sexual misconduct or sexual molestation incident" means an act or multiple, continuous, related or repeated acts of "physical abuse, sexual misconduct or sexual molestation" by one person or two or more persons acting together. All acts of "physical abuse, sexual misconduct or sexual molestation" by any one person, or two or more persons acting together will be deemed as one incident. The "physical abuse, sexual misconduct or sexual molestation incident" will be deemed to occur when the first "physical abuse, sexual misconduct or sexual molestation incident" takes place regardless of:

**a.** The number of persons injured;

**b.** The time period over which the "injury" took place;

**c.** The number of such acts; or

**d.** Whether each such person participated in each act.

All "physical abuse, sexual misconduct or sexual molestation incidents" by one person, or two or more persons acting together will be considered one "physical abuse, sexual misconduct or sexual molestation incident".

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.


Includes copyrighted materials of Insurance Services Office, Inc., with its permission.

# ADDITIONAL SUPPLEMENTARY PAYMENTS ENDORSEMENT – HUMAN SERVICES

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SUMMARY OF SUPPLEMENTARY PAYMENT EXTENSIONS**

| | Payment | Policy Period Limit |
|---|---|---|
| **1.** | Identity Theft Expense | $5,000 |
| **2.** | Terrorism Travel Expense | $5,000 |
| **3.** | Emergency Real Estate Consulting Fee | $5,000 |
| **4.** | Executive Officer Replacement Expenses | $50,000 |
| **5.** | Insured's Work Material Expenses | $1,000 |
| **6.** | Kidnapping Expenses | $50,000 |
| **7.** | Unpaid Donations Pledges | $5,000 |

The following provisions are added to **SUPPLEMENTARY PAYMENTS – COVERAGE A AND B, paragraph 1**. :

**h.** At the insured's request, we will reimburse:

**1. Identity Theft Expense**

Any current Director or Officer of the Named Insured for "identity theft expenses" incurred as the direct result of any "identity theft" first discovered and reported during the policy period. Any act or series of acts committed by one or more persons, or in which such person or persons are aiding or abetting others against the Director or Officer, is considered to be one "identity theft", even if a series of acts continues into a subsequent policy period. The most we will pay under this provision is $5,000 for all current Directors and Officers combined.

For the purposes of this **SUPPLEMENTARY PAYMENT** the following definitions apply:

**a.** "Identity Theft" means:

The act of knowingly transferring or using, without lawful authority, a means of identification of any Director or Officer (or spouse thereof) of the Named Insured with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under ay applicable state or local law.

**b.** "Identity theft expenses" mean:

**1)** Costs for notarizing affidavits or similar documents attesting to "identity theft" required by financial institutions or similar credit grantors or credit agencies;

**2)** Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors related to the "identity theft";

**3)** Loan application fees for re-applying for a loan or loans when the original application is rejected solely because the lender received incorrect credit information due to "identity theft"; or

**4)** Charges incurred for long distance telephone calls to merchants, law enforcement agencies, financial institutions or similar credit grantors, or credit agencies to report or discuss an actual "identity theft".

**2. Terrorism Travel Expense**

Any current Director or Officer of the Named Insured "emergency travel expenses" which are incurred due to a "Certified Act of Terrorism" which occurs during the policy period. The most we will pay under this provision is $5,000 for all current Directors and Officers combined.

For the purposes of this **SUPPLEMENTARY PAYMENT** the following definitions apply:

**a.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the

Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1)** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2)** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**b.** "Emergency Travel Expenses" mean, while traveling in the course of the Named Insured's business:

**1)** Hotel expenses incurred which directly result from the cancellation of a scheduled transport, by train or air, by a commercial transportation carrier resulting directly from and within forty-eight hours of a "Certified Act of Terrorism"; and

**2)** The increased amount incurred in fare which may result from re-scheduling comparable transport, to replace a similarly scheduled transport canceled by a commercial transportation carrier in direct response to a "Certified Act of Terrorism".

**3. Realtor or Real Estate Consulting Fee**

The insured for any realtor's fee or real estate consultant's fee required because the insured must relocate due to damage to the insured's primary location during the policy period, which makes that location unusable for more than 72 hours. The most we will pay under this provision is $5,000 for all insureds combined.

**4. Executive Officer Replacement Expenses**

The insured for the following expenses related to the replacement of the Chief Executive Officer or Executive Director who dies or becomes totally or permanently disabled during the policy period, as a result of an act of violence or an accident that occurs during the policy period:

**a.** Costs of advertising the employment position opening;

**b.** Travel, lodging, meal and entertainment expenses incurred in interviewing job applicants for the employment position open; and

**c.** Miscellaneous extra expenses incurred in finding, interviewing and negotiating with the job applicants, including but not limited to overtime pay, costs to verify the background and references of the applicants and legal expenses incurred to draw up employment contracts.

The most we will pay under this provision is $50,000 for all insureds combined.

**5. Insured's Work Material**

The insured for 50% of the deductible paid under their personal or business property insurance policy for theft, during the policy period, of any "work material" that is stolen from a residence or automobile such insured owns or leases. The most we will pay under this provision is $1,000 for all insureds combined.

For the purposes of this **SUPPLEMENTARY PAYMENT** the following definition applies:

"Work material" means equipment, including stores of data and client records that are used by the insured solely in the scope of the Named Insured's business.

**6. Kidnapping Expenses**

The insured for ""kidnapping expenses" which are incurred in response to the kidnapping of a Director or Officer of the insured or their spouse or child, which takes place in the United States and during the policy period. We will not reimburse any insured for any expenses incurred in any kidnapping by or at the direction of any present or former family member of the kidnapped victim. The most we will pay under this provision is $50,000 for all insureds combined.

For the purposes of this Supplementary Payment the following definition applies:

"Kidnapping expenses" mean:

**a.** Fees and expenses of an independent negotiator or consultant who is retained and who we agree to.

**b.** Costs of travel and accommodations incurred by the named insured which become necessary due to the kidnapping.

**c.** The reward paid by the named insured, which is pre-approved by us, to an informant for information not otherwise available which leads to the arrest and conviction of persons responsible for any damages under this policy, and

**d.** Current salary to a director or officer of the Named Insured who is kidnapped, provided; however, that the director or officer of the Named Insured is held for more than thirty (30) days. Salary shall be paid for a period starting with the abduction and ending upon the earliest of:

**1)** The release of the director or officer; or

**2)** The death of the director or officer; or

**3)** 120 days after the company receives the last credible evidence that the director or officer is still alive; or

**4)** Twelve (12) months after the date of kidnapping; or

**5)** The exhaustion of the "kidnapping expenses" limit,

whichever comes first.

**7. Unpaid Donation Pledges**

The insured for "Unpaid Donations Pledges". The most we will pay under this provision is $5,000 for all insureds combined.

With respect to any "Unpaid Donation Pledge", the following applies:

**a.** The donor must never have been in bankruptcy, or have filed for bankruptcy or reorganization prior to the time the pledge was made to the insured;

**b.** For non-cash donations, payment by us of an "unpaid donation pledge" will be based on the fair market value of the non-cash donation at the time of the request for reimbursement;

**c.** In the case of unemployment of a natural person donor and as a condition of payment of the "unpaid donation pledge":

**1)** Neither the natural person donor nor the insured shall have reason to believe the donor would become unemployed subsequent to the pledge date;

**2)** The donor shall be unemployed for at least 60 days prior to us making payment; and

**3)** The insured, at the time of the request for reimbursement, must provide written documentation of the donor's unemployment status.

**d.** No payments will be made by us for any written pledge of funds or other valuable tangible property that is dated prior to the policy period; and

**e.** A donation amount which is to be collected by the insured over more than a 12 month period shall be deemed a single donation commencing form the date of the pledge.

For the purposes of this **SUPPLEMENTARY PAYMENT** the following definition applies:

"Unpaid donations pledges" mean a written notice to the insured during the policy period of:

**f.** The bankruptcy or reorganization of any donor when such bankruptcy or reorganization prevents the donor from honoring a prior written pledge of funds or other valuable tangible property to the insured; or

**g.** The unemployment of a natural person donor preventing such donor from honoring a prior written pledge of funds or other valuable tangible property of the insured.

The **SUPPLEMENTARY PAYMENTS** listed above will not reduce the limits of insurance. However, we will not be obligated to reimburse any insured for any **SUPPLEMENTARY PAYMENTS** listed above, after the limits of insurance of this policy have been exhausted by the payment of judgments or settlements.

# HUMAN SERVICES BROADENED NAMED INSURED ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **SECTION II – WHO IS AN INSURED:**

**5.** Any organization which you control and actively manage on the effective date of this policy. However, no organization is an insured under this endorsement who is also an insured under another policy or would have be an insured under another policy but for its termination or exhaustion of its limits of insurance.

The insurance provided by this coverage endorsement is excess over any other valid and collectible insurance (including deductible) or agreement of indemnity available to the insured, whether primary, excess, contingent or on any other basis. When this insurance is excess, we have no duty to investigate or defend any claim or "suit" if any other insurer has a duty to defend the insured against that claim or "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

Other valid and collectible insurance includes, but is not limited to, policies or insurance programs purchased or established by or on behalf of a named insured to insure against liability arising from activities of the named insured and its employees, whether primary, excess, contingent, or on any other basis. The person seeking coverage shall cooperate with us to determine the existence, availability and coverage of any such other insurance policy, insurance program or defense or indemnification arrangement.

Other valid and collectible insurance does not include any umbrella policy issued by us or any coverage specifically issued by us as excess over this policy. Nothing in this provision shall be construed to require any such umbrella or excess coverage issued by us to apply unless and until all other valid and collectible insurance is exhausted.

All other insuring agreements, exclusions, and conditions of this policy apply.


Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Service Office, Inc. 1998

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL GENERAL LIABILITY BROADENING ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SUMMARY OF COVERAGES**

| | | |
|---|---|---|
| **1.** | Additional Insured by Contract, Agreement or Permit | Included |
| **2.** | Additional Insured – Primary and Non-Contributory | Included |
| **3.** | Blanket Waiver of Subrogation | Included |
| **4.** | Bodily Injury Redefined | Included |
| **5.** | Broad Form Property Damage – Borrowed Equipment, Customers Goods & Use of Elevators | Included |
| **6.** | Knowledge of Occurrence | Included |
| **7.** | Liberalization Clause | Included |
| **8.** | Medical Payments – Extended Reporting Period | Included |
| **9.** | Newly Acquired or Formed Organizations - Covered until end of policy period | Included |
| **10.** | Non-owned Watercraft | 51 ft. |
| **11.** | Supplementary Payments Increased Limits | |
| | - Bail Bonds | $2,500 |
| | - Loss of Earnings | $1000 |
| **12.** | Unintentional Failure to Disclose Hazards | Included |
| **13.** | Unintentional Failure to Notify | Included |

This endorsement amends coverages provided under the Commercial General Liability Coverage Part through new coverages, higher limits and broader coverage grants.

**1. Additional Insured by Contract, Agreement or Permit**

The following is added to **SECTION II – WHO IS AN INSURED**:

**Additional Insured by Contract, Agreement or Permit**

**a.** Any person or organization with whom you agreed in a written contract, written agreement or permit that such person or organization to add an additional insured on your policy is an additional insured only with respect to liability for “bodily injury”, “property damage”, or “personal and advertising injury” caused, in whole or in part, by your acts or omissions, or the acts or omissions of those acting on your behalf, but only with respect to:

**(1)** "Your work" for the additional insured(s) designated in the contract, agreement or permit;

**(2)** Premises you own, rent, lease or occupy; or

**(3)** Your maintenance, operation or use of equipment leased to you.

**b.** The insurance afforded to such additional insured described above:

**(1)** Only applies to the extent permitted by law; and

**(2)** Will not be broader than the insurance which you are required by the contract, agreement or permit to provide for such additional insured.

**(3)** Applies on a primary basis if that is required by the written contract, written agreement or permit.

**(4)** Will not be broader than coverage provided to any other insured.

**(5)** Does not apply if the "bodily injury", "property damage" or "personal and advertising injury" is otherwise excluded from coverage under this Coverage Part, including any endorsements thereto.

**c.** This provision does not apply:

**(1)** Unless the written contract or written agreement was executed or permit was issued prior to the "bodily injury", "property damage", or "personal injury and advertising injury".

**(2)** To any person or organization included as an insured by another endorsement issued by us and made part of this Coverage Part.

**(3)** To any lessor of equipment:

**(a)** After the equipment lease expires; or

**(b)** If the "bodily injury", "property damage", "personal and advertising injury" arises out of sole negligence of the lessor

**(4)** To any:

**(a)** Owners or other interests from. whom land has been leased which takes place after the lease for the land expires; or

**(b)** Managers or lessors of premises if:

**(i)** The occurrence takes place after you cease to be a tenant in that premises; or

**(ii)** The "bodily injury", "property damage", "personal injury" or "advertising injury" arises out of structural alterations, new construction or demolition operations performed by or on behalf of the manager or lessor.

**(5)** To "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" or the offense which caused the "personal and advertising injury" involved the rendering of or failure to render any professional services by or for you.

**d.** With respect to the insurance afforded to these additional insureds, the following is added to **SECTION III – LIMITS OF INSURANCE**:

The most we will pay on behalf of the additional insured for a covered claim is the lesser of the amount of insurance:

**1.** Required by the contract, agreement or permit described in Paragraph **a.;** or

**2.** Available under the applicable Limits of Insurance shown in the Declarations.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**2. Additional Insured – Primary and Non-Contributory**

The following is added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS,** Paragraph **4. Other insurance:**

**Additional Insured – Primary and Non-Contributory**

If you agree in a written contract, written agreement or permit that the insurance provided to any person or organization included as an Additional Insured under **SECTION II – WHO IS AN INSURED**, is primary and non-contributory, the following applies:

If other valid and collectible insurance is available to the Additional Insured for a loss covered under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary to other insurance that is available to the Additional Insured which covers the

Additional Insured as a Named Insured. We will not seek contribution from any other insurance available to the Additional Insured except:

**(1)** For the sole negligence of the Additional Insured;

**(2)** When the Additional Insured is an Additional Insured under another primary liability policy; or

**(3)** when **b.** below applies.

If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**b. Excess Insurance**

**(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to the Additional Insured or temporarily occupied by the Additional Insured with permission of the owner;

**(c)** That is insurance purchased by the Additional Insured to cover the Additional Insured's liability as a tenant for "property damage" to premises rented to the Additional Insured or temporarily occupied by the Additional with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of **SECTION I – COVERAGE A – BODILY INURY AND PROPERTY DAMAGE LIABILITY**.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other Insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first. If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers

**3. Blanket Waiver of Subrogation**

The following is added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS,** Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us**:

We waive any right of recovery we may have against any person or organization with whom you have a written contract that requires such waiver because of payments we make for damage under this coverage form. The damage must arise out of your activities under a written contract with that person or organization. This waiver applies only to the extent that subrogation is waived under a written contract executed prior to the "occurrence" or offense giving rise to such payments.

**4. Bodily Injury Redefined**

**SECTION V – DEFINITIONS**, Definition **3.** "bodily injury" is replaced by the following:

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these at any time. "Bodily injury" includes mental anguish or other mental injury resulting from "bodily injury".

**5. Broad Form Property Damage – Borrowed Equipment, Customers Goods, Use of Elevators**

**a. SECTION I – COVERAGES, COVERAGE A – BODILIY INJURY AND PROPERTY DAMAGE LIABILITY,** Paragraph **2. Exclusions** subparagraph **j.** is amended as follows:

Paragraph **(4)** does not apply to "property damage" to borrowed equipment while at a jobsite and not being used to perform operations.

Paragraphs **(3), (4)** and **(6)** do not apply to "property damage" to "customers goods" while on your premises nor do they apply to the use of elevators at premises you own, rent, lease or occupy.

**b.** The following is added to **SECTION V – DEFINTIONS:**

**24.** "Customers goods" means property of your customer on your premises for the purpose of being:

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

**a.** worked on; or

**b.** used in your manufacturing process.

**c.** The insurance afforded under this provision is excess over any other valid and collectible property insurance (including deductible) available to the insured whether primary, excess, contingent

**6. Knowledge of Occurrence**

The following is added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS,** Paragraph **2. Duties in the Event of Occurrence, Offense, Claim or Suit:**

**e.** Notice of an "occurrence", offense, claim or "suit" will be considered knowledge of the insured if reported to an individual named insured, partner, executive officer or an "employee" designated by you to give us such a notice.

**7. Liberalization Clause**

The following is added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS:**

**Liberalization Clause**

If we adopt any revision that would broaden the coverage under this Coverage Form without additional premium, within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**8. Medical Payments – Extended Reporting Period**

**a. SECTION I – COVERAGES, COVERAGE C – MEDICAL PAYMENTS,** Paragraph **1. Insuring Agreement,** subparagraph **a.(3)(b)** is replaced by the following:

**(b)** The expenses are incurred and reported to us within three years of the date of the accident; and

**b.** This coverage does not apply if **COVERAGE C – MEDICAL PAYMENTS** is excluded either by the provisions of the Coverage Part or by endorsement.

