UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SCOTTSDALE INSURANCE COMPANY
and MENTAL HEALTH RISK RETENTION
GROUP,   Plaintiffs/Counter Defendants,

v.   Civil Action No. 3:23-cv-357-DJH-CHL

SEVEN COUNTIES SERVICES, INC.,   Defendant/Counter Claimant.

* * * * *

# ORDER

The parties having filed an agreed order of dismissal with prejudice as to Defendant/Counter Claimant Seven Counties Services, Inc.'s duty-to-defend claims against Plaintiffs/Counter Defendants Scottsdale Insurance Company and Mental Health Risk Retention Group (MHRRG) (Docket No. 54), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)   Seven Counties' duty-to-defend claims against Scottsdale and MHRRG are **DISMISSED** with prejudice.

(2)   All claims having been resolved (*see* D.N. 45), this action is **DISMISSED** with prejudice and **STRICKEN** from the Court's active docket.

November 13, 2025

David J. Hale, Judge
United States District Court

1