**9. Newly Acquired Or Formed Organizations**

**SECTION II – WHO IS AN INSURED,** Paragraph **3.a.** is replaced by the following:

**a.** Coverage under this provision is afforded until the end of the policy period.

**10. Non-Owned Watercraft**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Paragraph **2. Exclusions,** subparagraph **g.(2)** is replaced by the following:

**g. Aircraft, Auto Or Watercraft**

**(2)** A watercraft you do not own that is:

**(a)** Less than 51 feet long; and

**(b)** Not being used to carry persons or property for a charge;

This provision applies to any person who, with your consent, either uses or is responsible for the use of a watercraft.

**11. Supplementary Payments Increased Limits**

**SECTION I – SUPPLEMENTARY PAYMENTS COVERAGES A AND B,** Paragraphs **1.b.** and **1.d.** are replaced by the following:

**1.b.** Up to $2,500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**1.d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or “suit", including actual loss of earnings up to $1000 a day because of time off from work.

**12. Unintentional Failure to Disclose Hazards**

The following is added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS,** Paragraph **6. Representations:**

We will not disclaim coverage under this Coverage Part if you fail to disclose all hazards existing as of the inception date of the policy provided such failure is not intentional.

**13. Unintentional Failure to Notify**

The following is added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS,** Paragraph **2. Duties in the Event of Occurrence, Offense, Claim or Suit:**

Your rights afforded under this policy shall not be prejudiced if you fail to give us notice of an "occurrence", offense, claim or "suit", solely due to your reasonable and documented belief that the "bodily injury" or "property damage" is not covered under this policy.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL GENERAL LIABILITY ENHANCEMENT ENDORSEMENT – HUMAN SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SUMMARY OF COVERAGES**

| | | |
|---|---|---|
| **1.** | Additional Insured – Broad Form Vendors | Included |
| **2.** | Aggregate Limit per Location | Included |
| **3.** | Broad Form Named Insured | Included |
| **4.** | Extended Property Damage | Included |
| **5.** | Innocent Party Defense Coverage for Employees | $25,000 |
| **6.** | Mobile Equipment Redefined | Included |
| **7.** | Personal Injury – Broad Form | Included |
| **8.** | Product Recall Expense | |
| | - Each Occurrence Limit | $25,000 |
| | - Aggregate Limit | $50,000 |
| | - Deductible | $500 |
| **9.** | Property Damage Legal Liability – Broad Form | |
| | - Fire, Lightning, Explosion, Smoke and Leakage from Fire Protection Systems Damage Limit | $1,000,000 |
| | - Damage Caused by "Your Client " Limit | $30,000 |

This endorsement amends coverages provided under the Commercial General Liability Coverage Part through new coverages, higher limits and broader coverage grants.

**1. Additional Insured – Broad Form Vendors**

The following is added to **SECTION II – WHO IS AN INSURED**:

**Additional Insured - Broad Form Vendors**

**a.** Any person or organization that is a vendor with whom you agreed in a written contract or written agreement to include as an additional insured under this Coverage Part is an insured, but only with respect to liability for "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business.

**b.** The insurance afforded to such vendor:

**(1)** Only applies to the extent permitted by law;

**(2)** Will not be broader than the insurance you are required by the contract or agreement to provide for such vendor:

**(3)** Will not be broader than coverage provided to any other insured; and

**(4)** Does not apply if the "bodily injury", "property damage" or "personal and advertising injury" is otherwise excluded from coverage under this Coverage Part, including any endorsements thereto.

**c.** With respect to insurance afforded to such vendors, the following additional exclusions apply:

The insurance afforded to the vendor does not apply to:

**(1)** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reasons of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

**(2)** Any express warranty unauthorized by you;

**(3)** Any physical or chemical change in the product made intentionally by the vendor;

**(4)** Repackaging, unless unpacked solely for the purpose of inspection, demonstration,

testing, or the substitution of parts under instruction from the manufacturer, and then repackaged in the original container;

**(5)** Any failure to make such inspection, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business in connection with the sale of the product;

**(6)** Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

**(7)** Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor;

**(8)** "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

**(a)** The exceptions contained within the exclusion in sub-paragraphs **(4)** or **(6)** above; or

**(b)** Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.

**(9)** "Bodily injury" or "property damage" arising out of an "occurrence" that took place before you have signed the contract or agreement with the vendor.

**(10)** To any person or organization included as an insured by another endorsement issued by us and made part of this Coverage Part.

**(11)** Any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

**d.** With respect to the insurance afforded to these vendors, the following is added to **SECTION III – LIMITS OF INSURANCE**:

The most we will pay on behalf of the vendor for a covered claim is the lesser of the amount of insurance:

**1.** Required by the contract or agreement described in Paragraph **a.;** or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**2. Aggregate Limit Per Location**

**a. SECTION III – LIMITS OF INSURANCE**, the General Aggregate Limit applies separately to each of your "locations" owned by or rented to you.

**b.** For purpose of this coverage only, the following is added to **SECTION V – DEFINITIONS**:

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a rail-road

**3. Broad Form Named Insured**

If you are designated in the Declarations as anything other than an individual, then any organization:

**a.** Over which you maintained a combined ownership interest of more than 50% on the effective date of this policy;

**b.** That is not a partnership, joint venture or limited liability company; and

**c.** That is not excluded by any endorsement to this policy, will qualify as a Named Insured if there is no other similar insurance available to that organization, or that would be available but for exhaustion of its limits.

Any such organization will cease to qualify as a Named Insured as of the date during the policy period when the combined ownership interest of the Named Insureds in the organization equals or falls below 50%.

**4. Extended Property Damage**

**SECTION I – COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Paragraph **2. Exclusions,** subparagraph **a.** is replaced by the following:

**a. Expected or intended Injury**

Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property

**5. Innocent Party Defense Coverage for Employees**

The following is added to **SUPPLEMENTARY PAYMENTS- COVERAGES A AND B**:

**Innocent Party Defense Coverage for Employees**

**a.** At your request, we will reimburse you for the sums that you voluntarily pay to an "employee" of yours for the reasonable and necessary defense costs incurred by that "employee" to defend criminal charges brought against that "employee", but this Supplementary Payment only applies if:

**(1)** The acts out of which such criminal charges arise are alleged to have:

**(a)** Arisen out of and in the course of your employment of the "employee"; and

**(b)** Been committed by your "employee" against your client; and

**(c)** Taken place during that period of time that the "employee" was employed by you; and

**(d)** Taken place during the policy period and in the "coverage territory"; and

**(2)** All the criminal charges are either dismissed with prejudice or your "employee" is found not guilty of all criminal charges by a court of law.

**b.** We will not reimburse you for any sums that you voluntarily pay to your "employee" for the reasonable and necessary defense costs that employee incurs to defend the criminal charges made against that "employee":

**(1)** For any criminal charge(s) arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft;

**(2)** For any criminal charge(s) where your "employee" receives anything less than either a complete dismissal with prejudice or a not guilty verdict on all charges, including without limitation, any deferred adjudication or similar finding of guilt that is held in abeyance for any reason, pending the completion of any remedial activity such as community service or counseling; or

**(3)** For any fines or penalties whatsoever.

The most will pay under this provision is $25,000 during the policy period regardless of the number of requests for reimbursement made by you.

**6. Mobile Equipment Redefined**

**SECTION V – DEFINITIONS**, Definition **12.** "Mobile equipment", Paragraph **f.(1)** does not apply to self-propelled vehicles of less than 1,000 pounds gross vehicle weight.

**7. Personal Injury – Broad Form**

**a. SECTION I – COVERAGES, COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY,** Paragraph **2. Exclusions,** subparagraph **e.** is deleted.

**b. SECTION V – DEFINITIONS**, Definition **14.** "Personal and advertising injury" Paragraph **b.** is replaced by the following:

**b.** Malicious prosecution or abuse of process.

**c.** The following is added to **SECTION V – DEFINITIONS,** Definition **14.** "Personal and advertising injury":

"Discrimination" (unless insurance thereof is prohibited by law) that results in injury to the feelings or reputation of a natural person, but only if such "discrimination" is:

**(1)** Not done intentionally by or at the direction of:

**(a)** The insured;

**(b)** Any officer of the corporation, director, stockholder, partner or member of the insured; and

**(2)** Not directly or indirectly related to an "employee", not to the employment, prospective employment or termination of any person or persons by an insured.

**d.** The following is added to **SECTION V – DEFINITIONS**:

"Discrimination" means the unlawful treatment of individuals based upon race, color, ethnic origin, gender, religion, age, or sexual preference. "Discrimination" does not include the unlawful treatment of individuals based upon developmental, physical, cognitive, mental, sensory or emotional impairment or any combination of these.

**e.** This coverage does not apply if **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY** is excluded either by the provisions of the Coverage Form or by endorsement.

**8. Product Recall Expense**

**a. SECTION I – COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Paragraph **2. Exclusions,** subparagraph **n.** is replaced by the following:

**n. Recall of Products, Work or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it, but this exclusion does not apply to "product recall expenses" that you incur for the "covered recall" of "your product".

However, this exception to the exclusion does not apply to "product recall expenses" resulting solely from:

**(4)** Failure of any products to accomplish their intended purpose;

**(5)** Breach of warranties of fitness, quality, durability or performance;

**(6)** Loss of customer approval, or any cost incurred to regain customer approval;

**(7)** Redistribution or replacement of "your product" which has been recalled by like products or substitutes;

**(8)** Caprice or whim of the insured;

**(9)** A condition likely to cause loss of which any insured knew or had reason to know at the inception of this insurance;

**(10)** Asbestos, including loss, damage or clean up resulting from asbestos or asbestos containing materials;

**(11)** Recall of "your products" that have no known or suspected defect solely because a known or suspected defect in another of "your products" has been found.

**b.** The following is added to **SECTION II – WHO IS AN INSURED**, Paragraph **3.**

**COVERAGE A** does not apply to "product recall expense" arising out of any withdrawal or recall that occurred before you acquired or formed the organization.

**c.** For the purposes of this endorsement only, the following is added to **SECTION III – LIMITS OF INSURANCE**:

**Product Recall Expense Limits of Insurance**

**a.** The Limits of Insurance shown in the SUMMARY OF COVERAGES of this endorsement and rules stated below fix the most we will pay under this Product Recall Expense Coverage regardless of the number of:

**(1)** Insureds:

**(2)** "Covered Recalls" initiated: or

**(3)** Number of "your products" withdrawn.

**b.** The Product Recall Expense Aggregate Limit is the most we will reimburse you for the sum of all "product recall expenses" incurred for all "covered recalls" initiated during the policy period.

**c.** The Product Recall Expense Each Occurrence Limit is the most we will pay in connection with any one defect or deficiency.

**d.** All "product recall expenses" in connection with substantially the same general harmful condition will be deemed to arise out of the same defect or deficiency and considered one "occurrence".

**e.** Any amount reimbursed for "product recall expenses" in connection with any one "occurrence" will reduce the amount of the Product Recall Expense Aggregate Limit available for reimbursement of "product recall expenses" in connection with any other defect or deficiency.

**f.** If the Product Recall Expense Aggregate Limit has been reduced by reimbursement of "product recall expenses" to an amount that is less than the Product Recall Expense Each Occurrence Limit, the remaining Product Recall Expense Aggregate Limit is the most that will be available for reimbursement of "product recall expenses" in connection with any other defect or deficiency.

**g. Product Recall Deductible**

We will only pay for the amount of "product recall expenses" which are in excess of the $500 Product Recall Deductible. The Product Recall Deductible applies separately to each "covered recall". The limits of insurance will not be reduced by the amount of this deductible.

We may, or will if required by law, pay all or any part of any deductible amount, if applicable. Upon notice of our payment of a deductible amount, you shall promptly reimburse us for the part of the deductible amount we paid.

The Product Recall Expense Limits of Insurance apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period

shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for the purposes of determining the Limits of Insurance.

**d.** The following is added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS,** Paragraph **2. Duties in the Event of Occurrence, Offense, Claim or Suit:**

You must take the following actions in the event of an actual or anticipated "covered recall" that may result in "product recall expense":

**(1)** Give us prompt notice of any discovery or notification that "your product" must be withdrawn or recalled, including a description of "your product" and the reason for the withdrawal or recall; and

**(2)** Cease any further release, shipment, consignment or any other method of distribution of like or similar products until it has been determined that all such products are free from defects that could be a cause of loss under this insurance.

**e.** The following definitions are added to **SECTION V – DEFINITIONS**:

"Covered recall," means a recall made necessary because you or a government body has determined that a known or suspected defect, deficiency, inadequacy, or dangerous condition in "your product" has resulted or will result in "bodily injury" or "property damage".

"Product recall expense" means:

**a.** Necessary and reasonable expenses for:

**(1)** Communications, including radio or television announcements or printed advertisements including stationery, envelopes and postage;

**(2)** Shipping the recalled products from any purchaser, distributor or user to the place or places designated by you;

**(3)** Remuneration paid to your regular "employees" for necessary overtime;

**(4)** Hiring additional persons, other than your regular "employees";

**(5)** Expenses incurred by "employees" including transportation and accommodations;

**(6)** Expenses to rent additional warehouse or storage space;

**(7)** Disposal of "your product", but only to the extent that specific methods of destruction other than those employed for trash discarding or disposal are required to avoid "bodily injury" or "property damage" as a result of such disposal;

You incur exclusively for the purpose of recalling "your product"; and

**b.** Your lost profit resulting from such "covered recall".

**f.** This Product Recall Expense Coverage does not apply:

**(1)** If the "products – completed operations hazard" is excluded from coverage under this Coverage Part including any endorsement thereto; or

**(2)** To "product recall expense" arising out of any of "your products" that are otherwise excluded from coverage under this Coverage Part including endorsements thereto.

**9. Property Damage Legal Liability – Broad Form**

**a.** **SECTION I – COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, the last paragraph (after the exclusions) is replaced by the following:

Exclusions **c.** through **n.** do not apply to:

**a.** Damage by fire, lightning, explosion, smoke or leakage from fire protective systems; and

**b.** Damage caused by "your client"

to premises while rented to you or temporarily occupied by you with the permission of the owner. A separate limit of insurance applies to this coverage as described in **SECTION III - LIMITS OF INSURANCE**.

**b.** **SECTION III – LIMITS OF INSURANCE**, Paragraph **6.** is replaced by the following:

**6.** Subject to Paragraph **5.** above:

**a.** The Damage to Premises Rented to You Limit is the most we will pay under **COVERAGE A** for damages because of "property damage" to any one premises, rented to you or temporarily occupied by you, with permission of the owner:

**(1)** From fire, lightning, explosion, smoke and leakage from fire protective systems;

**(2)** Caused by "your client"; or

**(3)** Any combination of **(1)** and **(2)** above.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**b.** The Damage to Premises Rented to You Limit is the higher of:

**(1)** $1,000,000; or

**(2)** The Damage to Premises Rented to You Limit shown in the Declarations.

**c.** The Damage Caused by "Your Client" Limit is $30,000. This limit is the most we will pay for "property damage" caused by "your client" to premises, rented to you or temporarily occupied by you, with permission of the owner. This limit is included within and not in addition to The Damage to Premises Rented to You Limit.

**c.** **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**, Condition **4. Other Insurance,** Paragraph **b.(2)** is replaced by the following:

**(2)** That is property insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

**d.** **SECTION V – DEFINITIONS**, Definition **9.** "Insured contract", Paragraph **a.** is replaced by the following:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning, explosion, smoke, leakage from fire protective systems, or damage caused by "your client" to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract".

**e.** This coverage does not apply if Damage to Premises Rented to You of Coverage **A** is excluded either by the provisions of this Coverage Part or by endorsement.

**f.** For the purposes of this coverage only, "Your client" means a person who is under your direct care and supervision.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYEE AS CLIENT LIMITATION

This endorsement modifies insurance provided under the following:

PHYSICAL ABUSE, SEXUAL MISCONDUCT OR SEXUAL MOLESTATION LIABILITY COVERAGE ENDORSEMENT (CLAIMS MADE – SEPARATE AGGREGATE)
PHYSICAL ABUSE, SEXUAL MISCONDUCT OR SEXUAL MOLESTATION LIABILITY COVERAGE ENDORSEMENT (OCCURRENCE – SEPARATE AGGREGATE)
PHYSICAL ABUSE, SEXUAL MISCONDUCT OR SEXUAL MOLESTATION LIABILITY COVERAGE ENDORSEMENT (OCCURRENCE –SUBLIMIT)

The following is added to paragraph **B., SECTION I – COVERAGE, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, e. Workers Compensation** and **f. Employer's Liability:**

This exclusion does not apply in the limited instance where an insured "employee" is also your client and receiving services within the scope of the human services you provide, and the claim arises out of the provision of such services.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.


Includes copyrighted material of Insurance Services Office, Inc., with is permission.
Copyright 2017 The Hanover Insurance Group, Inc. All Rights Reserved.


EXHIBIT 2

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDED EXCLUSION – FURNISHING OR UTILIZING PHARMACEUTICALS AND MEDICAL SUPPLIES WITH EXCEPTIONS

This endorsement modifies insurance provided under the following:

HUMAN SERVICES PROFESSIONAL LIABILITY COVERAGE – OCCURRENCE
HUMAN SERVICES PROFESSIONAL LIABILITY COVERAGE – CLAIMS MADE

**SECTION I – COVERAGES**, **B. Exclusions, 6. Furnishing or Utilizing Pharmaceuticals and Medical Supplies** is replaced by the following**:**

**6. Furnishing or Utilizing Pharmaceuticals and Medical Supplies**

Any "claim" arising out of the prescription, utilization, furnishing, or dispensing of drugs or medical, dental, or nursing supplies or appliances, except:

**a.** As directed by a physician, physician's assistant, nurse, or any other authorized medical professional as permitted by state law, and in the normal practice as a human services organization provider;

**b.** For the drug Naloxone, or its reasonable equivalent, used in response to an opioid overdose as permitted by applicable state or federal law; or

**c.** For the dispensing of nonprescription drugs as directed in writing by the client or patient, the client's or patient's parent or designated guardian, physician or other properly licensed medical professional.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright 2018 The Hanover Insurance Company. All Rights Reserved.


EXHIBIT 2

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

### COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

 © Insurance Services Office, Inc., 2012 

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".


© Insurance Services Office, Inc., 2012

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

 © Insurance Services Office, Inc., 2012 

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3), (4), (5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or


© Insurance Services Office, Inc., 2012

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".


© Insurance Services Office, Inc., 2012

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.


© Insurance Services Office, Inc., 2012

**COVERAGE C – MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**


© Insurance Services Office, Inc., 2012

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.


© Insurance Services Office, Inc., 2012

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

 © Insurance Services Office, Inc., 2012 

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.


© Insurance Services Office, Inc., 2012

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.


© Insurance Services Office, Inc., 2012

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.


© Insurance Services Office, Inc., 2012

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.


© Insurance Services Office, Inc., 2012

POLICY NUMBER: ZHW A670296 06

**COMMERCIAL GENERAL LIABILITY**
**CG 04 35 12 07**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**
**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Coverage | Limit Of Insurance | | Each Employee Deductible | Premium |
|---|---|---|---|---|
| **Employee Benefits Programs** | $1,000,000 | **each employee** | $1,000 | [redacted] |
| | $3,000,000 | **aggregate** | | |
| **Retroactive Date:** | 10/01/1998 | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**A.** The following is added to **Section I – Coverages:**

**COVERAGE – EMPLOYEE BENEFITS LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **D.** (Section **III** – Limits Of Insurance); and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to damages only if:

**(1)** The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

**(2)** The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

**(3)** A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **F.** of this endorsement.

**c.** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

**(1)** When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

 © ISO Properties, Inc., 2006 

**(2)** When we make settlement in accordance with Paragraph **a.** above.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

**d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

**2. Exclusions**

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**c. Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.** For the purposes of the coverage provided by this endorsement:

**1.** All references to Supplementary Payments **–** Coverages **A** and **B** are replaced by Supplementary Payments **–** Coverages **A, B** and **Employee Benefits Liability.**

**2.** Paragraphs **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**C.** For the purposes of the coverage provided by this endorsement, Paragraphs **2.** and **4.** of **Section II – Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

**c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

**b.** Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

**D.** For the purposes of the coverage provided by this endorsement, **Section III - Limits Of Insurance** is replaced by the following:

**1. Limits Of Insurance**

**a.** The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

**(1)** Insureds;

**(2)** "Claims" made or "suits" brought;

**(3)** Persons or organizations making "claims" or bringing "suits";

**(4)** Acts, errors or omissions; or

**(5)** Benefits included in your "employee benefit program".

**b.** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

**c.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

**(1)** An act, error or omission; or

**(2)** A series of related acts, errors or omissions

negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

**2. Deductible**

**a.** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

**b.** The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

**c.** The terms of this insurance, including those with respect to:

**(1)** Our right and duty to defend any "suits" seeking those damages; and

**(2)** Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim"

apply irrespective of the application of the deductible amount.

**d.** We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid**.**

**E.** For the purposes of the coverage provided by this endorsement, Conditions **2.** and **4.** of **Section IV - Commercial General Liability Conditions** are replaced by the following:

**2. Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

**(1)** What the act, error or omission was and when it occurred; and


© ISO Properties, Inc., 2006

**(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a "claim" is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

**(a)** No Retroactive Date is shown in the Schedule of this insurance; or

**(b)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

**(2)** When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.


© ISO Properties, Inc., 2006

**F.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

**a.** This endorsement is canceled or not renewed; or

**b.** We renew or replace this endorsement with insurance that:

**(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

**(2)** Does not apply to an act, error or omission on a claims-made basis.

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**a.** The "employee benefit programs" insured;

**b.** Previous types and amounts of insurance;

**c.** Limits of insurance available under this endorsement for future payment of damages; and

**d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

Paragraph **D.1.b.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.1.c.**

**G.** For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Definitions** Section:

**1.** "Administration" means:

**a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

**b.** Handling records in connection with the "employee benefit program"; or

**c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

**2.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**3.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.


© ISO Properties, Inc., 2006

**4.** "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

**a.** Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts; provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

**b.** Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

**c.** Unemployment insurance, social security benefits, workers' compensation and disability benefits;

**d.** Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

**e.** Any other similar benefits designated in the Schedule or added thereto by endorsement.

**H.** For the purposes of the coverage provided by this endorsement, Definitions **5.** and **18.** in the **Definitions** Section are replaced by the following:

**5.** "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**18.** "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

 © ISO Properties, Inc., 2006 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.


© Insurance Services Office, Inc., 2013

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.


© Insurance Services Office, Inc., 2008

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

 © ISO Properties, Inc., 2006 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

 Copyright, Insurance Services Office, Inc., 1998  □

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

 © ISO Properties, Inc., 2003 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

 © Insurance Services Office, Inc., 2015 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

 © Insurance Services Office, Inc., 2015 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

 © ISO Properties, Inc., 2004  □

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – SERVICES FURNISHED BY HEALTH CARE PROVIDERS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Description Of Operations:**<br>**MENTAL HEALTH COUNSELING** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

With respect to any operation shown in the Schedule, this insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The rendering of or failure to render:

**a.** Medical, surgical, dental, X-ray or nursing service, treatment, advice or instruction, or the related furnishing of food or beverages;

**b.** Any health or therapeutic service, treatment, advice or instruction; or

**c.** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

**2.** The furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances; or

**3.** The handling or treatment of dead bodies, including autopsies, organ donation or other procedures.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1., 2.** or **3.**


© Insurance Services Office, Inc., 2012

# HUMAN SERVICES PROFESSIONAL LIABILITY COVERAGE OCCURRENCE

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance. The word "insured" means any person or organization qualifying as such under **SECTION III – WHO IS AN INSURED.**

Other words and phrases that appear in quotation marks have special meaning. Refer to **SECTION VI – DEFINITIONS.**

## SECTION I – COVERAGES

### A. Insuring Agreement

**1.** We will pay on behalf of the insured those sums the insured becomes legally obligated to pay as "damages" arising out of a "wrongful act" to which this insurance applies.

We have the right and duty to defend the insured against any "suit" seeking those "damages". However, we will have no duty to defend the insured against any "suit" seeking "damages" because of a "wrongful act" to which this insurance does not apply.

We may at our discretion investigate any "wrongful act". We may settle any "claim" or "suit" provided we have the Named Insured's written consent, which shall not be unreasonably withheld. But:

**a.** The amount we will pay for "damages" is limited as described in **SECTION IV – LIMITS OF INSURANCE AND DEDUCTIBLE**; and

**b.** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided under **SECTION II – SUPPLEMENTARY PAYMENTS.**

**2.** This insurance applies to a "wrongful act" only if:

**a.** The "wrongful act" takes place in the "coverage territory";

**b.** The "wrongful act" occurs during the policy period; and

**c.** Prior to the policy period, no insured listed under **SECTION III – WHO IS AN INSURED,** paragraph **A.** and no "employee" authorized by you to give or receive notice of a "wrongful act" knew that the "wrongful act" had occurred, in whole or in part. If any such person knew, prior to the policy period, that the "wrongful act" occurred, then any continuation, change or resumption of such "wrongful act" during or after the policy period will be deemed to have been known prior to the policy period.

**3.** A "wrongful act" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under **SECTION III – WHO IS AN INSURED,** paragraph **A.** or any "employee" authorized by you to give or receive notice of a "wrongful act" or "claim", includes any continuation, change or resumption of that "wrongful act" after the end of the policy period.

**4.** A "wrongful act" will be deemed to have been known to have occurred at the earliest time when any insured listed under **SECTION III – WHO IS AN INSURED,** paragraph **A.** or any "employee" authorized by you to give or receive notice of a "wrongful act" or "claim":

**a.** Reports all or any part of the "wrongful act" to us or any other insurer;

**b.** Receives a written or verbal demand or "claim" for "damages" because of the "wrongful act"; or

**c.** Becomes aware by any other means that the "wrongful act" has occurred or has begun to occur.

**5.** All "wrongful acts" arising from an interrelated series of acts, errors or omissions shall be deemed to be one "wrongful act" taking place at the time of the earliest "wrongful act".

### B. Exclusions

This insurance does not apply to:

**1. Intentional, Willful, Dishonest or Criminal Act**


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2017 The Hanover Insurance Company. All Rights Reserved.

EXHIBIT 2

"Damages" arising out of:

**a.** Any criminal, dishonest, fraudulent or malicious act or omission;

**b.** Willful misconduct;

**c.** Knowing violation of rights or law;

**d.** Gaining of any profit or advantage to which you are not legally entitled;

by you or any person for whom you are legally responsible.

**2. Failure to Maintain Insurance**

Any "claim" arising out of the failure to purchase proper insurance or maintain adequate limits of insurance or obtain any bond.

**3. Contractual**

The assumption of liability by any insured in a contract or agreement. This exclusion does not apply to liability for "damages" that the insured would have in the absence of the contract or agreement.

**4. Hospital, Pharmacy or Medical Facility Operations**

Any "claim" arising out of the operation of any hospital, sanatorium, "medical clinic", pharmacy, or any other medical facility or laboratory.

**5. Aircraft, Auto or Watercraft**

**a. Unmanned Aircraft**

"Damages" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading and unloading".

This paragraph applies even if the "claims" against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "wrongful act" which caused the "damages" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**b. Aircraft (Other Than Unmanned Aircraft), Auto or Watercraft**

"Damages" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This paragraph applies even if the "claims" against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "wrongful act" which caused the "damages" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

**6. Furnishing or Utilizing Pharmaceuticals and Medical Supplies**

Any "claim" arising out of the prescription, utilization, furnishing, or dispensing of drugs or medical, dental, or nursing supplies or appliances, except as directed by a physician, physician's assistant, nurse, or any other authorized medical professional as permitted by state law, and in the normal practice as a human services organization provider.

**7. Psychiatrist**

Any "claim" arising out of the professional services of any psychiatrist or psychiatric physicians' assistant.

However, with respect to you and your "employees" only, this exclusion does not apply to your vicarious liability for the "wrongful acts" of a psychiatrist or psychiatric physicians' assistant who is your "employee", volunteer or independent contractor when such "wrongful acts" occur while such psychiatrist or psychiatric physicians' assistant is performing duties related to the conduct of your business.

Coverage provided herein shall be excess over any other available insurance whether provided on a primary, excess, contingent or any other basis, except when purchased specifically to apply in excess of this insurance.

**8. Specified Professional Services**

Any "claim" arising out the rendering or failure to render any of the following professional or paraprofessional services, advice or instruction by you or on your behalf or for which you have assumed liability by reason of a contract or agreement and regardless of whether or not any such service, advice or instruction is ordinary to any insured's profession:

**a.** Accountant;

**b.** Anesthesiologist;

**c.** Attorney,

**d.** Architect;

**e.** Engineer;


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2017 The Hanover Insurance Company. All Rights Reserved.

EXHIBIT 2

**f.** Real Estate Agent, Broker or Manager;

**g.** Investment Manager or Advisor;

**h.** Physician or Physician Assistant;

**i.** Dentist or Dental Assistant;

**j.** Pharmacist or Pharmacy Technician;

**k.** Nurse Anesthetist; Nurse Midwife;

**l.** X-ray Therapist or Radiologist;

**m.** Chiropodist or Chiropractor;

**n.** Optometrist;

**o.** Veterinarian;

**p.** Hair or Skin Care Professional;

**q.** Title Insurer;

**r.** Stock Broker; or

**s.** Mortician.

However, with respect to you and your "employees" only, this exclusion does not apply to your vicarious liability for "wrongful acts" arising out of professional services, performed on your behalf by a physician, physician assistant, dentist, pharmacist, or optometrist who is not your "employee" or volunteer, which occur while such individual is performing duties related to the conduct of your business.

To the extent the exception to this exclusion as described in the paragraph above applies, this coverage is excess over any other valid and collectible insurance (including deductible and self-insured retention) available to the insured whether primary, excess, contingent, or on any other basis, except when purchased specifically to apply in excess of this insurance.

**9. Membership and Accreditation**

Any "claim" arising out of membership in a formal accreditation or similar professional board or committee or any hospital, professional society or similar organization.

**10. Bodily Injury to an Insured**

Any "claim" arising out of "bodily injury" to any insured, or any consequential injury to the spouse, child, parent, or sibling of that insured.

This exclusion applies:

**a.** Whether the insured may be liable as an employer or in any other capacity; and

**b.** To any obligation to share "damages" with or repay someone else who must pay "damages" because of the "bodily injury".

This exclusion does not apply in the limited instance where your "employee" is also your client or consumer, is receiving services within the scope of the services you provide, and the "claim" arises out of the provision of such services.

**11. Workers' Compensation**

Any obligation of the insured under a workers' compensation, disability benefits, or unemployment compensation law or any similar local, state, federal or foreign law or regulation. This exclusion does not apply in the limited instance where your "employee" is also your client or consumer, is receiving services within the scope of the services you provide, and the "claim" arises out of the provision of such services.

**12. Employment Practices**

Any "claim" made by or on behalf of:

**a.** A person because of any:

**(1)** Refusal to employ that person;

**(2)** Termination of that person's employment; or

**(3)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**b.** The spouse, child, parent, or sibling of that person as a consequence of any "damages" or injury to that person at whom any of the employment-related practices described in paragraphs **(1), (2)**, or **(3)** above is directed.

This exclusion applies:

**c.** Whether the insured may be liable as an employer or in any other capacity;

**d.** To any obligation to share "damages" with or repay someone else who must pay "damages"; and

**e.** Whether the injury-causing event described in **(1), (2)**, or **(3)** above occurred before employment, during employment or after employment of that person.

**13. Employers Liability**

Any "claim" made by or on behalf of:

**a.** An "employee" or former "employee" of the insured arising out of and in the course of:

**(1)** Employment by the insured; or

**(2)** Performing duties related to conduct of the insured's business; or

**b.** A spouse, child, parent, sibling, domestic partner or any other relative of that


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2017 The Hanover Insurance Company. All Rights Reserved.


EXHIBIT 2

"employee" as a consequence of Paragraph **a.** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply in the limited instance where your "employee" is also your client or consumer, is receiving services within the scope of the services you provide, and the "claim" arises out of the provision of such services.

**14. Personal and Advertising Injury**

Any "claim" arising out of "personal and advertising injury".

However, this exclusion does not apply to "personal and advertising injury" when the offense is directly resulting from a "wrongful act" and the "personal and advertising injury" does not arise out of:

**a.** Oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity;

**b.** Oral or written publication, in any manner, of material, whose first publication took place before the beginning of the policy period; or

**c.** The willful violation of penal statute or ordinance committed by or with the consent of the insured.

**15. Property Damage**

Any "claim" arising out of physical injury to tangible property, including all resulting loss of use, to:

**a.** Property owned, occupied or used by any insured; or

**b.** Property rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by any insured; or

**c.** Property which is or was in the possession of any insured or any person acting on behalf of any insured; or

**d.** Property that is real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are or were performing operations; or

**e.** Electronic data, information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**16. Asbestos**

Any "claim" arising out of any actual or alleged:

**a.** Inhaling, ingesting or prolonged physical exposure by any person to asbestos or asbestos fibers or goods or products containing asbestos; or

**b.** Use of asbestos in constructing or manufacturing any good, product or structure; or

**c.** Intentional or accidental removal including encapsulation, dispersal, sealing or disposal of asbestos or asbestos fibers from any good, product or structure; or

**d.** Manufacture, transportation, storage or disposal of asbestos or goods or products containing asbestos; or

**e.** Products manufactured, sold, handled or distributed by or on behalf of the insured which contain asbestos; or

**f.** Acts or omissions of the insured in connection with the general supervision of any job involving the removal, enclosure, encapsulation, dispersal, sealing, or disposal of asbestos, asbestos fibers or products containing asbestos.

General supervision includes the rendering of or failure to render any instructions, recommendations, warnings, or advice.

**17. Lead**

Any "claim" arising out of any actual or alleged lead poisoning due to:

**a.** Inhaling, ingesting or prolonged physical exposure by any person to any premises, structures or goods or products containing lead; or

**b.** Use of lead in constructing or manufacturing any good, product or structure; or

**c.** Intentional or accidental removal including encapsulation, dispersal, sealing or disposal of lead from any good, product or structure; or

**d.** Manufacturing, transportation, storage or disposal of goods or products containing lead; or

**e.** Any product manufactured, sold, handled or distributed by or on behalf of the insured which contain lead; or

 Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2017 The Hanover Insurance Company. All Rights Reserved. 

**f.** Acts or omissions of the insured in connection with the general supervision of any job involving the removal, enclosure, encapsulation, dispersal, sealing, or disposal of products containing lead.

General supervision includes the rendering of or failure to render any instructions, recommendations, warnings, or advice.

**18. Pollution**

This insurance does not apply to:

**a.** Any "claim" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time; or

**b.** Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants"; or

**(2)** "Claim" or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

For the purpose of this exclusion, "pollutants" means any solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes materials to be recycled, reconditioned, or reclaimed.

**19. Fungi or Bacteria**

Any liability or expense arising out of "fungi" or bacteria which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

This exclusion also applies to any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "fungi" or bacteria, by you or by any other person or entity.

For the purposes of this exclusion, "fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by "fungi".

This exclusion does not apply to any "fungi" or bacteria that are on or are contained in a good or product intended for bodily consumption.

**20. Nuclear Energy Hazards**

To any "claim" or "damages":

**a.** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limits of insurance;

**b.** Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

**(1)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or

**(2)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization;

**c.** To any "claim" or "damages" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material":

**(a)** Is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured";

**(b)** Has been discharged or dispersed therefrom; or

**(c)** Is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of any "insured"; or


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2017 The Hanover Insurance Company. All Rights Reserved.


EXHIBIT 2

**(2)** The "claim" or "damages" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(2)** applies only to "property damage" to such "nuclear facility" and any property thereat.

As used in this exclusion:

"Hazardous properties" includes radioactive, toxic, or explosive properties;

"Nuclear material" means "source material", "special nuclear material" or "by-product material";

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility";

"Nuclear facility" means:

**(1)** Any "nuclear reactor";

**(2)** Any equipment or device designed or used for:

**(a)** separating the isotopes of uranium or plutonium,

**(b)** processing or utilizing "spent fuel", or

**(c)** handling, processing or packaging "waste";

**(3)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(4)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations; and

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

**21. Antitrust or Unfair Competition**

Any "claim" arising out of unfair competition or violation of any anti-trust laws.

**22. Failure to Collect or Pay**

Any "claim" arising out of the inability or failure of the insured or others to collect or pay money.

**23. Illegal Financial Gain**

Any "claim" arising out of or attributable to obtaining or attempting to obtain remuneration or financial gain to which you are not legally entitled.

**24. Employment Benefit Plans**

Any "claim" or "suit" arising out of any insureds rendering or failing to render any services in the administering, managing, investing the assets of, or funding any employee benefit plan, including, but not limited to, any employee benefit plan under Employee Retirement Income Security Act of 1974, its amendments or any other similar state or local law.

**25. Cross Insureds**

Any "claim" for "damages" sustained by any insured that arises out of the activities of any other person or organization qualifying as an insured under this policy.

This exclusion does not apply in the limited instance where your "employee" is also your client or consumer, is receiving services within the scope of the services you provide, and the "claim" arises out of the provision of such services.

**26. Abuse and Molestation**

Any "claim" directly or indirectly arising out of or in any way related to:

**a.** The actual or threatened abuse or molestation by anyone of any person


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2017 The Hanover Insurance Company. All Rights Reserved.


EXHIBIT 2

regardless of whether the abuse or molestation was specifically intended or resulted from negligent conduct and regardless of whether any insured subjectively intended the injury or damage for which a "claim" is made, or

**b.** The negligent:

**(1)** Employment;

**(2)** Investigation;

**(3)** Supervision;

**(4)** Reporting to the proper authorities, or failure to so report; or

**(5)** Retention

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by **a.** above; or

**c.** The negligent failure to provide professional services or neglect of the therapeutic needs of a client or consumer, patient or other person because of the conduct which would be excluded by paragraph **a.** above.

**27. War**

"Damages", however caused, arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in the hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**28. Managed Health Care Services**

Any "claim" arising out of any act or omission in the furnishing or failure to furnish Managed Health Care Services when appointed or contracted as a Managed Care Organization or Gatekeeper.

**29. Discrimination**

Any "claim" arising out of any actual or alleged discrimination because of age, race, creed, color, sex, disability, national origin, marital status, gender identification or sexual preference.

**30. Managerial and Administrative Duties**

Any "claim" arising out of acts, errors or omissions of a managerial or administrative nature.

**SECTION II – SUPPLEMENTARY PAYMENTS**

**A.** We will pay, with respect to any "claim" or "suit" we defend:

**1.** All expenses we incur including defense costs;

**2.** The costs of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds;

**3.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the "claims" or "suit", including actual loss of earnings up to $750 a day because of time off from work;

**4.** All court costs taxed against you in a "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against you;

**5.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer; and

**6.** All interest on the full amount of a judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**B.** We will reimburse you for reasonable legal fees and expenses charged by a lawyer approved by us, that you incur in the investigation and defense of "disciplinary proceeding(s)" brought against any insured arising out of a "wrongful act" that is otherwise covered by this policy. This payment is limited to $100,000 per "wrongful act".

**C.** We will reimburse you for reasonable legal fees and expenses charged by a lawyer we agree to that you incur arising out of any act or omission in the furnishing of or failure to furnish services as a formal accreditation, standards review or similar board. This payment is limited to $100,000 per incident.

**D.** The payments in paragraphs **A.** through **C.** will not reduce the limits of insurance. However, we will not be obligated to reimburse any insured for any expense listed above after the limits of insurance of this policy have been used up in the payment of judgments or settlements.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2017 The Hanover Insurance Company. All Rights Reserved.

EXHIBIT 2

## SECTION III – WHO IS AN INSURED

**A.** You are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your "executive officers" and directors.

**B.** Each of the following is also an insured:

**1.** Your medical directors, board members and administrators, but only while acting within the scope of and during the course of their duties as such. Such duties do not include the furnishing of or failure to furnish professional services by any physician or psychiatrist in the treatment of a patient;

**2.** Your "employees", other than your "executive officers", but only for acts within the scope of their employment by you or while performing duties related to the conduct of your organization. Your "employees" includes teachers and substitute teachers employed by you;

**3.** Your volunteers, but only for acts within the scope of their duties related to the conduct of your organization;

**4.** Students in training, including student teachers, but only for acts within the scope of their duties related to the conduct of your organization or while serving in a supervised internship program sponsored by you;

**5.** Any social workers and/or case managers, but only for acts within the scope of their duties related to the conduct of your organization;

**6.** Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will be deemed to be a Named Insured if there is no other similar insurance available to that organization.

However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier; and

**b.** Professional Liability Coverage does not apply to a "wrongful act" that occurred before you acquired or formed the organization; and

**7.** Parent-teacher organizations or associations, but only if under your direct supervision and only while performing services authorized by you.

**C.** A person or organization with whom you agreed in a written contract, written agreement or permit to provide insurance, is an Additional Insured only with respect to liability for "damages" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf, in the performance of your professional services as a human services organization for that Additional Insured.

However, the insurance afforded to such Additional Insured only applies:

**1.** To the extent permitted by law;

**2.** If the "claim" against the Additional Insured arises out of a "wrongful act" to which this insurance applies; and

**3.** The "wrongful act" must take place subsequent to the execution of the written contract or written agreement or the issuance of the permit.

The insurance afforded to such additional insured will not be broader than the insurance which you are required to provide by the written contract, written agreement or permit for such additional insured.

The Additional Insured's status as an Additional Insured ends when your professional services for that additional insured are completed.

The most we will pay on behalf of the additional insured for a covered claim is the lesser of the amount of insurance:

**4.** Required by the written contract, written agreement or permit; or

**5.** Available under the applicable Limits of Insurance shown in the Declarations.

This Section does not apply to any person or organization included as an insured by an endorsement issued by us and made part of this Coverage Part.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

## SECTION IV – LIMITS OF INSURANCE AND DEDUCTIBLE

**A.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**1.** Insureds;

**2.** "Claims" made or "suits" brought; or

**3.** Persons or organizations making "claims" or bringing "suits".

**B.** The Aggregate Limit is the most we will pay for all "damages" to which this insurance applies.

**C.** Subject to paragraph **B.** above, the Each Wrongful Act Limit is the most we will pay for the sum of all "damages" arising out of any one "wrongful act" to which this insurance applies.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2017 The Hanover Insurance Company. All Rights Reserved.


EXHIBIT 2

**D.** The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E. Deductible**

Any deductible option that applies to this Coverage Part will be indicated in the Declarations.

1. If the Deductible Type **"Damages" Only** is indicated in the Declarations, the deductible amount shown applies to each "wrongful act" arising out of all "claims" alleging the same "wrongful acts" to which this insurance applies.
2. If the Deductible Type **"Damages" and "Claim Expense"** is indicated in the Declarations, the deductible amount shown applies to each "wrongful act" and to both "damages" and "claim expense" arising out of all "claims" alleging the same "wrongful acts" to which this insurance applies.
3. For each "claim", we will only pay those sums that are in excess of the deductible amount.

   However, we may pay any part or all of the Deductible to effect settlement of any "claim" and upon notification of the action taken you will promptly reimburse us for such part of the deductible we have paid.
4. The terms of this Coverage Part, including those with respect to our right and duty to defend any "claim" and your duties in the event of a "claim", apply irrespective of the application of the deductible.

For the purpose of this paragraph **E.**, the following definition applies:

"Claim expense" means payments allocated to a specific "claim" for investigation or defense including:

5. Any reasonable and necessary legal fees and expenses, including attorney fees and expert fees, incurred in the defense and appeal of a "claim";
6. Reasonable and necessary fees of attorneys the insured retains when by mutual agreement or court order the insured is given the right to retain defense counsel to defend a "claim";
7. The cost of appeal bonds or bonds to release attachments in any "claims" we are defending, but only for bond amounts within the applicable Limit of Insurance. We do not have to furnish these bonds;
8. Costs taxed against the insured in the "claim"; however, these payments do not include attorney's fees or attorney's expenses taxed against the insured; and
9. Up to $750 per day per insured individual for reasonable expenses incurred for attendance at hearings, trials or depositions at our request or with our consent by such insured individual.

"Claim expense" does not include:

10. Salaries, wages, fees, overhead or benefit expenses associated with any insured except as specified in paragraph **e.** above;
11. Salaries and expenses of our employees, including our employed attorneys, salaries and expense of the insured's "employees" (other than those described in paragraph **e.** above);
12. Any damages, including punitive damages, exemplary damages, multiplied damages, fines or penalties;
13. Any amounts incurred in defense of a "claim" for which any other insurer has a duty to defend, regardless of whether or not such other insurer undertakes that duty; or
14. Claimant's attorney's fees.

**SECTION V – CONDITIONS**

**A. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**B. Your Authority and Duties**

The first Named Insured shown in the Declarations agrees to act on behalf of all insureds with respect to cancellation, notice of any "wrongful act", "claim" or "suit", payment or return of any premium, or consent to a "claim" settlement that we recommend. Each insured, by accepting this insurance, agrees to:

1. Have the first Named Insured act for them in such matters; and
2. Promptly notify the first Named Insured, in writing, of any "wrongful act" which may result in a "claim", or any "claim" or "suit" brought against them.

**C. Duties in the Event of "Wrongful Act", "Claim" or "Suit"**

1. You must see to it that we are notified as soon as practicable of any "wrongful act" which may result in a "claim". To the extent possible, notice should include:
   a. How, when, and where the "wrongful act" took place;


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2017 The Hanover Insurance Company. All Rights Reserved.

EXHIBIT 2

**b.** The names and addresses of persons involved in the "wrongful act" and witnesses; and

**c.** The nature of the harm resulting from the "wrongful act".

**2.** If a "claim" is received by an insured, you must:

**a.** Immediately record the specifics of the "claim" and the date received;

**b.** Notify us as soon as practicable; and

**c.** Forward written notice of the "claim" to us as soon as practicable.

**3.** You and any other involved insured must:

**a.** Immediately send us copies of any demands, notices, summonses, or legal papers received in connection with the "claim" or "suit";

**b.** Authorize us to obtain records and other information;

**c.** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

**d.** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to an insured because of "damages" arising out of a "wrongful act" to which this insurance may also apply.

No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**D. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**1.** To join us as a party or otherwise bring us into a "suit" asking for "damages" from an insured; or

**2.** To sue us under this Coverage Part unless all of its terms have been fully complied with.

Any disputes between the insured and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Puerto Rico or Canada.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial, but we will not be liable for "damages" that are not payable under the terms of this Coverage Part or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, and the claimant or the claimant's legal representative.

**E. Other Insurance**

If other valid and collectible insurance is available to the insured for "damages" we cover under this Coverage Part, our obligations are limited as follows:

**1. Primary Insurance**

This insurance is primary except when **2.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **3.** below.

**2. Excess Insurance**

**a.** This insurance is excess over any other valid and collectible insurance, whether primary, excess, contingent or on any other basis available:

**(1)** To your "employee" or volunteer who has other insurance covering his or her professional liability; or

**(2)** That you have purchased from a company other than us or a company affiliated with us which is more specific than this insurance.

**b.** When this insurance is excess, we will have no duty to defend any "claim" or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**c.** When this insurance is excess over other insurance, we will pay only our share of the amount of the "damages", if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the "damages" in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

**d.** We will share the remaining "damages", if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

Other valid and collectible insurance includes, but is not limited to, policies or insurance programs purchased or established by or on


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2017 The Hanover Insurance Company. All Rights Reserved.

behalf of a named insured to insure against liability arising from activities of the named insured and its employees, whether primary, excess, contingent, or on any other basis. The person seeking coverage shall cooperate with us to determine the existence, availability and coverage of any such other insurance policy, insurance program or defense or indemnification arrangement.

Other valid and collectible insurance does not include any umbrella policy issued by us or any coverage specifically issued by us as excess over this policy. Nothing in this provision shall be construed to require any such umbrella or excess coverage issued by us to apply unless and until all other valid and collectible insurance is exhausted.

**3. Method of Sharing**

**a.** If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

**b.** If the other insurance does not permit contribution by equal shares, we will continue by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**F. Separation of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned to the first Named Insured, this insurance applies:

**1.** As if each Named Insured were the only Named Insured; and

**2.** Separately to each insured against whom "claim" is made or "suit" is brought.

**G. Transfer of Rights of Recovery Against Others to Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**H. Cancellation and Nonrenewal**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

**7.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**I. Governmental Immunity**

If you are a public institution, you may be entitled to governmental immunity. This Coverage Part does not constitute a waiver of any charitable or governmental immunity to which you are entitled.

**J. Consent to Settle**

If the first Named Insured refuses to consent to the settlement of any "claim" or "suit" which we recommend and which is acceptable to the claimant, then, subject to the provision of **SECTION IV – LIMITS OF INSURANCE AND DEDUCTIBLE**, our liability for the "claim" will not exceed the amount for which the "claim" could have been settled, plus the cost of defense incurred by us up to the date of such refusal.

**K. Two or More Coverage Parts, Forms, Endorsements or Policies Issued by Us**

It is our stated intent that the various coverage parts, forms, endorsements or policies issued to you by us, or any company affiliated with us, do not provide any duplication or overlap of coverage for the same "claim", "wrongful act", offense, accident, loss or "suit".

If this policy and any other coverage part, form, endorsement, or policy issued to you by us, or any


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2017 The Hanover Insurance Company. All Rights Reserved.


EXHIBIT 2

company affiliated with us, apply to the same "claim", "wrongful act", offense, accident, loss, or "suit", the maximum Limit of Insurance under all such coverage parts, forms, endorsements or policies combined shall not exceed the highest applicable Limit of Insurance under any one coverage part, form, endorsement or policy.

This condition does not apply to any Excess or Umbrella Policy issued by us specifically to apply as excess insurance over this policy.

**L. Representations**

By accepting this policy you agree:

**1.** The statements in the Declarations are accurate and complete;

**2.** Those statements are based upon representations you made to us; and

**3.** We have issued this policy in reliance upon your representations.

**M. Premium Audit**

**1.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**2.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we have the right to compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**3.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**N. Liberalization**

If we adopt any revisions to the terms and conditions of this coverage part to provide more coverage without an additional premium charge during the policy term, the broadened coverage will immediately apply. However, the broadened terms and conditions will not apply to any "claims" that were first made against you prior to the effective date of the revision.

**SECTION VI – DEFINITIONS**

**A. "Auto"** means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment.

**B.** "**Bodily Injury"** means bodily injury, sickness, or disease sustained by a person, including death resulting from any of these at any time. "Bodily injury" includes mental anguish or other mental injury resulting from "bodily injury".

**C. "Claim"** means:

**1.** A written demand for "damages"; or

**2.** A "suit" against an insured for a "wrongful act" to which this insurance applies.

**D. "Coverage territory"** means:

**1.** The United States of America (including its territories and possessions), Puerto Rico, and Canada;

**2.** All parts of the world if:

**a.** The injury or damage arises out of the activities of a person whose home is in the territory described in **1.** above, but is away for a short time on your business; and

**b.** The insured's responsibility to pay "damages" is determined in a "suit" on the merits in the territory described in **1.** above or in a settlement we agree to.

If the Insured normally conducts its business or has a location outside the territory described in **1.** above, no coverage applies to any claim or "suit" arising out of any territory not listed in **1.** above.

Notwithstanding the definition of "coverage territory" this insurance does not apply to any "wrongful act" occurring in a country or jurisdiction subject to OFAC sanctions.

**E. "Damages"** means a compensatory monetary award, settlement or judgment that the insured is legally obligated to pay, including costs and attorney's fees awarded pursuant to a judgment.

However, "damages" do not include:

**1.** Any sum awarded for punitive damages, exemplary damages, multiplied damages, taxes, fines or penalties imposed by law; or

**2.** The cost of compliance with injunctive or other non-monetary relief.

**F. "Disciplinary proceedings"** means any proceeding brought against you by a state regulatory or disciplinary official or agency to investigate charges alleging professional misconduct.

**G. "Employee"** includes a "leased worker". "Employee" does not include a "temporary worker", but does include a teacher and substitute teacher.

**H. "Executive officer"** means a person holding any of the officer positions created by your charter, constitution, by-laws, or any other similar governing document.

**I. "Leased worker"** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2017 The Hanover Insurance Company. All Rights Reserved.

EXHIBIT 2

"Leased worker" does not include a "temporary worker".

**J.** **"Loading or unloading"** means the handling of property:

1. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";
2. While it is in or on an aircraft, watercraft or "auto"; or
3. While it is being moved from an aircraft, watercraft, or "auto" to the place where it is finally delivered;

But "loading or unloading" does not include the movement of property by means of mechanical device, other than hand truck, that is not attached to the aircraft, watercraft or "auto".

**K.** **"Medical Clinic"** means any medical facility open to the general public. A medical clinic does not include facilities operated for the sole treatment of your clients or consumers, for whom you provide professional services.

**L.** **"Personal and advertising injury"** means injury, other than bodily injury, arising out of one or more of the following offenses:

1. False arrest, detention, or imprisonment;
2. Malicious prosecution;
3. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;
4. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;
5. Oral or written publication, in any manner, of material that violates a person's right to privacy;
6. The use of another's advertising idea in your "advertisement"; or
7. Infringing upon another's copyright, trade dress, or slogan in your "advertisement".

**M.** **"Suit"** means a civil proceeding in which "damages" are claimed and to which this insurance applies. "Suit" also includes:

1. An arbitration proceeding in which such "damages" are claimed and to which you must submit or do submit with our consent; or
2. Any other alternative dispute resolution proceeding in which such "damages" are claimed and to which you submit with our consent.

**N.** **"Temporary worker"** means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions. However, a "temporary worker" does include a substitute teacher.

**O.** **"Unmanned aircraft"** means an aircraft that is not:

1. Designed;
2. Manufactured; or
3. Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

**P.** **"Wrongful act"** means any actual or alleged negligent act, error, omission or breach of duty in the rendering of or failure to render professional services to others, including counseling services, educational instruction and teaching, in your capacity as a human services organization, including the furnishing of food, beverages, medications or appliances in connection therewith.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2017 The Hanover Insurance Company. All Rights Reserved.


EXHIBIT 2

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# KENTUCKY CHANGES – HUMAN SERVICES

This endorsement modifies insurance provided under the following:

HUMAN SERVICES PROFESSIONAL LIABILITY COVERAGE OCCURRENCE
HUMAN SERVICES PROFESSIONAL LIABILITY COVERAGE CLAIMS-MADE

**SECTION V – CONDITIONS, H. Cancellation and Nonrenewal** is replaced by the following:

**H. Cancellation and Nonrenewal**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2. Cancellation Of Policies In Effect For 60 Days Or Less**

If this policy has been in effect for 60 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least 14 days before the effective date of cancellation.

**3. Cancellation Of Policies In Effect For More Than 60 Days**

**a.** If this policy has been in effect for more than 60 days or is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Discovery of fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

**(3)** Discovery of willful or reckless acts or omissions on your part which increase any hazard insured against;

**(4)** The occurrence of a change in the risk which substantially increases any hazard insured against after insurance coverage has been issued or renewed;

**(5)** A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any insured property or the occupancy thereof which substantially increases any hazard insured against;

**(6)** We are unable to reinsure the risk covered by the policy; or

**(7)** A determination by the commissioner that the continuation of the policy would place us in violation of the Kentucky insurance code or regulations of the commissioner.

**b.** If we cancel this policy based on paragraph **3.a.** above, we will mail or deliver a written notice of cancellation to the first Named Insured, stating the reason for cancellation, at least:

**(1)** 14 days before the effective date of the cancellation, if cancellation is for nonpayment of premium; or

**(2)** 75 days before the effective date of the cancellation, if cancellation is for any reason stated in paragraph **3.a.(2)** through paragraph **3.a.(7)** above.

**4.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**5.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**6.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**7.** For the purpose of this Condition:

**a.** Any policy period or term of less than 6 months shall be considered to be a policy period or term of six months; and

**b.** Any policy period or term of more than one year or any policy with no fixed expiration date shall be considered a policy period or term of one year.

If we elect not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, at the last

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

mailing address known to us, at least 75 days before the expiration date of the policy period.

If notice of nonrenewal is not provided pursuant to this Condition, coverage under the same terms and conditions shall be deemed to be renewed for the ensuing policy period upon payment of the appropriate premium until you have accepted replacement coverage with another insurer, or until you have agreed to the nonrenewal.

If we mail or deliver a renewal notice to the first Named Insured at least 30 days before the end of the policy period, stating the renewal premium and its due date, the policy will terminate without further notice unless the renewal premium is received by us or our authorized agent by the due date.

If this policy terminates because the renewal premium has not been received by the due date, we will, within 15 days, mail or deliver to the first Named Insured at his last known address a notice that the policy was not renewed and the date it was terminated.

**8.** If notice is mailed, proof of mailing is sufficient proof of notice.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.



EXHIBIT 2

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – NURSE PRACTITIONER

This endorsement modifies insurance provided under the following:

HUMAN SERVICES PROFESSIONAL LIABILITY COVERAGE OCCURRENCE
HUMAN SERVICES PROFESSIONAL LIABILITY COVERAGE CLAIMS-MADE

The following is added to **SECTION I – COVERAGES, B. Exclusions:**

**Nurse Practitioner**

Any "claim" arising out the rendering or failure to render any nurse practitioner services, advice or instruction by you or on your behalf or for which the insured assumed liability by reason of a written contract or written agreement regardless of whether or not any such service, advice or instruction is ordinary to any insured's profession.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright 2017 The Hanover Insurance Company. All Rights Reserved.


EXHIBIT 2

This endorsement changes the policy
**-- PLEASE READ THIS CAREFULLY --**

# AMENDATORY ENDORSEMENT
## KENTUCKY

1. Under Common Policy Conditions, Cancellation is deleted and replaced by the following:

   **Cancellation and Nonrenewal** -- "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

   "We" may cancel or not renew this policy by mailing or delivering written notice to "you" at "your" last address known to "us". Such notice may be delivered by electronic means if "you" have affirmatively consented to that method of delivery and have not withdrawn such consent. "Our" notice will state the reason for cancellation or nonrenewal. Proof of delivery or mailing is sufficient proof of notice.

   If "we" cancel this policy when it has been in effect for 60 days or less, "we" will give "you" notice at least 14 days before cancellation is effective.

   If this policy has been in effect for more than 60 days, or if it is a renewal of a policy issued by "us", "we" may cancel or not renew only at the anniversary date unless:

   a. the premium has not been paid when due;

   b. "we" have discovered fraud or material misrepresentation by "you" or with "your" knowledge in obtaining this policy, continuing this policy, or in presenting a claim under this policy;

   c. there has been a material change or increase in hazard of the risk after the policy was issued;

   d. "we" have discovered a willful or reckless act or omission by "you" which increases the hazard of the risk;

   e. there has been a violation of a local fire, health, safety, building, or construction regulation or ordinance with respect to any insured property or its occupancy which substantially increases the hazard of the risk;

   f. "we" are unable to reinsure the risk covered by this policy; or

   g. the commissioner of insurance has determined that the continuation of this policy would place "us" in violation of the insurance laws or regulations of this state.

   If "we" cancel this policy for nonpayment of premium, "we" will give "you" notice at least 14 days before cancellation is effective. If "we" cancel this policy for any other reason after it has been in effect for more than 60 days, "we" will give "you" notice at least 75 days before cancellation is effective.

   If "we" do not renew this policy, "we" will give "you" notice at least 75 days before nonrenewal is effective.

   "Your" return premium, if any, will be refunded at the time of cancellation or as soon as practical. Payment or tender of the unearned premium is not a condition of cancellation.

2. The following is added under Common Policy Conditions:

   **Renewal** -- If "we" elect to renew this policy, "we" will notify "you" by delivering or mailing to "you" at "your" last address known to "us" a renewal notice, bill, certificate, or policy. Such notice may be delivered by electronic means if "you" have affirmatively consented to that method of delivery and have not withdrawn such consent. Proof of delivery or mailing is sufficient proof of notice.

Copyright, American Association of Insurance Services, Inc., 2013

EXHIBIT 2

If the premium due for the renewal policy will exceed the premium for the current policy by more than 25% and there has been no substantial change in the coverage being provided or the hazard of the risk, "we" will notify "you" of the renewal premium amount at least 75 days before the end of the current policy period. In order to comply with this requirement, "we" may extend the current policy period at its expiring premium. "We" will send a copy of the notice to "our" agent.

In all other instances, "we" will notify "you" of the renewal premium amount at least 30 days before the end of the current policy period.

This policy will expire and terminate on the date the renewal premium is due, without further notice to "you", if the renewal premium has not been paid to "us" or "our" agent on or before its due date. In this event, within 15 days of the date the policy expired, "we" will deliver or mail to "you" at "your" last address known to "us" a notice of expiration. Such notice may be delivered by electronic means if "you" have affirmatively consented to that method of delivery and have not withdrawn such consent. The notice will indicate the date that the policy expired.

**CL 0156 05 13**

Copyright, American Association of Insurance Services, Inc., 2013

This endorsement changes the policy
**-- PLEASE READ THIS CAREFULLY --**

# CERTIFIED TERRORISM LOSS

1. The following definitions are added.

   a. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States:

      1) to be an act of terrorism;
      2) to be a violent act or an act that is dangerous to human life, property, or infrastructure;
      3) to have resulted in damage:

         a) within the United States; or
         b) to an air carrier (as defined in section 40102 of title 49, United States Code); to a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or at the premises of any United States mission;

      4) to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion; and
      5) to have resulted in insured losses in excess of five million dollars in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act, as amended.

   b. "Certified terrorism loss" means loss that results from a "certified act of terrorism".

2. The "terms" of any terrorism exclusion that is part of or that is attached to this Coverage Part are amended by the following provision:

   This exclusion does not apply to "certified terrorism loss".

3. The following provision is added.

   If the Secretary of the Treasury determines that the aggregate amount of "certified terrorism loss" has exceeded one hundred billion dollars in a calendar year (January 1 through December 31), and "we" have met "our" insurer deductible under the Terrorism Risk Insurance Act, as amended, "we" will not pay for any portion of "certified terrorism loss" that exceeds one hundred billion dollars. If the "certified terrorism loss" exceeds one hundred billion dollars in a calendar year (January 1 through December 31), losses up to one hundred billion dollars are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury under the Terrorism Risk Insurance Act, as amended.

4. The following provisions are added.

   a. Neither the "terms" of this endorsement nor the "terms" of any other terrorism endorsement attached to this Coverage Part provide coverage for any loss that would otherwise be excluded by this Coverage Part under:

      1) exclusions that address war, military action, or nuclear hazard; or
      2) any other exclusion; and

   b. the absence of any other terrorism endorsement does not imply coverage for any loss that would otherwise be excluded by this Coverage Part under:

      1) exclusions that address war, military action, or nuclear hazard; or
      2) any other exclusion.



Copyright, American Association of Insurance Services, Inc., 2015

EXHIBIT 2

This endorsement changes the policy
**-- PLEASE READ THIS CAREFULLY --**

# VIRUS OR BACTERIA EXCLUSION

## DEFINITIONS

**Definitions Amended** --

When "fungus" is a defined "term", the definition of "fungus" is amended to delete reference to a bacterium.

When "fungus or related perils" is a defined "term", the definition of "fungus or related perils" is amended to delete reference to a bacterium.

## PERILS EXCLUDED

The additional exclusion set forth below applies to all coverages, coverage extensions, supplemental coverages, optional coverages, and endorsements that are provided by the policy to which this endorsement is attached, including, but not limited to, those that provide coverage for property, earnings, extra expense, or interruption by civil authority.

1. The following exclusion is added under Perils Excluded, item 1.:

   **Virus or Bacteria** --

   "We" do not pay for loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

   This exclusion applies to, but is not limited to, any loss, cost, or expense as a result of:

   a. any contamination by any virus, bacterium, or other microorganism; or

   b. any denial of access to property because of any virus, bacterium, or other microorganism.

2. **Superseded Exclusions** -- The Virus or Bacteria exclusion set forth by this endorsement supersedes the "terms" of any other exclusions referring to "pollutants" or to contamination with respect to any loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

## OTHER CONDITIONS

**Other Terms Remain in Effect** --

The "terms" of this endorsement, whether or not applicable to any loss, cost, or expense, cannot be construed to provide coverage for a loss, cost, or expense that would otherwise be excluded under the policy to which this endorsement is attached.



Copyright, American Association of Insurance Services, Inc., 2006

EXHIBIT 2

This endorsement changes the
Contractors' Equipment Coverage
**-- PLEASE READ THIS CAREFULLY --**

# DEDUCTIBLE WAIVER FOR LOJACK BRAND PROTECTION SYSTEM

## HOW MUCH WE PAY

The following is added under How Much We Pay:

In the event of a theft "loss" we agree to waive your deductible amount up to $25,000 if any piece of stolen equipment is protected by an operational LoJack Stolen Vehicle Police Recovery System.

## WHAT MUST BE DONE IN CASE OF LOSS

The following two provisions are added to What Must Be Done In Case Of Loss:

You must work with the police (having jurisdiction in the area which the theft occurred) to ensure that the piece of equipment is entered as a vehicle into their computer system.

You must call LoJack toll free at (877) 775-6522 and provide the Corporate Construction Administrator with the same information you provided the local law enforcement agency (including the police report case number).

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

# AMENDATORY ENDORSEMENT
## KENTUCKY

Under Perils Excluded, Criminal, Fraudulent, Dishonest, Or Illegal Acts, if applicable, is amended to include the following:

However, if the loss arose out of a pattern of domestic abuse, committed by or at the direction of an insured, this exclusion will not apply to an otherwise covered loss suffered by another insured who did not cooperate with or contribute to the act that caused the loss. The insured that caused the loss must be criminally prosecuted for the act causing the loss. The innocent insured must cooperate in the prosecution.

Subject to all other "terms" of this policy, "our" payment to an insured who did not cooperate in or contribute to the act that caused the loss may be limited to that person's insurable interest in the property, less any payment made to a mortgagee or other party with a legal secured interest in the property. "We" retain all rights set forth in the Subrogation condition of this policy with regard to action against the perpetrator of the act that caused the loss.



Copyright, American Association of Insurance Services, Inc., 2004

EXHIBIT 2

# CONTRACTORS' EQUIPMENT COVERAGE
## SCHEDULED EQUIPMENT FORM

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Contractors' Equipment Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1. The words "you" and "your" mean the persons or organizations named as the insured on the declarations.

2. The words "we", "us", and "our" mean the company providing this coverage.

3. "Contractors' equipment" means machinery, equipment, and tools of a mobile nature that "you" use in "your" contracting, installation, erection, repair, or moving operations or projects.

   "Contractors' equipment" does not mean:

   a. self-propelled vehicles designed and used primarily to carry mounted equipment; or

   b. vehicles designed for highway use that are unlicensed and not operated on public roads.

4. "Equipment schedule" means a schedule of "contractors' equipment" that is attached to this policy and that describes each piece of covered equipment.

5. "Jobsite" means any location, project, or work site where "you" are in the process of construction, installation, erection, repair, or moving.

6. "Limit" means the amount of coverage that applies.

7. "Pollutant" means:

   a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

   b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

8. "Schedule of coverages" means:

   a. all pages labeled schedule of coverages or schedules which pertain to this coverage; and

   b. declarations or supplemental declarations which pertain to this coverage.

9. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

Copyright, American Association of Insurance Services, Inc., 2004

EXHIBIT 2

10. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

    Falling objects does not include loss to:

    a. personal property in the open; or

    b. the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

    Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

11. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

12. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

    Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

**Scheduled Equipment** --

1. **Coverage** -- "We" cover direct physical loss caused by a covered peril to:

    a. "your" "contractors' equipment"; and

    b. "contractors' equipment" of others in "your" care, custody, or control.

2. **Coverage Limitation** -- "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others that are described on the "equipment schedule".

## PROPERTY NOT COVERED

1. **Aircraft Or Watercraft** -- "We" do not cover aircraft or watercraft.

2. **Contraband** -- "We" do not cover contraband or property in the course of illegal transportation or trade.

3. **Leased Or Rented Property** -- "We" do not cover property that "you" lease or rent to others.

4. **Loaned Property** -- "We" do not cover property that "you" loan to others.

5. **Underground Mining Operations** -- "We" do not cover property while stored or operated underground in connection with any mining operations.

6. **Vehicles** -- "We" do not cover automobiles, motor trucks, tractors, trailers, and similar conveyances designed for highway use.

7. **Waterborne Property** -- "We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

Copyright, American Association of Insurance Services, Inc., 2004

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions** -- The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following coverage extensions are not subject to and not considered in applying coinsurance conditions.

**Debris Removal** --

1. **Coverage** -- "We" pay the cost to remove the debris of covered property that is caused by a covered peril.

2. **We Do Not Cover** -- This coverage does not include costs to:

   1) extract "pollutants" from land or water; or
   2) remove, restore, or replace polluted land or water.

3. **Limit** -- "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

4. **Additional Limit** -- "We" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

5. **You Must Report Your Expenses** -- "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

## SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages** -- The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

Copyright, American Association of Insurance Services, Inc., 2004

The "limit" available for coverage described under a Supplemental Coverage:

a. is the only "limit" available for the described coverage; and

b. is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following supplemental coverages are not subject to and not considered in applying coinsurance conditions.

1. **Newly Purchased Property** --

   a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to additional "contractors' equipment" that "you" purchase during the policy period.

   b. **Limit** -- The most that "we" pay for any loss under this supplemental coverage is the least of the:

      1) actual cash value of the covered property; or
      2) "limit" for newly purchased property indicated on the "schedule of coverages". If no "limit" is indicated, then 30% of the Catastrophe Limit indicated on the "schedule of coverages" applies to this coverage.

   c. **Time Limitation** -- "We" extend coverage to the additional "contractors' equipment" that "you" purchase for up to 30 days.

   This supplemental coverage will end when any of the following first occur:

      1) this policy expires;
      2) 30 days after "you" obtain the additional "contractors' equipment"; or
      3) "you" report the additional "contractors' equipment" to "us".

   d. **Additional Premium** -- "You" must pay any additional premium due from the date "you" purchase the additional "contractors' equipment".

2. **Pollutant Cleanup And Removal** --

   a. **Coverage** -- "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

   b. **Time Limitation** -- The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

   c. **We Do Not Cover** -- "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

   However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

   d. **Limit** -- The most "we" pay for each location is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

Copyright, American Association of Insurance Services, Inc., 2004

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1. "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

   a. **Civil Authority** -- "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

      "We" do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

   b. **Nuclear Hazard** -- "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

   c. **War And Military Action** -- "We" do not pay for loss caused by:

      1) war, including undeclared war or civil war; or
      2) a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or
      3) insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

      With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2. "We" do not pay for loss or damage that is caused by or results from one or more of the following:

   a. **Contamination Or Deterioration** -- "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

   b. **Criminal, Fraudulent, Dishonest, Or Illegal Acts** -- "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by:

      1) "you";
      2) others who have an interest in the property;
      3) others to whom "you" entrust the property;
      4) "your" partners, officers, directors, trustees, joint venturers, or "your" members or managers if "you" are a limited liability company; or
      5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

Copyright, American Association of Insurance Services, Inc., 2004

This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

c. **Loss Of Use** -- "We" do not pay for loss caused by or resulting from loss of use, delay, or loss of market.

d. **Mechanical Breakdown** -- "We" do not pay for loss caused by any mechanical, structural, or electrical breakdown or malfunction including a breakdown or malfunction resulting from a structural, mechanical, or reconditioning process.

But if a mechanical, structural, or electrical breakdown or malfunction results in a "specified peril", "we" do cover the loss or damage caused by that "specified peril".

e. **Missing Property** -- "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property.

This exclusion does not apply to covered property in the custody of a carrier for hire.

f. **Pollutants** -- "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants":

1) unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril"; or
2) except as specifically provided under the Supplemental Coverages - Pollutant Cleanup and Removal.

"We" do cover any resulting loss caused by a "specified peril".

g. **Puncture, Blowout, And Road Damage** -- "We" do not pay for loss caused by puncture, blowout, and road damage to tires and tubes mounted on vehicles.

However, "we" do cover puncture, blowout, or road damage caused by a "specified peril".

h. **Temperature/Humidity** -- "We" do not pay for loss caused by dryness, dampness, humidity, or changes in or extremes of temperature.

i. **Voluntary Parting** -- "We" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

j. **Wear and Tear** -- "We" do not pay for loss caused by wear and tear, marring, or scratching.

But if wear and tear, marring, or scratching results in a "specified peril", "we" do cover the loss or damage caused by that "specified peril".

k. **Weight of Load** -- "We" do not pay for loss caused by the weight of a load which, under the operating conditions at the time of a loss, exceeds the registered lifting capacity of any equipment or machine.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice** -- In case of a loss, "you" must:

   a. give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

Copyright, American Association of Insurance Services, Inc., 2004

EXHIBIT 2

b. give notice to the police when the act that causes the loss is a crime.

2. **You Must Protect Property** -- "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

   a. **Payment of Reasonable Costs** -- "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. "Our" payment of reasonable costs does not increase the "limit".

   b. **We Do Not Pay** -- "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against.

3. **Proof Of Loss** -- "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

   a. the time, place, and circumstances of the loss;

   b. other policies of insurance that may cover the loss;

   c. "your" interest and the interests of all others in the property involved, including all mortgages and liens;

   d. changes in title of the covered property during the policy period; and

   e. estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4. **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5. **Records** -- "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6. **Damaged Property** -- "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7. **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

9. **Cooperation** -- "You" must cooperate with "us" in performing all acts required by this policy.

## VALUATION

1. **Actual Cash Value** -- The value of covered property will be based on the actual cash value at the time of the loss (with a deduction for depreciation).

2. **Pair Or Set** -- The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

Copyright, American Association of Insurance Services, Inc., 2004

EXHIBIT 2

3. **Loss To Parts** -- The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

## HOW MUCH WE PAY

1. **Insurable Interest** -- "We" do not cover more than "your" insurable interest in any property.

2. **Deductible** -- "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence.

3. **Loss Settlement Terms** -- Subject to paragraphs 1., 2., 4., 5., and 6. under How Much We Pay, "we" pay the lesser of:

   a. the amount determined under Valuation;

   b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

   c. the "limit" that applies to the covered property. However, the most "we" pay for loss in any one occurrence is the Catastrophe Limit indicated on the "schedule of coverages".

4. **Coinsurance** --

   a. **When Coinsurance Applies** -- "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages".

   b. **How We Determine Our Part of The Loss** -- "Our" part of the loss is determined using the following steps:

      1) multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;

      2) divide the "limit" for covered property by the result determined in b.1) above;

      3) multiply the total amount of loss, after the application of any deductible, by the result determined in b.2) above.

   The most "we" pay is the amount determined in b.3) above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

   c. **If There Is More Than One Limit** -- If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

   d. **If There Is Only One Limit** -- If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

   e. **When Coinsurance Does Not Apply** -- Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of coverages".

5. **Insurance Under More Than One Coverage** -- If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

6. **Insurance Under More Than One Policy** --

   a. **Proportional Share** -- "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

Copyright, American Association of Insurance Services, Inc., 2004

b. **Excess Amount** -- If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

## LOSS PAYMENT

1. **Loss Payment Options** --

   a. **Our Options** -- In the event of loss covered by this coverage form, "we" have the following options:

      1) pay the value of the lost or damaged property;
      2) pay the cost of repairing or replacing the lost or damaged property;
      3) rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or
      4) take all or any part of the property at the agreed or appraised value.

   b. **Notice of Our Intent To Rebuild, Repair, or Replace** -- "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses** --

   a. **Adjustment and Payment of Loss** -- "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

   b. **Conditions For Payment of Loss** -- An insured loss will be payable 30 days after:

      1) a satisfactory proof of loss is received, and
      2) the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3. **Property Of Others** --

   a. **Adjustment And Payment of Loss To Property of Others** -- Losses to property of others may be adjusted with and paid to:

      1) "you" on behalf of the owner; or
      2) the owner.

   b. **We Do Not Have To Pay You If We Pay The Owner** -- If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits brought by the owners at "our" expense.

## OTHER CONDITIONS

1. **Appraisal** -- If "you" and "we" do not agree on the amount of the loss or the value of covered property, either party may demand that these amounts be determined by appraisal.

   If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

   The appraisers will then determine and state separately the amount of each loss.

   The appraisers will also determine the value of covered property items at the time of the loss, if requested.

Copyright, American Association of Insurance Services, Inc., 2004

If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three, sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Benefit To Others** -- Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** -- When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** -- This provision applies only if the insured is an individual.

   a. **Your Death** -- On "your" death, "we" cover the following as an insured:

      1) the person who has custody of "your" property until a legal representative is qualified and appointed; or
      2) "your" legal representative.

      This person or organization is an insured only with respect to property covered by this coverage.

   b. **Policy Period Is Not Extended** -- This coverage does not extend past the policy period indicated on the declarations.

5. **Misrepresentation, Concealment, Or Fraud** -- This coverage is void as to "you" and any other insured if, before or after a loss:

   a. "you" or any other insured have willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or
      2) "your" interest herein.

   b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period** -- "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries** -- If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. "you" must notify "us" promptly if "you" recover property or receive payment;

   b. "we" must notify "you" promptly if "we" recover property or receive payment;

   c. any recovery expenses incurred by either are reimbursed first;

   d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid or any lesser amount to which "we" agree; and

   e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

8. **Restoration Of Limits** -- A loss "we" pay under this coverage does not reduce the total applicable "limit" unless it is a total loss to a scheduled item. In the event of a total loss to a scheduled item, "we" refund the unearned premium on that item.

9. **Subrogation** -- If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

   "You" may waive "your" right to recover from others in writing before a loss occurs.

Copyright, American Association of Insurance Services, Inc., 2004

10. **Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless:

    a. all of the "terms" of this coverage have been complied with; and

    b. the suit has been brought within two years after "you" first have knowledge of the loss.

    If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** -- "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

**IM 7001 04 04**

Copyright, American Association of Insurance Services, Inc., 2004

# SCHEDULE OF COVERAGES
## CONTRACTORS' EQUIPMENT
## SCHEDULED EQUIPMENT FORM

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

**PROPERTY COVERED**

Scheduled Equipment (Refer to Equipment Schedule)

| | Limit |
|---|---|
| **Catastrophe Limit** -- The most "we" pay for loss in any one occurrence is: | $19,798 |

**COVERAGE EXTENSIONS**

| | |
|---|---|
| Additional Debris Removal Expenses | $5,000 |

**SUPPLEMENTAL COVERAGES**

Newly Purchased Property (check one)

| | | |
|---|---|---|
| ☒ | Percentage of Catastrophe Limit | 30 % |
| ☐ | Dollar Limit | $ |

| | |
|---|---|
| Pollutant Cleanup And Removal | $100,000 |

**COINSURANCE**

(check one)

☐ 80% ☒ 90% ☐ 100% ☐ Other _____ %

**VALUATION**-- Actual Cash Value

**DEDUCTIBLE AMOUNT** $500

**OPTIONAL COVERAGES AND ENDORSEMENTS**



Copyright, American Association of Insurance Services, Inc., 2004

EXHIBIT 2

This endorsement changes the
Contractors' Equipment Coverage
**-- PLEASE READ THIS CAREFULLY --**

# TOOL ENDORSEMENT

(The entries required to complete this endorsement will be on the "schedule of coverages".)

## SCHEDULE

**Limit**

1. Your Tools --

   a. The most "we" pay for loss to any one "tool" is: $1,000

   b. The most "we" pay in any one occurrence for loss to "your" "tools" is: $30,000

**Deductible**

Deductible Amount $500

## ADDITIONAL DEFINITIONS

"Tools" means equipment, and tools of a mobile nature that "you" use in "your" contracting, installation, erection, repair, or moving operations or projects.

## SUPPLEMENTAL COVERAGES

1. **Your Tools** -- "We" cover direct physical loss caused by a covered peril to "your" "tools".

## HOW MUCH WE PAY

**Tools Deductible** -- "We" pay only that part of "your" loss over the deductible amount indicated for "tools".



Copyright, American Association of Insurance Services, Inc., 2004

EXHIBIT 2

# ELECTRONIC DATA PROCESSING EQUIPMENT COVERAGE PART BLANKET LIMITS

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Electronic Data Processing - Equipment Coverage Part. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1. The words "you" and "your" mean the persons or organizations named as the insured on the "schedule of coverages".

2. The words "we", "us", and "our" mean the company providing this coverage.

3. "Computer hacking" means an unauthorized intrusion:
   a. by an individual or group of individuals, whether employed by "you" or not, into "hardware", "software", or a computer network; and
   b. that results in but is not limited to:
      1) deletion, destruction, generation, or modification of "software";
      2) alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";
      3) observation, scanning, or copying of "data records", "programs and applications", and "proprietary programs";
      4) damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware", "Web site server", or "media" used with "hardware" or "Web site server"; or
      5) denial of access to or denial of services from "your" "hardware", "Web site server" or "your" computer network.
4. "Computer virus" means the introduction of any malicious, self-replicating electronic data processing code or other code:
   a. into "hardware", "software", or "Web site server"; and
   b. that is intended to result in, but is not limited to:
      1) deletion, destruction, generation, or modification of "software";
      2) alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";
      3) damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware", "Web site server" or "media" used with "hardware" or "Web site server"; or
      4) denial of access to or denial of services from "your" "hardware", "Web site server" or "your" computer network.

Copyright, American Association of Insurance Services, Inc., 2002

EXHIBIT 2

5. "Data records" means files, documents, and information in an electronic format and that are stored on "media".

6. "Electrical disturbance" means electrical or magnetic damage, disturbance of electronic recordings, or erasure of electronic recordings.

7. "Flood" means flood, surface water, waves, tidal water, or the overflow of a body of water, all whether driven by wind or not. This includes spray that results from these whether driven by wind or not.

8. "Hardware" means a network of electronic machine components (microprocessors) capable of accepting instructions and information, processing the information according to the instructions, and producing desired results.
   a. **Hardware Includes** -- "Hardware" includes but is not limited to:
      1) mainframe and mid-range computers and network servers;
      2) personal computers and workstations;
      3) laptops, palmtops, notebook PCs, other portable computer devices and accessories including, but not limited to, multimedia projectors; and
      4) peripheral data processing equipment, including but not limited to, printers, keyboards, monitors, and modems.
   b. **Hardware Does Not Include** -- "Hardware" does not include:
      1) "software";
      2) "telecommunications equipment";
      3) "reproduction equipment";
      4) "protection and control systems"; and
      5) "off-site server" and "on-site server".
9. "Limit" means the amount of coverage that applies.

10. "Mechanical breakdown" means the malfunction or failure of moving or electronic parts, component failure, faulty installation, or blowout.

11. "Media" means processing, recording, or storage media used with "hardware". This includes but is not limited to films, tapes, cards, discs, drums, cartridges, or cells.

12. "Off-site server" means a server for "your" Web site:
    a. that is not at a premises described on the "schedule of coverages"; and
    b. that is being maintained and/or operated by an independent contractor acting as "your" Web host or "your" Internet service provider that is acting as "your" Web host.
13. "On-site server" means a server for "your" Web site:
    a. that is at a premises occupied by "you" and that is described on the "schedule of coverages"; and
    b. that is being maintained and/or operated by "you" or an independent contractor acting as "your" Web site consultant.
14. "Pollutant" means:
    a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including but not limited to acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and
    b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.
15. "Power supply disturbance" means interruption of power supply, power surge, blackout, or brownout.

Copyright, American Association of Insurance Services, Inc., 2002

EXHIBIT 2

16. "Programs and applications" means operating programs and applications that "you" purchase and that are:
    a. stored on "media"; or
    b. pre-installed and stored in "hardware".

17. "Proprietary programs" means proprietary applications or programs that are developed in-house or that "you" had developed specifically for "you" and that are:
    a. stored on "media"; or
    b. installed and stored in "hardware".

18. "Protection and control systems" means:
    a. air conditioning equipment used exclusively in the operation of the "hardware";
    b. fire protection equipment used for the protection of the "hardware", including automatic and manual fire suppression equipment, and smoke and heat detectors; and
    c. uninterruptible power supply system, line conditioner, and voltage regulator.

19. "Reproduction equipment" means a network of equipment and software designed for the scanning, copying, storage, and retrieval of paper documents.

20. "Schedule of coverages" means:
    a. all pages labeled schedule of coverages or schedules which pertain to this coverage; and
    b. declarations or supplemental declarations which pertain to this coverage.

21. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation.

    Sinkhole collapse does not include the value of the land or the cost of filling sinkholes.

22. "Software" means "media", "data records", "programs and applications", and "proprietary programs".

    Software does not mean "Web site software".

23. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

    Falling objects does not include loss to:
    a. personal property in the open; or
    b. to the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

    Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

24. "Telecommunications equipment" means telephone components and equipment used for the transmission of communications.

    Telecommunications equipment includes but is not limited to:
    a. telephone switchgear (including PBX systems);
    b. telephone operating programs, related software;
    c. facsimile transmission equipment;
    d. video conferencing equipment; and
    e. other related hardware (including computers dedicated to voice mail).

Copyright, American Association of Insurance Services, Inc., 2002

25. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

26. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

    Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

27. "Web site server" means "on-site server" and "off-site server".

28. "Web site software" means the following software that are used in "your" "Web site server":
    a. "media";
    b. "data records";
    c. programs and applications which means operating programs and applications that "you" purchase and that are stored on "media" or pre-installed and stored in "Web site servers"; and
    d. proprietary programs which means proprietary applications or programs that are developed in-house or that "you" had developed specifically for "you" and that are stored on "media" or installed and stored in "Web site servers".

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

1. **Equipment** --
   a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to the following property:
      1) "hardware";
      2) "protection and control systems";
      3) "telecommunications equipment";
      4) "reproduction equipment"; and

      similar property of others that is in "your" care, custody, or control.
   b. **Coverage Limitations** -- "We" only cover the equipment listed above and similar property of others:
      1) when a "limit" for the equipment is indicated on the "schedule of coverages"; and
      2) while at a premises described on the "schedule of coverages".
2. **Software** --
   a. **Media, Programs, and Applications** --
      1) **Coverage** -- "We" cover direct physical loss caused by a covered peril to "media", "programs and applications", and similar property of others that is in "your" care, custody, or control.
      2) **Coverage Limitations** -- "We" only cover "media", "programs and applications", and similar property of others:
         a) when a "limit" for "media" and "programs and applications" is indicated on the "schedule of coverages"; and
         b) while at a premises described on the "schedule of coverages".
   b. **Data Records and Proprietary Programs** --
      1) **Coverage** -- "We" cover the cost of research or other expenses necessary to reproduce, replace, or restore lost files or codes on lost or damaged "data records", "proprietary programs", and similar property of others that is in "your" care, custody, or control.

Copyright, American Association of Insurance Services, Inc., 2002

EXHIBIT 2

2) **Coverage Limitations** -- "We" only cover "data records", "proprietary programs", and similar property of others:
   a) when a "limit" for "data records" and "proprietary programs" is indicated on the "schedule of coverages";
   b) while at a premises described on the "schedule of coverages"; and
   c) if the cost of research or other expenses necessary to reproduce, replace, or restore lost files or codes are incurred due to a direct physical loss caused by a covered peril to "data records" and "proprietary programs".

3. **Web Site Server** --
   a. **On-Site Server** --
      1) **Server Coverage** -- "We" cover direct physical loss caused by a covered peril to an "on-site server".
      2) **Software Coverage** -- "We" also cover direct physical loss caused by a covered peril to the "Web site software" housed on an "on-site server".
      3) **Coverage Limitations** -- "We" only cover "on-site server" and "Web site software":
         a) when a "limit" for "on-site server" and "Web site software" is indicated on the "schedule of coverages"; and
         b) while at a premises described on the "schedule of coverages".
   b. **On-Site Server Coverage Under Hardware and Software** --
      1) **Coverage** -- If indicated on the "schedule of coverages", coverage for:
         a) an "on-site server" is provided as part of the coverage described under 1.a.1) "hardware"; and
         b) the "Web site software" housed on an "on-site server" is provided as part of the coverage described under 2. Software.
      2) **Coverage Limitations** --
         a) The "limits" applicable to "hardware" and Software are not increased when coverage for "on-site server" and "Web site software" are included under the "hardware" and Software coverage sections; and
         b) "we" only cover "on-site server" and "Web site software" while at a premises described on the "schedule of coverages".
   c. **Off-Site Server** --
      1) **Server Coverage** -- "We" cover direct physical loss caused by a covered peril to an "off-site server" that "you":
         a) own; or
         b) lease and are contractually obligated to insure for loss or damage.
      2) **Software Coverage** -- "We" also cover direct physical loss caused by a covered peril to the "Web site software" housed on an "off-site server".
      3) **Coverage Limitation** -- "We" only cover "off-site server" and "Web site software" when a "limit" for "off-site server" and "Web site software" is indicated on the "schedule of coverages".
   c. **Software Coverage Condition** -- "We" only cover "Web site software" if a duplicate or back-up of the "Web site software" is stored at a building that is at least 100 feet away from the premises where the "on-site server" or "off-site server" is being hosted.

Copyright, American Association of Insurance Services, Inc., 2002

## PROPERTY NOT COVERED

1. **Accounts, Bills, or Documents** -- "We" do not cover accounts, bills, evidences of debt, records, abstracts, deeds, manuscripts, program documentation, or other documents except those that are in "software" form and then only in that form.
2. **Checked Luggage** -- "We" do not cover loss resulting from theft or disappearance of a laptop, palmtop, notebook PC, or any portable computer while in transit as checked luggage.
3. **Contraband** -- "We" do not cover contraband or property in the course of illegal transportation or trade.
4. **Loaned, Leased, or Rented To Others** -- "We" do not cover property that "you" loan, lease, or rent to others.
5. **Money and Securities** -- "We" do not cover currency, food stamps, lottery tickets not held for sale, money, notes, or securities.
6. **Stock in Trade** -- "We" do not cover "your" stock in trade.
7. **Loss of Internet Service Provider or Web Host** -- "We" do not cover loss to "your" "Web site server" or "Web site software" that results from the bankruptcy, liquidation, or otherwise going out of business by "your" Internet service provider or Web host.

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions** -- The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown in the "schedule of coverages".

If a different "limit" is indicated in the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

The following coverage extensions are not subject to and not considered in applying coinsurance conditions.

1. **Debris Removal** --
   a. **Coverage** -- "We" pay the cost to remove the debris of covered property that is caused by a covered peril.
   b. **We Do Not Cover** -- This coverage does not include costs to:
      1) extract "pollutants" from land or water; or
      2) remove, restore, or replace polluted land or water.
   c. **Limit** -- "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

Copyright, American Association of Insurance Services, Inc., 2002

d. **Additional Limit** -- "We" pay up to an additional $25,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

e. **You Must Report Your Expenses** -- "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

2. **Electrical and Power Supply Disturbance** -- "We" cover direct physical loss to covered property caused by:
   a. "electrical disturbance"; or
   b. "power supply disturbance".
3. **Emergency Removal** --
   a. **Coverage** -- "We" pay for any direct physical loss to covered property while it is being moved or being stored to prevent a loss caused by a covered peril.
   b. **Time Limitation** -- This coverage applies for up to 365 days after the property is first moved. Also, this coverage does not extend past the date on which this policy expires.
4. **Emergency Removal Expenses** --
   a. **Coverage** -- "We" pay for "your" expenses to move or store covered property to prevent a loss caused by a covered peril.
   b. **Time Limitation** -- This coverage applies for up to 365 days after the property is first moved. Also, this coverage does not extend past the date on which this policy expires.
   c. **Limit** -- The most "we" pay in any one occurrence for expenses to move or store covered property to prevent a loss is $5,000.
   d. **This Is A Separate Limit** -- The "limit" for Emergency Removal Expenses is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.
5. **Fraud and Deceit** --
   a. **Coverage** -- "We" cover theft of covered property when "you", "your" agents, customers, or consignees are fraudulently induced to part with the covered property:
      1) to persons who falsely represent themselves as the proper persons to receive the property; or
      2) by the acceptance of fraudulent bills of lading or shipping receipts.
   b. **Limit** -- The most "we" pay in any one occurrence for theft of covered property under this Coverage Extension is $5,000.
6. **Mechanical Breakdown Coverage** -- "We" pay for loss to covered property caused by "mechanical breakdown".

## SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages** -- The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown in the "schedule of coverages".

If a different "limit" is indicated in the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

Copyright, American Association of Insurance Services, Inc., 2002

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

a. is the only "limit" available for the described coverage; and
b. is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

The following coverage extensions are not subject to and not considered in applying coinsurance conditions.

1. **Acquired Locations** --
   a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to covered property at locations that "you" acquire during the policy period.
   b. **Limit** -- "We" pay up to $500,000 for covered property at locations that "you" acquire.
   c. **Time Limitation** -- This coverage applies for up to 60 days from the date "you" acquire the location or until "you" report the acquired location to "us", whichever occurs first.

      However, this coverage does not go beyond the end of the policy period.
   d. **Additional Premium** -- "You" must pay any additional premium due from the date "you" acquire the location.
2. **Earthquake Coverage** -- If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by earthquake and volcanic eruption to covered property while at a premises described on the "schedule of coverages".

3. **Flood Coverage** -- If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by "flood" to covered property while at a premises described on the "schedule of coverages".

4. **Foreign Transit and Location Coverage** --
   a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to the covered property described below while temporarily at a foreign location outside of the boundaries described under Other Conditions, Territorial Limits or in transit to or from a temporary foreign location.
   b. **Covered Property** -- Under this supplemental coverage "we" only cover "your" portable computers including pre-installed "programs and applications". Portable computers means:
      1) laptops, palmtops, notebook PCs;
      2) other portable computer devices; and
      3) accessories including, but not limited to, multimedia projectors.
   c. **Property Not Covered** -- In addition to the property described under Property Not Covered, "we" do not pay for loss to personal property under this Supplemental Coverage if:
      1) the property is shipped via mail;
      2) "you" are required to provide a negotiable ocean cargo policy or certificate to any seller, buyer, or bank; or

Copyright, American Association of Insurance Services, Inc., 2002

EXHIBIT 2

3) the property is shipped to or is located in a country that is the subject of a trade embargo, economic sanctions, or other trade restrictions by the government of the United States of America.

d. **Limit** -- The most "we" pay for loss to portable computers described above in any one occurrence while overseas is $5,000.

5. **Incompatible Hardware and Media** --
   a. **Coverage** -- In the event of a loss by a covered peril to covered "hardware" or "software", "we" pay for "your" costs to modify or replace undamaged "hardware" or "media" when it:
      1) was dependent on the damaged "hardware" or "software" prior to the covered loss; and
      2) is not compatible with the "hardware" or "software" that is replacing the property that was involved in the covered loss.
   b. **Coverage Limitation** -- "We" will only pay for "your" costs to modify or replace undamaged "hardware" or "media" if the incompatible "hardware" or "media" is at a premises described on the "schedule of coverages".
   c. **Limit** -- The most "we" pay in any one occurrence for "your" costs to modify or replace incompatible "hardware" or "media" is $10,000.
6. **Newly Purchased or Leased Hardware** --
   a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to additional "hardware" including pre-installed "programs and applications" that "you" purchase or lease during the policy period.
   b. **Limit** -- The most that "we" pay for any loss under this additional coverage is the least of:
      1) the actual cash value of the covered property; or
      2) $500,000.
   c. **Time Limitation** -- "We" extend coverage to the additional "hardware" that "you" purchase or lease for up to 60 days.

      This supplemental coverage will end when any of the following first occur:
      1) this policy expires;
      2) 60 days after "you" obtain the additional "hardware"; or
      3) "you" report the additional "hardware" to "us".
   d. **Additional Premium** -- "You" must pay any additional premium due from the date "you" purchase or lease the additional "hardware".

7. **Off-Site Computers** --
   a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to covered property in the custody of "you", "your" officers, "your" partners, or "your" employees, while:
      1) at "your" residence or the residence of "your" officers, partners, or employees;
      2) temporarily at a premises that is not described on the "schedule of coverages"; or
      3) in transit between a:
         a) residence or temporary premises; and
         b) premises described on the "schedule of coverages".

Copyright, American Association of Insurance Services, Inc., 2002

EXHIBIT 2

b. **Limit** -- The most "we" pay in any one occurrence for loss to off-site covered property is $10,000.

8. **Pollutant Cleanup and Removal** --
   a. **Coverage** -- "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.
   b. **Time Limitation** -- The expenses are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.
   c. **We Do Not Cover** -- "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

      However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.
   d. **Limit** -- The most "we" pay for each location is $15,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

9. **Property In Transit** --
   a. **Coverage** -- "We" cover direct physical loss to covered property caused by a covered peril while in transit.
   b. **Limit** -- The most "we" pay in any one occurrence for loss to covered property in transit is $15,000.
10. **Recharge of Fire Extinguishing Equipment** --
    a. **Coverage** -- "We" pay the expenses "you" incur to recharge "your" automatic fire extinguishing equipment or hand held fire extinguishing equipment when the equipment is discharged:
       1) to fight a fire;
       2) as a result of a covered peril; or
       3) as a result of an accidental discharge.
    b. **We Do Not Cover** -- "We" do not pay for "your" expenses to recharge equipment as a result of a discharge during testing or installation.
    c. **Limit** -- The most "we" pay in any one occurrence for "your" expenses to recharge "your" fire extinguishing equipment is $15,000.
    d. **Conditions For Replacing Rather Than Recharging** -- If it is less expensive to do so, "we" will pay "your" costs to replace "your" automatic fire extinguishing equipment or hand held fire extinguishing equipment rather than recharge the equipment.

11. **Rewards** --
    a. **Coverage** -- "We" pay for reward information that leads to a conviction for:
       1) arson;
       2) theft; or
       3) vandalism including, but not limited to, "computer hacking" and "computer virus".

       The conviction must involve a covered loss caused by arson, theft, or vandalism.
    b. **Limit** -- The most "we" pay in any one occurrence for reward information is $5,000.
    c. **Limit Is Not Increased By The Number of Persons Providing Information** -- The amount "we" pay is not increased by the number of persons involved in providing the information.

Copyright, American Association of Insurance Services, Inc., 2002

12. **Sewer Backup and Water Below the Surface** -- If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by:
    a. water that backs up through a sewer or drain; or
    b. water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a described premises.
13. **Software Storage** --
    a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to duplicate and back-up "software" stored at a "software" storage location.
    b. **Coverage Condition** -- Each "software" storage location must be in a separate building which is at least 100 feet away from a premises described on the "schedule of coverages".
    c. **Limit** -- The most "we" pay in any one occurrence for loss to duplicate and back-up "software" is $50,000.

14. **Virus and Hacking Coverage** --

    a. **Coverage** -- "We" cover direct physical loss to covered "hardware", "software", "Web site server", and "Web site software" caused by a "computer virus" or by "computer hacking".
    b. **We Do Not Cover** -- "We" do not cover:
        1) loss of exclusive use of any "data records" or "proprietary programs" that have been copied, scanned, or altered;
        2) loss of or reduction in economic or market value of any "data records" or "proprietary programs" that have been copied, scanned, or altered;
        3) theft from "your" "data records" or "proprietary programs" of confidential information through the observation of the "data records" or "proprietary programs" by accessing covered "hardware", or "your" computer network without any alteration or other physical loss or damage to the records or programs. Confidential information includes, but is not limited to, customer information, processing methods, or trade secrets; and
        4) except as provided under the Supplemental Income Coverages section of the Electronic Data Processing - Income Coverage Part (if attached to this policy), denial of access to or services from "your" "hardware", "your" computer network, or "your" Web site.
    c. **Limits** -- The most "we" pay in any one occurrence under this Supplemental Coverage is $50,000.

       The most "we" pay for all covered losses under this Supplemental Coverage during each separate 12 month period of this policy is $150,000.

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

Copyright, American Association of Insurance Services, Inc., 2002

## PERILS EXCLUDED

1. "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.
   a. **Civil Authority** -- "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

      "We" do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.
   b. **Earth Movement** -- Except as provided under Supplemental Coverages - Earthquake Coverage, "we" do not pay for loss caused by any earth movement (other than "sinkhole collapse") or caused by eruption, explosion, or effusion of a volcano. Earth movement includes, but is not limited to: earthquake; landslide; mudflow; mudslide; mine subsidence; or sinking, rising, or shifting of earth.

      "We" do cover direct loss by fire, explosion, or "volcanic action" resulting from either earth movement or eruption, explosion, or effusion of a volcano.
   c. **Flood** -- Except as provided under Supplemental Coverages - Flood Coverage, "we" do not pay for loss caused by "flood". However, "we" do cover the resulting loss if fire, explosion, or sprinkler leakage results.
   d. **Nuclear Hazard** -- "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.
   e. **Sewer Backup and Water Below the Surface** -- Except as provided under Supplemental Coverages - Sewer Backup and Water Below the Surface, "we" do not pay for loss caused by or resulting from:
      1) water that backs up through a sewer or drain; or
      2) water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a covered building or structure, sidewalk, driveway, foundation, swimming pool, or other structure.

      But if sewer backup and water below the surface results in fire, explosion, or sprinkler leakage, "we" cover the loss or damage caused by that fire, explosion, or sprinkler leakage.
   f. **War and Military Action** -- "We" do not pay for loss caused by:
      1) war, including undeclared war or civil war; or
      2) a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or
      3) insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

Copyright, American Association of Insurance Services, Inc., 2002

EXHIBIT 2

With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2. "We" do not pay for loss or damage that is caused by or results from one or more of the following:
   a. **Computer Virus or Computer Hacking** -- Except as provided under Supplemental Coverages - Virus and Hacking Coverage, "we" do not pay for:
      1) any direct or indirect loss or damage; or
      2) loss of access, loss of use, or loss of functionality

      caused by a "computer virus" or by "computer hacking".
   b. **Criminal, Fraudulent, or Dishonest Acts** -- "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts alone or in collusion with another by:
      1) "you";
      2) others who have an interest in the property;
      3) others to whom "you" entrust the property;
      4) "your" partners, officers, directors, trustees, or joint adventurers; or
      5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

      This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

      This exclusion does not apply to covered property in the custody of a carrier for hire.
   c. **Loss of Use** -- "We" do not pay for loss caused by or resulting from loss of use, business interruption, delay, or loss of market.
   d. **Pollutants** -- "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants" unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril". "We" do pay for any resulting loss caused by a "specified peril".
   e. **Temperature/Humidity** -- "We" do not pay for loss to covered property caused by:
      1) dryness, dampness, humidity; or
      2) changes in or extremes of temperature.

      However, "we" do pay for loss to covered property that results from a direct physical loss, caused by a covered peril, to the air conditioning system that services covered "hardware".
   f. **Voluntary Parting** -- Except as provided under Coverage Extensions - Fraud and Deceit, "we" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

3. "We" do not pay for loss or damage if one or more of the following exclusions apply to the loss. But if loss by a covered peril results, "we" will pay for the resulting loss.
   a. **Contamination, Deterioration, Rust, or Corrosion** -- "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in covered property that causes it to damage or destroy itself.

Copyright, American Association of Insurance Services, Inc., 2002

This exclusion does not apply to loss caused by "mechanical breakdown".

b. **Wear and Tear, or Obsolescence** -- "We" do not pay for loss caused by wear and tear, depreciation, or obsolescence.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice** -- In case of a loss, "you" must:
   a. give "us" or "our" agent prompt notice, including a description of the property involved, ("we" may request written notice); and
   b. give notice to the police when the act that causes the loss is a crime.

2. **You Must Protect Property** -- "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.
   a. **Payment of Reasonable Costs** -- "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs.
   b. **We Do Not Pay** -- "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against. This does not increase "our" "limit".

3. **Proof of Loss** -- "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:
   a. the time, place, and circumstances of the loss;
   b. other policies of insurance that may cover the loss;
   c. "your" interest and the interests of all others in the property involved, including all mortgages and liens;
   d. changes in title of the covered property during the policy period; and
   e. estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4. **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5. **Records** -- "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6. **Damaged Property** -- "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7. **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

9. **Cooperation** -- "You" must cooperate with "us" in performing all acts required by this policy.

Copyright, American Association of Insurance Services, Inc., 2002

## VALUATION

1. **Hardware and Web Site Servers** -- The following is the value of "hardware" and "Web site servers":
   a. **Hardware and Servers That Are Replaced** -- The value of "hardware" and "Web site servers" that are replaced will be based on the cost of replacing the "hardware" and "Web site servers" with new equipment that is functionally comparable to the "hardware" and "Web site servers" that are being replaced.
   b. **Hardware and Servers That Are Not Replaced** -- The value of "hardware" and "Web site servers" that are not repaired or replaced will be based on the actual cash value at the time of loss (with a deduction for depreciation).
   c. **Partial Loss** -- In no event will "we" pay more than the reasonable cost of restoring partially damaged "hardware" and "Web site servers" to their condition directly prior to the damage.

2. **Software** -- The following is the value of "software" and, for the purposes of valuation only, includes "Web site software":
   a. **Programs and Applications** --
      1) **Cost To Reinstall** -- The value of "programs and applications" will be based on the cost to reinstall the "programs or applications" from the licensed discs that were originally used to install the programs or applications.
      2) **If The Original Discs Are Lost** -- If the original licensed discs are lost, damaged, or can no longer be obtained, the value of "programs and applications" will be based on the cost of the most current version of the "programs or applications".
   b. **Proprietary Programs** --
      1) **Cost of Reproduction** -- The value of "proprietary programs" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.
      2) **If Duplicate Copies Do Not Exist** -- If duplicate copies do not exist, the value of "proprietary programs" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost "proprietary programs".
   c. **Data Records** --
      1) **Cost of Reproduction** -- The value of "data records" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.
      2) **If Duplicate Copies Do Not Exist** -- If duplicate copies do not exist, the value of "data records" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost files, documents, and records.
   d. **Media** -- The value of "media" will be based on the cost to repair or replace the "media" with material of the same kind or quality.

3. **Other Equipment** --
   a. **Replacement Cost** -- The value of "telecommunications equipment", "reproduction equipment", and "protection and control systems" will be based on the replacement cost without any deduction for depreciation.

Copyright, American Association of Insurance Services, Inc., 2002

b. **Replacement Cost Limitation** -- The replacement cost is limited to the cost of repair or replacement with similar materials on the same site and used for the same purpose. The payment will not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

c. **Replacement Cost Does Not Apply Until Repair or Replacement** -- Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced.

d. **Time Limitation** -- "You" may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if "you" notify "us" of "your" intent within 180 days after the loss.

4. **Pair or Set** --

   a. **Reasonable Proportion of Value** --The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

   b. **Provision Does Not Apply To Software** -- This provision does not apply to "software" that comes in sets. If part of a "software" set cannot be replaced, the loss is considered a total loss of the set.

5. **Loss To Parts** -- The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

## HOW MUCH WE PAY

1. **Insurable Interest** -- "We" do not cover more than "your" insurable interest in any property.

2. **Earthquake Period** -- All earthquakes or volcanic eruptions that occur within a 168-hour period will be considered a single event. This 168-hour period is not limited by the policy expiration.

3. **Deductible** -- "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence.

   The deductible may be shown as either an amount or a percentage. When shown as a percentage, the deductible is that percentage of the value of the covered property at the time of the loss.

4. **Loss Settlement Terms** -- Subject to paragraphs 1., 2., 3., 5., and 6. under How Much We Pay, "we" pay the lesser of:
   a. the amount determined under Valuation;
   b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or
   c. the "limit" that applies to the covered property.

5. **Insurance Under More Than One Coverage** -- If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

Copyright, American Association of Insurance Services, Inc., 2002

6. **Insurance Under More Than One Policy** --

   a. **Proportional Share** -- "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

   b. **Excess Amount** -- If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

## LOSS PAYMENT

1. **Loss Payment Options** --
   a. **Our Options** -- In the event of loss covered by this coverage form, "we" have the following options:

      1) pay the value of the lost or damaged property;
      2) pay the cost of repairing or replacing the lost or damaged property;
      3) rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or
      4) take all or any part of the property at the agreed or appraised value.
   b. **Notice of Our Intent To Rebuild, Repair, or Replace** -- "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses** --
   a. **Adjustment and Payment of Loss** -- "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.
   b. **Conditions For Payment of Loss** -- An insured loss will be payable 30 days after:
      1) a satisfactory proof of loss is received; and
      2) the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3. **Property of Others** --
   a. **Adjustment and Payment of Loss To Property of Others** -- Losses to property of others may be adjusted with and paid to:
      1) "you" on behalf of the owner; or
      2) the owner.
   b. **We Do Not Have To Pay You If We Pay The Owner** -- If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits arising from the owners at "our" expense.

## OTHER CONDITIONS

1. **Appraisal** -- If "you" and "we" do not agree on the amount of the loss or the actual cash value of covered property, either party may demand that these amounts be determined by appraisal.

Copyright, American Association of Insurance Services, Inc., 2002

If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

The appraisers will then determine and state separately the amount of each loss.

The appraisers will also determine the value of covered property items at the time of the loss, if requested.

If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Benefit To Others** -- Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** -- When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** -- This provision applies only if the insured is an individual.
   a. **Your Death** -- On "your" death, "we" cover the following as an insured:
      1) the person who has custody of "your" property until a legal representative is qualified and appointed; or
      2) "your" legal representative.

      This person or organization is an insured only with respect to property covered by this coverage.

   b. **Policy Period Is Not Extended** -- This coverage does not extend past the policy period indicated on the "schedule of coverages".

5. **Misrepresentation, Concealment, or Fraud** -- This coverage is void as to "you" and any other insured if, before or after a loss:
   a. "you" or any other insured have willfully concealed or misrepresented:
      1) a material fact or circumstance that relates to this insurance or the subject thereof; or
      2) "your" interest herein.
   b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.
6. **Policy Period** -- "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries** -- If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:
   a. "you" must notify "us" promptly if "you" recover property or receive payment;
   b. "we" must notify "you" promptly if "we" recover property or receive payment;
   c. any recovery expenses incurred by either are reimbursed first;
   d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid, or any lesser amount to which "we" agree; and

Copyright, American Association of Insurance Services, Inc., 2002

e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

8. **Restoration of Limits** -- Except as indicated under Virus and Hacking Coverage, a loss "we" pay under this coverage does not reduce the applicable "limits".

9. **Subrogation** -- If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

   "You" may waive "your" right to recover from others in writing before a loss occurs.

10. **Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless:

    a. all of the "terms" of this coverage have been complied with; and

    b. the suit has been brought within two years after "you" first have knowledge of the loss.

    If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** -- "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

**IM 7202 10 02**

Copyright, American Association of Insurance Services, Inc., 2002

# ELECTRONIC DATA PROCESSING SCHEDULE OF COVERAGE BLANKET LIMITS

(The information required below may be indicated on a separate schedule or supplemental declarations.)

## DESCRIBED PREMISES

| Loc. No. | **LOCATIONS** |
|---|---|
| 1 | SEE LOCATION SCHEDULE ON FILE |

Check if applicable:

☐ Attach Additional Locations Schedule to schedule more locations

Copyright, American Association of Insurance Services, Inc., 2002

## LIMITS

| | |
|---|---|
| **Catastrophe Limit** -- The most "we" pay for any combination of or total of losses arising under one or more coverages in any one occurrence is: | $440,000 |
| **EQUIPMENT LIMITS :** | |
| **Hardware** -- The most "we" pay for loss at any one location is: | $390,000 |
| **Protection and Control Systems** -- The most "we" pay for loss at any one location is: | $Included |
| **Telecommunications Equipment** -- The most "we" pay for loss at any one location is | $Included |
| **Reproduction Equipment** -- The most "we" pay for loss at any one location is: | $Included |
| **SOFTWARE LIMITS:** | |
| **Data Records** -- The most "we" pay for loss at any one location is: | $Included |
| **Proprietary Programs** -- The most "we" pay for loss at any one location is: | $Included |
| **Programs and Applications** -- The most "we" pay for loss at any one location is: | $Included |
| **Media** -- The most "we" pay for loss at any one location is: | $Included |
| **INCOME COVERAGE LIMIT:** | |
| **Income Coverage** -- The most "we" pay for loss at any one location is: | $50,000 |

Copyright, American Association of Insurance Services, Inc., 2002

**Web Site Server LIMITS:** (check if applicable)

☐ **On-Site Server**

| | |
|---|---|
| **Server Coverage** -- The most "we" pay for loss to "on-site servers" in any one occurrence is: | $ |
| **Software Coverage** -- The most "we" pay for loss to "Web site software" in "on-site servers" in any one occurrence is: | $ |

☒ **On-Site Server Coverage Under Hardware and Software**

Coverage for "on-site server" is provided under Hardware; and coverage for "Web site software" is provided under Software

☐ **Off-Site Server**

| | |
|---|---|
| **Server Coverage** -- The most "we" pay for loss to "off-site servers" in any one occurrence is: | $ |
| **Software Coverage** -- The most "we" pay for loss to "Web site software" in "off-site servers" in any one occurrence is: | $ |

**COVERAGE EXTENSIONS**

| | |
|---|---|
| Additional Debris Removal Expenses | $25,000 |
| Electrical and Power Supply Disturbance | Included |
| Emergency Removal | 365 Days |
| Emergency Removal Expenses | $5,000 |
| Fraud and Deceit | $5,000 |
| Mechanical Breakdown Coverage | Included |

**SUPPLEMENTAL COVERAGES**

| | | |
|---|---|---|
| Acquired Locations | | $500,000 |
| Earthquake Coverage (check one) | | |
| - Coverage Provided | ☒ | |
| - Coverage Not Provided | ☐ | |
| - Refer To Earthquake, Flood and Sewer Backup Endorsement | ☐ | |

Copyright, American Association of Insurance Services, Inc., 2002

**SUPPLEMENTAL COVERAGES** (cont.)

| | | |
|---|---|---|
| Flood Coverage (check one) | | |
| - Coverage Provided | ☐ | |
| - Coverage Not Provided | ☒ | |
| - Refer To Earthquake, Flood and Sewer Backup Endorsement | ☐ | |
| Foreign Transit and Location Coverage | | $5,000 |
| Incompatible Hardware and Media | | $10,000 |
| Newly Purchased or Leased Hardware | | $500,000 |
| Off-Site Computers | | $10,000 |
| Pollutant Cleanup and Removal | | $15,000 |
| Property In Transit | | $15,000 |
| Recharge of Fire Extinguishing Equipment | | $15,000 |
| Rewards | | $5,000 |
| Sewer Backup (check one) | | |
| - Coverage Provided | ☐ | |
| - Coverage Not Provided | ☒ | |
| - Refer To Earthquake, Flood and Sewer Backup Endorsement | ☐ | |
| Software Storage | | $50,000 |
| Virus and Hacking Coverage | | |
| - Limit Any One Occurrence | | $50,000 |
| - Limit Each Separate 12 month Period | | $150,000 |

Copyright, American Association of Insurance Services, Inc., 2002

## DEDUCTIBLE AND COINSURANCE

### DEDUCTIBLE

| | Deductible Amount |
|---|---|
| For all covered perils unless a different deductible is indicated below | $1,000 |
| Earthquake and Volcanic Eruption | $ |
| "Flood" | $ |
| "Mechanical Breakdown", "Electrical Disturbance", and "Power Supply Disturbance" | $1,000 |

**COINSURANCE** (attach Coinsurance Provisions if applicable)

"Hardware", "Media", and "Programs and Applications"

☒ Not Applicable

☐ 100%☐ 90%☐ 80%☐ %☐

"Data Records" and "Proprietary Programs"

☒ Not Applicable

☐ 100%☐ 90%☐ 80%☐ %☐

### INCOME COVBERAGE PART

**COVERAGE OPTIONS** (check one)

| | |
|---|---|
| Earnings and Extra Expense | ☒ |
| Extra Expense only | ☐ |
| Income Coverage Not Provided | ☐ |

Copyright, American Association of Insurance Services, Inc., 2002

EXHIBIT 2

**INCOME COVERAGE EXTENSION**

| | |
|---|---|
| Interruption by Civil Authority | **30** days |
| Period of Loss Extension | **30** days |

**SUPPLEMENTAL INCOME COVERAGES**

| | | |
|---|---|---|
| Acquired Locations | | $5,000 |
| Earthquake Coverage (check one) | | |
| - Coverage Provided | ☒ | |
| - Coverage Not Provided | ☐ | |
| - Refer To Earthquake, Flood and Sewer Backup Endorsement | ☐ | |
| Flood Coverage (check one) | | |
| - Coverage Provided | ☐ | |
| - Coverage Not Provided | ☒ | |
| - Refer To Earthquake, Flood and Sewer Backup Endorsement | ☐ | |
| Property In Transit | | $25,000 |
| Sewer Backup (check one) | | |
| - Coverage Provided | ☐ | |
| - Coverage Not Provided | ☒ | |
| - Refer To Earthquake, Flood and Sewer Backup Endorsement | ☐ | |
| Utility Service Interruption | | |
| - Limit | | $5,000 |
| - Overhead Transmission Lines Excluded (check if applicable) | | ☒ |
| - Waiting Period | | 72 Hours |

Copyright, American Association of Insurance Services, Inc., 2002

EXHIBIT 2

**SUPPLEMENTAL INCOME COVERAGES** (cont.)

Virus and Hacking Coverage

- Limit Any One Occurrence $10,000

- Limit Each Separate 12 month Period $10,000

- Waiting Period 72 hours

**INCOME COVERAGE OPTIONS**

Income Coverage Waiting Period (check one)

☐ Not Applicable

☒ Waiting Period 72 hours

Coinsurance (check one)

☒ Not Applicable

☐ 100% ☐ 90% ☐ 80% ☐ % ☐

**OPTIONAL COVERAGES AND ENDORSEMENTS**


Copyright, American Association of Insurance Services, Inc., 2002

EXHIBIT 2